## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AFM Mattress Company LLC, | |
| Plaintiff, | Case No. 1:20-cv-03556 |
| v. | Judge: Manish S. Shah |
| Motorists Commercial Mutual Insurance Company, | Magistrate Judge: M. David Weisman |
| Defendant. | |

## DECLARATION OF PATRICK HOFER

I, Patrick Hofer, declare under penalty of perjury as follows:

1.     I am over the age of 18 years.  I am an attorney and a partner with the law firm of Clyde & Co US LLP, counsel to Defendant Motorists Commercial Mutual Insurance Company ("Motorists") in this case.  I have been admitted *pro hac vice* in this matter.

2.     Plaintiff AFM Mattress Company LLC ("AFM") is a limited liability company organized under Delaware law, according to its Complaint.  Compl. ¶ 10 (ECF 1-1).  Prior to Motorists' filing of its Notice of Removal herein, counsel for Motorists conducted an investigation of the citizenship of the citizen of the LLC's members by requesting that information from counsel for AFM.  Counsel for AFM advised counsel for Motorists, twice, that all of the members of the LLC were citizens of Illinois.

3.     Following the Court's Order of October 15, 2020 (ECF 22), I researched the records of the Delaware Secretary of State.  Attached as Exhibit A hereto is a record of the Delaware Secretary of State pertaining to AFM.  This record does not disclose the identity of the members of the LLC.  I am familiar with the records required to be filed with the Delaware Secretary of State by LLCs and know that the Delaware Secretary of State does not require

1

**GROUP EXHIBIT 1**

identification of members of an LLC in the filing of its certificate of organization, nor does it require filing of the LLC's Operating Agreement, where members are typically identified.

4. I further had research conducted into the records of the Illinois and Indiana Secretaries of State regarding AFM. Attached hereto as Exhibit B and C are the records obtained through that research, respectively for Illinois and Indiana. These records also do not disclose the identity of AFM's members.

5. I obtained a report from a public database (Westlaw) concerning the business operations of AFM. Attached as Exhibit D hereto is a copy of that report. This report also does not disclose the identity of the members of the LLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Washington, D.C.

DATE: October 23, 2020

_____
Patrick Hofer

**Department of State: Division of Corporations**

Allowable Characters

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
GetCorporate Status
Submitting a Request
How to Form a New Business Entity
Certifications, Apostilles & Authentication of Documents

Entity Details

THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | **6869382** | Incorporation Date / Formation Date: | **5/3/2018** (mm/dd/yyyy) |
| Entity Name: | **AFM MATTRESS COMPANY LLC** | | |
| Entity Kind: | **Limited Liability Company** | Entity Type: | **General** |
| Residency: | **Domestic** | State: | **DELAWARE** |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | **THE CORPORATION TRUST COMPANY** | | |
| Address: | **CORPORATION TRUST CENTER 1209 ORANGE ST** | | |
| City: | **WILMINGTON** | County: | **New Castle** |
| State: | **DE** | Postal Code: | **19801** |
| Phone: | **302-658-7581** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information

[ Submit ]

[ View Search Results ]     [ New Entity Search ]

For help on a particular field click on the Field Tag to take you to the help area.

**EXHIBIT A**



Office of the Secretary of State Jesse White
*CYBER*DRIVEILLINOIS.COM

# Corporation/LLC Search/Certificate of Good Standing

## LLC File Detail Report

| | |
|---|---|
| File Number | 07124112 |
| Entity Name | AFM MATTRESS COMPANY LLC |
| Status | ACTIVE |

### Entity Information

Principal Office
1307 SCHIFERL RD.
BARTLETT, IL 601030000

Entity Type
LLC

Type of LLC
Foreign

Organization/Admission Date
Thursday, 4 October 2018

Jurisdiction
DE

Duration
PERPETUAL

### Agent Information

Name

**EXHIBIT B**

MARCIA OWENS

Address
200 S. WACKER DR., STE 3800
CHICAGO , IL 60606

Change Date
Thursday, 4 October 2018

## Annual Report

For Year
2020

Filing Date
Friday, 28 August 2020

## Managers

Name
Address
GRECO, EDUARDO E.
1307 SCHIFERL RD.
BARTLETT, IL 601030000

## Series Name

NOT AUTHORIZED TO ESTABLISH SERIES

Return to Search

File Annual Report

Adopting Assumed Name

Articles of Amendment Effecting A Name Change

Change of Registered Agent and/or Registered Office

This information was printed from www.cyberdriveillinois.com, the official website of the Illinois Secretary of State's Office.

Thu Oct 22 2020



Office of the Secretary of State Jesse White
*CYBER*DRIVEILLINOIS.COM

# Corporation/LLC Search/Certificate of Good Standing

## LLC File Detail Report

| | |
|---|---|
| File Number | 07124112 |
| Entity Name | AFM MATTRESS COMPANY LLC |
| Status | ACTIVE |

## Entity Information

**Principal Office**
1307 SCHIFERL RD.
BARTLETT, IL 601030000

**Entity Type**
LLC

**Type of LLC**
Foreign

**Organization/Admission Date**
Thursday, 4 October 2018

**Jurisdiction**
DE

**Duration**
PERPETUAL

## Agent Information

Name

MARCIA OWENS

Address
200 S. WACKER DR., STE 3800
CHICAGO , IL 60606

Change Date
Thursday, 4 October 2018

## Annual Report

For Year
2020

Filing Date
Friday, 28 August 2020

## Managers

Name
Address
GRECO, EDUARDO E.
1307 SCHIFERL RD.
BARTLETT, IL 601030000

## Series Name

NOT AUTHORIZED TO ESTABLISH SERIES

Return to Search

File Annual Report
Adopting Assumed Name
Articles of Amendment Effecting A Name Change
Change of Registered Agent and/or Registered Office

(One Certificate per Transaction)

This information was printed from www.cyberdriveillinois.com, the official website of the Illinois Secretary of State's Office.

Thu Oct 22 2020

APPROVED AND FILED
CONNIE LAWSON
INDIANA SECRETARY OF STATE
10/20/2020 10:46 AM

## BUSINESS ENTITY REPORT

### NAME AND PRINCIPAL OFFICE ADDRESS

| | |
|---|---|
| **BUSINESS ID** | 201810051282774 |
| **BUSINESS TYPE** | Foreign Limited Liability Company |
| **BUSINESS NAME** | AFM MATTRESS COMPANY LLC |
| **ENTITY CREATION DATE** | 10/05/2018 |
| **JURISDICTION OF FORMATION** | Delaware |
| **PRINCIPAL OFFICE ADDRESS** | 1301 Schiferl Rd, Bartlett, IL, 60103, USA |

### YEARS FILED

| | |
|---|---|
| **YEARS** | 2020/2021 |

### EFFECTIVE DATE

| | |
|---|---|
| **EFFECTIVE DATE** | 10/20/2020 |
| **EFFECTIVE TIME** | 10:46 AM |

### REGISTERED OFFICE AND ADDRESS

| | |
|---|---|
| **REGISTERED AGENT TYPE** | Individual |
| **NAME** | Allen Aynessazian |
| **ADDRESS** | 8087 Randolph St, Hobart, IN, 46342, USA |

