# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| AFM MATTRESS COMPANY, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 1:20-cv-03556 |
| v. | ) |
| | ) Judge: Manish S. Shah |
| | ) |
| MOTORISTS COMMERCIAL MUTUAL INSURANCE COMPANY, | ) Magistrate Judge: M. David Weisman |
| | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S RESPONSES TO DEFENDANT'S JURISDICTIONAL INTERROGATORIES

Plaintiff AFM Mattress Company, LLC ("AFM"), by and through its attorneys, Brown, Udell, Pomerantz & Delrahim, hereby responds to Defendant Motorists Commercial Mutual Insurance Company's Jurisdictional Interrogatories as follows:

### RESPONSES TO INTERROGATORIES

**Interrogatory No. 1:** State the full name(s) and permanent address(es) of all members of AFM.

**RESPONSE:** The members of AFM are GSI Family Office LLC, a Delaware limited liability company, 1307 Schiferl Road, Bartlett, IL 60103, and GSI Finance Company LLC, an Illinois limited liability company, 1307 Schiferl Road, Bartlett, IL 60103.

**Interrogatory No. 2:** To the extent any member of AFM is a corporation, state the principal place of business and the state of incorporation of each such corporation.

**RESPONSE:** N/A.

**Interrogatory No. 3:** To the extent any members of AFM are not natural persons or corporations, state the full name(s) and permanent address(es) of all natural persons who have direct or indirect ownership of AFM, including through any partnerships, organizations, limited liability companies or other entities constituting the members of AFM, or constituting the

members of members of AFM, in succession, until all natural persons who have direct or indirect ownership of AFM through any such entity(ies) and their citizenships are disclosed.

**RESPONSE:** The ownership structure of AFM (including its members, and members of members, in succession) is as depicted on the organizational chart being produced concurrently herewith. Information relating to any trusts holding direct or indirect interests is provided in response to Interrogatory No. 4, below). There are no individuals directly holding any membership interests in the pertinent entities, other than through a trust.

**Interrogatory No. 4:** To the extent any members of AFM, or members of members of AFM, are trusts, state the full name(s) and permanent address(es) of all natural persons who act as trustee for those trusts, in succession, until all natural persons who act as trustee for any trust having direct or indirect ownership of AFM and their citizenships are disclosed.

**RESPONSE:** The names of all natural persons acting as trustees for the trusts listed in the organizational chart are as follows:

> Eduardo E. Greco, as Trustee of the Eduardo E. Greco Revocable Trust, u/a/d 11/14/96
>
> Pasquale F. Greco (aka Pasquale F. Greco II), as Trustee of the Pasquale F. Greco Trust, u/a/d 9/29/03
>
> Gian Greco, as Trustee of the Gian Greco Trust, u/a/d 9/25/03
>
> Roberto Greco, as Trustee of the Roberto Greco Trust, u/a/d 9/25/03
>
> Francesca C.M. Greco-Jaffe and Dominic S. Maduri, as Co-Trustees of the Francesca C.M. Greco-Jaffe GSI Irrevocable Trust dated 12/18/02
>
> Gian F. Greco and Dominic S. Maduri, as Co-Trustees of the Pasquale P. Greco GSI Irrevocable Trust, u/a/d 12/18/02
>
> Gian F. Greco and Dominic S. Maduri, as Co-Trustees of the Gina V. Greco GSI Irrevocable Trust, u/a/d 12/18/02

Gian F. Greco and Dominic S. Maduri, as Co-Trustees of the
Eduardo E. Greco, Jr. GSI Irrevocable Trust, u/a/d 12/18/02

Gian F. Greco and Dominic S. Maduri, as Co-Trustees of the
Roberto Greco Irrevocable Trust II u/a/d 12/16/98

Gian F. Greco and Dominic S. Maduri, as Co-Trustees of the
Pasquale F. Greco Irrevocable Trust II u/a/d 12/16/98

Gian F. Greco and Dominic S. Maduri, as Co-Trustees of the
Eduardo E. Greco Irrevocable Trust II u/a/d 12/16/98

Pasquale F. Greco II and Dominic S. Maduri, as Co-Trustees of
the Gian F. Greco Irrevocable Trust II u/a/d 12/16/98

Pasquale F. Greco II and Dominic S. Maduri, as Co-Trustees of
the Francesca C.M. Greco-Jaffe Irrevocable Trust II u/a/d
12/16/98

Pasquale F. Greco and Dominic S. Maduri, as Co-Trustees of the
Gina V. Greco Irrevocable Trust II LLC, dtd 12/16/98

Pasquale F. Greco and Dominic S. Maduri, as Co-Trustees of the
Pasquale P. Greco Irrevocable Trust II, dtd 12/16/98

Pasquale F. Greco and Dominic S. Maduri, as Co-Trustees of the
Eduardo E. Greco, Jr. Irrevocable Trust II, dtd 12/16/98

The permanent addresses for the above-listed trustees are as follows:

Pasquale F. Greco, 3 Elle Court, South Barrington, IL 60010

Eduardo E. Greco, 1005 Glenbriar Court, St. Charles, IL 60174

Gian Greco, 34W683 Army Trail Road, Wayne, IL 60184

Roberto Greco, 34W685 Army Trail Road, Wayne, IL 60184

Francesca C.M. Greco-Jaffe, 3465 Dover Hill Ct., St. Charles, IL 60175

Dominic S. Maduri, 1026 Far Oaks Drive. Caseyville, IL 62232

Dated: November 11, 2020            Respectfully Submitted,
                                    AFM MATTRESS COMPANY, LLC


                                    By:    /s/ Bryan D. King
                                           One of their attorneys

Glenn L. Udell (ARDC # 6206064)
Michael S. Pomerantz (ARDC # 6205384)
Bryan King (ARDC # 6279203)
Brown, Udell, Pomerantz & Delrahim, Ltd.
225 W. Illinois Street, Suite 300
Chicago, IL 60654
312-475-9900
gudell@bupdlaw.com
mpomerantz@bupdlaw.com
bking@bupdlaw.com

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, the undersigned, in his capacity as CFO of AFM Mattress Company, LLC, declares under penalty of perjury that the foregoing is true and correct as of the time of this verification, based upon his knowledge, information, and belief formed after a reasonable inquiry.

Dated: November 11, 2020

AFM MATTRESS COMPANY, LLC

By: _____
Brian Barrett



# GSI Family Office LLC



AFM0000172

# Greco Family Holdings LLC



# GSI Finance Company LLC



# Greco EG Three LLC



AFM000175

# Greco PG Five LLC



AFM000176