### PRINCIPAL(S)

| | |
|---|---|
| **TITLE** | Manager |
| **NAME** | Eduardo Greco |
| **ADDRESS** | 1301 Schiferl Rd, Bartlett, IL, 60103, USA |

**EXHIBIT C**

APPROVED AND FILED
CONNIE LAWSON
INDIANA SECRETARY OF STATE
10/20/2020 10:46 AM

## SIGNATURE

IN WITNESS WHEREOF, THE UNDERSIGNED HEREBY VERIFIES, SUBJECT TO THE PENALTIES OF PERJURY, THAT THE STATEMENTS CONTAINED HEREIN ARE TRUE, THIS DAY **October 20, 2020.**

| | |
|---|---|
| **SIGNATURE** | Kristie Pechtel |
| **TITLE** | Manager |

Business ID : 201810051282774
Filing No. :   8763090

## Business Details

| | | | |
|---|---|---|---|
| Business Name: | **AFM MATTRESS COMPANY LLC** | Business ID: | **201810051282774** |
| Entity Type: | **Foreign Limited Liability Company** | Business Status: | **Active** |
| Creation Date: | **10/05/2018** | Inactive Date: | |
| Principal Office Address: | **1301 Schiferl Rd, Bartlett, IL, 60103, USA** | Expiration Date: | **Perpetual** |
| Jurisdiction of Formation: | **Delaware** | Business Entity Report Due Date: | **10/31/2022** |
| Original Formation Date: | **05/03/2018** | Years Due: | |

## Principal Information

| Title | Name | Address |
|---|---|---|
| Manager | Eduardo Greco | 1301 Schiferl Rd, Bartlett, IL, 60103, USA |

## Registered Agent Information

Type: **Individual**

Name: **Allen Aynessazian**

Address: **8087 Randolph St, Hobart, IN, 46342, USA**

# State of Indiana
## Office of the Secretary of State

Foreign Registration Statement

of

# AFM MATTRESS COMPANY LLC

I, CONNIE LAWSON, Secretary of State, hereby certify that an Registration Statement of the above Foreign Limited Liability Company has been presented to me at my office, accompanied by the fees prescribed by law and that the documentation presented conforms to law as prescribed by the provisions of the Indiana Code.



NOW, THEREFORE, with this document I certify that said transaction will become effective Friday, October 05, 2018.



In Witness Whereof, I have caused to be affixed my signature and the seal of the State of Indiana, at the City of Indianapolis, October 05, 2018.

*Connie Lawson*

CONNIE LAWSON
SECRETARY OF STATE

201810051282774 / 8042072

To ensure the certificate's validity, go to https://bsd.sos.in.gov/PublicBusinessSearch

**APPROVED AND FILED**
CONNIE LAWSON
INDIANA SECRETARY OF STATE
10/05/2018 02:44 PM

## REGISTRATION STATEMENT

Formed pursuant to the provisions of the Indiana Code.

## ARTICLE I - NAME AND PRINCIPAL OFFICE ADDRESS

| | |
|---|---|
| **BUSINESS ID** | 201810051282774 |
| **BUSINESS TYPE** | Foreign Limited Liability Company |
| **BUSINESS NAME** | AFM MATTRESS COMPANY LLC |
| **PRINCIPAL OFFICE ADDRESS** | 1301 Schiferl Rd, Bartlett, IL, 60103, USA |

## ARTICLE II - REGISTERED OFFICE AND ADDRESS

| | |
|---|---|
| **REGISTERED AGENT TYPE** | Individual |
| **NAME** | Allen Aynessazian |
| **ADDRESS** | 8087 Randolph St, Hobart, IN, 46342, USA |
| **SERVICE OF PROCESS EMAIL** | allen@abcpainc.com |

I acknowledge that the Service of Process email provided above is the email address at which electronic service of process may be accepted and is publicly viewable.

## ARTICLE III - PERIOD OF DURATION AND EFFECTIVE DATE

| | |
|---|---|
| **PERIOD OF DURATION** | Perpetual |
| **EFFECTIVE DATE** | 10/05/2018 |
| **EFFECTIVE TIME** | 11:16AM |

## ARTICLE IV - PRINCIPAL(S)

| | |
|---|---|
| **TITLE** | Manager |
| **NAME** | Eduardo Greco |
| **ADDRESS** | 1301 Schiferl Rd, Bartlett, IL, 60103, USA |

## MANAGEMENT INFORMATION

| | |
|---|---|
| **THE LLC WILL BE MANAGED BY MANAGER(S)** | Yes |
| **IS THE LLC A SINGLE MEMBER LLC?** | Yes |

**APPROVED AND FILED**
CONNIE LAWSON
INDIANA SECRETARY OF STATE
10/05/2018 02:44 PM

## ARTICLE V - FOREIGN ENTITY JURISDICTION INFORMATION

| | |
|---|---|
| **FORMATION DATE** | 05/03/2018 |
| **COUNTRY** | USA |
| **STATE** | DE |

## SIGNATURE

THE SIGNATOR(S) REPRESENTS THAT THE REGISTERED AGENT NAMED IN THE APPLICATION HAS CONSENTED TO THE APPOINTMENT OF REGISTERED AGENT.

THE UNDERSIGNED DESIRES TO EFFECTUATE THE ADMITTANCE OF THIS LIMITED LIABILITY COMPANY TO TRANSACT BUSINESS IN THE STATE OF INDIANA PURSUANT TO INDIANA LAW.

IN WITNESS WHEREOF, THE UNDERSIGNED HEREBY VERIFIES, SUBJECT TO THE PENALTIES OF PERJURY, THAT THE STATEMENTS CONTAINED HEREIN ARE TRUE, THIS DAY **October 5, 2018**.

| | |
|---|---|
| **SIGNATURE** | Allen Aynessazian |
| **TITLE** | Agent |

Business ID : 201810051282774
Filing No :    8042072

# Delaware

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "AFM MATTRESS COMPANY LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE FOURTH DAY OF OCTOBER, A.D. 2018.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE BEEN ASSESSED TO DATE.

Jeffrey W. Bullock, Secretary of State

6869382  8300

SR# 20186985818

You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 203549900

Date: 10-04-18

(13 Records)

Business Overview (1)
Quick Analysis Flags (1)
Associate Analytics Chart (1)
Docket Records (4)
**Background Information**
Corporate Filings Summary (2)
**Potentially Adverse**
UCC Filings Summary (1)
Liens & Judgments Summary (3)
**Legal Proceedings**
Lawsuit Records Summary (1)
**Full-Text Documents**
Lawsuit Records
UCC Filings (1)
Liens & Judgments (3)
Corporate Filings (2)
**Miscellaneous**
Report Section(s) with no Matches (99)

## Business Overview (1 Section)



| Address: | 1307 SCHIFERL RD. BARTLETT, IL 60103 |
|---|---|
| Additional Entity Source(s): | Corporate Filings - Secretary of State (2) UCC Filings |
| Active Ticker Symbols: | |
| Inactive Ticker Symbols: | |
| Location of Incorporation: | DELAWARE |
| Registered Agent: | MARCIA OWENS |

**EXHIBIT D**

| Registered Agent: | ALLEN AYNESSAZIAN |
|---|---|
| Filing Date: | 10/04/2018 |
| Filing Number: | 07124112 |
| Officers/Directors/Contacts: | EDUARDO E GRECO, MANAGER |
| Officers/Directors/Contacts: | EDUARDO GRECO, MANAGER |

## Corporate Filings Summary (2 Records)

| | Business Name | Business Type | Status | Filing State | View Full-Text |
|---|---|---|---|---|---|
| 1. | AFM MATTRESS COMPANY LLC | FOREIGN LIMITED LIABILITY CO | ACTIVE | IN | Full-Text |
| 2. | AFM MATTRESS COMPANY LLC | LIMITED LIABILITY COMPANY | GOOD STANDING | IL | Full-Text |

## Quick Analysis Flags (1 Chart)

### List of Possible Quick Analysis Flags

| | |
|---|---|
| OFAC listing: | No |
| Global Sanctions: | No |
| Business Address Used as Residential Address: | YES |
| P.O. Box listed as Address: | No |
| Bankruptcy Debtor or Creditor: | No |
| Other Listings Linked to Business Phone Number: | No |
| Other Businesses Linked to the Business Address: | YES |
| Other Businesses Linked to Same FEIN: | No |
| Key Nature of Suit: | No |
| Party to a Class Action last 12 months: | No |
| Going Concern: | No |
| MSB listing: | No |
| Healthcare Sanction: | No |

## Associate Analytics Chart (1 Chart)

| Associates | Address | Address Type | Strength/Type of Association | Global Sanctions? | OFAC? |
|---|---|---|---|---|---|
| TBS-DIAMOND, L.L.C. | 137 N OAK PARK AVE STE 201 OAK PARK, IL 60301 | High Rise | Shared Person Contact | No | No |
| LAGNIAPPE LLC | 1423 W CHICAGO AVE CHICAGO, IL 60642 | Street | Shared Person Contact | No | No |
| 111 MAPLE STREET LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Named Executive | No | No |
| WU&TRAN RESIDENTIAL REAL ESTATE LLC | 3401 AVONDALE LN NEW LENOX, IL 60451 | Street | Shared Person Contact | No | No |
| G & G WIS INVESTMENTS, INC. | | | Shared Person Contact | No | No |
| | 515 N STATE ST STE | | | | |

| Associates | Address | Address Type | Strength/Type of Association | Global Sanctions? | OFAC? |
|---|---|---|---|---|---|
| CROSSING SWORDS LLC | 2660 CHICAGO, IL 60654 | High Rise | | No | No |
| 1323 BREWSTER CREEK LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Named Executive | No | No |
| WU&TRAN ORLAND PARK LLC | 3401 AVONDALE LN NEW LENOX, IL 60451 | Street | Shared Person Contact | No | No |
| TWO RIVERS TBS, L.L.C. | 1550 E HIGGINS RD STE 102 ELK GROVE VILLAGE, IL 60007 | High Rise | Shared Person Contact | No | No |
| ROOSEVELT CORRIDOR LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Person Contact | No | No |
| GRECO REGGI YORKVILLE RT4 LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Person Contact | No | No |
| I-HEALTH NETWORK LLC | 225 W WACKER DR CHICAGO, IL 60606 | High Rise | Shared Person Contact | No | No |
| BELLISSIMO DISTRIBUTION, LLC | 300 W CLARENDON AVE STE 240 PHOENIX, AZ 85013 | High Rise | Shared Person Contact | No | No |
| GRECO/REGGI DEVELOPMENT II LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Named Executive | No | No |
| V-LAND LARKRIDGE, LLC | 321 N CLARK ST STE 2440 CHICAGO, IL 60654 | High Rise | Shared Person Contact | No | No |
| 440 MISSION MEMBER LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Person Contact | No | No |
| GSI PREFERRED INSURANCE GROUP, INC. | 1435 W HOMECOMING AVE SOUTH JORDAN, UT 84095 | Street | Shared Person Contact | No | No |
| MAIN SOUTH/TBS PARTNERS LIMITED PARTNERSHIP | 2215 YORK RD STE 503 OAK BROOK, IL 60523 | High Rise | Shared Person Contact | No | No |
| MILL OAK TBS, L.L.C. | 137 N OAK PARK AVE STE 201 OAK PARK, IL 60301 | High Rise | Shared Person Contact | No | No |
| BELLISSIMO HOLDINGS, LLC | 1550 HECHT DR BARTLETT, IL 60103 | Street | Shared Person Contact | No | No |
| WOOW SUSHI LAGRANGE, LLC | 33 S LA GRANGE RD LA GRANGE, IL 60525 | | Shared Person Contact | No | No |
| KDP WHEATON ROOSEVELT, LLC | 515 N STATE ST STE 2660 CHICAGO, IL 60654 | High Rise | Shared Person Contact | No | No |
| V-LAND BELVIDERE LLC | 321 N CLARK ST STE 2440 CHICAGO, IL 60654 | High Rise | Shared Person Contact | No | No |
| GRECO FAMILY HOLDINGS LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Person Contact | No | No |
| GSI FINANCE COMPANY LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Named Executive | No | No |
| | 8424 EVERGREEN | | | | |

| Associates | Address | Address Type | Strength/Type of Association | Global Sanctions? | OFAC? |
|---|---|---|---|---|---|
| HIGHPOINT SQUARE III, LLC | LN DARIEN, IL 60561 | Street | Shared Person Contact | No | No |
| GROVE ACQUISITIONS LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Named Executive | No | No |
| KDP LAKE GENEVA LLC | 515 N STATE ST STE 2660 CHICAGO, IL 60654 | High Rise | Shared Person Contact | No | No |
| WU'S RAMEN OAK LAWN LLC | 3401 AVONDALE LN NEW LENOX, IL 60451 | Street | Shared Person Contact | No | No |
| FT MEADOWVIEW MANAGER, LLC | 477 ELM PL HIGHLAND PARK, IL 60035 | Street | Shared Person Contact | No | No |
| NATIONAL COALITION OF WOMEN'S INITIATIVES IN LAW | | | Shared Person Contact | No | No |
| GSI CONSOLIDATED HOLDINGS INC. | | | Shared Person Contact | No | No |
| V-LAND ANTIOCH I LLC | 321 N CLARK ST STE 2440 CHICAGO, IL 60654 | High Rise | Shared Person Contact | No | No |
| WORLD STAR NAIL & SPA LLC | 7411 CASS AVE DARIEN, IL 60561 | Street | Shared Person Contact | No | No |
| V-LAND ORLAND PARK 131ST LLC | 515 N STATE ST STE 2660 CHICAGO, IL 60654 | High Rise | Shared Person Contact | No | No |
| TRIPLE C PROPERTIES LLC | 27 S WESTERN AVE CARPENTERSVILLE, IL 60110 | High Rise | Shared Person Contact | No | No |
| GIORDANO'S HOLDING COMPANY LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Named Executive | No | No |
| VLAND DAYTON 1919 LLC | 321 N CLARK ST STE 2440 CHICAGO, IL 60654 | High Rise | Shared Person Contact | No | No |
| BREWSTER CREEK 9B LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Named Executive | No | No |
| GSI CAFE LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Person Contact | No | No |
| GRL DEVELOPMENT LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Named Executive | No | No |
| NCP MANAGEMENT LLC | 1303 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Person Contact | No | No |
| GRECO FAMILY INVESTMENT, LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Named Executive | No | No |
| THE RELM GROUP, LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Named Executive | No | No |
| PERC HOLDINGS 1 LLC | 2215 YORK RD STE 202 OAK BROOK, IL 60523 | High Rise | Shared Person Contact | No | No |
| TK ROBINSON LLC | 515 N STATE ST STE 2660 | High Rise | Shared Person Contact | No | No |

| Associates | Address | Address Type | Strength/Type of Association | Global Sanctions? | OFAC? |
|---|---|---|---|---|---|
| TBS DEVELOPMENT SERVICES GROUP, INC. | CHICAGO, IL 60654 | | Shared Person Contact | No | No |
| TBS-SOUTH ELGIN, L.L.C. | 2720 S RIVER RD STE 200 DES PLAINES, IL 60018 | High Rise | Shared Person Contact | No | No |
| KDP ACQUISITIONS LLC | 515 N STATE ST STE 2660 CHICAGO, IL 60654 | High Rise | Shared Person Contact | No | No |
| KEY DEVELOPMENT PARTNERS LLC | 515 N STATE ST STE 2660 CHICAGO, IL 60654 | High Rise | Shared Person Contact | No | No |
| CASA FRESCA LLC | 1550 HECHT DR BARTLETT, IL 60103 | Street | Shared Person Contact | No | No |
| WUS HOUSE INC | 16310 S LA GRANGE RD ORLAND PARK, IL 60467 | Street | Shared Person Contact | No | No |
| GWG INVESTMENTS, LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Named Executive | No | No |
| GRECO EG THREE LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Named Executive | No | No |
| DOWNERS GROVE SEMU LLC | 321 N CLARK ST STE 2440 CHICAGO, IL 60654 | High Rise | Shared Person Contact | No | No |
| WILDMAN, HARROLD, ALLEN AND DIXON LLP | 225 W WACKER DR STE 3000 CHICAGO, IL 60606 | High Rise | Shared Person Contact | No | No |
| GRECO/REGGI ADDISON II, LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Person Contact | No | No |
| 1340 BREWSTER CREEK LLC | 1301 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Person Contact | No | No |
| GRECO REGGI ADDISON IV LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Person Contact | No | No |
| HH COLLEGE LLC | 20832 W WHITE RD ANTIOCH, IL 60002 | Street | Shared Person Contact | No | No |
| AFM MATTRESS COMPANY LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Business Name | No | No |
| ROYAL FOX LOT LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Named Executive | No | No |
| AMI FINANCE & INVESTMENT COMPANY LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Named Executive | No | No |
| BELLISSIMO DISTRIBUTION, LLC | | | Shared Person Contact | No | No |
| WOOW SUSHI ORLAND PARK LLC | 13137 S LA GRANGE RD ORLAND PARK, IL 60462 | Street | Shared Person Contact | No | No |
| JPAEM GROVE PARTNERS LLC | 3217 RFD LONG GROVE, IL 60047 | Street | Shared Person Contact | No | No |

| Company | Address | Address Type | Strength Type of Association | Global Sanctions? | OFAC? |
|---|---|---|---|---|---|
| GRECO/REGGI 111TH LLC Associates | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Named Executive | | |
| BB 95TH LLC | 55 E MONROE ST STE 3900 CHICAGO, IL 60603 | High Rise | Shared Person Contact | No | No |
| VALMAR JOHNSBURG LLC | 785 WALL ST STE 100 O FALLON, IL 62269 | Street | Shared Person Contact | No | No |
| 236 WESTGATE LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Named Executive | No | No |
| GRECO/REGGI DEVELOPMENT LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Named Executive | No | No |
| GRECO & SONS, INC. | 1550 HECHT DR BARTLETT, IL 60103 | Street | Shared Person Contact | No | No |
| G & R FARMING LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Person Contact | No | No |
| LG 4, LLC | 3 ELLE CT BARRINGTON, IL 60010 | Street | Shared Person Contact | No | No |
| 102 & BROWN LLC | 410 17TH ST STE 1705 DENVER, CO 80202 | High Rise | Shared Person Contact | No | No |
| GUINNESS/WHEATON II, LLC | 321 N CLARK ST STE 2440 CHICAGO, IL 60654 | High Rise | Shared Person Contact | No | No |
| EDUARDO & LISA G INVESTMENTS, LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Person Contact | No | No |
| MDM REAL ESTATE LLC | 157 JACKSON LN BLOOMINGDALE, IL 60108 | Street | Shared Person Contact | No | No |
| GSI LEMONT LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Person Contact | No | No |
| BELLISSIMO DISTRIBUTION LLC | 1550 HECHT DR BARTLETT, IL 60103 | Street | Shared Person Contact | No | No |
| WU'S HOUSE, MERRILLVILLE INC. | | | Shared Person Contact | No | No |
| JT-59CF, L.L.C. | 2215 YORK RD STE 503 OAK BROOK, IL 60523 | High Rise | Shared Person Contact | No | No |
| WU&TRAN TINLEY PARK LLC | 3401 AVONDALE LN NEW LENOX, IL 60451 | Street | Shared Person Contact | No | No |
| GRECO/REGGI RANDALL LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Named Executive | No | No |
| TIPOTA LLC | 515 N STATE ST STE 2660 CHICAGO, IL 60654 | High Rise | Shared Person Contact | No | No |
| TUTTO DESSERT COMPANY LLC | 171 TUBEWAY DR CAROL STREAM, IL 60188 | Street | Shared Person Contact | No | No |
| C.L. INDUSTRIES LLC | 155 N MICHIGAN AVE STE 565 CHICAGO, IL 60601 | High Rise | Shared Person Contact | No | No |

| Name | Address | Address Type | Strength/Type of Association | Global Sanctions? | OFAC? |
|---|---|---|---|---|---|
| NATIONAL O.M. INDUSTRIES LLC | 155 N MICHIGAN AVE STE 565 CHICAGO, IL 60601 | High Rise | Shared Person Contact | | |
| V-LAND CORPORATION | 515 N STATE ST STE 2665 CHICAGO, IL 60654 | High Rise | Shared Person Contact | No | No |
| TRACKSIDE PROPERTIES LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Named Executive | No | No |
| ORLANDO GRECO & SONS IMPORT LLC | 191 TUBEWAY DR CAROL STREAM, IL 60188 | Street | Shared Person Contact | No | No |
| GRECO TRUCK LEASING LLC | 1550 HECHT DR BARTLETT, IL 60103 | Street | Shared Person Contact | No | No |
| FRANKFORT 30 & WOLF LLC | 410 17TH ST STE 1705 DENVER, CO 80202 | High Rise | Shared Person Contact | No | No |
| VLAND SOUTH ELGIN CROSSING EQUITY LLC | 321 N CLARK ST STE 2440 CHICAGO, IL 60654 | High Rise | Shared Person Contact | No | No |
| GRECO AND SONS, INC. | 280 S WESTGATE DR CAROL STREAM, IL 60188 | Street | Shared Person Contact | No | No |
| 16310 LAGRANGE REAL ESTATE, LLC | 3401 AVONDALE LN NEW LENOX, IL 60451 | Street | Shared Person Contact | No | No |
| JPAEM FOX PARTNERS LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Named Executive | No | No |
| SKD MEADOWVIEW, LLC | 3201 OLD GLENVIEW RD STE 300 WILMETTE, IL 60091 | High Rise | Shared Person Contact | No | No |
| WU'S HOUSE, MOKENA INC. | | | Shared Person Contact | No | No |
| WU&TRAN MERRILLVILLE LLC | 3401 AVONDALE LN NEW LENOX, IL 60451 | Street | Shared Person Contact | No | No |
| TUBE WAY DRIVE L.L.C. | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Person Contact | No | No |
| EEG LLC | 191 TUBEWAY DR CAROL STREAM, IL 60188 | Street | Shared Person Contact | No | No |
| MICHELANGELO'S FOODS, LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Person Contact | No | No |
| WU'S HOUSE, EVERGREEN PARK INC. | | | Shared Person Contact | No | No |
| HH SOUTHWEST LLC | 20832 W WHITE RD ANTIOCH, IL 60002 | Street | Shared Person Contact | No | No |
| 7407 W. MADISON, INC. | | | Shared Person Contact | No | No |
| ML RESTAURANT INVESTMENT LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Named Executive | No | No |
| V LAND MOKENA | 321 N CLARK ST STE 2440 | High Rise | Shared Person Contact | No | No |

| WOLF LLC Associates | Address | Address Type | Strength/Type of Association | Global Sanctions? | OFAC? |
|---|---|---|---|---|---|
| | CHICAGO, IL 60654 | | | | |
| KDP MTP LLC | 515 N STATE ST STE 2660 CHICAGO, IL 60654 | High Rise | Shared Person Contact | No | No |
| GSI MEMBER LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Person Contact | No | No |
| 87TH AND STONY ISLAND CORPORATION | | | Shared Person Contact | No | No |
| KC WOODRIDGE LLC | 1001 75TH ST UNIT 113A WOODRIDGE, IL 60517 | High Rise | Shared Person Contact | No | No |
| WU&TRAN REAL ESTATE LLC | 3401 AVONDALE LN NEW LENOX, IL 60451 | Street | Shared Person Contact | No | No |
| AFM MATTRESS COMPANY LLC | 1301 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Person Contact | No | No |
| ELG FAMILY LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Named Executive | No | No |
| OAK MILL MALL | 155 N MICHIGAN AVE STE 565 CHICAGO, IL 60601 | High Rise | Shared Person Contact | No | No |
| THE PLAZA ON NEW YORK COMMUNITY ASSOCIATION | | | Shared Person Contact | No | No |
| TBS-LOCKPORT, L.L.C. | 1550 E HIGGINS RD STE 102 ELK GROVE VILLAGE, IL 60007 | High Rise | Shared Person Contact | No | No |
| GRECO/DEROSA INVESTMENT GROUP LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Named Executive | No | No |
| GRECO EQUIPMENT LEASING L.L.C. | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Named Executive | No | No |
| G & R FARMING II LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Named Executive | No | No |
| KDP CHICAGO CORTLAND LLC | 515 N STATE ST STE 2660 CHICAGO, IL 60654 | High Rise | Shared Person Contact | No | No |
| V-LAND SOUTH ELGIN/GYORR, LLC | 321 N CLARK ST STE 2440 CHICAGO, IL 60654 | High Rise | Shared Person Contact | No | No |
| GSI INVESTMENTS OF ARIZONA, LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Person Contact | No | No |
| GSI PROPERTIES LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Person Contact | No | No |
| 155 W. ILLINOIS STREET, CORP. | | | Shared Person Contact | No | No |
| V-LAND MORTON LLC | 321 N CLARK ST STE 2440 CHICAGO, IL 60654 | High Rise | Shared Person Contact | No | No |
| EAGLE ACQUISITIONS, LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Person Contact | No | No |

| Name | Address | Address Type | Strength/Type of Association | Global Sanctions? | OFAC? |
|---|---|---|---|---|---|
| FRIENDS OF COONLEY SCHOOL | 4046 N LEAVITT ST CHICAGO, IL 60618 | Street | Shared Person Contact | No | No |
| GRECO, EDWARD | 1005 GLENBRIAR CT SAINT CHARLES, IL 60174 | Street | Possible Relationship | No | No |
| 1405 JEFFREY LLC | 1405 W JEFFREY DR ADDISON, IL 60101 | Street | Shared Person Contact | No | No |
| KC OAK PARK LLC | 704 LAKE ST OAK PARK, IL 60301 | Street | Shared Person Contact | No | No |
| GSI FOODS DISTRIBUTORS LLC | 1550 HECHT DR BARTLETT, IL 60103 | Street | Shared Person Contact | No | No |
| V-LAND ROCKFORD LLC | 321 N CLARK ST STE 2440 CHICAGO, IL 60654 | High Rise | Shared Person Contact | No | No |
| KDP ASHLAND LLC | 515 N STATE ST STE 2660 CHICAGO, IL 60654 | High Rise | Shared Person Contact | No | No |
| GPI INVESTMENTS LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Named Executive | No | No |
| 1580 HECHT COURT LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Named Executive | No | No |
| ROUTE 30 MOKENA, LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Person Contact | No | No |
| SHOPPES OF FT. WRIGHT, KY L.L.C. | 90 CARLISLE AVE DEERFIELD, IL 60015 | Street | Shared Person Contact | No | No |
| FT MEADOWVIEW GROCERY, LLC | 477 ELM PL HIGHLAND PARK, IL 60035 | Street | Shared Person Contact | No | No |
| GRECO FAMILY INVESTMENT, LLC | | | Shared Person Contact | No | No |
| KDP GURNEE III LLC | 515 N STATE ST STE 2660 CHICAGO, IL 60654 | High Rise | Shared Person Contact | No | No |
| T-TING NAILS & SPA, INC. | | | Shared Person Contact | No | No |
| WILDMAN, HARROLD, ALLEN & DIXON LLP | 225 W WACKER DR STE 3000 CHICAGO, IL 60606 | High Rise | Shared Person Contact | No | No |
| V LAND ACQUISITION LLC | 321 N CLARK ST STE 2440 CHICAGO, IL 60654 | High Rise | Shared Person Contact | No | No |
| 143RD & WOLF LLC | 2215 YORK RD STE 503 OAK BROOK, IL 60523 | High Rise | Shared Person Contact | No | No |
| GRECO/REGGI RANDALL II LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Person Contact | No | No |
| GRECO/DEROSA KENOSHA INVESTMENT LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Named Executive | No | No |
| GSI RESTAURANT HOLDINGS LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Named Executive | No | No |

| Associate | Address | Address Type | Strength/Type of Association | Global Sanctions? | OFAC? |
|---|---|---|---|---|---|
| ABC NEW LENOX, L.L.C. | 1550 E HIGGINS RD STE 102 ELK GROVE VILLAGE, IL 60007 | High Rise | Shared Person Contact | No | No |
| FOUNDRY PROPERTIES LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Named Executive | No | No |
| GSI FRANCESCA HOLDINGS LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Named Executive | No | No |
| CANYON DEVELOPMENT CORPORATION | 668 PEARSON ST DES PLAINES, IL 60016 | Street | Shared Person Contact | No | No |
| B CICCONE CONSTRUCTION LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Person Contact | No | No |
| WU'S HOUSE, PALOS PARK INC. | | | Shared Person Contact | No | No |
| NOVIPAX HOLDINGS LLC | 2215 YORK RD OAK BROOK, IL 60523 | High Rise | Shared Person Contact | No | No |
| GSI FINANCE COMPANY LLC | 1550 HECHT DR BARTLETT, IL 60103 | Street | Shared Person Contact | No | No |
| GRECO\REGGI ADDISON LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Named Executive | No | No |
| GRECO REGGI YORKVILLE JMP LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Person Contact | No | No |
| FT MEADOWVIEW DEVELOPMENT, LLC | 477 ELM PL HIGHLAND PARK, IL 60035 | Street | Shared Person Contact | No | No |
| NORTH AMERICAN EQUITIES, INC. | | | Shared Person Contact | No | No |
| WU&TRAN MOKENA LLC | 3401 AVONDALE LN NEW LENOX, IL 60451 | Street | Shared Person Contact | No | No |
| GRECO\REGGI ADDISON III LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Person Contact | No | No |
| GRECO PG FIVE LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Named Executive | No | No |
| FT MEADOWVIEW EE, LLC | 477 ELM PL HIGHLAND PARK, IL 60035 | Street | Shared Person Contact | No | No |
| BOLINGBROOK SEMU LLC | 515 N STATE ST STE 2660 CHICAGO, IL 60654 | High Rise | Shared Person Contact | No | No |
| ORLANDO GRECO & SON IMPORTS LLC | 191 TUBEWAY DR CAROL STREAM, IL 60188 | Street | Shared Person Contact | No | No |
| GSI FINANCE COMPANY LLC | 1301 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Person Contact | No | No |
| THE REGGI SISTERS LLC | 200 S WACKER DR STE 3800 CHICAGO, IL 60606 | High Rise | Shared Person Contact | No | No |
| WORLD STAR NAIL & SPA INC. | | | Shared Person Contact | No | No |
| MOKENA 30 & WOLF LLC | 2215 YORK RD STE 503 OAK BROOK, IL | High Rise | Shared Person Contact | No | No |

| Associates | Address | Address Type | Strength/Type of Association | Global Sanctions? | OFAC? |
|---|---|---|---|---|---|
| THE SHOPPES AT GENEVA COMMONS TWO LLC | 8424 EVERGREEN LN DARIEN, IL 60561 | Street | Shared Person Contact | No | No |
| THE SHOPPES AT GENEVA COMMONS ONE LLC | 8424 EVERGREEN LN DARIEN, IL 60561 | Street | Shared Person Contact | No | No |
| GRECO/REGGI 111TH/59 LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Named Executive | No | No |
| GRECO/DEROSA WEST CHICAGO INVESTMENT LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Named Executive | No | No |
| 102 & LATHAM LLC | 410 17TH ST STE 1705 DENVER, CO 80202 | High Rise | Shared Person Contact | | |
| MJM MEADOWVIEW, LLC | 477 ELM PL HIGHLAND PARK, IL 60035 | Street | Shared Person Contact | | |
| GRECO/DEROSA WESTERN SPRINGS INVESTMENT LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Named Executive | No | No |
| GSI FOODS DISTRIBUTORS, LLC | 1550 HECHT DR BARTLETT, IL 60103 | Street | Shared Person Contact | No | No |
| ENTERPRISE WEST CHICAGO LLC | 785 WALL ST STE 100 O FALLON, IL 62269 | Street | Shared Person Contact | No | No |
| VIP NAIL & SPA OF ORLAND PARK, LLC | 13135 S LA GRANGE RD ORLAND PARK, IL 60462 | Street | Shared Person Contact | No | No |
| KDP GURNEE II LLC | 515 N STATE ST STE 2660 CHICAGO, IL 60654 | High Rise | Shared Person Contact | No | No |
| GRECO REGGI PLANO, LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Person Contact | No | No |
| THE RELM GROUP, LLC | 1550 HECHT DR BARTLETT, IL 60103 | Street | Shared Person Contact | No | No |
| GRECO & SONS, INC | 1550 HECHT DR BARTLETT, IL 60103 | Street | Shared Person Contact | No | No |
| GRECO PG FIVE DEVELOPMENT LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Named Executive | No | No |
| MAIN-SOUTH CORP. | | | Shared Person Contact | No | No |
| MAIN SOUTH LIMITED PARTNERSHIP | 2215 YORK RD OAK BROOK, IL 60523 | High Rise | Shared Person Contact | No | No |
| MAIN-RANDALL VENTURE, LTD. | | | Shared Person Contact | No | No |
| TRACKSIDE PROPERTIES LLC | 1301 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Person Contact | No | No |
| FT MEADOWVIEW, LLC | 477 ELM PL HIGHLAND PARK, IL 60035 | Street | Shared Person Contact | No | No |
| LAKE/53 LLC | 1307 SCHIFERL RD | Street | Shared Named Executive | No | No |

| Associates | Address | Address Type | Strength/Type of Association | Global Sanctions? | OFAC? |
|---|---|---|---|---|---|
| GRO, LLC | BARTLETT, IL 60103 280 S WESTGATE DR CAROL STREAM, IL 60188 | Street | Shared Person Contact | No | No |
| GSI SYCAMORE LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Person Contact | No | No |
| G4 DEVELOPMENT II LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Person Contact | No | No |
| SWEARINGEN FARM LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Named Executive | No | No |
| WU'S RAMEN ORLAND PARK INC. | | | Shared Person Contact | No | No |
| GSI SUBFI LLC | 1307 SCHIFERL RD BARTLETT, IL 60103 | Street | Shared Person Contact | No | No |
| WU&TRAN PALOS PARK LLC | 3401 AVONDALE LN NEW LENOX, IL 60451 | Street | Shared Person Contact | No | No |

## UCC Filings Summary (1 Record)

| | Debtor | Creditor | Filing Date | Filing Type | Filing Location | View Full-Text |
|---|---|---|---|---|---|---|
| 1. | AFM MATTRESS COMPANY | NATIONAL SHOPPING PLAZAS, INC. | 09/01/2020 | ORIGINAL | IL | Full-Text |

## Liens & Judgments Summary (3 Records)

| | Debtor | Creditor | Amount | Filing Type | Filing Location | View Full-Text |
|---|---|---|---|---|---|---|
| 1. | AFM MATTRESS COMPANY LLC | STATE OF INDIANA | $56.00 | STATE TAX WARRANT | MARION COUNTY, IN | Full-Text |
| 2. | AFM MATTRESS COMPANY LLC | STATE OF INDIANA | $56.00 | TAX LIEN - STATE | MARION COUNTY, IN | Full-Text |
| 3. | AFM MATTRESS COMPANY LLC; GRECO, EDUARDO | STATE OF INDIANA | $4,390.00 | STATE TAX WARRANT | MARION COUNTY, IN | Full-Text |

## Lawsuit Records Summary (1 Record)

| Plaintiff | Defendant | Case Type | Demand Amount | Court | Court State | View Full-Text |
|---|---|---|---|---|---|---|

| | Plaintiff | Defendant | Case Type | Demand Amount | Court | Court State | View Full-Text |
|---|---|---|---|---|---|---|---|
| 1. | NATIONAL SHOPPING PLAZAS INC | AFM MATTRESS CO LLC; AMERICAN MATTRESS INC | | $50,000.00 | DU PAGE COUNTY CIRCUIT COURT | IL | Full-Text |

## Docket Records (4 Records)

| | Docket Title | Docket Number | Filing Date | Court | Nature of Suit | Company Interest |
|---|---|---|---|---|---|---|
| 1. | AFM Mattress Company, LLC v. Motorists Commercial Mutual Insurance Company | 1:20-CV-03556 | 06/18/2020 | N.D.Ill. | Contract: Insurance (110), Contracts, Insurance | |
| 2. | AFM MATTRESS COMPANY LLC v. MOTORISTS COMMERCIAL MUTU | 2020-CH-04159 | 05/12/2020 | Ill.Cir. | Civil | |
| 3. | II-C NILES DEVELOPM v. AMERICAN MATTRESS | 2018-M1-716425 | 10/10/2018 | Ill.Cir. | Civil Procedure | |
| 4. | II-C NILES DEVELOPM v. AFM MATTRESS CO. | 2020-M1-704917 | 05/19/2020 | Ill.Cir. | Civil Procedure | |

## Lawsuit Records (1 Record)

### To Summary

| | | | |
|---|---|---|---|
| Case Number: | 20L 541 | | |
| Date Filed: | 5/26/2020 | | |

### Plaintiff Information

| | | | |
|---|---|---|---|
| Plaintiff Name: | NATIONAL SHOPPING PLAZAS INC | | |
| | | Reported date: | 5/26/2020 |

### Defendant Information

| | |
|---|---|
| Defendant Name: | AFM MATTRESS CO LLC |
| Address: | 1301 SCHIFERL RD BARTLETT, IL 60103 |
| Reported Date: | 5/26/2020 |

| | |
|---|---|
| Defendant Name: | AMERICAN MATTRESS INC |
| Address: | 2123 S RANDALL RD SUITE 120 GENEVA, IL 60134 |
| Reported Date: | 5/26/2020 |

## Court & Case Information

### Demand, Remedies, Awards

| | | | |
|---|---|---|---|
| | | Case Number: | 20L 541 |
| | | Status Date: | 05/26/2020 |
| Date Filed: | 5/26/2020 | Location Filed: | DU PAGE |
| | | State Filed: | IL |
| Filing Office Address: | 505 N COUNTY FARM RD WHEATON, IL 60187 | Reported Date: | 5/26/2020 |
| County: | DU PAGE | | |
| | | Court Name: | DU PAGE COUNTY CIRCUIT COURT |
| Case Demand: | 50000 | | |

# UCC Filings (1 Record)

To Summary

### Filing Information

| | | | |
|---|---|---|---|
| Filing Number: | 26431891 | Full Filing Number: | 026431891 |
| Filing Date: | 9/1/2020 | Expiration Date: | 09/01/2025 |
| Filing Time: | 3:36PM | | |
| Filing Type: | ORIGINAL | | |
| | | Filing State: | IL |
| Filing Office: | SECRETARY OF STATE/UCC DIVISION | Filing Office Location: | 350 W HOWLETT BLD SPRINGFIELD, IL 62706 |

### Debtor Information

| | | | |
|---|---|---|---|
| Debtor Name: | AFM MATTRESS COMPANY | Debtor Address: | 1301 SCHIFERL BARTLETT, IL 60103 |

### Secured Party or Creditor Information

| | | | |
|---|---|---|---|
| Secured Party Name: | NATIONAL SHOPPING PLAZAS, INC. | Secured Party Address: | 200 W. MADISON ST., SUITE 4200 CHICAGO, IL 60606 |
| | | Secured Party Business DUNS: | 08-295-1716 |

# Liens & Judgments (3 Records)

To Summary

## Filing Type: STATE TAX WARRANT | Filing Date: 1/31/2020

### Filing Information

| | | | |
|---|---|---|---|
| Filing Number: | 30141024 | | |
| | | Filing Type: | STATE TAX WARRANT |
| Action Type: | STATE TAX WARRANT | | |
| Filing Date: | 1/31/2020 | | |
| Filing Office: | MARION COUNTY CIRCUIT COURT | Court ID: | INMARD1 |
| Venue: | 200 E WASHINGTON ST INDIANAPOLIS, IN 46204 | County: | MARION |

### Debtor Information

| | | | |
|---|---|---|---|
| Debtor: | AFM MATTRESS COMPANY LLC | Debtor Type: | BUSINESS |
| Address: | 1301 SCHIFERL RD | | |

| | |
|---|---|
| | BARTLETT, IL 60103 |
| Debtor Amount: | $56.00 |

## Creditor Information

| Creditor: | STATE OF INDIANA |
|---|---|

## To Summary
### Filing Number: 30141024 | Filing Type: TAX LIEN | Filing Date: 1/31/2020

### Debtors

| Debtor Name: | AFM MATTRESS COMPANY LLC | | |
|---|---|---|---|
| Reported Date: | 1/31/2020 | | |
| Address: | 1301 SCHIFERL RD BARTLETT, IL 60103 | | |

### Creditors

| Credit Holder: | STATE OF INDIANA | Credit Holder Level: | STATE |
|---|---|---|---|

### Filing Information

| Filing Type: | TAX LIEN | | |
|---|---|---|---|
| Tax Type: | OTHER | | |
| Filing Date: | 1/31/2020 | | |
| Filing Number: | 30141024 | Page/Volume Number: | - |
| Filing Office: | CIRCUIT COURT | Filing Office DUNS: | 362226623 |
| Address: | CITY CNTY BLDG MRKT & AL INDIANAPOLIS, IN 46204 | Reported Date: | 1/31/2020 |
| County: | MARION | | |

### Liens

| Lien Amount: | $56.00 | | |
|---|---|---|---|
| Lien Status: | OPEN | Status Date: | 1/31/2020 |

### Subjudgments

| Number of Subjudgments: | 0 |
|---|---|

## To Summary
### Filing Type: STATE TAX WARRANT | Filing Date: 12/3/2019

### Filing Information

| Filing Number: | 6093606 | | |
|---|---|---|---|
| | | Filing Type: | STATE TAX WARRANT |
| Action Type: | STATE TAX WARRANT | | |
| Filing Date: | 12/3/2019 | | |
| Filing Office: | MARION COUNTY CIRCUIT COURT | Court ID: | INMARD1 |
| Venue: | 200 E WASHINGTON ST INDIANAPOLIS, IN 46204 | County: | MARION |

### Debtor Information

| Debtor: | AFM MATTRESS COMPANY LLC | Debtor Type: | BUSINESS |
|---|---|---|---|
| Address: | 1301 SCHIFERL RD BARTLETT, IL 60103 | | |
| Debtor Amount: | $4,390.00 | | |

| Debtor: | GRECO, EDUARDO | Debtor Type: | INDIVIDUAL |
|---|---|---|---|
| Address: | 1301 SCHIFERL RD BARTLETT, IL 60103 | | |

| Debtor Amount: | $4,390.00 |
|---|---|

## Creditor Information

| Creditor: | STATE OF INDIANA |
|---|---|

# Corporate Filings (2 Records)

To Summary

## AFM MATTRESS COMPANY LLC

| Corporation Address: | 1301 SCHIFERL RD<br>BARTLETT, IL 60103 |
|---|---|

### Filing Record

| Filing Date: | 10/5/2018 | | |
|---|---|---|---|
| State of Incorporation: | DELAWARE | | |
| Corporation Number: | 201810051282774 | | |
| Status: | ACTIVE | Information Current Through: | 10/31/2018 |
| Business Type: | FOREIGN LIMITED LIABILITY CO | | |
| Office Location Where Filed: | SECRETARY OF STATE/CORPORATIONS DIVISION | Office Address Where Filed: | 200 W WASHINGTON ST INDIANAPOLIS, IN 46204 |

### Officer

| Name | Title | Address | Principle Office Location |
|---|---|---|---|
| EDUARDO GRECO | MANAGER | 1301 SCHIFERL RD BARTLETT, IL 60103 | |

### Registered Agent

| Name: | ALLEN AYNESSAZIAN |
|---|---|
| Address: | 8087 RANDOLPH ST HOBART, IN 46342 |

To Summary

## AFM MATTRESS COMPANY LLC

| Corporation Address: | 1307 SCHIFERL RD. BARTLETT, IL 60103 |
|---|---|

### Filing Record

| Filing Date: | 10/4/2018 | | |
|---|---|---|---|
| State of Incorporation: | DELAWARE | | |
| Corporation Number: | 07124112 | Status Date: | 08/28/2020 |
| Status: | GOOD STANDING | Information Current Through: | 08/28/2020 |
| Business Type: | LIMITED LIABILITY COMPANY | | |
| Office Location Where Filed: | SECRETARY OF STATE/LIMITED LIABILITY COMPANY DIVISION | Office Address Where Filed: | STATE HOUSE RM 213 FL 2 SPRINGFIELD, IL 62756 |

### Officer

| Name | Title | Address | Principle Office Location |
|---|---|---|---|
| GRECO, EDUARDO E. | | 1307 SCHIFERL RD. BARTLETT, IL 60103 | |

## Registered Agent

| Name: | MARCIA OWENS | | |
|---|---|---|---|
| Address: | 200 S. WACKER DR., STE 3800 CHICAGO, IL 60606 | | |

## Stock Records

| Annual Report Filed Date: | | 08/28/2020 | |
|---|---|---|---|

## Report Section(s) with no Matches (99 Records)

Phone Numbers, Full Business Description (SEC Filings), FEIN Records Summary, Business Finder Records Summary, Business Profile Records Summary, D&B Market Identifier Records Summary, D&B Worldbase Summary, D&B PCI Summary, Marijuana-Related Business Records Summary, Fictitious Business Names Summary, Annual Reports, Money Service Business Records Summary, NPI Records Summary, News, Businesses with Same Phone Number, Businesses with Same Address, People with Same Phone Number, People with Same Address, Executive Affiliations Summary, Executive Biographies Summary, Executive Profile Records Summary, Professional Licenses Summary, Beneficial and Management Ownership (SEC Filings), Listing of Officers and Directors (SEC Filings), Legal Advisors, Financial Advisors, Matters Related to Accountants and Financial Statements (SEC Filings), FAA Aircraft Registrations Summary, Real Property Pre-Foreclosure Records Summary, Real Property Tax Assessor Records Summary, Real Property Transactions Summary, Watercraft Summary, Bankruptcy Records Summary, Bankruptcy or Receivership (SEC Filings), Criminal Records Summary, Arrest Records Summary, Global Sanctions Summary, OFAC Infractions Summary, Healthcare Sanctions Summary, Company Disclosed Risk Factors (SEC Filings), Federal Case Law, State Case Law, Company Disclosed Legal Proceedings (SEC Filings), SEC Filings, SEC Insider Filings, Subsidiaries Disclosed in SEC Filings, SEC Staff Review Letters, SEC No Action Letters, Registrations & Prospectuses Transactions, Other Securities Filings, Controls and Procedures (SEC Filings), Quantitative and Qualitative Discussions About Market Risk (SEC Filings), Material Modifications to Rights of Security Holders (SEC Filings), Unregistered Sales of Equity Securities (SEC Filings), Notice of Delisting Failure to Satisfy Listing Rule or Transfer of Listing (SEC Filings), SEDAR Filings, UK Listing Authority Filings, International Prospectuses & 144As, Mergers & Acquisitions Transactions, Mergers & Acquisitions Agreements, Business Organization Agreements, Capital Market Agreements, Corporate Finance Agreements, Private Equity Agreements, Intellectual Property Agreements, Other Material Agreements, Entry or Termination of a Material Definitive Agreement (SEC Filings), Changes in Control of Registrant (SEC Filings), Relationships and Related Transactions (SEC Filings), Financials - Annual, Ratios, Company Profile, Executive Officers, Folder Content, Bankruptcy Records, Criminal Records, Arrest Records, Global Sanctions, OFAC Infractions, Healthcare Sanctions, FAA Aircraft Registrations, Real Property Pre-Foreclosure Records, Real Property Tax Assessor Records, Real Property Transactions, Watercraft, Executive Affiliations, Executive Biographies, Executive Profile Records, Professional Licenses, FEIN Records, Business Finder Records, Business Profile Records, D&B Market Identifier Records, D&B Worldbase, D&B PCI, Marijuana-Related Business Records, Fictitious Business Names, Money Service Business Records, NPI Records