# EXHIBIT 1



# COMMON POLICY DECLARATIONS

| Policy Number: 5000045035 | New Business |
|---|---|
| **Named Insured and Mailing Address:**<br><br>AFM Mattress Company LLC<br>1300 PRATT BLVD<br>ELK GROVE VILLAGE, IL 60007-5711 | **Producer Name and Address:**<br><br>Assurance Agency Ltd<br>1750 E Golf Rd<br>Schaumburg, IL 60173-5835<br><br>Telephone: (847) 797-5700 |

| Policy Period | |
|---|---|
| **From:** 07/01/2019 | |
| **To:** 07/01/2020 | At 12:01 AM* Standard Time at your mailing address shown above. |

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

| Description Of Business |
|---|
| **Form Of Business:** INDIVIDUAL |
| **Business Description:** Retail mattress store |

| THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT. | |
|---|---|
| **Coverage Parts** | **Premium** |
| COMMERCIAL AUTOMOBILE COVERAGE PART | |
| COMMERCIAL GENERAL LIABILITY COVERAGE PART | |
| COMMERCIAL PROPERTY COVERAGE PART | |
| CRIME AND FIDELITY COVERAGE PART | |
| EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART | |
| **TAX OR OTHER (IF APPLICABLE)** | |
| **TOTAL:** | $83,216.00 |

| FORMS APPLICABLE TO ALL COVERAGE PARTS |
|---|
| See Schedule of Forms and Endorsements |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.



Member of Motorists Insurance Group

| Countersigned: | By: |
| --- | --- |
| (Date) | (Authorized Representative) |

**NOTE**

OFFICERS' FACSIMILE SIGNATURES MAY BE INSERTED HERE, ON THE POLICY COVER OR ELSEWHERE AT THE COMPANY'S OPTION.

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

**IL CW DS0005 0417**

# SCHEDULE OF FORMS AND ENDORSEMENTS

| Form Number | State(s*) | Title | Effective Date |
|---|---|---|---|
| **Common Policy Forms and Endorsements** | | | |
| IL CW PN 00 20 04 17 | | Instructions for Reporting a Claim | 07/01/2019 |
| IL IL PN 00 01 04 17 | IL | To Our Illinois Insureds For Customer Service | 07/01/2019 |
| IL CW DS 00 05 04 17 | | Common Policy Declarations | 07/01/2019 |
| IL CW DS 00 06 04 17 | | Schedule of Forms and Endorsements | 07/01/2019 |
| IL CW DS 00 07 04 17 | | Schedule of Premises | 07/01/2019 |
| IL CW DS 00 08 04 17 | | Schedule of Named Insureds | 07/01/2019 |
| IL 00 03 09 08 | | Calculation Of Premium | 07/01/2019 |
| IL 00 17 11 98 | | Common Policy Conditions | 07/01/2019 |
| IL 00 21 09 08 | | Nuclear Energy Liability Exclusion Endorsement (Broad Form) | 07/01/2019 |
| IL 01 17 12 10 | IN | Indiana Changes - Workers' Compensation Exclusion | 07/01/2019 |
| IL 01 18 02 17 | IL | Illinois Changes | 07/01/2019 |
| IL 01 47 09 11 | IL | Illinois Changes - Civil Union | 07/01/2019 |
| IL 01 56 11 17 | IN | Indiana Changes - Concealment, Misrepresentation Or Fraud | 07/01/2019 |
| IL 01 58 09 08 | IN | Indiana Changes | 07/01/2019 |
| IL 01 62 10 13 | IL | Illinois Changes - Defense Costs | 07/01/2019 |
| IL 02 72 09 07 | IN | Indiana Changes - Cancellation And Nonrenewal | 07/01/2019 |
| IL 02 84 01 18 | IL | Illinois Changes - Cancellation And Nonrenewal | 07/01/2019 |
| IL 09 86 01 15 | | Exclusion Of Certified Acts Of Terrorism Involving Nuclear, Biological, Chemical Or Radiological Terrorism; Cap On Covered Certified Acts Losses | 07/01/2019 |
| IL N0 01 09 03 | | Fraud Statement | 07/01/2019 |
| IL N1 20 10 05 | IN | INDIANA NOTICE TO POLICYHOLDERS REGARDING FILING COMPLAINTS WITH THE DEPARTMENT OF INSURANCE | 07/01/2019 |
| IL N1 75 11 11 | IL | Illinois Notice To Policyholders Regarding The Religious Freedom Protection And Civil Union Act | 07/01/2019 |
| IL U0 70 07 09 | IN | Indiana Uninsured Motorists Coverage And Underinsured Motorists Coverage Selection/ rejection | 07/01/2019 |
| IL CW MG 00 03 04 17 | | Exclusion - Asbestos | 07/01/2019 |
| IL CW MG 00 06 04 17 | | Additional Condition - Two or More Coverage Forms or Policies Issued by Us | 07/01/2019 |
| IL CW MG 00 07 04 17 | | Additional Policy Provisions | 07/01/2019 |
| IL CW MG 00 09 04 17 | | Exclusion - Lead Liability | 07/01/2019 |

IL CW DS0006 0417

Includes copyrighted material of Insurance Services Office, Inc with its permission.

Page 1 of 4

| | | | |
|---|---|---|---|
| IL CW MG 00 10 04 17 | | Exclusion - Lumber And Other Wood Products Treated With Arsenic | 07/01/2019 |
| IL CW MG 00 16 04 17 | | Security Breach Expense Coverage | 07/01/2019 |
| IL IL PN 00 05 04 17 | IL | Illinois - Notice Of Limited Or Excluded Coverage For Mold | 07/01/2019 |
| AU TO ID 04 17 | | CA ID CARD | 07/01/2019 |

## Commercial Property Forms and Endorsements

| | | | |
|---|---|---|---|
| CP CW DS 00 06 04 17 | | Commercial Property Coverage Part Declarations Page | 07/01/2019 |
| CP 00 10 10 12 | | Building And Personal Property Coverage Form | 07/01/2019 |
| CP 00 30 10 12 | | Business Income (And Extra Expense) Coverage Form | 07/01/2019 |
| CP 00 90 07 88 | | Commercial Property Conditions | 07/01/2019 |
| CP 01 40 07 06 | | Exclusion Of Loss Due To Virus Or Bacteria | 07/01/2019 |
| CP 01 49 06_07 | IL | Illinois Changes - Artificially Generated Electrical Current Exclusion | 07/01/2019 |
| CP 01 52 07 96 | IN | Indiana Changes - Rights Of Recovery | 07/01/2019 |
| CP 04 11 09 17 | | Protective Safeguards | 07/01/2019 |
| CP 10 30 09 17 | | Causes Of Loss - Special Form | 07/01/2019 |
| CP 12 18 10 12 | | Loss Payable Provisions | 07/01/2019 |
| CP 12 19 06 07 | | Additional Insured - Building Owner | 07/01/2019 |
| CP 15 56 06 07 | | Business Income Changes - Beginning Of The Period Of Restoration | 07/01/2019 |
| CP 99 93 10 90 | | Tentative Rate | 07/01/2019 |
| CP CW DS 00 05 04 17 | | Equipment Breakdown Coverage Schedule | 07/01/2019 |
| CP CW MG 00 03 04 17 | | Equipment Breakdown Coverage | 07/01/2019 |
| CP CW MG 00 06 04 17 | | Business Income Actual Loss Sustained | 07/01/2019 |

## Crime Forms and Endorsements

| | | | |
|---|---|---|---|
| CR CW DS 00 05 04 17 | | Crime and Fidelity Coverage Part Declarations (Commercial Entities) | 07/01/2019 |
| CR 00 21 11 15 | | Commercial Crime Coverage Form (Loss Sustained Form) | 07/01/2019 |
| CR 02 02 01 18 | IL | Illinois Changes | 07/01/2019 |
| CR 07 30 10 10 | | Exclusion Of Terrorism | 07/01/2019 |
| CR 20 13 10 10 | | Nonbinding Arbitration | 07/01/2019 |
| CR 20 29 08 07 | | Change In Control Of The Insured - Notice To The Company | 07/01/2019 |
| CR 25 47 09 17 | | U.S. Department Of Labor - ERISA Plan Coverage Amendments | 07/01/2019 |

## General Liability Forms and Endorsements

| | | | |
|---|---|---|---|
| CG CW DS 00 05 04 17 | | Commercial General Liability Declarations | 07/01/2019 |
| CG 00 01 04 13 | | Commercial General Liability Coverage Form | 07/01/2019 |
| CG 02 00 01 18 | IL | Illinois Changes - Cancellation And Nonrenewal | 07/01/2019 |

Includes copyrighted material of Insurance Services Office, Inc with its permission. **IL CW DS0006 0417**

| CG 04 35 12 07 | | Employee Benefits Liability Coverage | 07/01/2019 |
|---|---|---|---|
| CG 20 01 04 13 | | Primary and Noncontributory - Other Insurance Condition | 07/01/2019 |
| CG 20 26 04 13 | | Additional Insured - Designated Person Or Organization | 07/01/2019 |
| CG 21 06 05 14 | | Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-Related Liability - With Limited Bodily Injury Exception | 07/01/2019 |
| CG 21 09 06 15 | | Exclusion - Unmanned Aircraft | 07/01/2019 |
| CG 21 41 11 85 | | Exclusion - Intercompany Products Suits (For Use With CGL And Products Policies) | 07/01/2019 |
| CG 21 55 09 99 | IL, IN | Total Pollution Exclusion With A Hostile Fire Exception | 07/01/2019 |
| CG 21 67 12 04 | | Fungi Or Bacteria Exclusion | 07/01/2019 |
| CG 21 76 01 15 | | Exclusion Of Punitive Damages Related To A Certified Act Of Terrorism | 07/01/2019 |
| CG 21 84 01 15 | | Exclusion Of Certified Nuclear, Biological, Chemical Or Radiological Acts Of Terrorism; Cap On Losses From Certified Acts Of Terrorism | 07/01/2019 |
| CG 21 86 12 04 | | Exclusion - Exterior Insulation and Finish Systems | 07/01/2019 |
| CG 21 96 03 05 | | Silica Or Silica-Related Dust Exclusion | 07/01/2019 |
| CG 25 03 05 09 | | Designated Construction Project(S) General Aggregate Limit | 07/01/2019 |
| CG 25 04 05 09 | | Designated Location(S) General Aggregate Limit | 07/01/2019 |
| CG CW MG 00 08 04 17 | | MiChoice General Liability | 07/01/2019 |
| CG CW MG 00 09 04 17 | | Waiver of Transfer of Rights Of Recovery Against Others To Us | 07/01/2019 |
| CG CW MG 00 13 04 17 | | Additional Insured Automatic Status By Contractor Or Agreement - Completed Operations | 07/01/2019 |

## Commercial Auto Forms and Endorsements

| CA CW DS 00 06 04 17 | | Business Auto Declarations | 07/01/2019 |
|---|---|---|---|
| CA 00 01 10 13 | | Business Auto Coverage Form | 07/01/2019 |
| CA 01 19 10 13 | IN | Indiana Changes | 07/01/2019 |
| CA 01 20 10 15 | IL | Illinois Changes | 07/01/2019 |
| CA 02 70 01 18 | IL | Illinois Changes - Cancellation And Nonrenwal | 07/01/2019 |
| CA 03 02 10 13 | | Deductible Liability Coverage | 07/01/2019 |
| CA 04 33 10 13 | IN | Indiana Changes - Pollution Exclusion | 07/01/2019 |
| CA 04 49 11 16 | | Primary and Noncontributory - Other Insurance Condition | 07/01/2019 |
| CA 21 30 10 13 | IL | Illinois Uninsured Motorists Coverage | 07/01/2019 |
| CA 21 38 10 13 | IL | Illinois Underinsured Motorists Coverage | 07/01/2019 |
| CA 21 44 12 15 | IN | Indiana Uninsured Motorists Coverage | 07/01/2019 |
| CA 23 01 10 13 | | Explosives | 07/01/2019 |
| CA 23 04 10 13 | | Rolling Stores | 07/01/2019 |

| | | | |
|---|---|---|---|
| CA 23 84 10 13 | | Exclusion Of Terrorism | 07/01/2019 |
| CA 23 94 10 13 | | Silica Or Silica-related Dust Exclusion For Covered Autos Exposure | 07/01/2019 |
| CA 23 97 10 13 | | Amphibious Vehicles | 07/01/2019 |
| CA 25 87 10 13 | IL | Illinois Extended Reporting Period | 07/01/2019 |
| CA 31 16 12 15 | IN | Indiana Underinsured Motorists Coverage | 07/01/2019 |
| CA 99 17 10 13 | | Individual Named Insured | 07/01/2019 |
| CA 99 23 10 13 | | Rental Reimbursement Coverage | 07/01/2019 |
| CA CW MG 00 10 04 17 | | Towing and Labor And Transportation Expenses - Other Than Private Passenger Autos | 07/01/2019 |
| CA CW MG 00 06 04 17 | | Commercial Auto Plus Endorsement | 07/01/2019 |
| CA CW MG 00 07 04 17 | | Waiver Of Transfer Of Rights Of Recovery Against Others To Us (Waiver Of Subrogation) Non-Scheduled | 07/01/2019 |
| CA CW MG 00 15 04 17 | | Additional Insured - Automatic Status When Required In Written Contract With You - Primary Liability | 07/01/2019 |

A = Add
D = Delete
C = Change
*Applicability is not limited to certain states unless otherwise indicated in the schedule

Includes copyrighted material of Insurance Services Office, Inc with its permission.

IL CW DS0006 0417

# SCHEDULE OF PREMISES

| Premises Number | Address | County | Protection Class | Building Details (If Applicable) |
| --- | --- | --- | --- | --- |
| | | | | Building Number - Description |
| 1 | 5725 S LA GRANGE RD, COUNTRYSIDE, IL 60525-4063 | COOK | 02 | 1 |
| 2 | 1953 N CLYBOURN AVE, CHICAGO, IL 60614-4903 | COOK | 01 | 1 |
| 3 | 1461 ELLINWOOD AVE, DES PLAINES, IL 60016-4565 | COOK | 02 | |
| 4 | 1630 75TH ST, DOWNERS GROVE, IL 60516-6231 | DUPAGE | 01 | 1 |
| 5 | 665 W NORTH AVE, ELMHURST, IL 60126-2132 | DUPAGE | 02 | 1 |
| 6 | 618 DAVIS ST, EVANSTON, IL 60201-4419 | COOK | 01 | |
| 7 | 6409 GRAND AVE, GURNEE, IL 60031-1642 | LAKE | 03 | 1 |
| 8 | 134 US HIGHWAY 41, SCHERERVILLE, IN 46375-1204 | LAKE | 04 | |
| 9 | 531 S RAND RD, LAKE ZURICH, IL 60047-2356 | LAKE | 03 | 1 |
| 10 | 1474 S BUTTERFIELD RD, MUNDELEIN, IL 60060-9424 | LAKE | 03 | 1 |
| 11 | 436 S ROUTE 59, NAPERVILLE, IL 60540-3915 | DUPAGE | 02 | |
| 12 | 7203 W DEMPSTER ST, NILES, IL 60714-2107 | COOK | 03 | 1 |
| 13 | 1458 GOLF RD, ROLLING MEADOWS, IL 60008-4206 | COOK | 03 | 1 |
| 14 | 2400 E MAIN ST STE 109, SAINT CHARLES, IL 60174-2415 | KANE | 01 | 1 |

Includes copyrighted material of Insurance Services Office, Inc with its permission.

| Premises Number | Address | County | Protection Class | Building Details (If Applicable) Building Number - Description |
|---|---|---|---|---|
| 15 | 35 E GOLF RD, HOFFMAN ESTATES, IL 60169-0903 | COOK | 02 | 1 |
| 16 | 2658 E MAIN ST, PLAINFIELD, IN 46168-2701 | HENDRICKS | 03 | 1 |
| 17 | 4909 E 82ND ST, INDIANAPOLIS, IN 46250-1674 | MARION | 01 | 1<br><br>2 |
| 18 | 9369 E WASHINGTON ST, INDIANAPOLIS, IN 46229-3029 | MARION | 02 | 1 |
| 19 | 7570 BARRINGTON RD, HANOVER PARK, IL 60133-2236 | COOK | 02 | 1 |
| 20 | 7123 NORTH AVE, OAK PARK, IL 60302-1002 | COOK | 02 | 1 |
| 21 | 2950 US HIGHWAY 34, OSWEGO, IL 60543-8362 | KENDALL | 02 | 1 |
| 22 | 2710 LAPORTE AVE, VALPARAISO, IN 46383-8355 | PORTER | 02 | 1 |
| 23 | 4726 S SCATTERFIELD RD, ANDERSON, IN 46013-2908 | MADISON | 03 | 1 |
| 24 | 16783 CLOVER RD, NOBLESVILLE, IN 46060-3646 | HAMILTON | 03 | |
| 25 | 2839 W 95TH ST, EVERGREEN PARK, IL 60805-2702 | COOK | 02 | |
| 26 | 578 W NORTHFIELD DR, BROWNSBURG, IN 46112-8158 | HENDRICKS | 01 | 1<br><br>2 |
| 27 | 197 MCHENRY RD, BUFFALO GROVE, IL 60089-1796 | LAKE | 02 | 1 |
| 28 | 51 SKOKIE BLVD, NORTHBROOK, IL 60062-1607 | COOK | 01 | 1 |
| 29 | 1410 W 86TH ST, INDIANAPOLIS, IN 46260-2181 | MARION | 02 | 1<br><br>2 |

Includes copyrighted material of Insurance Services Office, Inc with its permission.

IL CW DS0007 0417

| Premises Number | Address | County | Protection Class | Building Details (If Applicable) |
| --- | --- | --- | --- | --- |
| | | | | Building Number - Description |
| 30 | 4916 ILLINOIS RD STE 100, FORT WAYNE, IN 46804-5116 | ALLEN | 02 | 1 |
| 31 | 5172 FRANKLIN ST, MICHIGAN CITY, IN 46360-7878 | LAPORTE | 02 | 1 |
| 32 | 1406 S RANGELINE RD, CARMEL, IN 46032-2934 | HAMILTON | 02 | 1 |
| 33 | 2211 SYCAMORE RD, DEKALB, IL 60115-2046 | DEKALB | 02 | 1 |
| 34 | 6000 N LINCOLN AVE, CHICAGO, IL 60659-2411 | COOK | 01 | 1<br>2 |
| 35 | 10464 MAYSVILLE RD, FORT WAYNE, IN 46835-9762 | ALLEN | 02 | 1 |
| 36 | 894 N US HIGHWAY 31 N, GREENWOOD, IN 46142-4401 | JOHNSON | 02 | 1 |
| 37 | 1408 E 53RD ST, CHICAGO, IL 60615-4502 | COOK | 01 | 1 |
| 38 | 1910 E ROOSEVELT RD, WHEATON, IL 60187-6955 | DUPAGE | 03 | 1 |
| 39 | 2112 N CLYBOURN AVE, CHICAGO, IL 60614-4020 | COOK | 01 | 1 |
| 40 | 336 W ARMY TRAIL RD, BLOOMINGDALE, IL 60108-2681 | DUPAGE | 01 | 1 |
| 41 | 447 N MILWAUKEE AVE, VERNON HILLS, IL 60061-1559 | LAKE | 02 | 1 |
| 42 | 102 S SCHMALE RD, CAROL STREAM, IL 60188 | DUPAGE | 02 | 1 |
| 43 | 4602 NORTH HARLEM AVENUE, HARWOOD HEIGHTS, IL 60656 | COOK | 03 | 1 |
| 44 | 201 S STATE ROAD 135, GREENWOOD, IN 46142-1421 | JOHNSON | 03 | 1 |
| 45 | 254 W 81ST AVE, MERRILLVILLE, IN 46410-5475 | LAKE | 04 | 1 |

| Premises Number | Address | County | Protection Class | Building Details (If Applicable) |
|---|---|---|---|---|
| | | | | Building Number - Description |
| 46 | 1190 S RANDALL RD STE 103, ELGIN, IL 60123-4110 | KANE | 02 | 1 |
| 47 | 4004 ROOSEVELT RD, HILLSIDE, IL 60162-1824 | COOK | 01 | 1 |
| 48 | 2123 S RANDALL RD, GENEVA, IL 60134-3992 | KANE | 02 | 1 |
| 49 | 9392 W 159TH ST, ORLAND PARK, IL 60462-5541 | COOK | 01 | 1 |
| 50 | 12919 CAMPUS PKWY, NOBLESVILLE, IN 46060-6737 | HAMILTON | 03 | |
| 51 | 1226 N CLYBOURN AVE, CHICAGO, IL 60610-1708 | COOK | 01 | 1 |
| 52 | 1300 PRATT BLVD, SUITE 100, ELK GROVE VILLAGE, IL 60007-5711 | COOK | 02 | 1 |
| 53 | 13117 SOUTH LAGRANGE ROAD, ORLAND PARK, IL 60464 | COOK | 02 | 1 |
| 54 | 1044 S ROUTE 59, NAPERVILLE, IL 60540-1019 | DUPAGE | 02 | 1 |
| 55 | 349 E RAND RD, ARLINGTON HEIGHTS, IL 60004-3103 | COOK | 01 | 1 |
| 56 | 10000 SKOKIE BLVD, SKOKIE, IL 60077-1025 | COOK | 01 | 1 |

Includes copyrighted material of Insurance Services Office, Inc with its permission.

IL CW DS0007 0417

# SCHEDULE OF NAMED INSUREDS

| Named Insureds | First Named Insured | FEIN |
|---|---|---|
| AFM Mattress Company LLC | X | 83-2082209 |
| Amsleep Inc. American Mattress 401K Pension Plan | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

> CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
> COMMERCIAL AUTOMOBILE COVERAGE PART
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> CRIME AND FIDELITY COVERAGE PART
> EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
> EQUIPMENT BREAKDOWN COVERAGE PART
> FARM COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

© ISO Properties, Inc., 2007

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

 Copyright, Insurance Services Office, Inc., 1998

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   **A.** Under any Liability Coverage, to "bodily injury" or "property damage":

      **(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      **(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   **B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   **C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      **(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

      **(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      **(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "special nuclear material" or "by-product material".

© ISO Properties, Inc., 2007

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

(a) Any "nuclear reactor";

(b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

 © ISO Properties, Inc., 2007 ◻

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# INDIANA CHANGES – WORKERS' COMPENSATION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM LIABILITY COVERAGE FORM
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** For insurance provided under the:

Commercial General Liability Coverage Part
Commercial Liability Umbrella Coverage Part
Employment-Related Practices Liability Coverage Part
Liquor Liability Coverage Part
Medical Professional Liability Coverage Part
Owners And Contractors Protective Liability Coverage Part
Pollution Liability Coverage Part
Products/Completed Operations Liability Coverage Part
Railroad Protective Liability Coverage Part
Underground Storage Tank Policy

The following is added to the **Workers' Compensation And Similar Laws** Exclusion:

This exclusion also applies to any obligation of the insured under the Indiana Workers' Compensation statutes arising out of the failure of the insured to exact from a contractor (or subcontractor if the insured is a contractor) a certificate from the workers' compensation board showing that the contractor (or subcontractor) has complied with the applicable workers' compensation insurance requirements.

**B.** For insurance provided under the Commercial Automobile Coverage Part, the following is added to the **Workers' Compensation** Exclusion:

This exclusion also applies to any obligation of the "insured" under the Indiana Workers' Compensation statutes arising out of the failure of the "insured" to exact from a contractor (or subcontractor if the "insured" is a contractor) a certificate from the workers' compensation board showing that the contractor (or subcontractor) has complied with the applicable workers' compensation insurance requirements.

**C.** For insurance provided under the Farm Liability Coverage Form and Farm Umbrella Liability Policy, the following is added to the **Workers' Compensation Or Similar Law** Exclusion:

This exclusion also applies to any obligation of the "insured" under the Indiana Workers' Compensation statutes arising out of the failure of the "insured" to exact from a contractor (or subcontractor if the "insured" is a contractor) a certificate from the workers' compensation board showing that the contractor (or subcontractor) has complied with the applicable workers' compensation insurance requirements.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**A.** When this endorsement is attached to Standard Property Policy **CP 00 99**, the terms Coverage Part and Coverage Form in this endorsement are replaced by the term Policy.

**B.** The following is added to the **Legal Action Against Us** Condition:

The two year period for legal action against us is extended by the number of days between the date the proof of loss is filed with us and the date we deny the claim in whole or in part.

**C.** If this policy covers:

**1.** The following in **a.** and **b.**, then Paragraphs **2.** and **3.** apply:

**a.** Real property used principally for residential purposes up to and including a four family dwelling; or

**b.** Household or personal property that is usual or incidental to the occupancy of any premises used for residential purposes.

**2.** The second paragraph of the **Appraisal** Condition is deleted and replaced by the following:

**a.** Each party will pay its own appraiser and bear the other expenses of the appraisal and umpire equally, except as provided in **b.** below.

**b.** We will pay your appraiser's fee and the umpire's appraisal fee, if the following conditions exist:

**(1)** You demanded the appraisal; and

**(2)** The full amount of loss, as set by your appraiser, is agreed to by our appraiser or by the umpire.

**3.** The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following:

**Concealment, Misrepresentation Or Fraud**

**a.** This Coverage Part or Coverage Form is void if you or any insured ("insured") commit fraud or conceal or misrepresent a fact in the process leading to the issuance of this insurance, and such fraud, concealment or misrepresentation is stated in the policy or endorsement or in the written application for this policy and:

**(1)** Was made with actual intent to deceive; or

**(2)** Materially affected either our decision to provide this insurance or the hazard we assumed.

However, this condition will not serve as a reason to void this Coverage Part or Coverage Form after the Coverage Part or Coverage Form has been in effect for one year or one policy term, whichever is less.

**b.** We do not provide coverage under this Coverage Part or Coverage Form to you or any other insured ("insured") who, at any time subsequent to the issuance of this insurance, commit fraud or intentionally conceal or misrepresent a material fact relating to:

**(1)** This Coverage Part or Coverage Form;

**(2)** The Covered Property;

**(3)** Your interest in the Covered Property; or

**(4)** A claim under this Coverage Part or Coverage Form.

**c.** Notwithstanding the limitations stated in **3.a.** above, we may cancel the Coverage Part or Coverage Form in accordance with the terms of the Cancellation Condition.

 © Insurance Services Office, Inc., 2016

D. For the Commercial Property Coverage Part and the Standard Property Policy, the following exclusion and related provisions are added to Paragraph **B.2.** Exclusions in the Causes of Loss Forms and to any Coverage Form or policy to which a Causes of Loss Form is not attached:

1. We will not pay for loss or damage arising out of any act an insured commits or conspires to commit with the intent to cause a loss.

   In the event of such loss, no insured is entitled to coverage, even insureds who did not commit or conspire to commit the act causing the loss.

2. However, this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if:

   a. The loss arose out of a pattern of criminal domestic violence; and

   b. The perpetrator of the loss is criminally prosecuted for the act causing the loss.

3. If we pay a claim pursuant to Paragraph **D.2.**, our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

E. The **Intentional Loss Exclusion** in the Causes of Loss Form – Farm Property, Mobile Agricultural Machinery And Equipment Coverage Form and Livestock Coverage Form is replaced by the following:

1. We will not pay for loss ("loss") or damage arising out of any act an "insured" commits or conspires to commit with the intent to cause a loss ("loss").

   In the event of such loss ("loss"), no "insured" is entitled to coverage, even "insureds" who did not commit or conspire to commit the act causing the loss ("loss").

2. However, this exclusion will not apply to deny payment to an innocent co-"insured" who did not cooperate in or contribute to the creation of the loss ("loss") if:

   a. The loss ("loss") arose out of a pattern of criminal domestic violence; and

   b. The perpetrator of the loss ("loss") is criminally prosecuted for the act causing the loss.

3. If we pay a claim pursuant to Paragraph **E.2.**, our payment to the "insured" is limited to that "insured's" insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

F. The **Intentional Loss Exclusion** in the Capital Assets Program (Output Policy) Coverage Part, is replaced by the following:

1. We will not pay for loss or damage arising out of any act an insured commits or conspires to commit with the intent to cause a loss.

   In the event of such loss, no insured is entitled to coverage, even insureds who did not commit or conspire to commit the act causing the loss.

2. However, this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if:

   a. The loss arose out of a pattern of criminal domestic violence; and

   b. The perpetrator of the loss is criminally prosecuted for the act causing the loss.

3. If we pay a claim pursuant to Paragraph **F.2.**, our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

© Insurance Services Office, Inc., 2016

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES – CIVIL UNION

This endorsement modifies insurance provided under the following:

> COMMERCIAL AUTOMOBILE COVERAGE PART
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
> FARM COVERAGE PART
> FARM UMBRELLA LIABILITY POLICY
> LIQUOR LIABILITY COVERAGE PART
> MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCT WITHDRAWAL COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> UNDERGROUND STORAGE TANK POLICY

**A.** The term "spouse" is replaced by the following:

Spouse or party to a civil union recognized under Illinois law.

**B.** Under the Commercial Auto Coverage Part, the term "family member" is replaced by the following:

"Family member" means a person related to the:

1. Individual Named Insured by blood, adoption, marriage or civil union recognized under Illinois law, who is a resident of such Named Insured's household, including a ward or foster child; or

2. Individual named in the Schedule by blood, adoption, marriage or civil union recognized under Illinois law, who is a resident of the individual's household, including a ward or foster child, if the Drive Other Car Coverage – Broadened Coverage For Named Individual Endorsement is attached.

**C.** With respect to coverage for the ownership, maintenance, or use of "covered autos" provided under the Commercial Liability Umbrella Coverage Part, the term "family member" is replaced by the following:

"Family member" means a person related to you by blood, adoption, marriage or civil union recognized under Illinois law, who is a resident of your household, including a ward or foster child.

 © Insurance Services Office, Inc., 2011

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# INDIANA CHANGES – CONCEALMENT, MISREPRESENTATION OR FRAUD

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART

**A.** The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following:

**Concealment, Misrepresentation Or Fraud**

We will not pay for any loss or damage in any case of:

**1.** Concealment or misrepresentation of a material fact; or

**2.** Fraud

committed by an insured ("insured") at any time and relating to a claim under this policy.

**B.** However, with respect to the Commercial Property and Farm Coverage Parts, Paragraph **A.** does not apply when a claim is made by an "innocent coinsured", provided:

**1.** The property loss or damage occurs to the primary residence of the "innocent coinsured" as covered under Building Coverage (for Commercial Property) or Coverage **A** or **B** (for Farm).

**2.** The "final settlement" for the property loss or damage is at least 60% of available insurance proceeds under the policy.

**C.** The following is added and supersedes any provision to the contrary:

**1.** Any payment made pursuant to Paragraph **B.** will be for:

**a.** The actual cost of repair or replacement of the property that is the subject of the claim if the actual cost of repair or replacement is less than or equal to the maximum limit of coverage under the policy; or

**b.** The maximum limit of coverage under the policy if the actual cost of repair or replacement of the property that is the subject of the claim is greater than the maximum limit of coverage under the policy.

**2.** Any payment made pursuant to Paragraph **B.** is limited to the following:

**a.** An "innocent coinsured's" ownership interest in the property, less any payments we make to a mortgagee or other lienholder with a secured interest in the property.

**b.** We will not pay another coinsured for any part of the claim for which we have already paid to an "innocent coinsured".

**c.** We will not pay an amount that is greater than the amount an "innocent coinsured" is entitled to under a decree of dissolution of marriage between the "innocent coinsured" and an individual described in Paragraphs **D.1.a.** or **b.**

**D.** As used in this endorsement, "innocent coinsured" is an insured ("insured") who:

**1.** Did not have knowledge of, cooperate in, or intentionally contribute to a property loss or damage that was caused or arranged by another individual who:

Is an insured ("insured") and:

**a.** Died in connection with the circumstances that caused the property loss or damage; or

**b.** Has been charged with a crime based on a court finding that there is probable cause to believe that the individual committed the crime in connection with the circumstances that caused the property loss or damage;

© Insurance Services Office, Inc., 2017

**2.** Signs a sworn affidavit attesting that they did not have knowledge of, cooperate in, or intentionally contribute to the property loss or damage; and

**3.** Cooperates in the investigation and resolution of the claim for the property loss or damage, any police investigation related to the property loss or damage, and any criminal prosecution of the individual that caused or arranged the property loss or damage.

**E.** As used in this endorsement, "final settlement" is a determination:

**1.** Of the amount owed by us to an "innocent coinsured" under Building Coverage (for Commercial Property) or Coverage **A** or **B** (for Farm) under the policy and for property loss or damage to the "innocent coinsured's" primary residence; and

**2.** Made by:

**a.** Acceptance of a proof of loss by us;

**b.** Execution of a release by the "innocent coinsured";

**c.** Acceptance of an arbitration award by the "innocent coinsured" and us; or

**d.** Judgment of a court of competent jurisdiction.

However, "final settlement" does not apply to loss or damage related to contents, personal property, or another loss that is not covered under Building Coverage (for Commercial Property) or Coverage **A** or **B** (for Farm) under this policy.

© Insurance Services Office, Inc., 2017

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# INDIANA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL PROPERTY – LEGAL LIABILITY COVERAGE FORM
COMMERCIAL PROPERTY – MORTGAGEHOLDERS ERRORS AND OMISSIONS
COVERAGE FORM*
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM LIABILITY COVERAGE FORM
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

\* Under the **Mortgageholders Errors And Omis-
sions Coverage Form,** the following condition
applies only to Coverage **C** and Coverage **D.**

The following condition is added:

Notice given by or on behalf of the insured to any
of our authorized agents in Indiana, with particu-
lars sufficient to identify the insured, shall be
considered to be notice to us.

 © ISO Properties, Inc., 2007

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES – DEFENSE COSTS

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART – LEGAL LIABILITY COVERAGE FORM
COMMERCIAL PROPERTY COVERAGE PART – MORTGAGEHOLDERS ERRORS AND OMISSIONS
COVERAGE FORM
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK COVERAGE PART

**A.** The provisions of Paragraph **B.** are added to all Insuring Agreements that set forth a duty to defend under:

1. Section **I** of the Commercial General Liability, Commercial Liability Umbrella, Employment-related Practices Liability, Farm, Liquor Liability, Owners And Contractors Protective Liability, Pollution Liability, Products/Completed Operations Liability, Product Withdrawal, Medical Professional Liability, Railroad Protective Liability, Underground Storage Tank Coverage Parts, Auto Dealers Coverage Form and the Farm Umbrella Liability Policy;

2. Section **II** under the Auto Dealers, Business Auto and Motor Carrier Coverage Forms;

3. Section **III** under the Auto Dealers and Motor Carrier Coverage Forms;

4. Section **A.** Coverage under the Legal Liability Coverage Form; and

5. Coverage **C** – Mortgageholder's Liability under the Mortgageholders Errors And Omissions Coverage Form.

Paragraph **B.** also applies to any other provision in the policy that sets forth a duty to defend.

**B.** If we initially defend an insured ("insured") or pay for an insured's ("insured's") defense but later determine that the claim(s) is (are) not covered under this insurance, we will have the right to reimbursement for the defense costs we have incurred.

The right to reimbursement for the defense costs under this provision will only apply to defense costs we have incurred after we notify you in writing that there may not be coverage, and that we are reserving our rights to terminate the defense and seek reimbursement for defense costs.

 © Insurance Services Office, Inc., 2013

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# INDIANA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2. Cancellation Of Policies In Effect**

**a. 90 Days Or Less**

If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium;

**(2)** 20 days before the effective date of cancellation if you have perpetrated a fraud or material misrepresentation on us; or

**(3)** 30 days before the effective date of cancellation if we cancel for any other reason.

**b. More Than 90 Days**

If this policy has been in effect for more than 90 days, or is a renewal of a policy we issued, we may cancel this policy, only for one or more of the reasons listed below, by mailing or delivering to the first Named Insured written notice of cancellation at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium;

**(2)** 20 days before the effective date of cancellation if you have perpetrated a fraud or material misrepresentation on us; or

**(3)** 45 days before the effective date of cancellation if:

**(a)** There has been a substantial change in the scale of risk covered by this policy;

**(b)** Reinsurance of the risk associated with this policy has been cancelled; or

**(c)** You have failed to comply with reasonable safety recommendations.

 © ISO Properties, Inc., 2006

**B.** The following is added to the Common Policy Conditions and supersedes any provision to the contrary.

**NONRENEWAL**

1. If we elect not to renew this policy, we will mail or deliver to the first Named Insured written notice of nonrenewal at least 45 days before:

   a. The expiration date of this policy, if the policy is written for a term of one year or less; or

   b. The anniversary date of this policy, if the policy is written for a term of more than one year.

2. We will mail or deliver our notice to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

 © ISO Properties, Inc., 2006 ◻

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES –
# CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

**A.** The **Cancellation** Common Policy Condition is replaced by the following:

**Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing to us advance written notice of cancellation.

2. If this policy has been in effect for 60 days or less, except as provided in Paragraphs **8.** and **9.** below, we may cancel this policy by mailing written notice of cancellation at least:

   **a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   **b.** 30 days before the effective date of cancellation if we cancel for any other reason.

3. If this policy has been in effect for more than 60 days, except as provided in Paragraphs **8.** and **9.** below, we may cancel this policy only for one or more of the following reasons:

   **a.** Nonpayment of premium;

   **b.** The policy was obtained through a material misrepresentation;

   **c.** You have violated any of the terms and conditions of the policy;

   **d.** The risk originally accepted has measurably increased;

   **e.** Certification to the Director of Insurance of the loss of reinsurance by the insurer which provided coverage to us for all or a substantial part of the underlying risk insured; or

**f.** A determination by the Director that the continuation of the policy could place us in violation of the insurance laws of this State.

If we cancel this policy based on one or more of the above reasons except for nonpayment of premium, we will mail written notice at least 60 days before the effective date of cancellation. When cancellation is for nonpayment of premium, we will mail written notice at least 10 days before the effective date of cancellation.

4. We will mail our notice to you, together with our reason for cancellation, at your last mailing address known to us. Proof of mailing will be sufficient proof of notice.

5. Notification of cancellation will also be sent to your broker, if known, or agent of record, if known, and to the mortgagee or lienholder listed on the policy.

6. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

7. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**8. Real Property Other Than Residential Properties Occupied By Four Families Or Less**

The following applies only if this policy covers real property other than residential property occupied by four families or less:

If any one or more of the following conditions exists at any building that is Covered Property in this policy, we may cancel this policy by mailing to you written notice of cancellation, by both certified and regular mail, if:

**a.** After a fire loss, permanent repairs to the building have not started within 60 days of satisfactory adjustment of loss, unless the delay is due to a labor dispute or weather conditions.

**b.** The building has been unoccupied 60 or more consecutive days. This does not apply to:

   **(1)** Seasonal unoccupancy; or

   **(2)** Buildings under repair, construction or reconstruction, if properly secured against unauthorized entry.

**c.** The building has:

   **(1)** An outstanding order to vacate;

   **(2)** An outstanding demolition order; or

   **(3)** Been declared unsafe in accordance with the law.

**d.** Heat, water, sewer service or public lighting have not been connected to the building for 30 consecutive days or more.

The policy will terminate 10 days following receipt of the written notice by the named insured(s).

**9. Residential Properties Occupied By Four Families Or Less**

The following applies if this policy covers residential properties occupied by four families or less:

If this policy has been in effect for 60 days, or if this is a renewal policy, we may only cancel this policy for one or more of the following reasons:

**a.** Nonpayment of premium;

**b.** The policy was obtained by misrepresentation or fraud; or

**c.** Any act that measurably increases the risk originally accepted.

If we cancel this policy based on one or more of the above reasons except for nonpayment of premium, we will mail written notice at least 30 days before the effective date of cancellation. When cancellation is for nonpayment of premium, we will mail written notice at least 10 days before the effective date of cancellation.

**10.** For insurance provided under the Commercial Property Coverage Part and the Capital Assets Program (Output Policy) Coverage Part, the following applies:

**Grain In Public Grain Warehouses**

(Not applicable to grain owned by the Commodity Credit Corporation)

The following applies only with respect to grain in public grain warehouses:

The first Named Insured or we may cancel this policy at any time by mailing to:

**a.** The other; and

**b.** The Director of the Illinois Department of Agriculture (at its Springfield Office);

60 days' written notice of cancellation.

**B.** The following is added:

**Nonrenewal**

**1.** If we decide not to renew or continue this policy, we will mail you written notice, stating the reason for nonrenewal. Proof of mailing will be sufficient proof of notice.

**2.** Except as provided in Paragraph **6.** below, we will mail you notice of nonrenewal at least 60 days before the end of the policy period.

**3.** If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

**4.** If we fail to mail proper written notice of nonrenewal and you obtain other insurance, this policy will end on the effective date of that insurance.

**5.** The following provision applies to policies other than those described in Paragraph **6.**:

Notification of nonrenewal will also be sent to your broker, if known, or agent of record, if known, and the mortgagee or lienholder listed on the policy.

6. The following provision applies only if this policy covers residential properties occupied by four families or less:

   a. If this policy has been issued to you and in effect with us for five or more years, we may not fail to renew this policy unless:

      (1) The policy was obtained by misrepresentation or fraud and we mail you notice of nonrenewal at least 30 days before the end of the policy period as provided in **1.** above;

      (2) The risk originally accepted has measurably increased and we mail you notice of nonrenewal at least 30 days before the end of the policy period as provided in **1.** above; or

      (3) You received 60 days' notice of our intent not to renew as provided in **1.** above.

   b. If this policy has been issued to you and in effect with us for less than five years, we may not fail to renew this policy unless you received 30 days' notice as provided in **1.** above.

   c. Notification of nonrenewal will also be sent to your broker, if known, or agent of record, if known, and to the last known mortgagee or lienholder.

   d. The nonrenewal shall not become effective until at least 30 days from the proof of mailing date of the notice to you.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL, CHEMICAL OR RADIOLOGICAL TERRORISM; CAP ON COVERED CERTIFIED ACTS LOSSES

This endorsement modifies insurance provided under the following:

> BOILER AND MACHINERY COVERAGE PART
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> CRIME AND FIDELITY COVERAGE PART
> EQUIPMENT BREAKDOWN COVERAGE PART
> FARM COVERAGE PART
> STANDARD PROPERTY POLICY

## SCHEDULE

The **Exception Covering Certain Fire Losses** (Paragraph **C**) applies to property located in the following state(s), if covered under the indicated Coverage Form, Coverage Part or Policy:

| State(s) | Coverage Form, Coverage Part Or Policy |
|---|---|
| Maine, Missouri, Virginia, Wisconsin | Commercial Inland Marine |
| Maine, Missouri, Massachusetts, Rhode Island, Virginia, Wisconsin, West Virginia | Commercial Property |
| | |
| | |
| | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A.** The following definition is added with respect to the provisions of this endorsement:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

 © Insurance Services Office, Inc., 2015

**B.** The following exclusion is added:

**LIMITED EXCLUSION OF CERTIFIED ACTS OF TERRORISM**

We will not pay for loss or damage caused directly or indirectly by a "certified act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. But this exclusion applies only when one or more of the following are attributed to such act:

1. The terrorism is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the terrorism was to release such material; or

3. The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical material; or

4. Pathogenic or poisonous biological or chemical material is released, and it appears that one purpose of the terrorism was to release such material.

When this terrorism exclusion applies in accordance with the terms of Paragraph **B.1.** or **B.2.**, the terrorism exclusion applies without regard to the Nuclear Hazard Exclusion in this Coverage Part or Policy.

**C. Exception Covering Certain Fire Losses**

The following exception to the exclusion in Paragraph **B.** applies only if indicated and as indicated in the Schedule of this endorsement.

If a "certified act of terrorism" excluded under Paragraph **B.** results in fire, we will pay for the loss or damage caused by that fire, subject to all applicable policy provisions including the Limit of Insurance on the affected property. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements that apply to those coverage forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

**D. Cap On Certified Terrorism Losses**

The following limitation applies to coverage for any one or more "certified acts of terrorism" that are not excluded by the terms of the exclusion in Paragraph **B.** and to any loss or damage that is covered and to which the exception in Paragraph **C.** applies:

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

This Paragraph, **D.**, does not apply to insurance provided under the Crime And Fidelity Coverage Part.

**E. Application Of Exclusions**

The terms and limitations of any terrorism exclusion, or the non-applicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the War And Military Action Exclusion.

# FRAUD STATEMENT

Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

 © ISO Properties, Inc., 2003

# INDIANA NOTICE TO POLICYHOLDERS REGARDING FILING COMPLAINTS WITH THE DEPARTMENT OF INSURANCE

**Questions regarding your policy or coverage should be directed to:**

| Company Name: | Motorists Commercial Mutual Insurance Company |
|---|---|
| Contact Number: | 866-839-1372 |

If you:

**(a)** Need the assistance of the governmental agency that regulates insurance; or

**(b)** Have a complaint you have been unable to resolve with your insurer;

you may contact the Department of Insurance by mail, telephone or E-mail:

State of Indiana Department of Insurance
Consumer Services Division
311 West Washington Street, Suite 300
Indianapolis, Indiana 46204

Consumer Hotline: (800) 622-4461; (317) 232-2395

Complaints can be filed electronically at www.in.gov/idoi.

© ISO Properties, Inc., 2005

# ILLINOIS NOTICE TO POLICYHOLDERS REGARDING THE RELIGIOUS FREEDOM PROTECTION AND CIVIL UNION ACT

Dear Policyholder:

This is to provide notice that, pursuant to Illinois Department of Insurance Company Bulletin 2011-06 (CB 2011-06), this policy is in compliance with the Illinois Religious Freedom Protection and Civil Union Act ("the Act", 750 ILL. COMP. STAT. 75/1). The Act, which became effective on June 1, 2011, creates a legal relationship between two persons of either the same or opposite sex who establish a civil union.

The Act provides that parties to a civil union are entitled to the same legal obligations, responsibilities, protections and benefits that are afforded or recognized by the law of Illinois to spouses, whether they are derived from statute, administrative rule, policy, common law or any source of civil or criminal law. In addition, this law requires recognition of a same-sex civil union, marriage, or other substantially similar legal relationship, except for common law marriage, legally entered into in other jurisdictions. The Act further provides that "party to a civil union" shall be included in any definition or use of the terms "spouse", "family", "immediate family", "dependent", "next of kin" and other terms descriptive of spousal relationships as those terms are used throughout the law. According to CB 2011-06, this includes the terms "marriage" or "married" or any variations thereof. CB 2011-06 also states that if policies of insurance provide coverage for children, the children of civil unions must also be provided coverage.

 © Insurance Services Office, Inc., 2011

# INDIANA UNINSURED MOTORISTS COVERAGE AND UNDERINSURED MOTORISTS COVERAGE SELECTION/REJECTION

| **Policy Number:** 5000045035 | **Policy Effective Date:** 07/01/2019 |
|---|---|
| **Company:**<br>Motorists Commercial Mutual Insurance | **Producer:**<br>00546-001 |
| **Applicant/Named Insured:**<br>AFM Mattress Company LLC | |

Indiana law permits you to make certain decisions regarding Uninsured Motorists Coverage and Underinsured Motorists Coverage. This document briefly describes these coverages and the options available.

You should read this document carefully and contact us or your agent if you have any questions regarding Uninsured Motorists Coverage or Underinsured Motorists Coverage and your options with respect to these coverages.

This document includes general descriptions of coverage. However, no coverage is provided by this document. You should read your policy and review your Declarations Page(s) and/or Schedule(s) for complete information on the coverages you are provided.

## UNINSURED MOTORISTS COVERAGE AND UNDERINSURED MOTORISTS COVERAGE

Bodily Injury Uninsured Motorists Coverage provides insurance protection to an insured for compensatory damages which the insured is legally entitled to recover from the owner or operator of an uninsured motor vehicle because of bodily injury caused by an automobile accident. Also included are damages due to bodily injury that result from an automobile accident with a hit-and-run vehicle whose owner or operator cannot be identified.

Property Damage Uninsured Motorists Coverage provides insurance protection to an insured for compensatory damages which the insured is legally entitled to recover from the owner or operator of an uninsured motor vehicle because of property damage caused by an automobile accident.

Bodily Injury Underinsured Motorists Coverage provides insurance protection to an insured for compensatory damages which the insured is legally entitled to recover from the owner or operator of an underinsured motor vehicle because of bodily injury caused by an automobile accident.

Unless rejected, your policy will afford:

1. Bodily Injury Uninsured Motorists Coverage at limits equal to your Split Limits for Bodily Injury Liability Coverage or Combined Single Limit for Liability Coverage.

2. Bodily Injury Underinsured Motorists Coverage at limits at least equal to your Split Limits for Bodily Injury Liability Coverage or Combined Single Limit for Liability Coverage, unless your Split Limits for Bodily Injury Liability Coverage are less than $50,000 in which case your policy will afford Bodily Injury Underinsured Motorists Coverage at limits equal to $50,000 for each person subject to $50,000 for each accident.

If you purchase Bodily Injury Uninsured Motorists Coverage, then you may also purchase Property Damage Uninsured Motorists Coverage, or you may reject such coverage.

Please indicate your choices in Sections **I.** AND **II.** as follows:

## I. Uninsured Motorists Coverage

Please indicate your choice from either **A., B.** or **C.** as follows:

### A. Selection Of Bodily Injury And Property Damage Uninsured Motorists Coverage

By initialing and signing below, you are selecting Bodily Injury AND Property Damage Uninsured Motorists Coverage.

Please indicate your choice by initialing next to the appropriate item(s) in **1.a.** OR **1.b.** (Split Limits) or **2.** (Combined Single Limit) and signing where indicated.

#### 1. Split Limits

Please note that we only offer Property Damage Uninsured Motorists Coverage limits up to the Property Damage Liability Coverage limit of your policy, even though higher limits may appear below.

---

(Initials)

_____

**a.** I select Bodily Injury Uninsured Motorists Coverage at limits equal to my Bodily Injury Liability Coverage (split limits) AND I select Property Damage Uninsured Motorists Coverage at a limit of $10,000 for each accident.

**OR**

_____

**b.** I select Bodily Injury Uninsured Motorists Coverage at limits equal to my Bodily Injury Liability Coverage (split limits) AND I select Property Damage Uninsured Motorists Coverage at the following higher limit.

**(Choose one:)**

| (Initials) | Property Damage |
|---|---|
| _____ | $            25,000 |
| _____ | 50,000 |
| _____ | 100,000 |
| _____ | _____ |
| | **(Other)** |

_____          _____

**Signature Of Applicant/Named Insured**                    **Date**

---

2. **Combined Single Limit**

(Initials)

_____

I select Bodily Injury and Property Damage Uninsured Motorists Coverage at a limit equal to my Combined Single Limit for Liability Coverage.

_____     _____

Signature Of Applicant/Named Insured                           Date

OR

B. **Rejection Of Property Damage Uninsured Motorists Coverage And Selection Of ONLY Bodily Injury Uninsured Motorists Coverage**

By initialing and signing below, you are rejecting Property Damage Uninsured Motorists Coverage and selecting ONLY Bodily Injury Uninsured Motorists Coverage in connection with your automobile liability policy.

(Initials)

_____

I reject Property Damage Uninsured Motorists Coverage and select ONLY Bodily Injury Uninsured Motorists Coverage at limits equal to my Bodily Injury Liability Coverage (split limits) or Combined Single Limit for Liability Coverage.

_____     _____

Signature Of Applicant/Named Insured                           Date

OR

C. **Rejection Of BOTH Bodily Injury Uninsured Motorists Coverage And Property Damage Uninsured Motorists Coverage**

By initialing and signing below, you are rejecting Bodily Injury Uninsured Motorists Coverage AND Property Damage Uninsured Motorists Coverage in their entirety.

(Initials)

_____

I reject BOTH Bodily Injury Uninsured Motorists Coverage AND Property Damage Uninsured Motorists Coverage.

_____     _____

Signature Of Applicant/Named Insured                           Date

## II. Underinsured Motorists Coverage

Please indicate your choice in Section **A.** or **B.:**

### A. Selection Of Bodily Injury Underinsured Motorists Coverage

By initialing and signing below, you are selecting Bodily Injury Underinsured Motorists Coverage in connection with your automobile liability policy.

Please indicate your choice by initialing next to the appropriate items in **1.** OR **2.** and signing where indicated.

#### 1. Split Limits

| (Initials) | |
|---|---|
| _____ | **I select Bodily Injury Underinsured Motorists Coverage at limits equal to my Bodily Injury Liability Coverage (split limits), unless my Bodily Injury Liability Coverage Limits (split limits) are less than $50,000 for each person subject to $50,000 for each accident in which case I select Bodily Injury Underinsured Motorists Coverage at limits equal to $50,000 for each person subject to $50,000 for each accident.** |

| _____ | _____ |
|---|---|
| Signature Of Applicant/Named Insured | Date |

#### 2. Combined Single Limit

| (Initials) | |
|---|---|
| _____ | **I select Bodily Injury Underinsured Motorists Coverage at a limit equal to my Combined Single Limit for Liability Coverage.** |

| _____ | _____ |
|---|---|
| Signature Of Applicant/Named Insured | Date |

**OR**

© Insurance Services Office. Inc.. 2009   **IL U 070 07 09**

**B. Rejection Of Bodily Injury Underinsured Motorists Coverage**

By initialing and signing below, you are rejecting Bodily Injury Underinsured Motorists Coverage in connection with your automobile liability policy in its entirety.

| | |
|---|---|
| **(Initials)** | |
| _____ | **I reject Bodily Injury Underinsured Motorists Coverage.** |
| _____ | _____ |
| **Signature Of Applicant/Named Insured** | **Date** |

# EXCLUSION – ASBESTOS

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
ELECTRONIC DATA LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE COVERAGE PART
UNDERGROUND STORAGE TANK COVERAGE PART

This policy does not apply to:

1. "Bodily injury", "property damage" or "personal and advertising injury" arising out of, resulting from, caused or contributed to by asbestos or the actual alleged or threatened exposure to asbestos;

2. The costs of abatement, mitigation, removal or disposal of asbestos; or

3. Any damages or any loss, cost or expense arising out of any **(i)** claim or "suit" by or on behalf of any governmental authority or any other alleged responsible party because of, or **(ii)** request, demand order or statutory or regulatory requirement that any insured or any other person or entity should be, or should be responsible for:

   **a.** Assessing the presence, absence, amount or effects of asbestos;

   **b.** Identifying, sampling or testing for, detecting, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, abating, disposing of or mitigating asbestos; or

   **c.** Responding to asbestos in any way other than as described in **3.a.** and **3.b.** above; and

This exclusion also includes:

1. Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with the above; or

2. Any obligation to share damages with or repay someone else who must pay damages because of, but not limited to, such injury or damage.

This exclusion shall apply to liability for any coverage excluded above which the insured has agreed to accept or assume under any contract or for which the insured has agreed to provide insurance.

All other terms and conditions remain unchanged.

# ADDITIONAL CONDITION – TWO OR MORE COVERAGE FORMS OR POLICIES ISSUED BY US

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

> BUSINESSOWNERS POLICY
> COMMERCIAL AUTOMOBILE COVERAGE PART
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
> ELECTRONIC DATA LIABILITY COVERAGE PART
> EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCT WITHDRAWAL COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> PROFESSIONAL LIABILITY COVERAGE PART

The following is added to **Conditions**:

If this Coverage Form or Policy and any other form or policy issued to you by us, or any company affiliated with us, applies to the same accident, occurrence, event, claim, act, claim or loss, the aggregate maximum limit of insurance under all coverage forms or policies shall not exceed the highest applicable limit of insurance under any one Coverage Form or Policy. This condition does not apply to any Coverage Form or Policy issued by us or an affiliated company specifically to apply as excess insurance over this coverage form or policy.

All other terms and conditions remain unchanged.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
ELECTRONIC DATA LIABILITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE COVERAGE PART
UNDERGROUND STORAGE TANK COVERAGE PART

**MOTORISTS COMMERCIAL MUTUAL INSURANCE COMPANY DBA MOTORISTS INSURANCE**
**471 E. Broad Street**
**Columbus, Ohio 43215**

The following additional provisions are added:

**A. Annual Meeting**

The annual meeting of the membership of the company is held at its home office in Columbus, Ohio on the fourth Monday in April of each year at one o'clock p.m. unless said day is a holiday in which event the next succeeding day, not a holiday.

**B. Nonassessable**

This policy is nonassessable. While this policy is in force, the Named Insured is a member of the company and, as such, is entitled to the privileges provided by the by-laws of the company.

**C. In Witness Whereof**

Motorists Commercial Mutual Insurance Company DBA Motorists Insurance has caused this policy to be signed by its President and Corporate Secretary at Columbus, Ohio.

**Corporate Secretary**    **President**

# EXCLUSION – LEAD LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

    BUSINESSOWNERS POLICY
    COMMERCIAL AUTOMOBILE COVERAGE PART
    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    COMMERCIAL INLAND MARINE COVERAGE PART
    COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
    ELECTRONIC DATA LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCT WITHDRAWAL COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
    PROFESSIONAL LIABILITY COVERAGE PART

The following is added to **Exclusions**:

This insurance does not apply to claims, "suits", actions or proceedings against the insured arising out of:

**1.** Any actual or alleged "bodily injury" arising out of the ingestion, inhalation or absorption of lead in any form;

**2.** Any actual or alleged "property damage" or "personal and advertising injury" arising out of any form of lead;

**3.** Any loss, cost or expense arising out of any:

    **a.** Request, demand or order that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize or in any way respond to or assess the effects of lead; or

    **b.** Claim or "suit" by or on behalf of any governmental authority for damages resulting from testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing or in any way responding to or assessing the effects of lead.

All other terms and conditions remain unchanged.

# EXCLUSION – LUMBER AND OTHER WOOD PRODUCTS TREATED WITH ARSENIC

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The following is added to **Exclusions**:

This insurance does not apply to "bodily injury", "property damage", or "personal and advertising injury" arising out of or in any way related to:

**1.** Chromated copper arsenate (CCA); or

**2.** Other wood preservatives that contain arsenic.

All other terms and conditions remain unchanged.

 Includes copyrighted material of Insurance Services Office, Inc with its permission

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
ELECTRONIC DATA LIABILITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE COVERAGE PART
UNDERGROUND STORAGE TANK COVERAGE PART

Schedule

| Identity Fraud Expense Limit | $5,000 |
|---|---|

## A. IDENTITY FRAUD EXPENSE

We will pay up to the Identity Fraud Expense Limit shown in the Schedule for "expenses" incurred by you as the direct result of all "security breaches" first discovered or learned of during the policy period. Regardless of the number of Coverage Forms or Coverage Parts listed above that may have this endorsement attached, the Identity Fraud Expense Limit shown in the Schedule is the most we will pay for all "security breaches", first discovered or learned of during the policy period.

## B. EXCLUSIONS

The following additional exclusions apply to this coverage:

We do not cover:

1. "Expenses" incurred due to any fraudulent, dishonest or criminal act committed by you or any person aiding or abetting you, or by any authorized representative of you, whether acting alone or in collusion with others;

2. Loss other than "expenses"; or

3. "Expenses" incurred fourteen (14) months after the first discovery of the "security breach."

## C. DEDUCTIBLE

No deductible applied to this coverage.

## D. CONDITION

**Your Duties After A Loss**

Send to us, within sixty (60) days after our request, receipts, bills or other records that support your claim for "expenses" under "security breach" coverage.

## E. DEFINITIONS

For the purposes of this endorsement, the following definitions apply:

1. "Expenses" means:

    a. Cost for notarizing affidavits or similar documents attesting to the "security breach";

    b. Cost for printing and mailing the notification of the "security breach" to affected individuals;

    c. Cost of credit reports, credit monitoring and fraud alerts requested by affected individuals;

    d. Reasonable attorney fees you incur as a result of a "security breach"; or

    e. Charges incurred for long distance telephone calls to merchants, enforcement agencies, financial institutions or similar credit grantors or credit agencies to report or discuss an actual "security breach."

2. "Security breach" means the loss, theft or inadvertent publication of an individual's non-public personally identifiable information that is in your care, custody and control. Non-public personally identifiable information includes but is not limited to social security numbers, driver's license numbers, credit card numbers and back account information.

All other terms and conditions remain unchanged.

## Illinois Notice of Limited or Excluded Coverage for Mold

Your policy contains limitations and/or exclusions of coverage for loss caused by and associated with mold, fungi, wet rot, dry rot and bacteria. This notice provides brief descriptions of these exclusions and limitations, but does not replace or amend any provisions in your policy. Should any conflict between the policy provisions and the content of this notice arise, the policy provisions will apply. Please refer to your policy for a full description of all coverages and exclusions, and contact your agent if you have any questions.

In this disclosure, use of the term "mold" includes mold, fungi, wet rot, dry rot, and bacteria.

<u>Commercial Property</u>

Coverage for damage to your covered property caused by mold is limited unless it is the result of a loss caused by fire or lightning. Coverage for damage caused by mold that results from a covered cause of loss other than fire or lightning is limited as follows:

1. Coverage is limited to $15,000 for the total of all losses or damage arising out of all covered occurences which take place during a 12-month period (starting with the beginning of the present annual policy period). This limit applies regardless of the number of claims filed; and even if the mold continues to be present or active, or re-occurs, in a later policy period.

2. Coverage only applies if all reasonable means are used to save and preserve the property from further damage at the time of and after the occurrence that caused the loss.

3. No coverage applies to lawns, trees, shrubs or plants that are part of a vegetated roof.

4. Coverage is limited to direct physical loss or damage to covered property caused by mold, including the cost of testing for and removing the mold. This includes the cost to tear out and replace any part of the building or other property as needed to gain access to the mold.

5. This coverage does not increase the applicable limit of insurance on any covered property unless the loss is increased in severity as a result of mold.

6. This coverage does not increase or reduce the coverage provided for sprinkler leakage.

If your policy provides coverage for Business Income and/or Extra Expense, coverage for a suspension of operations necessitated or prolonged by loss or damage caused by mold or its remediation, but not by the original cause of loss, is limited to 30 days.

If your policy provides Ordinance or Law-Increased Period of Restoration coverage, the extension provided does not apply to contamination caused by mold or due to testing for contamination caused by mold.

## General Liability

Your policy does not cover:

1.   Bodily injury or property damage which would not have occurred but for the existence or presence of mold on or within a building or structure, including its contents; or

2.   The costs of testing, monitoring or remediating mold or its effects.

Limited coverage for these exposures may be available, but if provided, is limited to the aggregate limit designated on the coverage endorsement or in the policy declarations.

## Umbrella

Your policy does not cover:

1.   Bodily injury or property damage which would not have occurred but for the existence or presence of mold on or within a building or structure, including its contents; or

2.   The costs of testing, monitoring or remediating mold or its effects.

## Other Coverages

Your policy may contain other coverages where mold is excluded or limited. Please ensure to read all policy provisions carefully and contact your agent with any questions.


# COMMERCIAL PROPERTY COVERAGE PART
# DECLARATIONS PAGE

| Policy Number: 5000045035 | New Business |
|---|---|
| **Named Insured and Mailing Address:**<br><br>AFM Mattress Company LLC<br>1300 PRATT BLVD<br>ELK GROVE VILLAGE, IL 60007-5711 | **Producer Name and Address:**<br><br>Assurance Agency Ltd<br>1750 E Golf Rd<br>Schaumburg, IL 60173-5835<br><br>Telephone: (847) 797-5700 |

| Policy Period | |
|---|---|
| **From:** 07/01/2019 | |
| **To:** 07/01/2020 | |

In return for the payment of the premium, and subject to all the terms and conditions of this Policy, we agree with you to provide the insurance as stated in this Policy.

## DESCRIPTION OF BUSINESS

| Form of Business: Individual |
|---|
| Business Description: Retail mattress store |

## DESCRIPTION OF PREMISES Refer to Schedule of Premises

| Prem. No. | Bldg. No. | Construction | Class Code Description |
|---|---|---|---|
| 1 | 1 | Fire Resistive | Mercantile - Sole Occupancy Only -- Not Otherwise Classified -- Low Susceptibility |
| 2 | 1 | Fire Resistive | Mercantile - Sole Occupant - Other Than Food Risks - Large Area (over 15,000 sq. ft.) - Not class rated |
| 4 | 1 | Fire Resistive | Mercantile - Sole Occupancy Only -- Not Otherwise Classified -- Low Susceptibility |
| 5 | 1 | Fire Resistive | Mercantile - Sole Occupant - Other Than Food Risks - Large Area (over 15,000 sq. ft.) - Not class rated |
| 7 | 1 | Fire Resistive | Mercantile - Sole Occupant - Other Than Food Risks - Large Area (over 15,000 sq. ft.) - Not class rated |
| 9 | 1 | Fire Resistive | Mercantile - Sole Occupancy Only -- Not Otherwise Classified -- Low Susceptibility |
| 10 | 1 | Fire Resistive | Mercantile - Sole Occupancy Only -- Not Otherwise Classified -- Low Susceptibility |

CP CW DS0006 0417     Includes copyrighted material of Insurance Services Office, Inc with its permission.     Page 1 of 91
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.



| Prem. No. | Bldg. No. | Construction | Class Code Description |
|-----------|-----------|--------------|------------------------|
| 12 | 1 | Fire Resistive | Mercantile - Sole Occupancy Only -- Not Otherwise Classified -- Low Susceptibility |
| 13 | 1 | Fire Resistive | Mercantile - Sole Occupancy Only -- Not Otherwise Classified -- Low Susceptibility |
| 14 | 1 | Fire Resistive | Mercantile - Sole Occupant - Other Than Food Risks - Large Area (over 15,000 sq. ft.) - Not class rated |
| 15 | 1 | Fire Resistive | Mercantile - Sole Occupancy Only -- Not Otherwise Classified -- Low Susceptibility |
| 16 | 1 | Fire Resistive | Mercantile - Sole Occupancy Only -- Not Otherwise Classified -- Low Susceptibility |
| 17 | 1 | Fire Resistive | Mercantile - Sole Occupancy Only -- Not Otherwise Classified -- Low Susceptibility |
| 17 | 2 | Fire Resistive | Mercantile - Sole Occupant - Other Than Food Risks - Large Area (over 15,000 sq. ft.) - Not class rated |
| 18 | 1 | Fire Resistive | Mercantile - Sole Occupancy Only -- Not Otherwise Classified -- Low Susceptibility |
| 19 | 1 | Frame | Mercantile - Sole Occupancy Only -- Not Otherwise Classified -- Low Susceptibility |
| 20 | 1 | Frame | Mercantile - Sole Occupancy Only -- Not Otherwise Classified -- Low Susceptibility |
| 21 | 1 | Frame | Mercantile - Sole Occupancy Only -- Not Otherwise Classified -- Low Susceptibility |
| 22 | 1 | Frame | Mercantile - Sole Occupancy Only -- Not Otherwise Classified -- Low Susceptibility |
| 23 | 1 | Frame | Mercantile - Sole Occupancy Only -- Not Otherwise Classified -- Low Susceptibility |
| 26 | 1 | Frame | Mercantile - Sole Occupancy Only -- Not Otherwise Classified -- Low Susceptibility |
| 26 | 2 | Frame | Mercantile - Sole Occupancy Only -- Not Otherwise Classified -- Low Susceptibility |
| 27 | 1 | Frame | Mercantile - Sole Occupancy Only -- Not Otherwise Classified -- Low Susceptibility |
| 28 | 1 | Frame | Mercantile - Sole Occupancy Only -- Not Otherwise Classified -- Low Susceptibility |
| 29 | 1 | Frame | Mercantile - Sole Occupancy Only -- Not Otherwise Classified -- Low Susceptibility |
| 29 | 2 | Fire Resistive | Mercantile - Sole Occupancy Only -- Not Otherwise Classified -- Low Susceptibility |
| 30 | 1 | Frame | Mercantile - Sole Occupancy Only -- Not Otherwise Classified -- Low Susceptibility |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

CP CW DS0006 0417



| Prem. No. | Bldg. No. | Construction | Class Code Description |
|---|---|---|---|
| 31 | 1 | Frame | Mercantile - Sole Occupancy Only -- Not Otherwise Classified -- Low Susceptibility |
| 32 | 1 | Frame | Mercantile - Sole Occupancy Only -- Not Otherwise Classified -- Low Susceptibility |
| 33 | 1 | Frame | Mercantile - Sole Occupancy Only -- Not Otherwise Classified -- Low Susceptibility |
| 34 | 1 | Non-Combustible | Mercantile - Sole Occupancy Only -- Not Otherwise Classified -- Low Susceptibility |
| 34 | 2 | Fire Resistive | Mercantile - Sole Occupancy Only -- Not Otherwise Classified -- Low Susceptibility |
| 35 | 1 | Frame | Mercantile - Sole Occupancy Only -- Not Otherwise Classified -- Low Susceptibility |
| 36 | 1 | Frame | Mercantile - Sole Occupancy Only -- Not Otherwise Classified -- Low Susceptibility |
| 37 | 1 | Frame | Mercantile - Sole Occupancy Only -- Not Otherwise Classified -- Low Susceptibility |
| 38 | 1 | Masonry Non-Combustible | Mercantile - Sole Occupancy Only -- Not Otherwise Classified -- Low Susceptibility |
| 39 | 1 | Frame | Mercantile - Sole Occupancy Only -- Not Otherwise Classified -- Low Susceptibility |
| 40 | 1 | Frame | Mercantile - Sole Occupancy Only -- Not Otherwise Classified -- Low Susceptibility |
| 41 | 1 | Frame | Mercantile - Sole Occupancy Only -- Not Otherwise Classified -- Low Susceptibility |
| 42 | 1 | Frame | Mercantile - Sole Occupancy Only -- Not Otherwise Classified -- Low Susceptibility |
| 43 | 1 | Frame | Mercantile - Sole Occupancy Only -- Not Otherwise Classified -- Low Susceptibility |
| 44 | 1 | Frame | Mercantile - Sole Occupancy Only -- Not Otherwise Classified -- Low Susceptibility |
| 45 | 1 | Frame | Mercantile - Sole Occupancy Only -- Not Otherwise Classified -- Low Susceptibility |
| 46 | 1 | Frame | Mercantile - Sole Occupancy Only -- Not Otherwise Classified -- Low Susceptibility |
| 47 | 1 | Non-Combustible | Mercantile - Sole Occupancy Only -- Not Otherwise Classified -- Low Susceptibility |
| 48 | 1 | Non-Combustible | Mercantile - Sole Occupancy Only -- Not Otherwise Classified -- Low Susceptibility |
| 49 | 1 | Non-Combustible | Mercantile - Sole Occupancy Only -- Not Otherwise Classified -- Low Susceptibility |
| 51 | 1 | Masonry Non-Combustible | Mercantile - Sole Occupancy Only -- Not Otherwise Classified -- Low Susceptibility |

CP CW DS0006 0417

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

Page 3 of 91


| Prem. No. | Bldg. No. | Construction | Class Code Description |
|---|---|---|---|
| 52 | 1 | Non-Combustible | Mercantile - Sole Occupancy Only -- Not Otherwise Classified -- Low Susceptibility |
| 53 | 1 | Masonry Non-Combustible | Mercantile - Sole Occupant - Other Than Food Risks - Large Area (over 15,000 sq. ft.) - Not class rated |
| 54 | 1 | Masonry Non-Combustible | Mercantile - Sole Occupancy Only -- Not Otherwise Classified -- Low Susceptibility |
| 55 | 1 | Masonry Non-Combustible | Mercantile - Sole Occupancy Only -- Not Otherwise Classified -- Low Susceptibility |
| 56 | 1 | Frame | Mercantile - Sole Occupancy Only -- Not Otherwise Classified -- Low Susceptibility |

**COVERAGES PROVIDED** Insurance At The Described Premises Applies Only For Coverages For Which A Limit Of Insurance Is Shown

| Prem. No. | Bldg. No. | Coverage | Limit Of Insurance | Covered Causes Of Loss | Coinsurance* |
|---|---|---|---|---|---|
| BLKT GRP 1 | | Personal Property Only | $ 5,432,610 | Special | 100% |
| 1 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 1 | 1 | Building | $ 25,000 | Special | 100% |
| 1 | 1 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 2 | 1 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 2 | 1 | Building | $ 25,000 | Special | 100% |
| 2 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 4 | 1 | Building | $ 25,000 | Special | 100% |
| 4 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 4 | 1 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 5 | 1 | Building | $ 25,000 | Special | 100% |
| 5 | 1 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 5 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 7 | 1 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 7 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

CP CW DS0006 0417



| Prem. No. | Bldg. No. | Coverage | Limit Of Insurance | Covered Causes Of Loss | Coinsurance* |
|---|---|---|---|---|---|
| 7 | 1 | Building | $ 25,000 | Special | 100% |
| 9 | 1 | Building | $ 25,000 | Special | 100% |
| 9 | 1 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 9 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 10 | 1 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 10 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 10 | 1 | Building | $ 25,000 | Special | 100% |
| 12 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 12 | 1 | Building | $ 25,000 | Special | 100% |
| 12 | 1 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 13 | 1 | Building | $ 25,000 | Special | 100% |
| 13 | 1 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 13 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 14 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 14 | 1 | Building | $ 25,000 | Special | 100% |
| 14 | 1 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 15 | 1 | Building | $ 540,000 | Special | 100% |
| 15 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 15 | 1 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 16 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 16 | 1 | Building | $ 50,000 | Special | 100% |
| 16 | 1 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 17 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 17 | 1 | Building | $ 25,000 | Special | 100% |
| 17 | 1 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |

CP CW DS0006 0417

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

Page 5 of 91



Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Limit Of Insurance | Covered Causes Of Loss | Coinsurance* |
|---|---|---|---|---|---|
| 17 | 2 | Building | $ 25,000 | Special | 100% |
| 17 | 2 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 17 | 2 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 18 | 1 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 18 | 1 | Building | $ 25,000 | Special | 100% |
| 18 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 19 | 1 | Building | $ 25,000 | Special | 100% |
| 19 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 19 | 1 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 20 | 1 | Building | $ 25,000 | Special | 100% |
| 20 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 20 | 1 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 21 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 21 | 1 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 21 | 1 | Building | $ 25,000 | Special | 100% |
| 22 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 22 | 1 | Building | $ 25,000 | Special | 100% |
| 22 | 1 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 23 | 1 | Building | $ 25,000 | Special | 100% |
| 23 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 23 | 1 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 26 | 1 | Building | $ 25,000 | Special | 100% |
| 26 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 26 | 1 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 26 | 2 | Building | $ 25,000 | Special | 100% |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

**CP CW DS0006 0417**



Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Limit Of Insurance | Covered Causes Of Loss | Coinsurance* |
|---|---|---|---|---|---|
| 26 | 2 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 26 | 2 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 27 | 1 | Building | $ 25,000 | Special | 100% |
| 27 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 27 | 1 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 28 | 1 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 28 | 1 | Building | $ 25,000 | Special | 100% |
| 28 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 29 | 1 | Building | $ 25,000 | Special | 100% |
| 29 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 29 | 1 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 29 | 2 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 29 | 2 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 29 | 2 | Building | $ 25,000 | Special | 100% |
| 30 | 1 | Building | $ 25,000 | Special | 100% |
| 30 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 30 | 1 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 31 | 1 | Building | $ 25,000 | Special | 100% |
| 31 | 1 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 31 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 32 | 1 | Building | $ 25,000 | Special | 100% |
| 32 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 32 | 1 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 33 | 1 | Building | $ 25,000 | Special | 100% |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.



Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Limit Of Insurance | Covered Causes Of Loss | Coinsurance* |
|---|---|---|---|---|---|
| 33 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 33 | 1 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 34 | 1 | Building | $ 25,000 | Special | 100% |
| 34 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 34 | 1 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 34 | 2 | Building | $ 25,000 | Special | 100% |
| 34 | 2 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 34 | 2 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 35 | 1 | Building | $ 466,366 | Special | 100% |
| 35 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 35 | 1 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 36 | 1 | Building | $ 25,000 | Special | 100% |
| 36 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 36 | 1 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 37 | 1 | Building | $ 25,000 | Special | 100% |
| 37 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 37 | 1 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 38 | 1 | Building | $ 25,000 | Special | 100% |
| 38 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 38 | 1 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 39 | 1 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 39 | 1 | Building | $ 25,000 | Special | 100% |
| 39 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 40 | 1 | Building | $ 25,000 | Special | 100% |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

CP CW DS0006 0417



**Motorists Insurance**
Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Limit Of Insurance | Covered Causes Of Loss | Coinsurance* |
|---|---|---|---|---|---|
| 40 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 40 | 1 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 41 | 1 | Building | $ 25,000 | Special | 100% |
| 41 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 41 | 1 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 42 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 42 | 1 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 42 | 1 | Building | $ 25,000 | Special | 100% |
| 43 | 1 | Building | $ 25,000 | Special | 100% |
| 43 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 43 | 1 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 44 | 1 | Building | $ 25,000 | Special | 100% |
| 44 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 44 | 1 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 45 | 1 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 45 | 1 | Building | $ 480,000 | Special | 100% |
| 45 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 46 | 1 | Building | $ 25,000 | Special | 100% |
| 46 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 46 | 1 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 47 | 1 | Building | $ 25,000 | Special | 100% |
| 47 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 47 | 1 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 48 | 1 | Building | $ 25,000 | Special | 100% |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.


| Prem. No. | Bldg. No. | Coverage | Limit Of Insurance | Covered Causes Of Loss | Coinsurance* |
|---|---|---|---|---|---|
| 48 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 48 | 1 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 49 | 1 | Building | $ 25,000 | Special | 100% |
| 49 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 49 | 1 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 51 | 1 | Building | $ 25,000 | Special | 100% |
| 51 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 51 | 1 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 52 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 52 | 1 | Building | $ 700,000 | Special | 100% |
| 52 | 1 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 53 | 1 | Building | $ 10,000 | Special | 100% |
| 53 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 53 | 1 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 54 | 1 | Building | $ 25,000 | Special | 100% |
| 54 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 54 | 1 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 55 | 1 | Building | $ 25,000 | Special | 100% |
| 55 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 55 | 1 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 56 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | |
| 56 | 1 | Business Income With Extra Expense: Business Income without Rental Value | 12 months ALS | Special | |
| 56 | 1 | Building | $ 25,000 | Special | 100% |

*If Extra Expense Coverage, Limits On Loss Payment

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

CP CW DS0006 0417



**OPTIONAL COVERAGES** Applicable Only When Entries Are Made In The Schedule Below

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| BLKT GRP 1 | | Personal Property Only | $ 5,432,610 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 1 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.



**Member of Motorists Insurance Group**

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 1 | 1 | Building | $ 25,000 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 1 | 1 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

CP CW DS0006 0417



**Motorists Insurance**
Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | **Amount** | **Expiration Date** | |
| 2 | 1 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | **Amount** | **Expiration Date** | |
| 2 | 1 | Building | $ 25,000 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.



Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 2 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 4 | 1 | Building | $ 25,000 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

CP CW DS0006 0417



Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 4 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 4 | 1 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

CP CW DS0006 0417   Includes copyrighted material of Insurance Services Office, Inc with its permission.   Page 15 of 91
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.



**Motorists
Insurance**

Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 5 | 1 | Building | $ 25,000 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 5 | 1 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

CP CW DS0006 0417



Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 5 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 7 | 1 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

CP CW DS0006 0417     Includes copyrighted material of Insurance Services Office, Inc with its permission.     Page 17 of 91
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.



**Motorists Insurance**

Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 7 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 7 | 1 | Building | $ 25,000 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

CP CW DS0006 0417



**Motorists Insurance**
Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | **Amount** | **Expiration Date** | |
| 9 | 1 | Building | $ 25,000 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | **Amount** | **Expiration Date** | |
| 9 | 1 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

CP CW DS0006 0417      Includes copyrighted material of Insurance Services Office, Inc with its permission.      Page 19 of 91
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.



Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 9 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 10 | 1 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

CP CW DS0006 0417



Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 10 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 10 | 1 | Building | $ 25,000 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

CP CW DS0006 0417    Includes copyrighted material of Insurance Services Office, Inc with its permission.    Page 21 of 91
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.



**Motorists Insurance**

Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 12 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 12 | 1 | Building | $ 25,000 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

CP CW DS0006 0417



**Motorists Insurance**
Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 12 | 1 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 13 | 1 | Building | $ 25,000 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

CP CW DS0006 0417
Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.
Page 23 of 91



**Motorists Insurance**
Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | **Amount** | **Expiration Date** | |
| 13 | 1 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | **Amount** | **Expiration Date** | |
| 13 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

CP CW DS0006 0417



**Motorists Insurance**
Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 14 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 14 | 1 | Building | $ 25,000 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

CP CW DS0006 0417      Includes copyrighted material of Insurance Services Office, Inc with its permission.      Page 25 of 91
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.



Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 14 | 1 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 15 | 1 | Building | $ 540,000 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

CP CW DS0006 0417



**Motorists Insurance**
Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | **Amount** | **Expiration Date** | |
| 15 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | **Amount** | **Expiration Date** | |
| 15 | 1 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

CP CW DS0006 0417    Includes copyrighted material of Insurance Services Office, Inc with its permission.    Page 27 of 91
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.



**Motorists Insurance**
Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | **Amount** | **Expiration Date** | |
| 16 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | **Amount** | **Expiration Date** | |
| 16 | 1 | Building | $ 50,000 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

CP CW DS0006 0417



**Motorists Insurance**
Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 16 | 1 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 17 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.



**Motorists Insurance**
Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 17 | 1 | Building | $ 25,000 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 17 | 1 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

CP CW DS0006 0417


**Motorists Insurance**
Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 17 | 2 | Building | $ 25,000 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 17 | 2 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

CP CW DS0006 0417     Includes copyrighted material of Insurance Services Office, Inc with its permission.     Page 31 of 91
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.


Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 17 | 2 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 18 | 1 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

CP CW DS0006 0417



**Motorists Insurance**
Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 18 | 1 | Building | $ 25,000 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 18 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

CP CW DS0006 0417     Includes copyrighted material of Insurance Services Office, Inc with its permission.     Page 33 of 91
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.



**Member of Motorists Insurance Group**

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 19 | 1 | Building | $ 25,000 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 19 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

CP CW DS0006 0417



Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 19 | 1 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 20 | 1 | Building | $ 25,000 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

CP CW DS0006 0417

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

Page 35 of 91



**Motorists Insurance**

Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 20 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 20 | 1 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

CP CW DS0006 0417



**Member of Motorists Insurance Group**

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 21 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 21 | 1 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.



Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 21 | 1 | Building | $ 25,000 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 22 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

CP CW DS0006 0417



**Member of Motorists Insurance Group**

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 22 | 1 | Building | $ 25,000 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 22 | 1 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

CP CW DS0006 0417     Includes copyrighted material of Insurance Services Office, Inc with its permission.     Page 39 of 91
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.



**Motorists
Insurance**
Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 23 | 1 | Building | $ 25,000 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 23 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

**CP CW DS0006 0417**


Motorists Insurance
Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 23 | 1 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 26 | 1 | Building | $ 25,000 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.



Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 26 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 26 | 1 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

CP CW DS0006 0417



**Motorists Insurance**

Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 26 | 2 | Building | $ 25,000 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 26 | 2 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

*CP CW DS0006 0417*

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

Page 43 of 91



**Motorists Insurance**

Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 26 | 2 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 27 | 1 | Building | $ 25,000 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

CP CW DS0006 0417



**Motorists Insurance**

Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | **Amount** | **Expiration Date** | |
| 27 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | **Amount** | **Expiration Date** | |
| 27 | 1 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.



**Member of Motorists Insurance Group**

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 28 | 1 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 28 | 1 | Building | $ 25,000 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

CP CW DS0006 0417



**Motorists Insurance**
Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 28 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 29 | 1 | Building | $ 25,000 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

CP CW DS0006 0417     Includes copyrighted material of Insurance Services Office, Inc with its permission.     **Page 47 of 91**
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.



Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 29 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 29 | 1 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

CP CW DS0006 0417



Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
| | | | Amount | Expiration Date | |
|---|---|---|---|---|---|
| 29 | 2 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
| | | | Amount | Expiration Date | |
|---|---|---|---|---|---|
| 29 | 2 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

CP CW DS0006 0417          Includes copyrighted material of Insurance Services Office, Inc with its permission.          Page 49 of 91
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.



| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 29 | 2 | Building | $ 25,000 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 30 | 1 | Building | $ 25,000 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

CP CW DS0006 0417



**Motorists Insurance**
Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 30 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 30 | 1 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

CP CW DS0006 0417     Includes copyrighted material of Insurance Services Office, Inc with its permission.     Page 51 of 91
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.



**Motorists Insurance**
Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 31 | 1 | Building | $ 25,000 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 31 | 1 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

CP CW DS0006 0417



**Member of Motorists Insurance Group**

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 31 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 32 | 1 | Building | $ 25,000 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

CP CW DS0006 0417     Includes copyrighted material of Insurance Services Office, Inc with its permission.     **Page 53 of 91**
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.



**Motorists Insurance**

Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | **Amount** | **Expiration Date** | |
| 32 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | **Amount** | **Expiration Date** | |
| 32 | 1 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

CP CW DS0006 0417



**Motorists Insurance**

Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 33 | 1 | Building | $ 25,000 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 33 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.



**Motorists Insurance**
Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 33 | 1 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 34 | 1 | Building | $ 25,000 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

CP CW DS0006 0417



**Member of Motorists Insurance Group**

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 34 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 34 | 1 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.



**Motorists Insurance**
Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 34 | 2 | Building | $ 25,000 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 34 | 2 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

**CP CW DS0006 0417**



**Motorists Insurance**

Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 34 | 2 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 35 | 1 | Building | $ 466,366 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

CP CW DS0006 0417     Includes copyrighted material of Insurance Services Office, Inc with its permission.     Page 59 of 91
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.



**Motorists Insurance**
Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 35 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 35 | 1 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

CP CW DS0006 0417



**Motorists Insurance**
Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 36 | 1 | Building | $ 25,000 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 36 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

CP CW DS0006 0417     Includes copyrighted material of Insurance Services Office, Inc with its permission.     Page 61 of 91
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.



**Member of Motorists Insurance Group**

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | **Amount** | **Expiration Date** | |
| 36 | 1 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | **Amount** | **Expiration Date** | |
| 37 | 1 | Building | $ 25,000 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

**CP CW DS0006 0417**



**Motorists Insurance**
Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
| --- | --- | --- | --- | --- | --- |
| | | | **Amount** | **Expiration Date** | |
| 37 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
| --- | --- | --- | --- |
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
| --- | --- | --- | --- | --- |
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
| --- | --- | --- | --- | --- | --- |
| | | | **Amount** | **Expiration Date** | |
| 37 | 1 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
| --- | --- | --- | --- |
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
| --- | --- | --- | --- | --- |
| No Coverage | | | | |

CP CW DS0006 0417

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

Page 63 of 91



**Motorists Insurance**
Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 38 | 1 | Building | $ 25,000 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 38 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

CP CW DS0006 0417



**Motorists Insurance**
Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 38 | 1 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 39 | 1 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

CP CW DS0006 0417        Includes copyrighted material of Insurance Services Office, Inc with its permission.        Page 65 of 91
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.



Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 39 | 1 | Building | $ 25,000 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 39 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

CP CW DS0006 0417



| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 40 | 1 | Building | $ 25,000 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 40 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.



**Motorists Insurance**
Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 40 | 1 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 41 | 1 | Building | $ 25,000 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

CP CW DS0006 0417



**Motorists Insurance**
Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 41 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 41 | 1 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

CP CW DS0006 0417    Includes copyrighted material of Insurance Services Office, Inc with its permission.    Page 69 of 91
This Policy is issued by Motorists Commercial Mutual Insurance Company
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company



**Motorists Insurance**

Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | **Amount** | **Expiration Date** | |
| 42 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | **Amount** | **Expiration Date** | |
| 42 | 1 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

CP CW DS0006 0417



Motorists
Insurance
Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 42 | 1 | Building | $ 25,000 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 43 | 1 | Building | $ 25,000 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

CP CW DS0006 0417     Includes copyrighted material of Insurance Services Office, Inc with its permission.     Page 71 of 91
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.



Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 43 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 43 | 1 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

**CP CW DS0006 0417**



**Motorists Insurance**
Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 44 | 1 | Building | $ 25,000 | 07/01/2020 | RC |
| **Inflation Guard (%)** | | **\*Monthly Limit Of Indemnity (Fraction)** | **\*Maximum Period Of Indemnity** | | **\*Extended Period Of Indemnity (Days)** |
| N/A | | | | | |
| **Earthquake (CP 10 40)** | **Earthquake Sprinkler Leakage Only (X)** | **Earthquake Deductible** | **Earthquake Coinsurance** | | **Masonry Veneer Included (X)** |
| No Coverage | | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 44 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |
| **Inflation Guard (%)** | | **\*Monthly Limit Of Indemnity (Fraction)** | **\*Maximum Period Of Indemnity** | | **\*Extended Period Of Indemnity (Days)** |
| BLKT GRP 1 | | | | | |
| **Earthquake (CP 10 40)** | **Earthquake Sprinkler Leakage Only (X)** | **Earthquake Deductible** | **Earthquake Coinsurance** | | **Masonry Veneer Included (X)** |
| No Coverage | | | | | |

CP CW DS0006 0417     Includes copyrighted material of Insurance Services Office, Inc with its permission.     Page 73 of 91
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.



**Motorists Insurance**
Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 44 | 1 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 45 | 1 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

CP CW DS0006 0417



**Motorists Insurance**

Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 45 | 1 | Building | $ 480,000 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 45 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

CP CW DS0006 0417     Includes copyrighted material of Insurance Services Office, Inc with its permission.     Page 75 of 91
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.



| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| | 1 | Building | $ 25,000 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 46 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is Issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

CP CW DS0006 0417



Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 46 | 1 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 47 | 1 | Building | $ 25,000 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

*CP CW DS0006 0417*

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

Page 77 of 91



**Motorists Insurance**

Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 47 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 47 | 1 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

**CP CW DS0006 0417**


**Motorists Insurance**

Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 48 | 1 | Building | $ 25,000 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 48 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

**CP CW DS0006 0417**

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

**Page 79 of 91**



Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
| --- | --- | --- | --- | --- | --- |
| | | | Amount | Expiration Date | |
| 48 | 1 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
| --- | --- | --- | --- |
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
| --- | --- | --- | --- | --- |
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
| --- | --- | --- | --- | --- | --- |
| | | | Amount | Expiration Date | |
| 49 | 1 | Building | $ 25,000 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
| --- | --- | --- | --- |
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
| --- | --- | --- | --- | --- |
| No Coverage | | | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

CP CW DS0006 0417



**Motorists Insurance**
Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 49 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 49 | 1 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

CP CW DS0006 0417     Includes copyrighted material of Insurance Services Office, Inc with its permission.     Page 81 of 91
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.



**Motorists Insurance**
Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 51 | 1 | Building | $ 25,000 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 51 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

 Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company. **CP CW DS0006 0417**



**Member of Motorists Insurance Group**

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 51 | 1 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 52 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

CP CW DS0006 0417     Includes copyrighted material of Insurance Services Office, Inc with its permission.     Page 83 of 91
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.



Motorists Insurance
Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 52 | 1 | Building | $ 700,000 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 52 | 1 | Business Income With Extra Expense: Business Income without Rental Value | $ 290,923 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

CP CW DS0006 0417



**Motorists Insurance**
Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 53 | 1 | Building | $ 10,000 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 53 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.



**Member of Motorists Insurance Group**

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | **Amount** | **Expiration Date** | |
| 53 | 1 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | **Amount** | **Expiration Date** | |
| 54 | 1 | Building | $ 25,000 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

**CP CW DS0006 0417**



**Motorists Insurance**
Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 54 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 54 | 1 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

CP CW DS0006 0417     Includes copyrighted material of Insurance Services Office, Inc with its permission.     Page 87 of 91
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.



**Motorists Insurance**
Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 55 | 1 | Building | $ 25,000 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 55 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

CP CW DS0006 0417



**Motorists Insurance**

Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 55 | 1 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 56 | 1 | Building and Personal Property Coverage Form: All Personal Property | BLKT GRP 1 | | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| BLKT GRP 1 | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.



**Member of Motorists Insurance Group**

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 56 | 1 | Business Income With Extra Expense: Business Income without Rental Value | $ 72,727 | 07/01/2020 | |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| | Not Applicable | No | 365 |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

| Prem. No. | Bldg. No. | Coverage | Agreed Value | | Valuation Method |
|---|---|---|---|---|---|
| | | | Amount | Expiration Date | |
| 56 | 1 | Building | $ 25,000 | 07/01/2020 | RC |

| Inflation Guard (%) | *Monthly Limit Of Indemnity (Fraction) | *Maximum Period Of Indemnity | *Extended Period Of Indemnity (Days) |
|---|---|---|---|
| N/A | | | |

| Earthquake (CP 10 40) | Earthquake Sprinkler Leakage Only (X) | Earthquake Deductible | Earthquake Coinsurance | Masonry Veneer Included (X) |
|---|---|---|---|---|
| No Coverage | | | | |

*Applies to Business Income Only

**DEDUCTIBLE**

| $ 1,000 | Exceptions: |
|---|---|

**FORMS APPLICABLE**

| **To All Coverages:** Refer to Schedule of Forms and Endorsements |
|---|
| **To Specific Premises/Coverages:** |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

CP CW DS0006 0417



Member of Motorists Insurance Group

| Prem. No. | Bldg. No. | Coverages | Form Number |
|-----------|-----------|-----------|-------------|
|           |           |           |             |

**ACCOUNTING INFORMATION**

| Total Commercial Property Premium | $21,911.00 |
|-----------------------------------|------------|

CP CW DS0006 0417        Includes copyrighted material of Insurance Services Office, Inc with its permission.        **Page 91 of 91**
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H.** Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.**, and limited in **A.2.** Property Not Covered, if a Limit Of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery; and

**(b)** Equipment;

**(4)** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

**(a)** Fire-extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(5)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the building or structure;

**(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** consists of the following property located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater:

**(1)** Furniture and fixtures;

**(2)** Machinery and equipment;

**(3)** "Stock";

**(4)** All other personal property owned by you and used in your business;

**(5)** Labor, materials or services furnished or arranged by you on personal property of others;

**(6)** Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

**(a)** Made a part of the building or structure you occupy but do not own; and

**(b)** You acquired or made at your expense but cannot legally remove;

**(7)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

**c. Personal Property Of Others** that is:

**(1)** In your care, custody or control; and

**(2)** Located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater.

© Insurance Services Office, Inc., 2011

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2. Property Not Covered**

Covered Property does not include:

**a.** Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

**b.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

**c.** Automobiles held for sale;

**d.** Bridges, roadways, walks, patios or other paved surfaces;

**e.** Contraband, or property in the course of illegal transportation or trade;

**f.** The cost of excavations, grading, backfilling or filling;

**g.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

　**(1)** The lowest basement floor; or

　**(2)** The surface of the ground, if there is no basement;

**h.** Land (including land on which the property is located), water, growing crops or lawns (other than lawns which are part of a vegetated roof);

**i.** Personal property while airborne or waterborne;

**j.** Bulkheads, pilings, piers, wharves or docks;

**k.** Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**l.** Retaining walls that are not part of a building;

**m.** Underground pipes, flues or drains;

**n.** Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, **n.,** does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system;

**o.** The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

**p.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

　**(1)** Are licensed for use on public roads; or

　**(2)** Are operated principally away from the described premises.

　This paragraph does not apply to:

　　**(a)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

**(b)** Vehicles or self-propelled machines, other than autos, you hold for sale;

**(c)** Rowboats or canoes out of water at the described premises; or

**(d)** Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers; or

**q.** The following property while outside of buildings:

**(1)** Grain, hay, straw or other crops;

**(2)** Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

See applicable Causes Of Loss form as shown in the Declarations.

**4. Additional Coverages**

**a. Debris Removal**

**(1)** Subject to Paragraphs **(2)**, **(3)** and **(4)**, we will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** Debris Removal does not apply to costs to:

**(a)** Remove debris of property of yours that is not insured under this policy, or property in your possession that is not Covered Property;

**(b)** Remove debris of property owned by or leased to the landlord of the building where your described premises are located, unless you have a contractual responsibility to insure such property and it is insured under this policy;

**(c)** Remove any property that is Property Not Covered, including property addressed under the Outdoor Property Coverage Extension;

**(d)** Remove property of others of a type that would not be Covered Property under this Coverage Form;

**(e)** Remove deposits of mud or earth from the grounds of the described premises;

**(f)** Extract "pollutants" from land or water; or

**(g)** Remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in Paragraph **(4)**, the following provisions apply:

**(a)** The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)** Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage. However, if no Covered Property has sustained direct physical loss or damage, the most we will pay for removal of debris of other property (if such removal is covered under this Additional Coverage) is $5,000 at each location.

**(4)** We will pay up to an additional $25,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if **(4)(a)** and/or **(4)(b)** applies, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $25,000.

**(5) Examples**

The following examples assume that there is no Coinsurance penalty.

**Example 1**

| | | |
|---|---|---|
| Limit of Insurance: | $ | 90,000 |
| Amount of Deductible: | $ | 500 |
| Amount of Loss: | $ | 50,000 |
| Amount of Loss Payable: | $ | 49,500 |
| | ($50,000 – $500) | |
| Debris Removal Expense: | $ | 10,000 |
| Debris Removal Expense Payable: | $ | 10,000 |
| ($10,000 is 20% of $50,000.) | | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

**Example 2**

| | | |
|---|---|---|
| Limit of Insurance: | $ | 90,000 |
| Amount of Deductible: | $ | 500 |
| Amount of Loss: | $ | 80,000 |
| Amount of Loss Payable: | $ | 79,500 |
| | ($80,000 – $500) | |
| Debris Removal Expense: | $ | 40,000 |
| Debris Removal Expense Payable | | |
| Basic Amount: | $ | 10,500 |
| Additional Amount: | $ | 25,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000, capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($40,000) exceeds 25% of the loss payable plus the deductible ($40,000 is 50% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $40,000 = $119,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $25,000, the maximum payable under Paragraph **(4)**. Thus, the total payable for debris removal expense in this example is $35,500; $4,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for service at each premises described in the Declarations, unless a higher limit is shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

**d. Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**e. Increased Cost Of Construction**

(1) This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

(2) In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with the minimum standards of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

(3) The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises and is in force at the time of loss.

(4) Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

(a) You were required to comply with before the loss, even when the building was undamaged; and

(b) You failed to comply with.

(5) Under this Additional Coverage, we will not pay for:

(a) The enforcement of or compliance with any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

(b) Any costs associated with the enforcement of or compliance with an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

(6) The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

(7) With respect to this Additional Coverage:

(a) We will not pay for the Increased Cost of Construction:

(i) Until the property is actually repaired or replaced at the same or another premises; and

(ii) Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

**(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of or compliance with an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**f. Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data. This Additional Coverage does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

**(3)** The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

**(a)** If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(b)** If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

**(4)** The most we will pay under this Additional Coverage, Electronic Data, is $2,500 (unless a higher limit is shown in the Declarations) for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**5. Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

If this policy covers Building, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2) Your Business Personal Property**

**(a)** If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

**(i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions; or

**(ii)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**(b)** This Extension does not apply to:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Or Constructed Property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

© Insurance Services Office, Inc., 2011

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

(1) Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

(2) Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

(2) If the Causes Of Loss – Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

(3) If the Causes Of Loss – Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

(4) Under this Extension, the most we will pay or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist) and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and, therefore, coverage of such costs is not additional insurance.

**d. Property Off-premises**

(1) You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

(a) Temporarily at a location you do not own, lease or operate;

(b) In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

(c) At any fair, trade show or exhibition.

(2) This Extension does not apply to property:

(a) In or on a vehicle; or

(b) In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

(3) The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

(1) Fire;

(2) Lightning;

(3) Explosion;

(4) Riot or Civil Commotion; or

(5) Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

© Insurance Services Office, Inc., 2011

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

**f. Non-owned Detached Trailers**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

    (a) The trailer is used in your business;

    (b) The trailer is in your care, custody or control at the premises described in the Declarations; and

    (c) You have a contractual responsibility to pay for loss or damage to the trailer.

(2) We will not pay for any loss or damage that occurs:

    (a) While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

    (b) During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

(3) The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

(4) This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

**g. Business Personal Property Temporarily In Portable Storage Units**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to such property while temporarily stored in a portable storage unit (including a detached trailer) located within 100 feet of the building or structure described in the Declarations or within 100 feet of the premises described in the Declarations, whichever distance is greater.

(2) If the applicable Covered Causes of Loss form or endorsement contains a limitation or exclusion concerning loss or damage from sand, dust, sleet, snow, ice or rain to property in a structure, such limitation or exclusion also applies to property in a portable storage unit.

(3) Coverage under this Extension:

    (a) Will end 90 days after the business personal property has been placed in the storage unit;

    (b) Does not apply if the storage unit itself has been in use at the described premises for more than 90 consecutive days, even if the business personal property has been stored there for 90 or fewer days as of the time of loss or damage.

(4) Under this Extension, the most we will pay for the total of all loss or damage to business personal property is $10,000 (unless a higher limit is indicated in the Declarations for such Extension) regardless of the number of storage units. Such limit is part of, not in addition to, the applicable Limit of Insurance on Your Business Personal Property. Therefore, payment under this Extension will not increase the applicable Limit of Insurance on Your Business Personal Property.

(5) This Extension does not apply to loss or damage otherwise covered under this Coverage Form or any endorsement to this Coverage Form or policy, and does not apply to loss or damage to the storage unit itself.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage:

**1.** Fire Department Service Charge;

**2.** Pollutant Clean-up And Removal;

**3.** Increased Cost Of Construction; and

**4.** Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

### D. Deductible

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

### Example 1

(This example assumes there is no Coinsurance penalty.)

| | |
|---|---|
| Deductible: | $ 250 |
| Limit of Insurance – Building 1: | $ 60,000 |
| Limit of Insurance – Building 2: | $ 80,000 |
| Loss to Building 1: | $ 60,100 |
| Loss to Building 2: | $ 90,000 |

The amount of loss to Building 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building 1:

$ 60,100
−      250
$ 59,850 Loss Payable – Building 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building 2. Loss payable for Building 2 is the Limit of Insurance of $80,000.

Total amount of loss payable:

$59,850 + $80,000 = $139,850

### Example 2

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example 1.

| | |
|---|---|
| Loss to Building 1: | $ 70,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss to Building 2: | $ 90,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss Payable – Building 1: | $ 60,000 |
| (Limit of Insurance) | |
| Loss Payable – Building 2: | $ 80,000 |
| (Limit of Insurance) | |
| Total amount of loss payable: | $ 140,000 |

### E. Loss Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the police if a law may have been broken.

(2) Give us prompt notice of the loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when and where the loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

(5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

(6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(8) Cooperate with us in the investigation or settlement of the claim.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

4. **Loss Payment**

a. In the event of loss or damage covered by this Coverage Form, at our option, we will either:

(1) Pay the value of lost or damaged property;

(2) Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

(3) Take all or any part of the property at an agreed or appraised value; or

(4) Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

b. The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

c. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

d. We will not pay you more than your financial interest in the Covered Property.

e. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

f. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

g. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

(1) We have reached agreement with you on the amount of loss; or

(2) An appraisal award has been made.

**h.** A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Vacancy**

**a. Description Of Terms**

**(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

**(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

**(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

**(i)** Rented to a lessee or sublessee and used by the lessee or sublessee to conduct its customary operations; and/or

**(ii)** Used by the building owner to conduct customary operations.

**(2)** Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

**(1)** We will not pay for any loss or damage caused by any of the following, even if they are Covered Causes of Loss:

**(a)** Vandalism;

**(b)** Sprinkler leakage, unless you have protected the system against freezing;

**(c)** Building glass breakage;

**(d)** Water damage;

**(e)** Theft; or

**(f)** Attempted theft.

**(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.** At actual cash value as of the time of loss or damage, except as provided in **b., c., d.** and **e.** below.

**b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value, even when attached to the building:

(1) Awnings or floor coverings;

(2) Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

(3) Outdoor equipment or furniture.

c. "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

d. Glass at the cost of replacement with safety-glazing material if required by law.

e. Tenants' Improvements and Betterments at:

(1) Actual cash value of the lost or damaged property if you make repairs promptly.

(2) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

(a) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

(b) Divide the amount determined in (a) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(3) Nothing if others pay for repairs or replacement.

**F. Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies:

a. We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

(1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

(2) Divide the Limit of Insurance of the property by the figure determined in Step (1);

(3) Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step (2); and

(4) Subtract the deductible from the figure determined in Step (3).

We will pay the amount determined in Step (4) or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example 1 (Underinsurance)**

| When: | The value of the property is: | $ 250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 100,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is: | $ 40,000 |

Step (1): $250,000 x 80% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $100,000 ÷ $200,000 = .50

Step (3): $40,000 x .50 = $20,000

Step (4): $20,000 − $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example 2 (Adequate Insurance)**

| When: | The value of the property is: | $ 250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 200,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is: | $ 40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate, and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

b. If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example 3**

When: The value of the property is:

| | |
|---|---|
| Building at Location 1: | $ 75,000 |
| Building at Location 2: | $ 100,000 |
| Personal Property at Location 2: | $ 75,000 |
| | $ 250,000 |

| | |
|---|---|
| The Coinsurance percentage for it is: | 90% |
| The Limit of Insurance for Buildings and Personal Property at Locations 1 and 2 is: | $ 180,000 |
| The Deductible is: | $ 1,000 |

The amount of loss is:

| | |
|---|---|
| Building at Location 2: | $ 30,000 |
| Personal Property at Location 2: | $ 20,000 |
| | $ 50,000 |

Step **(1):** $250,000 x 90% = $225,000

(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step **(2):** $180,000 ÷ $225,000 = .80

Step **(3):** $50,000 x .80 = $40,000

Step **(4):** $40,000 − $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

a. The term mortgageholder includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

c. The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

d. If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

e. If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(1) The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgageholder at least:

(1) 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**G. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item:

**1. Agreed Value**

a. The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

**b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

**c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

(1) On or after the effective date of this Optional Coverage; and

(2) Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

**2. Inflation Guard**

**a.** The Limit of Insurance for property to which this Optional Coverage applies will automatically increase by the annual percentage shown in the Declarations.

**b.** The amount of increase will be:

(1) The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

(2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

(3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example**

| If: | | |
|-----|---|---|
| The applicable Limit of Insurance is: | $ | 100,000 |
| The annual percentage increase is: | | 8% |
| The number of days since the beginning of the policy year (or last policy change) is: | | 146 |
| The amount of increase is: $100,000 x .08 x 146 ÷ 365 = | $ | 3,200 |

**3. Replacement Cost**

**a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

**b.** This Optional Coverage does not apply to:

(1) Personal property of others;

(2) Contents of a residence;

(3) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

(4) "Stock", unless the Including "Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

**c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

**d.** We will not pay on a replacement cost basis for any loss or damage:

(1) Until the lost or damaged property is actually repaired or replaced; and

(2) Unless the repair or replacement is made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

(3) If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

(4) We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1)**, **(2)** or **(3)**, subject to **f.** below:

(1) The Limit of Insurance applicable to the lost or damaged property;

(2) The cost to replace the lost or damaged property with other property:

(a) Of comparable material and quality; and

(b) Used for the same purpose; or

(3) The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

f. The cost of repair or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

a. If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

b. With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

1. "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

2. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

3. "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

© Insurance Services Office, Inc., 2011

# BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** Definitions.

## A. Coverage

### 1. Business Income

Business Income means the:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

**b.** Continuing normal operating expenses incurred, including payroll.

For manufacturing risks, Net Income includes the net sales value of production.

Coverage is provided as described and limited below for one or more of the following options for which a Limit Of Insurance is shown in the Declarations:

**(1)** Business Income Including "Rental Value".

**(2)** Business Income Other Than "Rental Value".

**(3)** "Rental Value".

If option **(1)** above is selected, the term Business Income will include "Rental Value". If option **(3)** above is selected, the term Business Income will mean "Rental Value" only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property at premises which are described in the Declarations and for which a Business Income Limit Of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of such premises.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of a building, your premises means:

**(a)** The portion of the building which you rent, lease or occupy;

**(b)** The area within 100 feet of the building or within 100 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

**(c)** Any area within the building or at the described premises, if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

### 2. Extra Expense

**a.** Extra Expense Coverage is provided at the premises described in the Declarations only if the Declarations show that Business Income Coverage applies at that premises.

**b.** Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

We will pay Extra Expense (other than the expense to repair or replace property) to:

**(1)** Avoid or minimize the "suspension" of business and to continue operations at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

**(2)** Minimize the "suspension" of business if you cannot continue "operations".

We will also pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

**3. Covered Causes Of Loss, Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**4. Additional Limitation – Interruption Of Computer Operations**

**a.** Coverage for Business Income does not apply when a "suspension" of "operations" is caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

**b.** Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

**c.** Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**d.** This Additional Limitation does not apply when loss or damage to electronic data involves only electronic data which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system.

**5. Additional Coverages**

**a. Civil Authority**

In this Additional Coverage, Civil Authority, the described premises are premises to which this Coverage Form applies, as shown in the Declarations.

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

**(1)** Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

**(2)** The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority Coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage began.

Civil Authority Coverage for Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

**(1)** Four consecutive weeks after the date of that action; or

**(2)** When your Civil Authority Coverage for Business Income ends;

whichever is later.

 © Insurance Services Office, Inc., 2011

**b. Alterations And New Buildings**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

**(1)** New buildings or structures, whether complete or under construction;

**(2)** Alterations or additions to existing buildings or structures; and

**(3)** Machinery, equipment, supplies or building materials located on or within 100 feet of the described premises and:

**(a)** Used in the construction, alterations or additions; or

**(b)** Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of "operations", the "period of restoration" for Business Income Coverage will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

**c. Extended Business Income**

**(1) Business Income Other Than "Rental Value"**

If the necessary "suspension" of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

**(a)** Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 60 consecutive days after the date determined in **(1)(a)** above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**(2) "Rental Value"**

If the necessary "suspension" of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

**(a)** Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 60 consecutive days after the date determined in **(2)(a)** above.

However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**d. Interruption Of Computer Operations**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Additional Limitation – Interruption Of Computer Operations.

(2) Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a "suspension" of "operations" caused by an interruption in computer operations due to destruction or corruption of electronic data due to a Covered Cause of Loss. However, we will not provide coverage under this Additional Coverage when the Additional Limitation – Interruption Of Computer Operations does not apply based on Paragraph **A.4.d.** therein.

(3) With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

(a) If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Interruption Of Computer Operations, is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

(b) If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage, Interruption Of Computer Operations, includes Collapse as set forth in that form.

(c) If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Interruption Of Computer Operations.

(d) The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, maintain, repair or replace that system.

(4) The most we will pay under this Additional Coverage, Interruption Of Computer Operations, is $2,500 (unless a higher limit is shown in the Declarations) for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

(5) This Additional Coverage, Interruption Of Computer Operations, does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in **(4)** above has not been exhausted.

6. **Coverage Extension**

If a Coinsurance percentage of 50% or more is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**Newly Acquired Locations**

a. You may extend your Business Income and Extra Expense Coverages to apply to property at any location you acquire other than fairs or exhibitions.

b. The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, is $100,000 at each location, unless a higher limit is shown in the Declarations.

c. Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

(1) This policy expires;

© Insurance Services Office, Inc., 2011

**(2)** 30 days expire after you acquire or begin to construct the property; or

**(3)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

The Additional Condition, Coinsurance, does not apply to this Extension.

**B. Limits Of Insurance**

The most we will pay for loss in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

Payments under the following coverages will not increase the applicable Limit of Insurance:

**1.** Alterations And New Buildings;

**2.** Civil Authority;

**3.** Extra Expense; or

**4.** Extended Business Income.

The amounts of insurance stated in the Interruption Of Computer Operations Additional Coverage and the Newly Acquired Locations Coverage Extension apply in accordance with the terms of those coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage.

**C. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Appraisal**

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Loss**

**a.** You must see that the following are done in the event of loss:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the direct physical loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(6)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(7)** Cooperate with us in the investigation or settlement of the claim.

**(8)** If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

### 3. Loss Determination

a. The amount of Business Income loss will be determined based on:

(1) The Net Income of the business before the direct physical loss or damage occurred;

(2) The likely Net Income of the business if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

(3) The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

(4) Other relevant sources of information, including:

(a) Your financial records and accounting procedures;

(b) Bills, invoices and other vouchers; and

(c) Deeds, liens or contracts.

b. The amount of Extra Expense will be determined based on:

(1) All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

(a) The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

(b) Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

(2) Necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

c. Resumption Of Operations

We will reduce the amount of your:

(1) Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

(2) Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

d. If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

### 4. Loss Payment

We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

a. We have reached agreement with you on the amount of loss; or

b. An appraisal award has been made.

## D. Additional Condition

### COINSURANCE

If a Coinsurance percentage is shown in the Declarations, the following condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

We will not pay the full amount of any Business Income loss if the Limit of Insurance for Business Income is less than:

1. The Coinsurance percentage shown for Business Income in the Declarations; times

2. The sum of:

a. The Net Income (Net Profit or Loss before income taxes), and

b. Operating expenses, including payroll expenses,

that would have been earned or incurred (had no loss occurred) by your "operations" at the described premises for the 12 months following the inception, or last previous anniversary date, of this policy (whichever is later).

© Insurance Services Office, Inc., 2011

Instead, we will determine the most we will pay using the following steps:

Step **(1):** Multiply the Net Income and operating expense for the 12 months following the inception, or last previous anniversary date, of this policy by the Coinsurance percentage;

Step **(2):** Divide the Limit of Insurance for the described premises by the figure determined in Step **(1)**; and

Step **(3):** Multiply the total amount of loss by the figure determined in Step **(2)**.

We will pay the amount determined in Step **(3)** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

In determining operating expenses for the purpose of applying the Coinsurance condition, the following expenses, if applicable, shall be deducted from the total of all operating expenses:

(1) Prepaid freight – outgoing;

(2) Returns and allowances;

(3) Discounts;

(4) Bad debts;

(5) Collection expenses;

(6) Cost of raw stock and factory supplies consumed (including transportation charges);

(7) Cost of merchandise sold (including transportation charges);

(8) Cost of other supplies consumed (including transportation charges);

(9) Cost of services purchased from outsiders (not employees) to resell, that do not continue under contract;

(10) Power, heat and refrigeration expenses that do not continue under contract (if Form **CP 15 11** is attached);

(11) All payroll expenses or the amount of payroll expense excluded (if Form **CP 15 10** is attached); and

(12) Special deductions for mining properties (royalties unless specifically included in coverage; actual depletion commonly known as unit or cost depletion – not percentage depletion; welfare and retirement fund charges based on tonnage; hired trucks).

**Example 1 (Underinsurance)**

When: The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: $ 400,000

The Coinsurance percentage is: 50%

The Limit of Insurance is: $ 150,000

The amount of loss is: $ 80,000

Step **(1):** $400,000 x 50% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2):** $150,000 ÷ $200,000 = .75

Step **(3):** $80,000 x .75 = $60,000

We will pay no more than $60,000. The remaining $20,000 is not covered.

**Example 2 (Adequate Insurance)**

When: The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: $ 400,000

The Coinsurance percentage is: 50%

The Limit of Insurance is: $ 200,000

The amount of loss is: $ 80,000

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($400,000 x 50%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $80,000 (amount of loss).

This condition does not apply to Extra Expense Coverage.

**E. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

**1. Maximum Period Of Indemnity**

a. The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

**b.** The most we will pay for the total of Business Income loss and Extra Expense is the lesser of:

    **(1)** The amount of loss sustained and expenses incurred during the 120 days immediately following the beginning of the "period of restoration"; or

    **(2)** The Limit Of Insurance shown in the Declarations.

**2. Monthly Limit Of Indemnity**

  **a.** The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

  **b.** The most we will pay for loss of Business Income in each period of 30 consecutive days after the beginning of the "period of restoration" is:

    **(1)** The Limit of Insurance, multiplied by

    **(2)** The fraction shown in the Declarations for this Optional Coverage.

**Example**

| When: | | |
|---|---|---|
| The Limit of Insurance is: | $ | 120,000 |
| The fraction shown in the Declarations for this Optional Coverage is: | | 1/4 |
| The most we will pay for loss in each period of 30 consecutive days is: | $ | 30,000 |
| ($120,000 x 1/4 = $30,000) | | |
| If, in this example, the actual amount of loss is: | | |
| Days 1–30: | $ | 40,000 |
| Days 31–60: | $ | 20,000 |
| Days 61–90: | $ | 30,000 |
| | $ | 90,000 |
| We will pay: | | |
| Days 1–30: | $ | 30,000 |
| Days 31–60: | $ | 20,000 |
| Days 61–90: | $ | 30,000 |
| | $ | 80,000 |

The remaining $10,000 is not covered.

**3. Business Income Agreed Value**

  **a.** To activate this Optional Coverage:

    **(1)** A Business Income Report/Work Sheet must be submitted to us and must show financial data for your "operations":

      **(a)** During the 12 months prior to the date of the Work Sheet; and

      **(b)** Estimated for the 12 months immediately following the inception of this Optional Coverage.

    **(2)** The Declarations must indicate that the Business Income Agreed Value Optional Coverage applies, and an Agreed Value must be shown in the Declarations. The Agreed Value should be at least equal to:

      **(a)** The Coinsurance percentage shown in the Declarations; multiplied by

      **(b)** The amount of Net Income and operating expenses for the following 12 months you report on the Work Sheet.

  **b.** The Additional Condition, Coinsurance, is suspended until:

    **(1)** 12 months after the effective date of this Optional Coverage; or

    **(2)** The expiration date of this policy;

    whichever occurs first.

  **c.** We will reinstate the Additional Condition, Coinsurance, automatically if you do not submit a new Work Sheet and Agreed Value:

    **(1)** Within 12 months of the effective date of this Optional Coverage; or

    **(2)** When you request a change in your Business Income Limit of Insurance.

  **d.** If the Business Income Limit of Insurance is less than the Agreed Value, we will not pay more of any loss than the amount of loss multiplied by:

    **(1)** The Business Income Limit of Insurance; divided by

    **(2)** The Agreed Value.

**Example**

| When: | | |
|---|---|---|
| The Limit of Insurance is: | $ | 100,000 |
| The Agreed Value is: | $ | 200,000 |
| The amount of loss is: | $ | 80,000 |

Step **(1):** $100,000 ÷ $200,000 = .50

Step **(2):** .50 x $80,000 = $40,000

We will pay $40,000. The remaining $40,000 is not covered.

**4. Extended Period Of Indemnity**

  Under Paragraph **A.5.c.,** **Extended Business Income,** the number 60 in Subparagraphs **(1)(b)** and **(2)(b)** is replaced by the number shown in the Declarations for this Optional Coverage.

## F. Definitions

1. "Finished stock" means stock you have manufactured.

   "Finished stock" also includes whiskey and alcoholic products being aged, unless there is a Coinsurance percentage shown for Business Income in the Declarations.

   "Finished stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

2. "Operations" means:

   a. Your business activities occurring at the described premises; and

   b. The tenantability of the described premises, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

3. "Period of restoration" means the period of time that:

   a. Begins:

      (1) 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

      (2) Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

      caused by or resulting from any Covered Cause of Loss at the described premises; and

   b. Ends on the earlier of:

      (1) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

      (2) The date when business is resumed at a new permanent location.

   "Period of restoration" does not include any increased period required due to the enforcement of or compliance with any ordinance or law that:

      (1) Regulates the construction, use or repair, or requires the tearing down, of any property; or

      (2) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

   The expiration date of this policy will not cut short the "period of restoration".

4. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

5. "Rental Value" means Business Income that consists of:

   a. Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and

   b. Continuing normal operating expenses incurred in connection with that premises, including:

      (1) Payroll; and

      (2) The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

6. "Suspension" means:

   a. The slowdown or cessation of your business activities; or

   b. That a part or all of the described premises is rendered untenantable, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

## A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

## B. CONTROL OF PROPERTY

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

## C. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## D. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and

2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

## E. LIBERALIZATION

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

## F. NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

## G. OTHER INSURANCE

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

## H. POLICY PERIOD, COVERAGE TERRITORY

Under this Coverage Part:

1. We cover loss or damage commencing:

   a. During the policy period shown in the Declarations; and

   b. Within the coverage territory.

2. The coverage territory is:

   a. The United States of America (including its territories and possessions);

   b. Puerto Rico; and

   c. Canada.

## I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

   a. Someone insured by this insurance;

   b. A business firm:

      (1) Owned or controlled by you; or

      (2) That owns or controls you; or

   c. Your tenant.

This will not restrict your insurance.

 Copyright, ISO Commercial Risk Services, Inc., 1983, 1987

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other micro-organism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.**, such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

**1.** Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

**2.** Additional Coverage – Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.**, or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

© ISO Properties, Inc., 2006

# ILLINOIS CHANGES – ARTIFICIALLY GENERATED ELECTRICAL CURRENT EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in:

1. Paragraph **B.2.a.** of the Standard Property Policy, the Causes Of Loss – Basic Form, the Causes Of Loss – Broad Form and the Causes Of Loss – Special Form; and

2. Paragraph **B.2.b.** of the Mortgageholders Errors And Omissions Coverage Form

is replaced by the following exclusion:

We will not pay for loss or damage caused by or resulting from artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires.

But if artificially generated electrical current results in fire, we will pay for the loss or damage caused by that fire.

© Insurance Services Office, Inc., 2008

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# INDIANA CHANGES – RIGHTS OF RECOVERY

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** Unless SECTION **C** or SECTION **D** of this endorsement applies, the **Transfer Of Rights Of Recovery Against Others To Us** Condition is replaced by the following:

**TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. Our right to recover damages from another may be enforced even if the person or organization to or for whom we make payment has not been fully compensated for damages.

The person or organization to or for whom we make payment must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**1.** Prior to a loss to your Covered Property or Covered Income.

**2.** After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

    **a.** Someone insured by this insurance;

    **b.** A business firm:

        **(1)** Owned or controlled by you; or

        **(2)** That owns or controls you; or

    **c.** Your tenant.

This will not restrict your insurance.

**C.** The **Transfer Of Rights Of Recovery Against Others To Us** Condition in the Legal Liability Coverage Form is replaced by the following:

**TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If you have rights to recover all or part of any payment we have made under this Coverage Form, those rights are transferred to us. Our right to recover damages may be enforced even if you have not been fully compensated for damages.

You must do nothing after loss to impair our rights to recover all or part of any payment we have made under this Coverage Form. At our request, you will bring "suit" or transfer those rights to us and help us enforce them.

**D.** The **Transfer Of Rights Of Recovery Against Others To Us** Condition in the Mortgageholders Errors And Omissions Coverage Form is replaced by the following:

**TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

**1.** Under COVERAGES **A** and **B,** if any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us to the extent of our payment. Our right to recover damages from another may be enforced even if the person or organization to or for whom we make payment has not been fully compensated for damages.

 Copyright, ISO Commercial Risk Services, Inc., 1996 ◻

The person or organization to or for whom we make payment must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

a. Prior to a loss to your Covered Property.

b. After a loss to your Covered Property only if, at time of loss, that party is one of the following:

   (1) Someone insured by this insurance;

   (2) A business firm:

      (a) Owned or controlled by you; or

      (b) That owns or controls you; or

   (3) Your tenant.

This will not restrict your insurance.

2. Under COVERAGES **C** and **D,** if you have rights to recover all or part of any payment we have made under this Coverage Form, those rights are transferred to us. Our right to recover damages may be enforced even if you have not been fully compensated for damages.

You must do nothing after loss to impair our rights to recover all or part of any payment we have made under this Coverage Form. At our request, you will bring "suit" or transfer those rights to us and help us enforce them.

Copyright, ISO Commercial Risk Services, Inc., 1996

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

## SCHEDULE

| Premises Number | Building Number | Protective Safeguards Symbols Applicable |
|:---:|:---:|:---:|
| 4 | 1 | P-1 |
| Describe Any "P-9": Premise 4, Building 1 | | |
| 34 | 2 | P-1 |
| Describe Any "P-9": Premise 34, Building 2 | | |
| 51 | 1 | P-1 |
| Describe Any "P-9": Premise 51, Building 1 | | |
| 5 | 1 | P-1 |
| Describe Any "P-9": Premise 5, Building 1 | | |
| 13 | 1 | P-1 |
| Describe Any "P-9": Premise 13, Building 1 | | |
| 7 | 1 | P-1 |
| Describe Any "P-9": Premise 7, Building 1 | | |
| 12 | 1 | P-1 |
| Describe Any "P-9": Premise 12, Building 1 | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**A.** The following is added to the Commercial Property **Conditions:**

**Protective Safeguards**

As a condition of this insurance, you are required to:

1. Maintain the protective safeguards listed in the Schedule, and over which you have control, in complete working order;

2. Actively engage and maintain in the "on" position at all times any automatic fire alarm or other automatic system listed in the Schedule; and

3. Notify us if you know of any suspension of or impairment in any protective safeguard listed in the Schedule.

However, if part of an Automatic Sprinkler System or Automatic Commercial Cooking Exhaust And Extinguishing System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

**B.** The following is added to the **Exclusions** section of:

Causes Of Loss – Basic Form

Causes Of Loss – Broad Form

Causes Of Loss – Special Form

Mortgageholders Errors And Omissions Coverage Form

Standard Property Policy

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you failed to comply with any condition set forth in Paragraph **A.**

**C.** The protective safeguards to which this endorsement applies are identified by the following symbols:

**"P-1" Automatic Sprinkler System,** including related supervisory services.

Automatic Sprinkler System means:

    **a.** Any automatic fire protective or extinguishing system, including connected:

        **(1)** Sprinklers and discharge nozzles;

        **(2)** Ducts, pipes, valves and fittings;

        **(3)** Tanks, their component parts and supports; and

        **(4)** Pumps and private fire protection mains.

    **b.** When supplied from an automatic fire protective system:

        **(1)** Non-automatic fire protective systems; and

        **(2)** Hydrants, standpipes and outlets.

**"P-2" Automatic Fire Alarm,** protecting the entire building, that is:

    **a.** Connected to a central station; or

    **b.** Reporting to a public or private fire alarm station.

**"P-3" Security Service,** with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

**"P-4" Service Contract** with a privately owned fire department providing fire protection service to the described premises.

**"P-5" Automatic Commercial Cooking Exhaust And Extinguishing System** installed on cooking appliances and having the following components:

    **a.** Hood;

    **b.** Grease removal device;

    **c.** Duct system; and

    **d.** Wet chemical fire extinguishing equipment.

**"P-9",** the protective system described in the Schedule.

© Insurance Services Office, Inc., 2016

# CAUSES OF LOSS – SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **G.** Definitions.

## A. Covered Causes Of Loss

When Special is shown in the Declarations, Covered Causes Of Loss means direct physical loss unless the loss is excluded or limited in this policy.

## B. Exclusions

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   **a. Ordinance Or Law**

   The enforcement of or compliance with any ordinance or law:

   (1) Regulating the construction, use or repair of any property; or

   (2) Requiring the tearing down of any property, including the cost of removing its debris.

   This exclusion, Ordinance Or Law, applies whether the loss results from:

   (a) An ordinance or law that is enforced even if the property has not been damaged; or

   (b) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

   **b. Earth Movement**

   (1) Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

   (2) Landslide, including any earth sinking, rising or shifting related to such event;

   (3) Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

   (4) Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

   But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

   (5) Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

   Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

   (a) Airborne volcanic blast or airborne shock waves;

   (b) Ash, dust or particulate matter; or

   (c) Lava flow.

   With respect to coverage for Volcanic Action as set forth in **(5)(a)**, **(5)(b)** and **(5)(c)**, all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

   Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

   This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused.

### c. Governmental Action

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

### d. Nuclear Hazard

Nuclear reaction or radiation; or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

### e. Utility Services

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

(1) Originates away from the described premises; or

(2) Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

### f. War And Military Action

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

### g. Water

(1) Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

(2) Mudslide or mudflow;

(3) Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

(4) Water under the ground surface pressing on, or flowing or seeping through:

(a) Foundations, walls, floors or paved surfaces;

(b) Basements, whether paved or not; or

(c) Doors, windows or other openings; or

(5) Waterborne material carried or otherwise moved by any of the water referred to in Paragraph (1), (3) or (4), or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs (1) through (5), is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

© Insurance Services Office, Inc., 2016

But if any of the above, in Paragraphs **(1)** through **(5)**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

**h. "Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**(1)** When "fungus", wet or dry rot or bacteria result from fire or lightning; or

**(2)** To the extent that coverage is provided in the Additional Coverage, Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria, with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

**(a)** Electrical current, including arcing;

**(b)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(c)** Pulse of electromagnetic energy; or

**(d)** Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d.(1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

g. Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

(1) You do your best to maintain heat in the building or structure; or

(2) You drain the equipment and shut off the supply if the heat is not maintained.

h. Dishonest or criminal act (including theft) by you, any of your partners, members, officers, managers, employees (including temporary employees and leased workers), directors, trustees or authorized representatives, whether acting alone or in collusion with each other or with any other party; or theft by any person to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

This exclusion:

(1) Applies whether or not an act occurs during your normal hours of operation;

(2) Does not apply to acts of destruction by your employees (including temporary employees and leased workers) or authorized representatives; but theft by your employees (including temporary employees and leased workers) or authorized representatives is not covered.

i. Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

j. Rain, snow, ice or sleet to personal property in the open.

k. Collapse, including any of the following conditions of property or any part of the property:

(1) An abrupt falling down or caving in;

(2) Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

(3) Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to (1) or (2) above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, k., does not apply:

(a) To the extent that coverage is provided under the Additional Coverage, Collapse; or

(b) To collapse caused by one or more of the following:

(i) The "specified causes of loss";

(ii) Breakage of building glass;

(iii) Weight of rain that collects on a roof; or

(iv) Weight of people or personal property.

l. Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, l., does not apply to damage to glass caused by chemicals applied to the glass.

m. Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

3. We will not pay for loss or damage caused by or resulting from any of the following, 3.a. through 3.c. But if an excluded cause of loss that is listed in 3.a. through 3.c. results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph 1. above to produce the loss or damage.

b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

c. Faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

© Insurance Services Office, Inc., 2016

of part or all of any property on or off the described premises.

4. **Special Exclusions**

The following provisions apply only to the specified Coverage Forms:

a. **Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

We will not pay for:

(1) Any loss caused by or resulting from:

(a) Damage or destruction of "finished stock"; or

(b) The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

(2) Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

(3) Any increase of loss caused by or resulting from:

(a) Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

(b) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

(4) Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

(5) Any other consequential loss.

b. **Leasehold Interest Coverage Form**

(1) Paragraph **B.1.a.**, Ordinance Or Law, does not apply to insurance under this Coverage Form.

(2) We will not pay for any loss caused by:

(a) Your cancelling the lease;

(b) The suspension, lapse or cancellation of any license; or

(c) Any other consequential loss.

c. **Legal Liability Coverage Form**

(1) The following exclusions do not apply to insurance under this Coverage Form:

(a) Paragraph **B.1.a.** Ordinance Or Law;

(b) Paragraph **B.1.c.** Governmental Action;

(c) Paragraph **B.1.d.** Nuclear Hazard;

(d) Paragraph **B.1.e.** Utility Services; and

(e) Paragraph **B.1.f.** War And Military Action.

(2) The following additional exclusions apply to insurance under this Coverage Form:

(a) **Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

(i) Your assumption of liability was executed prior to the accident; and

(ii) The building is Covered Property under this Coverage Form.

(b) **Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**5. Additional Exclusion**

The following provisions apply only to the specified property:

**Loss Or Damage To Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**C. Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated:

1. We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

   a. Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

   b. Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

   c. The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

      (1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

      (2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

d. Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

   However, this limitation does not apply to:

   (1) Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

   (2) Business Income Coverage or Extra Expense Coverage.

e. Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

f. Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

g. Lawns, trees, shrubs or plants which are part of a vegetated roof, caused by or resulting from:

   (1) Dampness or dryness of atmosphere or of soil supporting the vegetation;

   (2) Changes in or extremes of temperature;

   (3) Disease;

   (4) Frost or hail; or

   (5) Rain, snow, ice or sleet.

2. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

   a. Animals, and then only if they are killed or their destruction is made necessary.

   b. Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

      (1) Glass; or

      (2) Containers of property held for sale.

   c. Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

      However, this limitation does not apply:

      (1) If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

© Insurance Services Office, Inc., 2016

**(2)** To Business Income Coverage or to Extra Expense Coverage.

**3.** The special limit shown for each category, **a.** through **d.,** is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are (unless a higher limit is shown in the Declarations):

**a.** $2,500 for furs, fur garments and garments trimmed with fur.

**b.** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

**c.** $2,500 for patterns, dies, molds and forms.

**d.** $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, **C.3.,** does not apply to Business Income Coverage or to Extra Expense Coverage.

**4.** We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:

**a.** Results in discharge of any substance from an automatic fire protection system; or

**b.** Is directly caused by freezing.

However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

## D. Additional Coverage – Collapse

The coverage provided under this Additional Coverage, Collapse, applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

**1.** For the purpose of this Additional Coverage, Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

**2.** We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

**a.** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

**b.** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

**c.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

**d.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

**(1)** A cause of loss listed in **2.a.** or **2.b.;**

**(2)** One or more of the "specified causes of loss";

**(3)** Breakage of building glass;

**(4)** Weight of people or personal property; or

**(5)** Weight of rain that collects on a roof.

**3.** This **Additional Coverage – Collapse** does **not** apply to:

**a.** A building or any part of a building that is in danger of falling down or caving in;

**b.** A part of a building that is standing, even if it has separated from another part of the building; or

**c.** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**4.** With respect to the following property:

**a.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

b. Awnings, gutters and downspouts;

c. Yard fixtures;

d. Outdoor swimming pools;

e. Fences;

f. Piers, wharves and docks;

g. Beach or diving platforms or appurtenances;

h. Retaining walls; and

i. Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.**, we will pay for loss or damage to that property only if:

(1) Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

(2) The property is Covered Property under this Coverage Form.

5. If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

a. The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.**;

b. The personal property which collapses is inside a building; and

c. The property which collapses is not of a kind listed in **4.**, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

6. This Additional Coverage, Collapse, does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

7. This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

8. The term Covered Cause of Loss includes the Additional Coverage, Collapse, as described and limited in **D.1.** through **D.7.**

E. **Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

1. The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria are the result of one or more of the following causes that occur during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence:

a. A "specified cause of loss" other than fire or lightning; or

b. Flood, if the Flood Coverage Endorsement applies to the affected premises.

This Additional Coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

2. We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

a. Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

b. The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

c. The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

3. The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continue to be present or active, or recur, in a later policy period.

**4.** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria cause an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

**5.** The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss form or under the Additional Coverage, Collapse.

**6.** The following, **6.a.** or **6.b.,** applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form:

**a.** If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

**b.** If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**F. Additional Coverage Extensions**

**1. Property In Transit**

This Extension applies only to your personal property to which this form applies.

**a.** You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

**b.** Loss or damage must be caused by or result from one of the following causes of loss:

**(1)** Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

**(2)** Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

**(3)** Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

**c.** The most we will pay for loss or damage under this Extension is $5,000.

This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

**2. Water Damage, Other Liquids, Powder Or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

### 3. Glass

**a.** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

**b.** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension **F.3.** does not increase the Limit of Insurance.

## G. Definitions

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

**a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

**(1)** The cost of filling sinkholes; or

**(2)** Sinking or collapse of land into man-made underground cavities.

**b.** Falling objects does not include loss or damage to:

**(1)** Personal property in the open; or

**(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**c.** Water damage means:

**(1)** Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam; and

**(2)** Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe caused by wear and tear, when the pipe is located off the described premises and is connected to or is part of a potable water supply system or sanitary sewer system operated by a public or private utility service provider pursuant to authority granted by the state or governmental subdivision where the described premises are located.

But water damage does not include loss or damage otherwise excluded under the terms of the Water Exclusion. Therefore, for example, there is no coverage under this policy in the situation in which discharge or leakage of water results from the breaking apart or cracking of a pipe which was caused by or related to weather-induced flooding, even if wear and tear contributed to the breakage or cracking. As another example, and also in accordance with the terms of the Water Exclusion, there is no coverage for loss or damage caused by or related to weather-induced flooding which follows or is exacerbated by pipe breakage or cracking attributable to wear and tear.

To the extent that accidental discharge or leakage of water falls within the criteria set forth in **c.(1)** or **c.(2)** of this definition of "specified causes of loss," such water is not subject to the provisions of the Water Exclusion which preclude coverage for surface water or water under the surface of the ground.

© Insurance Services Office, Inc., 2016

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

BUILDERS' RISK COVERAGE FORM
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

## SCHEDULE

| Premises Number: 1 | Building Number: 1 | Applicable Clause (Enter C.1., C.2., C.3. or C.4.): C.1. |
|---|---|---|
| **Description Of Property:** Building | | |
| **Loss Payee Name:** Winkal Holdings LLC; Winkal Management LLC, | | |
| **Loss Payee Address:** 10 RYE RIDGE PLZ STE 200, Port Chester, NY 10573-2828 | | |

| Premises Number: 15 | Building Number: 1 | Applicable Clause (Enter C.1., C.2., C.3. or C.4.): C.1. |
|---|---|---|
| **Description Of Property:** Building | | |
| **Loss Payee Name:** Kin Properties, Inc | | |
| **Loss Payee Address:** 185 NW SPANISH RIVER BLVD STE 100, Boca Raton, FL 33431-4230 | | |

| Premises Number: 35 | Building Number: 1 | Applicable Clause (Enter C.1., C.2., C.3. or C.4.): C.1. |
|---|---|---|
| **Description Of Property:** Building | | |
| **Loss Payee Name:** Ernst Trust Washington, LLC | | |
| **Loss Payee Address:** 834 CHAUTAUQUA BLVD, Pacific Palisades, CA 90272-3801 | | |

| Premises Number: 45 | Building Number: 1 | Applicable Clause (Enter C.1., C.2., C.3. or C.4.): C.1. |
|---|---|---|
| **Description Of Property:** Building | | |
| **Loss Payee Name:** Sucole LLC, Kin Properties, Inc and their agents | | |
| **Loss Payee Address:** 185 NW SPANISH RIVER BLVD STE 100, Boca Raton, FL 33431-4230 | | |

| Premises Number: 46 | Building Number: 1 | Applicable Clause (Enter C.1., C.2., C.3. or C.4.): C.1. |
|---|---|---|
| **Description Of Property:** All Personal Property | | |
| **Loss Payee Name:** Blue Road Ventures | | |
| **Loss Payee Address:** 205 N MICHIGAN AVE STE 2940, CHICAGO, IL 60601-5924 | | |

| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |
|---|

**A.** When this endorsement is attached to the Standard Property Policy CP 00 99, the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

**C.** The following is added to the **Loss Payment** Loss Condition, as indicated in the Declarations or in the Schedule:

  **1. Loss Payable Clause**

    For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

    **a.** Adjust losses with you; and

    **b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear

  **2. Lender's Loss Payable Clause**

    **a.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:

      **(1)** Warehouse receipts;

      **(2)** A contract for deed;

      **(3)** Bills of lading;

      **(4)** Financing statements; or

      **(5)** Mortgages, deeds of trust, or security agreements.

    **b.** For Covered Property in which both you and a Loss Payee have an insurable interest:

      **(1)** We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

      **(2)** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

      **(3)** If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

        **(a)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

        **(b)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

        **(c)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

      All of the terms of this Coverage Part will then apply directly to the Loss Payee.

      **(4)** If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

        **(a)** The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

        **(b)** The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

      At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

    **c.** If we cancel this policy, we will give written notice to the Loss Payee at least:

      **(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

      **(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

    **d.** If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

 © Insurance Services Office, Inc., 2011

3. **Contract Of Sale Clause**

   a. The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered into a contract with for the sale of Covered Property.

   b. For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

      (1) Adjust losses with you; and

      (2) Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

   c. The following is added to the **Other Insurance** Condition:

   For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

4. **Building Owner Loss Payable Clause**

   a. The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building in which you are a tenant.

   b. We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

   c. We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – BUILDING OWNER

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

### SCHEDULE

| Premises Number: 19 | Building Number: 1 |
|---|---|
| **Building Description:** Building | |
| **Building Owner Name:** Brixmor Property Group | |
| **Building Owner Address:** 40 SKOKIE BLVD, Northbrook, IL 60062-1608 | |

| Premises Number: 38 | Building Number: 1 |
|---|---|
| **Building Description:** Building | |
| **Building Owner Name:** Agree Wheaton IL, LLC | |
| **Building Owner Address:** 70 E LONG LAKE RD, Bloomfield Hills, MI 48304-2356 | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The building owner identified in this endorsement is a
Named Insured, but only with respect to the coverage
provided under this Coverage Part or Policy for direct
physical loss or damage to the building(s) described
in the Schedule.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BUSINESS INCOME CHANGES – BEGINNING OF THE PERIOD OF RESTORATION

This endorsement modifies insurance provided under the following:

BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM

### SCHEDULE

| |
|---|
| **Select Either A. Or B.** |
| **A.** ☒ **72-Hour Time Period Is Replaced By 24 Hours** |
| **B.** ☐ **72-Hour Time Period Is Eliminated** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** If the Schedule indicates that the 72-hour time period is replaced by 24 hours, then:

1. The 72-hour time period in the definition of "period of restoration" is replaced by 24 hours. Therefore, the period of restoration for Business Income Coverage begins 24 hours after the time of direct physical loss or damage, subject to all other provisions of the definition of "period of restoration"; and

2. The 72-hour time period in the Civil Authority Additional Coverage is replaced by 24 hours. Therefore, coverage under the Additional Coverage – Civil Authority begins 24 hours after the time of action of civil authority, subject to all other provisions of that Additional Coverage.

**B.** If the Schedule indicates that the 72-hour time period is eliminated, then:

1. The 72-hour time period in the definition of "period of restoration" is deleted. Therefore, the period of restoration for Business Income Coverage begins at the time of direct physical loss or damage, subject to all other provisions of the definition of "period of restoration"; and

2. The 72-hour time period in the Civil Authority Additional Coverage is deleted. Therefore, coverage under the Additional Coverage – Civil Authority begins at the time of action of civil authority, subject to all other provisions of that Additional Coverage.

© ISO Properties, Inc., 2006

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TENTATIVE RATE

The rates used in the development of the premium for the Commercial Property Coverage Part are tentative. We will adjust the premium effective from the inception date of this Coverage Part once the rates are promulgated. If this is a renewal of a policy previously issued by us, we will adjust the premium effective from the renewal date of this Coverage Part once the rates are promulgated.

## EQUIPMENT BREAKDOWN COVERAGE SCHEDULE

Equipment Breakdown is subject to the Limits of Insurance shown in the Declarations except as specifically shown below.

These coverages apply to all locations covered on the policy, unless otherwise specified.

| Coverages | Limits |
|---|---|
| **Equipment Breakdown Limit** | $8,853,976 |
| **Business Income** | $4,072,727 |
| **Extra Expense** | $0 |
| **Data Restoration** | $50,000 |
| **Expediting Expenses** | $50,000 |
| **Hazardous Substances** | $50,000 |
| **Off Premises Equipment Breakdown** | $25,000 |
| **Public Relations** | $5,000 |
| **Service Interruption** | Included |
| **Spoilage** | $50,000 |

| Deductibles | | |
|---|---|---|
| **Combined, All Coverages** | | Property Deductible |
| **Direct Coverages** | | |
| **Indirect Coverages** | | |
| | or | hrs |
| | or | times ADV |
| **Spoilage** | | |

The Spoilage Limit is replaced at the following specified location(s):

| Premise Number | Building Number | Spoilage Limit |
|---|---|---|
| | | |

The Deductible is replaced at the following specified location(s)

| Premise Number: | | Building Number: |
|---|---|---|
| **Deductibles** | | |
| **Combined, All Coverages** | | |
| **Direct Coverages** | | |
| **Indirect Coverages** | | |
| | or | hrs |
| | or | times ADV |
| **Spoilage** | | |

# EQUIPMENT BREAKDOWN COVERAGE
## (Including Electronic Circuitry Impairment)

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

> BUILDING AND PERSONAL PROPERTY COVERAGE FORM
> CONDOMINIUM ASSOCIATION COVERAGE FORM
> CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
> EQUIPMENT – IMPLEMENT DEALERS STOCK FLOATER FORM
> GOLF CART DEALERS STOCK FLOATER FORM
> CAUSES OF LOSS – BASIC FORM
> CAUSES OF LOSS – BROAD FORM
> CAUSES OF LOSS – SPECIAL FORM

**A.** The following is added as an Additional Coverage to the Causes of Loss— Basic Form, Broad Form, Special Form, Equipment – Implement Dealers Stock Floater Form or Golf Cart Dealers Stock Floater Form.

**Additional Coverage– Equipment Breakdown**

The term Covered Cause of Loss includes the **Additional Coverage Equipment Breakdown** as described and limited below. Without an "accident" or "electronic circuitry impairment", there is no Equipment Breakdown Coverage.

**1.** We will pay for direct physical damage to Covered Property that is the direct result of an "accident" or "electronic circuitry impairment". We will consider "electronic circuitry impairment" to be physical damage to "covered equipment".

**2.** Unless otherwise shown in a "schedule", the following coverages also apply to the direct result of an "accident" or "electronic circuitry impairment". However, with respect to coverage **2.h. Service Interruption** below and any Dependent Properties coverage provided by this coverage part, coverage will apply only to the direct result of an "accident" and will not apply to the direct result of an "electronic circuitry impairment".

These coverages do not provide additional amounts of insurance.

  **a. Business Income and Extra Expense**

    **(1)** Any insurance provided under the coverage part for Business Income or Extra Expense is extended to the coverage provided by this endorsement. However, if a deductible is shown in a "schedule", then with respect to this endorsement only, the "period of restoration" will begin immediately after the "accident" or "electronic circuitry impairment", and the deductible shown in the "schedule" will apply.

    **(2)** The most we will pay for loss or expense under this coverage is the applicable limit for Business Income and Extra Expense, unless otherwise shown in a "schedule".

  **b. Data Restoration**

    **(1)** We will pay for your reasonable and necessary cost to research, replace and restore lost "data".

    **(2)** The most we will pay for loss or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $50,000 unless otherwise shown in a "schedule".

  **c. Expediting Expenses**

    **(1)** With respect to your damaged Covered Property, we will pay the reasonable extra cost to:

      **(a)** Make temporary repairs; and

**(b)** Expedite permanent repairs or permanent replacement.

**(2)** The most we will pay for loss or expense under this coverage is $50,000 unless otherwise shown in a "schedule".

### d. Hazardous Substances

**(1)** We will pay your additional cost to repair or replace Covered Property because of contamination by a "hazardous substance". This includes the additional expenses to clean up or dispose of such property.

**(2)** This does not include contamination of "perishable goods" by refrigerant, including but not limited to ammonia, which is addressed in **2.i.(1)(b)** below. As used in this coverage, additional costs mean those beyond what would have been payable under this Equipment Breakdown Coverage had no "hazardous substance" been involved.

**(3)** The most we will pay for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $50,000 unless otherwise shown in a "schedule".

### e. Off Premises Equipment Breakdown

**(1)** We will pay for physical damage to transportable "covered equipment" that, at the time of the "accident" or "electronic circuitry impairment", is not at a covered location. As respects this Off Premises Equipment Breakdown coverage only, the "accident" or "electronic circuitry impairment" may occur in any country within the Coverage Territory.

**(2)** We will also pay for your reasonable and necessary cost to research, replace and restore lost "data" contained within "covered equipment" as described under **(1)** above. This amount may not exceed the limit applicable to Data Restoration coverage.

**(3)** The most we will pay for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, and Data Restoration as described in **(2)** above is $25,000 unless otherwise shown in a "schedule".

### f. Public Relations

**(1)** This coverage only applies if you have sustained an actual loss of Business Income covered under this endorsement.

**(2)** We will pay for your reasonable costs for professional services to create and disseminate communications, when the need for such communications arises directly from the interruption of your business. This communication must be directed to one or more of the following:

    (a) The media;

    (b) The public; or

    (c) Your customers, clients or members.

**(3)** Such costs must be incurred during the "period of restoration" or up to 30 days after the "period of restoration" has ended.

**(4)** The most we will pay for loss or expense under this coverage is $5,000.

### g. Resultant Damage to Animals

**(1)** Any insurance provided under the coverage part for "animals" is extended to the coverage provided by this endorsement.

**(2)** The most we will pay for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $25,000.

### h. Service Interruption

**(1)** Any insurance provided for Business Income, Extra Expense, Data Restoration or Spoilage is extended to apply to your loss, damage or expense caused by a failure or disruption of service. The failure or disruption of service must be caused by an "accident" to equipment, including overhead transmission lines, that is owned by a utility, landlord, a landlord's utility or other supplier who provides you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, Internet access, telecommunications services, "cloud computing services", wide area networks or data transmission. The equipment must meet the definition of "covered equipment" except that it is not Covered Property.

**(2)** "Cloud computing services" must be provided by a professional provider with whom you have a contract.

**(3)** With respect to the Data Restoration portion of this Service Interruption coverage, coverage will also apply to "data" stored in the equipment of a provider of "cloud computing services".

**(4)** Unless otherwise shown in a "schedule", Service Interruption coverage will not apply unless the failure or disruption of service exceeds 24 hours immediately following the "accident". If the interruption exceeds 24 hours, coverage will begin at the time of the interruption, and the applicable deductible will apply.

**(5)** The most we will pay in any "one equipment breakdown" for loss, damage or expense under this coverage is the applicable limit for Business Income, Extra Expense, Data Restoration or Spoilage, except that if a limit is shown in a "schedule" for Service Interruption, that limit will apply to Business Income and Extra Expense loss under this coverage.

### i. Spoilage

**(1)** We will pay for:

**(a)** Physical damage to "perishable goods" due to spoilage;

**(b)** Physical damage to "perishable goods" due to contamination from the release of refrigerant, including but not limited to ammonia;

**(c)** Any necessary expenses you incur to reduce the amount of loss under this coverage to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.

**(2)** If you are unable to replace the "perishable goods" before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the "perishable goods" at the time of the "accident" or "electronic circuitry impairment", less discounts and expenses you otherwise would have had. Otherwise our payment will be determined in accordance with the Valuation condition.

**(3)** The most we will pay for loss, damage or expense under this coverage is $50,000 unless otherwise shown in a "schedule".

## 3. EXCLUSIONS

All exclusions in the applicable Causes of Loss form, Equipment – Implement Dealers Stock Floater Form or Golf Cart Dealers Stock Floater Form apply except as modified below and to the extent that coverage is specifically provided by this endorsement.

**a.** The following exclusions are modified:

**(1)** If the Causes of Loss – Basic Form or Causes of Loss – Broad Form applies, the following is added to **Exclusion B.2.:**

Depletion, deterioration, corrosion, erosion, wear and tear, or other gradually developing conditions. However, if an "accident" or "electronic circuitry impairment" results, we will pay for the resulting loss, damage or expense caused by that "accident" or "electronic circuitry impairment".

**(2)** If the Causes of Loss – Special Form applies, with respect to this endorsement only, the last paragraph of **Exclusion B.2.d.** is deleted and replaced with the following:

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in an "accident" or "electronic circuitry impairment", we will pay for the loss, damage or expense caused by that "accident" or "electronic circuitry impairment".

**(3)** If the Equipment – Implement Dealers Stock Floater Form applies, with respects to this endorsement only, **Exclusion B.2.d.** is deleted and replaced with the following: Wear and tear, decay or gradual deterioration, rotting, chemicals, insects including termites, vermin and rodents, inherent vice and latent defect. However, if an "accident" or "electronic circuitry impairment" results, we will pay for the resulting loss, damage or expense caused by that "accident" or "electronic circuitry impairment".

**(4)** If the Golf Cart Dealers Stock Floater Form applies, with respect to this endorsement only, Exclusion E. 9. Is deleted and replaced with the following: Loss caused by or resulting from wear and tear; depreciation or gradual deterioration; rotting; chemicals; insects, including termites; vermin and rodents; inherent vice; latent defect. However, if an "accident" or "electronic circuitry impairment" results, we will pay for the resulting loss, damage or expense caused by that "accident" or "electronic circuitry impairment".

**b.** The following exclusions are added:

**(1)** We will not pay for loss, damage or expense caused directly or indirectly by any of the following, whether or not caused by or resulting from an "accident" or "electronic circuitry impairment":

**(a)** Fire, including smoke from a fire;

**(b)** Explosion of gas or unconsumed fuel within the furnace of any boiler or fired vessel or within the passages from that furnace to the atmosphere;

**(c)** Any other explosion, except as specifically covered under this endorsement;

**(d)** Any earth movement, including but not limited to earthquake, subsidence, sinkhole collapse, landslide, earth sinking, tsunami or volcanic action;

**(e)** Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not; mudslide or mudflow; or water that backs up or overflows from a sewer, drain or sump. However, if electrical "covered equipment" requires drying out because of the above, we will pay for the direct expenses of such drying out subject to the applicable Limit of Insurance and deductible for Building or Business Personal Property, whichever applies; or

**(f)** Vandalism.

**(2)** Coverage under this endorsement does not apply to an "accident" or "electronic circuitry impairment" caused by or resulting from:

**(a)** Lightning;

**(b)** Windstorm or hail. However this exclusion does not apply when:

    **i.** "Covered equipment" located within a building or structure suffers an "accident" or "electronic circuitry impairment" that results from wind-blown rain, snow, sand or dust; and

    **ii.** The building or structure did not first sustain wind or hail damage to its roof or walls through which the rain, snow, sand or dust entered.

**(c)** Smoke; aircraft or vehicles; riot or civil commotion; sprinkler leakage; elevator collision;

**(d)** Breakage of glass; falling objects; weight of snow, ice or sleet; freezing (caused by cold weather); collapse or molten material;

**(e)** A hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel, or an electrical insulation breakdown test of any type of electrical equipment; or

      **(f)** Water or other means used to extinguish a fire.

  **(5)** With respect to Business Income, Extra Expense and Service Interruption coverages, we will also not pay for any increase in loss resulting from an agreement between you and your customer or supplier.

  **(6)** We will not pay for loss, damage or expense caused directly or indirectly by the following, whether or not caused by or resulting from an "accident" or "electronic circuitry impairment": Any "fungus", wet rot, dry rot or bacteria, including any presence, growth, proliferation, spread or any activity of "fungus", wet rot, dry rot or bacteria. This includes, but is not limited to, costs arising from clean up, removal, or abatement of such "fungus", wet rot, dry rot or bacteria. However, this exclusion does not apply to spoilage of personal property that is "perishable goods", to the extent that such spoilage is covered under Spoilage coverage.

  **(7)** Except as specifically provided under **A.2.b.**, Data Restoration, or **A.2.g.**, Resultant Damage to Animals, we will not pay for loss, damage or expense caused directly or indirectly by the following, whether or not caused by or resulting from an "accident" or "electronic circuitry impairment":

      **(a)** Physical loss or damage to "animals";

      **(b)** Loss, interruption or compromise of any research, test or study involving "animals"; or

      **(c)** Loss of income or extra expense resulting from **(a)** or **(b)** above.

**c.** **Exclusions b.(2)(a), b.(2)(b), b.(2)(c)** and **b.(2)(d)** above shall not apply if:

  **(1)** The excluded cause of loss occurs away from any covered location and causes an electrical surge or other electrical disturbance;

  **(2)** Such surge or disturbance is transmitted through utility service transmission lines to the covered location and results in an "accident" or "electronic circuitry impairment"; and

  **(3)** The loss, damage or expense caused by such surge or disturbance is not covered elsewhere under the policy.

**d.** Any cause of loss set forth in **Exclusion b.(2)(d)** above that is not a Covered Cause of Loss in this coverage part shall be excluded only as respects Service Interruption coverage.

**4. DEFINITIONS**

The following definitions are added with respect to this endorsement only:

**a.** "Accident"

  **(1)** "Accident" means a fortuitous event that causes direct physical damage to "covered equipment". The event must be one of the following:

      **(a)** Mechanical breakdown, including rupture or bursting caused by centrifugal force;

      **(b)** Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires;

      **(c)** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

      **(d)** Loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

      **(e)** Loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

  **(2)** None of the following is an "accident":

      **(a)** Defect, programming error, programming limitation, computer virus, malicious code, loss of "data", loss of access, loss of use, loss of functionality or other condition within or involving "data" or "media" of any kind; or

**(b)** Misalignment, miscalibration, tripping off-line, or any condition which can be corrected by resetting, tightening, adjusting or cleaning, or by the performance of maintenance.

However, if an "accident" results, we will pay for the resulting loss, damage or expense caused by that "accident".

**b.** "Animal" means any creature of the kingdom Animalia. This includes, but is not limited to, amphibians, birds, fish, insects, mammals, reptiles, and worms.

**c.** "Boilers and vessels" means:

**(1)** Any boiler, including attached steam, condensate and feedwater piping; and

**(2)** Any fired or unfired pressure vessel subject to vacuum or internal pressure other than the static pressure of its contents.

This term does not appear elsewhere in this endorsement, but may appear in a "schedule".

**d.** "Cloud computing services" means professional, on-demand, self-service data storage or data processing services provided through the Internet or over telecommunications lines. This includes services known as IaaS (infrastructure as a service), PaaS (platform as a service), SaaS (software as a service) and NaaS (network as a service). This includes business models known as public clouds, community clouds and hybrid clouds. "Cloud computing services" include private clouds if such services are owned and operated by a third party.

**e.** "Covered equipment"

**(1)** "Covered equipment" means, unless otherwise specified in a "schedule", Covered Property:
**(a)** That generates, transmits or utilizes energy; or

**(b)** Which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

"Covered equipment" may utilize conventional design and technology or new or newly commercialized design and technology.

**(2)** None of the following is "covered equipment":

**(a)** Structure, foundation, cabinet or compartment;

**(b)** Insulating or refractory material;

**(c)** Sewer piping, buried vessels or piping, or piping forming a part of a sprinkler or fire suppression system;

**(d)** Water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

**(e)** "Vehicle" or any equipment mounted on a "vehicle";

**(f)** Satellite, spacecraft or any equipment mounted on a satellite or spacecraft;

**(g)** Dragline, excavation or construction equipment; or

**(h)** Equipment manufactured by you for sale.

**f.** "Data" means information or instructions stored in digital code capable of being processed by machinery.

**g.** "Electronic circuitry" means microelectronic components, including but not limited to circuit boards, integrated circuits, computer chips and disk drives.

**h.** "Electronic circuitry impairment"

**(1)** "Electronic circuitry impairment" means a fortuitous event involving "electronic circuitry" within "covered equipment" that causes the "covered equipment" to suddenly lose its ability to function as it had been functioning immediately before such event. This definition is subject to the conditions specified in **(2)**, **(3)** and **(4)** below.

**(2)** We shall determine that the reasonable and appropriate remedy to restore such "covered equipment's" ability to function is the replacement of one or more "electronic circuitry" components of the "covered equipment".

**(3)** The "covered equipment" must be owned or leased by you, or operated under your control.

**(4)** None of the following is an "electronic circuitry impairment":

  **(a)** Any condition that can be reasonably remedied by:

   **i.** Normal maintenance, including but not limited to replacing expendable parts, recharging batteries or cleaning;

   **ii.** Rebooting, reloading or updating software or firmware; or

   **iii.** Providing necessary power or supply.

  **(b)** Any condition caused by or related to:

   **i.** Incompatibility of the "covered equipment" with any software or equipment installed, introduced or networked within the prior 30 days; or

   **ii.** Insufficient size, capability or capacity of the "covered equipment".

  **(c)** Exposure to adverse environmental conditions, including but not limited to change in temperature or humidity, unless such conditions result in an observable loss of functionality. Loss of warranty shall not be considered an observable loss of functionality.

**i.** "Hazardous substance" means any substance that is hazardous to health or has been declared to be hazardous to health by a governmental agency.

**j.** "Media" means material on which "data" is recorded, such as solid state drives, hard disks, optical disks, flash drives, magnetic tapes or floppy disks.

**k.** "One equipment breakdown" means: If an initial "accident" or "electronic circuitry impairment" causes other "accidents" or "electronic circuitry impairments", all will be considered "one equipment breakdown". All "accidents" or "electronic circuitry impairments" that are the result of the same "accident" or "electronic circuitry impairment" will be considered "one equipment breakdown".

**l.** "Perishable goods" means personal property maintained under controlled conditions for its preservation, and susceptible to loss or damage if the controlled conditions change.

**m.** "Production machinery" means any machine or apparatus that processes or produces a product intended for eventual sale. This includes all component parts of such machine or apparatus and any other equipment used exclusively with such machine or apparatus. However, "production machinery" does not mean any boiler, or fired or unfired pressure vessel.

This term does not appear elsewhere in this endorsement, but may appear in a "schedule".

**n.** "Schedule" means the Equipment Breakdown Coverage Schedule.

**o.** "Vehicle" means, as respects this endorsement only, any machine or apparatus that is used for transportation or moves under its own power. "Vehicle" includes, but is not limited to: car, truck, bus, trailer, train, aircraft, watercraft, forklift, bulldozer, tractor or harvester.

However, any property that is stationary, permanently installed at a covered location and that receives electrical power from an external power source will not be considered a "vehicle".

**B.** The Building and Personal Property Coverage Form, Condominium Association Coverage Form, Condominium Commercial Unit-Owners Coverage Form, Equipment – Implement Dealers Stock Floater Form and Golf Cart Dealers Stock Floater are modified as follows.

The definitions stated above also apply to section **B.** of this endorsement.

1. **DEDUCTIBLE**

The deductible in the Declarations applies unless a separate Equipment Breakdown deductible is shown in a "schedule". If a separate Equipment Breakdown deductible is shown, the following applies.

Only as regards Equipment Breakdown Coverage, provision **D. Deductible** is deleted and replaced with the following:

**a.** Deductibles for Each Coverage

(1) Unless the "schedule" indicates that your deductible is combined for all coverages, multiple deductibles may apply to any "one equipment breakdown".

(2) We will not pay for loss, damage or expense under any coverage until the amount of the covered loss, damage or expense exceeds the deductible amount indicated for that coverage in the "schedule". We will then pay the amount of loss, damage or expense in excess of the applicable deductible amount, subject to the applicable limit.

(3) If deductibles vary by type of "covered equipment" and more than one type of "covered equipment" is involved in any "one equipment breakdown", only the highest deductible for each coverage will apply.

**b.** Direct and Indirect Coverages

(1) Direct Coverages Deductibles and Indirect Coverages Deductibles may be indicated in the "schedule".

(2) Unless more specifically indicated in the "schedule":

(a) Indirect Coverages Deductibles apply to Business Income and Extra Expense loss; and

(b) Direct Coverages Deductibles apply to all remaining loss, damage or expense covered by this endorsement.

**c.** Application of Deductibles

(1) Dollar Deductibles

We will not pay for loss, damage or expense resulting from any "one equipment breakdown" until the amount of loss, damage or expense exceeds the applicable deductible shown in the "schedule". We will then pay the amount of loss, damage or expense in excess of the applicable deductible or deductibles, up to the applicable Limit of Insurance.

(2) Time Deductible

If a time deductible is shown in the "schedule", we will not be liable for any loss occurring during the specified number of hours or days immediately following the "accident" or "electronic circuitry impairment". If a time deductible is expressed in days, each day shall mean twenty-four consecutive hours.

(3) Multiple of Average Daily Value (ADV)

If a deductible is expressed as a number times ADV, that amount will be calculated as follows:

The ADV (Average Daily Value) will be the Business Income (as defined in any Business Income coverage that is part of this policy) that would have been earned during the period of interruption of business had no "accident" or "electronic circuitry impairment" occurred, divided by the number of working days in that period. No reduction shall be made for the Business Income not being earned, or in the number of working days, because of the "accident" or "electronic circuitry impairment" or any other scheduled or unscheduled shutdowns during the period of interruption. The ADV applies to the Business Income value of the entire location, whether or not the loss affects the entire location. If more than one location is included in the valuation of the loss, the ADV will be the combined value of all affected locations. For purposes of this calculation, the period of interruption may not extend

beyond the "period of restoration". The number indicated in the "schedule" will be multiplied by the ADV as determined above. The result shall be used as the applicable deductible.

**(4)** Percentage of Loss Deductibles

If a deductible is expressed as a percentage of loss, we will not be liable for the indicated percentage of the gross amount of loss, damage or expense (prior to any applicable deductible or coinsurance) insured under the applicable coverage. If the dollar amount of such percentage is less than the indicated minimum deductible, the minimum deductible will be the applicable deductible.

## 2. CONDITIONS

**a.** The following conditions are in addition to the Conditions in the Building and Personal Property Coverage Form, Condominium Association Coverage Form, Condominium Commercial Unit-Owners Coverage Form, Equipment – Implement Dealers Stock Floater Form, the Commercial Property Conditions and the Common Policy Conditions and the Provisions in the Golf Cart Dealers Stock Floater Form.

**(1)** Suspension

Whenever "covered equipment" is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an "accident" or "electronic circuitry impairment" to that "covered equipment". This can be done by mailing or delivering a written notice of suspension to:

**(a)** Your last known address; or

**(b)** The address where the "covered equipment" is located.

Once suspended in this way, your insurance can be reinstated only by an endorsement for that "covered equipment". If we suspend your insurance, you will get a pro rata refund of premium for that "covered equipment" for the period of suspension. But the suspension will be effective even if we have not yet made or offered a refund.

**(2)** Jurisdictional Inspections

If any property that is "covered equipment" under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

**(3)** Coinsurance

If a coinsurance percentage is shown in a "schedule" for specified coverages, the following condition applies.

We will not pay for the full amount of your loss if the applicable limit is less than the product of the specified coinsurance percentage times the value of the property subject to the coverage at the time of the loss. Instead, we will determine what percentage this calculated product is compared to the applicable limit and apply that percentage to the gross amount of loss. We will then subtract the applicable deductible. The resulting amount, or the applicable limit, is the most we will pay. We will not pay for the remainder of the loss. Coinsurance applies separately to each insured location.

**b.** As respects this endorsement only, the Valuation Condition in the Building and Personal Property Coverage Form, Condominium Association Coverage Form and Condominium Commercial Unit-Owners Coverage Form, the Valuation Condition, Replacement Cost Provision in the Equipment – Implement Dealers Stock Floater Form or the Valuation Provision in the Golf Cart Dealers Stock Floater are deleted and replaced with the following:

Valuation

We will determine the value of Covered Property as follows:

**(1)** Except as specified otherwise, our payment for damaged Covered Property will be the smallest of:

**(a)** The cost to repair the damaged property;

**(b)** The cost to replace the damaged property on the same site; or

**(c)** The amount you actually spend that is necessary to repair or replace the damaged property.

**(2)** The amount of our payment will be based on the most cost-effective means to replace the function, capacity and remaining useful life of the damaged property. This may include the use of generic, used or reconditioned parts, equipment or property.

**(3)** Except as described in **(4)** below, you must pay the extra cost of replacing damaged property with property of a better kind or quality or of a different size or capacity.

**(4)** Environmental, Safety and Efficiency Improvements

If "covered equipment" requires replacement due to an "accident" or "electronic circuitry impairment", we will pay your additional cost to replace with equipment that is better for the environment, safer for people or more energy or water efficient than the equipment being replaced. However, we will not pay to increase the size or capacity of the equipment and we will not pay more than 150% of what the cost would have been to replace with like kind and quality. This provision does not apply to the replacement of component parts or to any property to which Actual Cash Value applies and does not increase any of the applicable limits.

**(5)** The following property will be valued on an Actual Cash Value basis:

**(a)** Any property that does not currently serve a useful or necessary function for you;

**(b)** Any Covered Property that you do not repair or replace within 24 months after the date of the "accident" or "electronic circuitry impairment"; and

**(c)** Any Covered Property for which Actual Cash Value coverage is specified in a "schedule",

Actual Cash Value includes deductions for depreciation.

**(6)** If any one of the following conditions is met, property held for sale by you will be valued at the sales price as if no loss or damage had occurred, less any discounts and expenses that otherwise would have applied:

**(a)** The property was manufactured by you;

**(b)** The sales price of the property is less than the replacement cost of the property; or

**(c)** You are unable to replace the property before its anticipated sale.

**(7)** Except as specifically provided for under Data Restoration coverage, "data" and "media" will be valued on the following basis:

**(a)** For mass-produced and commercially available software, at the replacement cost.

**(b)** For all other "data" and "media", at the cost of blank "media" for reproducing the records. We will not pay for "data" representing financial records based on the face value of such records.

The most we will pay for loss, damage or expense under this endorsement arising from any "one equipment breakdown" is the applicable Limit of Insurance in the Declarations unless otherwise shown in a "schedule". Coverage provided under this endorsement does not provide an additional amount of insurance.

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM

**A.** With respects to **BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM**, paragraph **A. Coverage, 6. Coverage Extension** also applies if 12 months ALS (Actual Loss Sustained) is shown in the Declarations page.

**B.** With respects to **BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM**, paragraph **A. Coverage, 5. Coverage Extension** also applies if 12 months ALS (Actual Loss Sustained) is shown in the Declarations page.

**C.** When 12 months ALS (Actual Loss Sustained) is shown in the Declarations page as the Limit Of Insurance for Business Income for a specific item, **B. Limits Of Insurance** is deleted for that item and replaced by the following:

At locations for which the Business Income Limit Of Insurance is shown as 12 months ALS (Actual Loss Sustained) in the Declarations page, the most we will pay for loss in any one occurrence is the actual loss of business income you sustain during the "period of restoration".

**D.** When 12 months ALS (Actual Loss Sustained) is shown in the Declarations page as the Limit Of Insurance for Business Income for a specific item, **F. Definitions**, paragraph **3.b.** of the **Definition** of "Period Of Restoration" is deleted for that item and replaced with the following:

**b.** Ends on the earlier of:

**(1)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality;

**(2)** The date when business is resumed at a new permanent location; or

**(3)** Twelve consecutive months after the time of direct physical loss or damage.

All other terms and conditions remain unchanged.



**Motorists Insurance**
Member of Motorists Insurance Group

# CRIME AND FIDELITY COVERAGE
# PART DECLARATIONS
# (COMMERCIAL ENTITIES)

The Crime And Fidelity Coverage Part (Commercial Entities) consists of this Declarations form and the Commercial Crime Coverage Form.

**Coverage Is Written:**

☑ **Primary**    ☐ **Excess**    ☐ **Coindemnity**    ☐ **Concurrent**

| Policy Number: 5000045035 | New Business |
|---|---|

**Employee Benefit Plan(s) Included As Insureds:** Amsleep Inc. American Mattress 401K Pension Plan

| | Insuring Agreements | Limit Of Insurance Per Occurrence | Deductible Amount Per Occurrence |
|---|---|---|---|
| 1. | Employee Theft | $ 200,000 | $ 500 |
| 2. | Forgery Or Alteration | $ 25,000 | $ 0 |
| 3. | Inside The Premises – Theft Of Money And Securities | $ 25,000 | $ 1,000 |
| 4. | Inside The Premises – Robbery Or Safe Burglary Of Other Property | Not Covered | |
| 5. | Outside The Premises | $ 15,000 | $ 1,000 |
| 6. | Computer And Funds Transfer Fraud | Not Covered | |
| 7. | Money Orders And Counterfeit Money | $ 25,000 | $ 0 |

If "Not Covered" is inserted above opposite any specified Insuring Agreement, such Insuring Agreement and any other reference thereto in this Policy are deleted.

**If Added By Endorsement:**

| Insuring Agreement(s) | Limit Of Insurance Per Occurrence | Deductible Amount Per Occurrence |
|---|---|---|
| No Insuring Agreements Added | | |

**Endorsements Forming Part Of This Coverage Part When Issued:**

See Schedule of Forms and Endorsements

**Cancellation Of Prior Insurance Issued By Us:**

**By acceptance of this Coverage Part, you give us notice cancelling prior Policy Numbers**
**; the cancellation to be effective at the time this Coverage Part becomes effective.**

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.



Member of Motorists Insurance Group

| Countersignature Of Authorized Representative |
|---|
| **Name:** |
| **Title:** |
| **Signature:** |
| **Date:** |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

**CR CW DS0005 0417**

# COMMERCIAL CRIME COVERAGE FORM
# (LOSS SUSTAINED FORM)

Various provisions in this Policy restrict coverage. Read the entire Policy carefully to determine rights, duties and what is or is not covered.

Throughout this Policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** Definitions.

## A. Insuring Agreements

Coverage is provided under the following Insuring Agreements for which a Limit Of Insurance is shown in the Declarations and applies to loss that you sustain resulting directly from an "occurrence" taking place during the Policy Period shown in the Declarations, except as provided in Condition **E.1.k.** or **E.1.l.**, which is "discovered" by you during the Policy Period shown in the Declarations or during the period of time provided in the Extended Period To Discover Loss Condition **E.1.g.**:

### 1. Employee Theft

We will pay for loss of or damage to "money", "securities" and "other property" resulting directly from "theft" committed by an "employee", whether identified or not, acting alone or in collusion with other persons.

For the purposes of this Insuring Agreement, "theft" shall also include forgery.

### 2. Forgery Or Alteration

**a.** We will pay for loss resulting directly from "forgery" or alteration of checks, drafts, promissory notes, or similar written promises, orders or directions to pay a sum certain in "money" that are:

**(1)** Made or drawn by or drawn upon you; or

**(2)** Made or drawn by one acting as your agent;

or that are purported to have been so made or drawn.

For the purposes of this Insuring Agreement, a substitute check as defined in the Check Clearing for the 21st Century Act shall be treated the same as the original it replaced.

**b.** If you are sued for refusing to pay any instrument covered in Paragraph **2.a.**, on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur and pay in that defense. The amount that we will pay for such legal expenses is in addition to the Limit of Insurance applicable to this Insuring Agreement.

### 3. Inside The Premises – Theft Of Money And Securities

We will pay for:

**a.** Loss of "money" and "securities" inside the "premises" or "financial institution premises":

**(1)** Resulting directly from "theft" committed by a person present inside such "premises" or "financial institution premises"; or

**(2)** Resulting directly from disappearance or destruction.

**b.** Loss from damage to the "premises" or its exterior resulting directly from an actual or attempted "theft" of "money" and "securities", if you are the owner of the "premises" or are liable for damage to it.

**c.** Loss of or damage to a locked safe, vault, cash register, cash box or cash drawer located inside the "premises" resulting directly from an actual or attempted "theft" of, or unlawful entry into, those containers.

### 4. Inside The Premises – Robbery Or Safe Burglary Of Other Property

We will pay for:

**a.** Loss of or damage to "other property":

**(1)** Inside the "premises" resulting directly from an actual or attempted "robbery" of a "custodian"; or

**(2)** Inside the "premises" in a safe or vault resulting directly from an actual or attempted "safe burglary".

**b.** Loss from damage to the "premises" or its exterior resulting directly from an actual or attempted "robbery" or "safe burglary" of "other property", if you are the owner of the "premises" or are liable for damage to it.

**c.** Loss of or damage to a locked safe or vault located inside the "premises" resulting directly from an actual or attempted "robbery" or "safe burglary".

### 5. Outside The Premises

We will pay for:

**a.** Loss of "money" and "securities" outside the "premises" in the care and custody of a "messenger" or an armored motor vehicle company resulting directly from "theft", disappearance or destruction.

**b.** Loss of or damage to "other property" outside the "premises" in the care and custody of a "messenger" or an armored motor vehicle company resulting directly from an actual or attempted "robbery".

### 6. Computer And Funds Transfer Fraud

**a.** We will pay for:

**(1)** Loss resulting directly from a fraudulent:

**(a)** Entry of "electronic data" or "computer program" into; or

**(b)** Change of "electronic data" or "computer program" within;

any "computer system" owned, leased or operated by you, provided the fraudulent entry or fraudulent change causes, with regard to Paragraphs **6.a.(1)(a)** and **6.a.(1)(b):**

**(i)** "Money", "securities" or "other property" to be transferred, paid or delivered; or

**(ii)** Your account at a "financial institution" to be debited or deleted.

**(2)** Loss resulting directly from a "fraudulent instruction" directing a "financial institution" to debit your "transfer account" and to transfer, pay or deliver "money" or "securities" from that account.

**b.** As used in Paragraph **6.a.(1),** fraudulent entry or fraudulent change of "electronic data" or "computer program" shall include such entry or change made by an "employee" acting, in good faith, upon a "fraudulent instruction" received from a computer software service contractor who has a written agreement with you to design, implement or service "computer programs" for a "computer system" covered under this Insuring Agreement.

### 7. Money Orders And Counterfeit Money

We will pay for loss resulting directly from your having, in good faith, accepted in exchange for merchandise, "money" or services:

**a.** Money orders issued by any post office, express company or "financial institution" that are not paid upon presentation; or

**b.** "Counterfeit money" that is acquired during the regular course of business.

### B. Limit Of Insurance

The most we will pay for all loss resulting directly from an "occurrence" is the applicable Limit Of Insurance shown in the Declarations.

If any loss is covered under more than one Insuring Agreement or coverage, the most we will pay for such loss shall not exceed the largest Limit of Insurance available under any one of those Insuring Agreements or coverages.

### C. Deductible

We will not pay for loss resulting directly from an "occurrence" unless the amount of loss exceeds the Deductible Amount shown in the Declarations. We will then pay the amount of loss in excess of the Deductible Amount, up to the Limit of Insurance.

### D. Exclusions

**1.** This insurance does not cover:

**a. Acts Committed By You, Your Partners Or Your Members**

Loss resulting from "theft" or any other dishonest act committed by:

**(1)** You; or

**(2)** Any of your partners or "members";

whether acting alone or in collusion with other persons.

**b. Acts Committed By Your Employees Learned Of By You Prior To The Policy Period**

Loss caused by an "employee" if the "employee" had also committed "theft" or any other dishonest act prior to the effective date of this insurance and you or any of your partners, "members", "managers", officers, directors or trustees, not in collusion with the "employee", learned of such "theft" or dishonest act prior to the Policy Period shown in the Declarations.

**c. Acts Committed By Your Employees, Managers, Directors, Trustees Or Representatives**

Loss resulting from "theft" or any other dishonest act committed by any of your "employees", "managers", directors, trustees or authorized representatives:

**(1)** Whether acting alone or in collusion with other persons; or

**(2)** While performing services for you or otherwise;

except when covered under Insuring Agreement **A.1.**

**d. Confidential Or Personal Information**

Loss resulting from:

**(1)** The disclosure or use of another person's or organization's confidential or personal information; or

**(2)** The disclosure of your confidential or personal information. However, this Paragraph **1.d.(2)** does not apply to loss otherwise covered under this insurance that results directly from the use of your confidential or personal information.

For the purposes of this exclusion, confidential or personal information includes, but is not limited to, patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

**e. Data Security Breach**

Fees, costs, fines, penalties and other expenses incurred by you which are related to the access to or disclosure of another person's or organization's confidential or personal information including, but not limited to, patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

**f. Governmental Action**

Loss resulting from seizure or destruction of property by order of governmental authority.

**g. Indirect Loss**

Loss that is an indirect result of an "occurrence" covered by this insurance including, but not limited to, loss resulting from:

**(1)** Your inability to realize income that you would have realized had there been no loss of or damage to "money", "securities" or "other property";

**(2)** Payment of damages of any type for which you are legally liable. But, we will pay compensatory damages arising directly from a loss covered under this insurance; or

**(3)** Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this insurance.

**h. Legal Fees, Costs And Expenses**

Fees, costs and expenses incurred by you which are related to any legal action, except when covered under Insuring Agreement **A.2.**

**i. Nuclear Hazard**

Loss or damage resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**j. Pollution**

Loss or damage caused by or resulting from pollution. Pollution means the discharge, dispersal, seepage, migration, release or escape of any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**k. Virtual Currency**

Loss involving virtual currency of any kind, by whatever name known, whether actual or fictitious including, but not limited to, digital currency, crypto currency or any other type of electronic currency.

**l. War And Military Action**

Loss or damage resulting from:

**(1)** War, including undeclared or civil war;

© Insurance Services Office, Inc., 2015

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**2.** Insuring Agreement **A.1.** does not cover:

**a. Inventory Shortages**

Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

**(1)** An inventory computation; or

**(2)** A profit and loss computation.

However, where you establish wholly apart from such computations that you have sustained a loss, then you may offer your inventory records and actual physical count of inventory in support of the amount of loss claimed.

**b. Trading**

Loss resulting from trading, whether in your name or in a genuine or fictitious account.

**c. Warehouse Receipts**

Loss resulting from the fraudulent or dishonest signing, issuing, cancelling or failing to cancel, a warehouse receipt or any papers connected with it.

**3.** Insuring Agreements **A.3.**, **A.4.** and **A.5.** do not cover:

**a. Accounting Or Arithmetical Errors Or Omissions**

Loss resulting from accounting or arithmetical errors or omissions.

**b. Exchanges Or Purchases**

Loss resulting from the giving or surrendering of property in any exchange or purchase.

**c. Fire**

Loss or damage resulting from fire, however caused, except:

**(1)** Loss of or damage to "money" and "securities"; and

**(2)** Loss from damage to a safe or vault.

**d. Money Operated Devices**

Loss of property contained in any money operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

**e. Motor Vehicles Or Equipment And Accessories**

Loss of or damage to motor vehicles, trailers or semitrailers or equipment and accessories attached to them.

**f. Transfer Or Surrender Of Property**

**(1)** Loss of or damage to property after it has been transferred or surrendered to a person or place outside the "premises" or "financial institution premises":

**(a)** On the basis of unauthorized instructions; or

**(b)** As a result of a threat including, but not limited to:

**(i)** A threat to do bodily harm to any person;

**(ii)** A threat to do damage to any property;

**(iii)** A threat to introduce a denial of service attack into any "computer system";

**(iv)** A threat to introduce a virus or other malicious instruction into any "computer system" which is designed to damage, destroy or corrupt "electronic data" or "computer programs" stored within the "computer system";

**(v)** A threat to contaminate, pollute or render substandard your products or goods; or

**(vi)** A threat to disseminate, divulge or utilize:

**i.** Your confidential information;

**ii.** Confidential or personal information of another person or organization; or

**iii.** Weaknesses in the source code within any "computer system".

**(2)** However, this exclusion does not apply under Insuring Agreement **A.5.** to loss of "money", "securities" or "other property" while outside the "premises" in the care and custody of a "messenger" if you:

**(a)** Had no knowledge of any threat at the time the conveyance began; or

**(b)** Had knowledge of a threat at the time the conveyance began, but the loss was not related to the threat.

**g. Vandalism**

Loss from damage to the "premises" or its exterior, or to any safe, vault, cash register, cash box, cash drawer or "other property" by vandalism or malicious mischief.

**h. Voluntary Parting Of Title To Or Possession Of Property**

Loss resulting from your, or anyone else acting on your express or implied authority, being induced by any dishonest act to voluntarily part with title to or possession of any property.

**4.** Insuring Agreement **A.6.** does not cover:

**a. Authorized Access**

Loss resulting from a fraudulent:

**(1)** Entry of "electronic data" or "computer program" into; or

**(2)** Change of "electronic data" or "computer program" within;

any "computer system" owned, leased or operated by you by a person or organization with authorized access to that "computer system", except when covered under Insuring Agreement **A.6.b.**

**b. Credit Card Transactions**

Loss resulting from the use or purported use of credit, debit, charge, access, convenience, identification, stored-value or other cards or the information contained on such cards.

**c. Exchanges Or Purchases**

Loss resulting from the giving or surrendering of property in any exchange or purchase.

**d. Fraudulent Instructions**

Loss resulting from an "employee" or "financial institution" acting upon any instruction to:

**(1)** Transfer, pay or deliver "money", "securities" or "other property"; or

**(2)** Debit or delete your account;

which instruction proves to be fraudulent, except when covered under Insuring Agreement **A.6.a.(2)** or **A.6.b.**

**e. Inventory Shortages**

Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

**(1)** An inventory computation; or

**(2)** A profit and loss computation.

**E. Conditions**

The following conditions apply in addition to the Common Policy Conditions:

**1. Conditions Applicable To All Insuring Agreements**

**a. Additional Premises Or Employees**

If, while this insurance is in force, you establish any additional "premises" or hire additional "employees", other than through consolidation or merger with, or purchase or acquisition of assets or liabilities of, another entity, such "premises" and "employees" shall automatically be covered under this insurance. Notice to us of an increase in the number of "premises" or "employees" is not required, and no additional premium will be charged for the remainder of the Policy Period shown in the Declarations.

**b. Concealment, Misrepresentation Or Fraud**

This insurance is void in any case of fraud by you as it relates to this insurance at any time. It is also void if you or any other Insured, at any time, intentionally conceals or misrepresents a material fact concerning:

**(1)** This insurance;

**(2)** The property covered under this insurance;

**(3)** Your interest in the property covered under this insurance; or

**(4)** A claim under this insurance.

### c. Consolidation – Merger Or Acquisition

If you consolidate or merge with, or purchase or acquire the assets or liabilities of, another entity:

(1) You must give us written notice as soon as possible and obtain our written consent to extend the coverage provided by this insurance to such consolidated or merged entity or such purchased or acquired assets or liabilities. We may condition our consent by requiring payment of an additional premium; but

(2) For the first 90 days after the effective date of such consolidation, merger or purchase or acquisition of assets or liabilities, the coverage provided by this insurance shall apply to such consolidated or merged entity or such purchased or acquired assets or liabilities, provided that all "occurrences" causing or contributing to a loss involving such consolidation, merger or purchase or acquisition of assets or liabilities, must take place after the effective date of such consolidation, merger or purchase or acquisition of assets or liabilities.

### d. Cooperation

You must cooperate with us in all matters pertaining to this insurance as stated in its terms and conditions.

### e. Duties In The Event Of Loss

After you "discover" a loss or a situation that may result in loss of or damage to "money", "securities" or "other property", you must:

(1) Notify us as soon as possible. If you have reason to believe that any loss (except for loss covered under Insuring Agreement **A.1.** or **A.2.**) involves a violation of law, you must also notify the local law enforcement authorities;

(2) Give us a detailed, sworn proof of loss within 120 days;

(3) Cooperate with us in the investigation and settlement of any claim;

(4) Produce for our examination all pertinent records;

(5) Submit to examination under oath at our request and give us a signed statement of your answers; and

(6) Secure all of your rights of recovery against any person or organization responsible for the loss and do nothing to impair those rights.

### f. Employee Benefit Plans

The "employee benefit plans" shown in the Declarations (hereinafter referred to as Plan) are included as Insureds under Insuring Agreement **A.1.**, subject to the following:

(1) If any Plan is insured jointly with any other entity under this insurance, you or the Plan Administrator is responsible for selecting a Limit of Insurance for Insuring Agreement **A.1.** that is sufficient to provide a Limit of Insurance for each Plan that is at least equal to that required under ERISA as if each Plan were separately insured.

(2) With respect to loss sustained or "discovered" by any such Plan, Insuring Agreement **A.1.** is replaced by the following:

We will pay for loss of or damage to "money", "securities" and "other property" resulting directly from fraudulent or dishonest acts committed by an "employee", whether identified or not, acting alone or in collusion with other persons.

(3) If the first Named Insured is an entity other than a Plan, any payment we make for loss sustained by any Plan will be made to the Plan sustaining the loss.

(4) If two or more Plans are insured under this insurance, any payment we make for loss:

(a) Sustained by two or more Plans; or

(b) Of commingled "money", "securities" or "other property" of two or more Plans;

resulting directly from an "occurrence", will be made to each Plan sustaining loss in the proportion that the Limit of Insurance required under ERISA for each Plan bears to the total of those limits.

(5) The Deductible Amount applicable to Insuring Agreement **A.1.** does not apply to loss sustained by any Plan.

 © Insurance Services Office, Inc., 2015

### g. Extended Period To Discover Loss

We will pay for loss that you sustained prior to the effective date of cancellation of this insurance, which is "discovered" by you:

**(1)** No later than one year from the date of that cancellation. However, this extended period to "discover" loss terminates immediately upon the effective date of any other insurance obtained by you, whether from us or another insurer, replacing in whole or in part the coverage afforded under this insurance, whether or not such other insurance provides coverage for loss sustained prior to its effective date.

**(2)** No later than one year from the date of that cancellation with regard to any "employee benefit plan".

### h. Joint Insured

**(1)** If more than one Insured is named in the Declarations, the first Named Insured will act for itself and for every other Insured for all purposes of this insurance. If the first Named Insured ceases to be covered, then the next Named Insured will become the first Named Insured.

**(2)** If any Insured, or partner, "member", "manager", officer, director or trustee of that Insured has knowledge of any information relevant to this insurance, that knowledge is considered knowledge of every Insured.

**(3)** An "employee" of any Insured is considered to be an "employee" of every Insured.

**(4)** If this insurance or any of its coverages are cancelled as to any Insured, loss sustained by that Insured is covered only if it is "discovered" by you:

**(a)** No later than one year from the date of that cancellation. However, this extended period to "discover" loss terminates immediately upon the effective date of any other insurance obtained by that Insured, whether from us or another insurer, replacing in whole or in part the coverage afforded under this insurance, whether or not such other insurance provides coverage for loss sustained prior to its effective date.

**(b)** No later than one year from the date of that cancellation with regard to any "employee benefit plan".

**(5)** We will not pay more for loss sustained by more than one Insured than the amount we would pay if all such loss had been sustained by one Insured.

**(6)** Payment by us to the first Named Insured for loss sustained by any Insured, or payment by us to any "employee benefit plan" for loss sustained by that Plan, shall fully release us on account of such loss.

### i. Legal Action Against Us

You may not bring any legal action against us involving loss:

**(1)** Unless you have complied with all the terms of this insurance;

**(2)** Until 90 days after you have filed proof of loss with us; and

**(3)** Unless brought within two years from the date you "discovered" the loss.

If any limitation in this condition is prohibited by law, such limitation is amended so as to equal the minimum period of limitation provided by such law.

### j. Liberalization

If we adopt any revision that would broaden the coverage under this insurance without additional premium within 45 days prior to or during the Policy Period shown in the Declarations, the broadened coverage will immediately apply to this insurance.

### k. Loss Sustained During Prior Insurance Issued By Us Or Any Affiliate

**(1) Loss Sustained Partly During This Insurance And Partly During Prior Insurance**

If you "discover" loss during the Policy Period shown in the Declarations, resulting directly from an "occurrence" taking place:

**(a)** Partly during the Policy Period shown in the Declarations; and

**(b)** Partly during the policy period(s) of any prior cancelled insurance that we or any affiliate issued to you or any predecessor in interest;

and this insurance became effective at the time of cancellation of the prior insurance, we will first settle the amount of loss that you sustained during this Policy Period. We will then settle the remaining amount of loss that you sustained during the policy period(s) of the prior insurance.

**(2) Loss Sustained Entirely During Prior Insurance**

If you "discover" loss during the Policy Period shown in the Declarations, resulting directly from an "occurrence" taking place entirely during the policy period(s) of any prior cancelled insurance that we or any affiliate issued to you or any predecessor in interest, we will pay for the loss, provided:

**(a)** This insurance became effective at the time of cancellation of the prior insurance; and

**(b)** The loss would have been covered under this insurance had it been in effect at the time of the "occurrence".

We will first settle the amount of loss that you sustained during the most recent prior insurance. We will then settle any remaining amount of loss that you sustained during the policy period(s) of any other prior insurance.

**(3)** In settling loss under Paragraphs **k.(1)** and **k.(2)**:

**(a)** The most we will pay for the entire loss is the highest single Limit of Insurance applicable during the period of loss, whether such limit was written under this insurance or was written under the prior insurance issued by us.

**(b)** We will apply the applicable Deductible Amount shown in the Declarations to the amount of loss sustained under this insurance. If no loss was sustained under this insurance, we will apply the Deductible Amount shown in the Declarations to the amount of loss sustained under the most recent prior insurance.

If the Deductible Amount is larger than the amount of loss sustained under this insurance, or the most recent prior insurance, we will apply the remaining Deductible Amount to the remaining amount of loss sustained during the prior insurance.

We will not apply any other Deductible Amount that may have been applicable to the loss.

**(4)** The following examples demonstrate how we will settle losses subject to this condition:

**Example Number 1**

The Insured sustained a covered loss of $10,000 resulting directly from an "occurrence" taking place during the terms of Policy **A** and Policy **B**.

**Policy A**

The current policy. Written at a Limit of Insurance of $50,000 and a Deductible Amount of $5,000.

**Policy B**

Issued prior to Policy **A**. Written at a Limit of Insurance of $50,000 and a Deductible Amount of $5,000.

**Settlement Of Loss**

The amount of loss sustained under Policy **A** is $2,500 and under Policy **B**, $7,500.

The highest single Limit of Insurance applicable to this entire loss is $50,000 written under Policy **A**. The Policy **A** Deductible Amount of $5,000 applies. The loss is settled as follows:

**(a)** The amount of loss sustained under Policy **A** ($2,500) is settled first. The amount we will pay is nil ($0.00) because the amount of loss is less than the Deductible Amount (i.e., $2,500 loss - $5,000 deductible = $0.00).

**(b)** The remaining amount of loss sustained under Policy **B** ($7,500) is settled next. The amount recoverable is $5,000 after the remaining Deductible Amount from Policy **A** of $2,500 is applied to the loss (i.e., $7,500 loss - $2,500 deductible = $5,000).

The most we will pay for this loss is $5,000.

**Example Number 2**

The Insured sustained a covered loss of $250,000 resulting directly from an "occurrence" taking place during the terms of Policy **A** and Policy **B**.

**Policy A**

The current policy. Written at a Limit of Insurance of $125,000 and a Deductible Amount of $10,000.

### Policy B

Issued prior to Policy **A**. Written at a Limit of Insurance of $150,000 and a Deductible Amount of $25,000.

### Settlement Of Loss

The amount of loss sustained under Policy **A** is $175,000 and under Policy **B**, $75,000.

The highest single Limit of Insurance applicable to this entire loss is $150,000 written under Policy **B**. The Policy **A** Deductible Amount of $10,000 applies. The loss is settled as follows:

**(a)** The amount of loss sustained under Policy **A** ($175,000) is settled first. The amount we will pay is the Policy **A** Limit of $125,000 because $175,000 loss - $10,000 deductible = $165,000, which is greater than the $125,000 policy limit.

**(b)** The remaining amount of loss sustained under Policy **B** ($75,000) is settled next. The amount we will pay is $25,000 (i.e., $150,000 Policy **B** limit - $125,000 paid under Policy **A** = $25,000).

The most we will pay for this loss is $150,000.

### Example Number 3

The Insured sustained a covered loss of $2,000,000 resulting directly from an "occurrence" taking place during the terms of Policies **A**, **B**, **C** and **D**.

### Policy A

The current policy. Written at a Limit of Insurance of $1,000,000 and a Deductible Amount of $100,000.

### Policy B

Issued prior to Policy **A**. Written at a Limit of Insurance of $750,000 and a Deductible Amount of $75,000.

### Policy C

Issued prior to Policy **B**. Written at a Limit of Insurance of $500,000 and a Deductible Amount of $50,000.

### Policy D

Issued prior to Policy **C**. Written at a Limit of Insurance of $500,000 and a Deductible Amount of $50,000.

### Settlement Of Loss

The amount of loss sustained under Policy **A** is $350,000; under Policy **B**, $250,000; under Policy **C**, $600,000; and under Policy **D**, $800,000.

The highest single Limit of Insurance applicable to this entire loss is $1,000,000 written under Policy **A**. The Policy **A** Deductible Amount of $100,000 applies. The loss is settled as follows:

**(a)** The amount of loss sustained under Policy **A** ($350,000) is settled first. The amount we will pay is $250,000 (i.e., $350,000 loss - $100,000 deductible = $250,000).

**(b)** The amount of loss sustained under Policy **B** ($250,000) is settled next. The amount we will pay is $250,000 (no deductible is applied).

**(c)** The amount of loss sustained under Policy **C** ($600,000) is settled next. The amount we will pay is $500,000, the policy limit (no deductible is applied).

**(d)** We will not make any further payment under Policy **D**, as the maximum amount payable under the highest single Limit of Insurance applying to the loss of $1,000,000 under Policy **A** has been satisfied.

The most we will pay for this loss is $1,000,000.

**I. Loss Sustained During Prior Insurance Not Issued By Us Or Any Affiliate**

**(1)** If you "discover" loss during the Policy Period shown in the Declarations, resulting directly from an "occurrence" taking place during the policy period of any prior cancelled insurance that was issued to you or a predecessor in interest by another company, and the period of time to discover loss under that insurance had expired, we will pay for the loss under this insurance, provided:

**(a)** This insurance became effective at the time of cancellation of the prior insurance; and

**(b)** The loss would have been covered under this insurance had it been in effect at the time of the "occurrence".

**(2)** In settling loss subject to this condition:

**(a)** The most we will pay for the entire loss is the lesser of the Limits of Insurance applicable during the period of loss, whether such limit was written under this insurance or was written under the prior cancelled insurance.

**(b)** We will apply the applicable Deductible Amount shown in the Declarations to the amount of loss sustained under the prior cancelled insurance.

**(3)** The insurance provided under this condition is subject to the following:

**(a)** If loss covered under this condition is also partially covered under Condition **E.1.k.**, the amount recoverable under this condition is part of, not in addition to, the amount recoverable under Condition **E.1.k.**

**(b)** For loss covered under this condition that is not subject to Paragraph **l.(3)(a)**, the amount recoverable under this condition is part of, not in addition to, the Limit of Insurance applicable to the loss covered under this insurance and is limited to the lesser of the amount recoverable under:

**(i)** This insurance as of its effective date; or

**(ii)** The prior cancelled insurance had it remained in effect.

**m. Other Insurance**

If other valid and collectible insurance is available to you for loss covered under this insurance, our obligations are limited as follows:

**(1) Primary Insurance**

When this insurance is written as primary insurance, and:

**(a)** You have other insurance subject to the same terms and conditions as this insurance, we will pay our share of the covered loss. Our share is the proportion that the applicable Limit Of Insurance shown in the Declarations bears to the total limit of all insurance covering the same loss.

**(b)** You have other insurance covering the same loss other than that described in Paragraph **m.(1)(a)**, we will only pay for the amount of loss that exceeds:

**(i)** The Limit of Insurance and Deductible Amount of that other insurance, whether you can collect on it or not; or

**(ii)** The Deductible Amount shown in the Declarations;

whichever is greater. Our payment for loss is subject to the terms and conditions of this insurance.

**(2) Excess Insurance**

**(a)** When this insurance is written excess over other insurance, we will only pay for the amount of loss that exceeds the Limit of Insurance and Deductible Amount of that other insurance, whether you can collect on it or not. Our payment for loss is subject to the terms and conditions of this insurance.

**(b)** However, if loss covered under this insurance is subject to a deductible, we will reduce the Deductible Amount shown in the Declarations by the sum total of all such other insurance plus any Deductible Amount applicable to that other insurance.

**n. Ownership Of Property; Interests Covered**

The property covered under this insurance is limited to property:

**(1)** That you own or lease;

**(2)** That is held by you in any capacity; or

**(3)** For which you are legally liable, provided you were liable for the property prior to the time the loss was sustained.

However, this insurance is for your benefit only. It provides no rights or benefits to any other person or organization. Any claim for loss that is covered under this insurance must be presented by you.

**o. Records**

You must keep records of all property covered under this insurance so we can verify the amount of any loss.

 © Insurance Services Office, Inc., 2015

**p. Recoveries**

(1) Any recoveries, whether effected before or after any payment under this insurance, whether made by us or by you, shall be applied net of the expense of such recovery:

  (a) First, to you in satisfaction of your covered loss in excess of the amount paid under this insurance;

  (b) Second, to us in satisfaction of amounts paid in settlement of your claim;

  (c) Third, to you in satisfaction of any Deductible Amount; and

  (d) Fourth, to you in satisfaction of any loss not covered under this insurance.

(2) Recoveries do not include any recovery:

  (a) From insurance, suretyship, reinsurance, security or indemnity taken for our benefit; or

  (b) Of original "securities" after duplicates of them have been issued.

**q. Territory**

This insurance covers loss that you sustain resulting directly from an "occurrence" taking place within the United States of America (including its territories and possessions), Puerto Rico and Canada.

**r. Transfer Of Your Rights Of Recovery Against Others To Us**

You must transfer to us all your rights of recovery against any person or organization for any loss you sustained and for which we have paid or settled. You must also do everything necessary to secure those rights and do nothing after loss to impair them.

**s. Valuation – Settlement**

The value of any loss for purposes of coverage under this insurance shall be determined as follows:

**(1) Money**

Loss of "money" but only up to and including its face value. We will, at your option, pay for loss of "money" issued by any country other than the United States of America:

  (a) At face value in the "money" issued by that country; or

  (b) In the United States of America dollar equivalent, determined by the rate of exchange published in The Wall Street Journal on the day the loss was "discovered".

**(2) Securities**

Loss of "securities" but only up to and including their value at the close of business on the day the loss was "discovered". We may, at our option:

  (a) Pay the market value of such "securities" or replace them in kind, in which event you must assign to us all your rights, title and interest in and to those "securities"; or

  (b) Pay the cost of any Lost Securities Bond required in connection with issuing duplicates of the "securities". However, we will be liable only for the payment of so much of the cost of the bond as would be charged for a bond having a penalty not exceeding the lesser of the:

    (i) Market value of the "securities" at the close of business on the day the loss was "discovered"; or

    (ii) Limit of Insurance applicable to the "securities".

**(3) Property Other Than Money And Securities**

  (a) Loss of or damage to "other property" or loss from damage to the "premises" or its exterior for the replacement cost of the property without deduction for depreciation. However, we will not pay more than the least of the following:

    (i) The Limit of Insurance applicable to the lost or damaged property;

    (ii) The cost to replace the lost or damaged property with property of comparable material and quality and used for the same purpose; or

    (iii) The amount you actually spend that is necessary to repair or replace the lost or damaged property.

**(b)** We will not pay on a replacement cost basis for any loss or damage to property covered under Paragraph **s.(3)(a):**

  **(i)** Until the lost or damaged property is actually repaired or replaced; and

  **(ii)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage.

  If the lost or damaged property is not repaired or replaced, we will pay on an actual cash value basis.

**(c)** We will, at your option, pay for loss or damage to such property:

  **(i)** In the "money" of the country in which the loss or damage was sustained; or

  **(ii)** In the United States of America dollar equivalent of the "money" of the country in which the loss or damage was sustained, determined by the rate of exchange published in The Wall Street Journal on the day the loss was "discovered".

**(d)** Any property that we pay for or replace becomes our property.

**2. Conditions Applicable To Insuring Agreement A.1.**

**a. Termination As To Any Employee**

This Insuring Agreement terminates as to any "employee":

  **(1)** As soon as:

  **(a)** You; or

  **(b)** Any of your partners, "members", "managers", officers, directors or trustees not in collusion with the "employee";

  learn of "theft" or any other dishonest act committed by the "employee" whether before or after becoming employed by you; or

  **(2)** On the date specified in a notice mailed to the first Named Insured. That date will be at least 30 days after the date of mailing.

  We will mail or deliver our notice to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

**b. Territory**

We will pay for loss caused by any "employee" while temporarily outside the territory specified in Territory Condition **E.1.q.** for a period of not more than 90 consecutive days.

**3. Conditions Applicable To Insuring Agreement A.2.**

**a. Deductible Amount**

The Deductible Amount does not apply to legal expenses paid under Insuring Agreement **A.2.**

**b. Electronic And Mechanical Signatures**

We will treat signatures that are produced or reproduced electronically, mechanically or by other means the same as handwritten signatures.

**c. Proof Of Loss**

You must include with your proof of loss any instrument involved in that loss or, if that is not possible, an affidavit setting forth the amount and cause of loss.

**d. Territory**

We will cover loss that you sustain resulting directly from an "occurrence" taking place anywhere in the world. Territory Condition **E.1.q.** does not apply to Insuring Agreement **A.2.**

**4. Conditions Applicable To Insuring Agreements A.4. And A.5.**

**a. Armored Motor Vehicle Companies**

Under Insuring Agreement **A.5.**, we will only pay for the amount of loss you cannot recover:

  **(1)** Under your contract with the armored motor vehicle company; and

  **(2)** From any insurance or indemnity carried by, or for the benefit of customers of, the armored motor vehicle company.

**b. Special Limit Of Insurance For Specified Property**

We will only pay up to $5,000 for any one "occurrence" of loss of or damage to:

  **(1)** Precious metals, precious or semiprecious stones, pearls, furs, or completed or partially completed articles made of or containing such materials that constitute the principal value of such articles; or

(2) Manuscripts, drawings, or records of any kind, or the cost of reconstructing them or reproducing any information contained in them.

5. **Conditions Applicable To Insuring Agreement A.6.**

    a. **Special Limit Of Insurance For Specified Property**

        We will only pay up to $5,000 for any one "occurrence" of loss of or damage to manuscripts, drawings, or records of any kind, or the cost of reconstructing them or reproducing any information contained in them.

    b. **Territory**

        We will cover loss that you sustain resulting directly from an "occurrence" taking place anywhere in the world. Territory Condition **E.1.q.** does not apply to Insuring Agreement **A.6.**

## F. Definitions

1. "Computer program" means a set of related electronic instructions, which direct the operation and function of a computer or devices connected to it, which enable the computer or devices to receive, process, store or send "electronic data".

2. "Computer system" means:

    a. Computers, including Personal Digital Assistants (PDAs) and other transportable or handheld devices, electronic storage devices and related peripheral components;

    b. Systems and applications software; and

    c. Related communications networks;

    by which "electronic data" is collected, transmitted, processed, stored or retrieved.

3. "Counterfeit money" means an imitation of "money" which is intended to deceive and to be taken as genuine.

4. "Custodian" means you, or any of your partners or "members", or any "employee" while having care and custody of property inside the "premises", excluding any person while acting as a "watchperson" or janitor.

5. "Discover" or "discovered" means the time when you first become aware of facts which would cause a reasonable person to assume that a loss of a type covered by this insurance has been or will be incurred, regardless of when the act or acts causing or contributing to such loss occurred, even though the exact amount or details of loss may not then be known.

"Discover" or "discovered" also means the time when you first receive notice of an actual or potential claim in which it is alleged that you are liable to a third party under circumstances which, if true, would constitute a loss under this insurance.

6. "Electronic data" means information, facts, images or sounds stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software) on data storage devices, including hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

7. "Employee":

    a. Means:

      (1) Any natural person:

        (a) While in your service and for the first 30 days immediately after termination of service, unless such termination is due to "theft" or any dishonest act committed by the "employee";

        (b) Whom you compensate directly by salary, wages or commissions; and

        (c) Whom you have the right to direct and control while performing services for you;

      (2) Any natural person who is furnished temporarily to you:

        (a) To substitute for a permanent "employee", as defined in Paragraph **7.a.(1)**, who is on leave; or

        (b) To meet seasonal or short-term work load conditions;

        while that person is subject to your direction and control and performing services for you;

      (3) Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary "employee" as defined in Paragraph **7.a.(2)**;

      (4) Any natural person who is:

        (a) A trustee, officer, employee, administrator or manager, except an administrator or manager who is an independent contractor, of any "employee benefit plan"; or

**(b)** Your director or trustee while that person is engaged in handling "money", "securities" or "other property" of any "employee benefit plan";

**(5)** Any natural person who is a former "employee", partner, "member", "manager", director or trustee retained by you as a consultant while performing services for you;

**(6)** Any natural person who is a guest student or intern pursuing studies or duties;

**(7)** Any natural person employed by an entity merged or consolidated with you prior to the effective date of this insurance; and

**(8)** Any natural person who is your "manager", director or trustee while:

**(a)** Performing acts within the scope of the usual duties of an "employee"; or

**(b)** Acting as a member of any committee duly elected or appointed by resolution of your board of directors or board of trustees to perform specific, as distinguished from general, directorial acts on your behalf.

**b.** Does not mean:

Any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character not specified in Paragraph **7.a.**

**8.** "Employee benefit plan" means any welfare or pension benefit plan shown in the Declarations that you sponsor and that is subject to the Employee Retirement Income Security Act of 1974 (ERISA) and any amendments thereto.

**9.** "Financial institution" means:

**a.** With regard to Insuring Agreement **A.3.:**

**(1)** A bank, savings bank, savings and loan association, trust company, credit union or similar depository institution; or

**(2)** An insurance company.

**b.** With regard to Insuring Agreement **A.6.:**

**(1)** A bank, savings bank, savings and loan association, trust company, credit union or similar depository institution;

**(2)** An insurance company; or

**(3)** A stock brokerage firm or investment company.

**c.** Other than Insuring Agreements **A.3.** and **A.6.**, any financial institution.

**10.** "Financial institution premises" means the interior of that portion of any building occupied by a "financial institution" as defined in Paragraph **F.9.a.**

**11.** "Forgery" means the signing of the name of another person or organization with intent to deceive; it does not mean a signature which consists in whole or in part of one's own name signed with or without authority, in any capacity, for any purpose.

**12.** "Fraudulent instruction" means:

**a.** With regard to Insuring Agreement **A.6.a.(2):**

**(1)** A computer, telefacsimile, telephone or other electronic instruction directing a "financial institution" to debit your "transfer account" and to transfer, pay or deliver "money" or "securities" from that "transfer account", which instruction purports to have been issued by you, but which in fact was fraudulently issued by someone else without your knowledge or consent; or

**(2)** A written instruction (other than those covered under Insuring Agreement **A.2.**) issued to a "financial institution" directing the "financial institution" to debit your "transfer account" and to transfer, pay or deliver "money" or "securities" from that "transfer account", through an electronic funds transfer system at specified times or under specified conditions, which instruction purports to have been issued by you, but which in fact was issued, forged or altered by someone else without your knowledge or consent.

**b.** With regard to Insuring Agreement **A.6.b.:**

A computer, telefacsimile, telephone or other electronic, written or voice instruction directing an "employee" to enter or change "electronic data" or "computer programs" within a "computer system" covered under the Insuring Agreement, which instruction in fact was fraudulently issued by your computer software contractor.

**13.** "Manager" means a natural person serving in a directorial capacity for a limited liability company.

**14.** "Member" means an owner of a limited liability company represented by its membership interest who, if a natural person, may also serve as a "manager".

15. "Messenger" means you, or your relative, or any of your partners or "members", or any "employee" while having care and custody of property outside the "premises".

16. "Money" means:

   a. Currency, coins and bank notes in current use and having a face value;

   b. Traveler's checks and money orders held for sale to the public; and

   c. In addition, includes:

      (1) Under Insuring Agreements **A.1.** and **A.2.**, deposits in your account at any "financial institution"; and

      (2) Under Insuring Agreement **A.6.**, deposits in your account at a "financial institution" as defined in Paragraph **F.9.b.**

17. "Occurrence" means:

   a. Under Insuring Agreement **A.1.**:

      (1) An individual act;

      (2) The combined total of all separate acts whether or not related; or

      (3) A series of acts whether or not related;

      committed by an "employee" acting alone or in collusion with other persons, during the Policy Period shown in the Declarations, except as provided under Condition **E.1.k.** or **E.1.l.**

   b. Under Insuring Agreement **A.2.**:

      (1) An individual act;

      (2) The combined total of all separate acts whether or not related; or

      (3) A series of acts whether or not related;

      committed by a person acting alone or in collusion with other persons, involving one or more instruments, during the Policy Period shown in the Declarations, except as provided under Condition **E.1.k.** or **E.1.l.**

   c. Under all other Insuring Agreements:

      (1) An individual act or event;

      (2) The combined total of all separate acts or events whether or not related; or

      (3) A series of acts or events whether or not related;

      committed by a person acting alone or in collusion with other persons, or not committed by any person, during the Policy Period shown in the Declarations, except as provided under Condition **E.1.k.** or **E.1.l.**

18. "Other property" means any tangible property other than "money" and "securities" that has intrinsic value. "Other property" does not include "computer programs", "electronic data" or any property specifically excluded under this insurance.

19. "Premises" means the interior of that portion of any building you occupy in conducting your business.

20. "Robbery" means the unlawful taking of property from the care and custody of a person by one who has:

   a. Caused or threatened to cause that person bodily harm; or

   b. Committed an obviously unlawful act witnessed by that person.

21. "Safe burglary" means the unlawful taking of:

   a. Property from within a locked safe or vault by a person unlawfully entering the safe or vault as evidenced by marks of forcible entry upon its exterior; or

   b. A safe or vault from inside the "premises".

22. "Securities" means negotiable and nonnegotiable instruments or contracts representing either "money" or property and includes:

   a. Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

   b. Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

   but does not include "money".

23. "Theft" means the unlawful taking of property to the deprivation of the Insured.

24. "Transfer account" means an account maintained by you at a "financial institution" from which you can initiate the transfer, payment or delivery of "money" or "securities":

   a. By means of computer, telefacsimile, telephone or other electronic instructions; or

   b. By means of written instructions (other than those covered under Insuring Agreement **A.2.**) establishing the conditions under which such transfers are to be initiated by such "financial institution" through an electronic funds transfer system.

25. "Watchperson" means any person you retain specifically to have care and custody of property inside the "premises" and who has no other duties.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY
GOVERNMENT EMPLOYEE THEFT AND FORGERY POLICY
KIDNAP/RANSOM AND EXTORTION COVERAGE FORM
KIDNAP/RANSOM AND EXTORTION POLICY

**A.** The **Cancellation** Common Policy Condition or the **Cancellation Of Policy** Condition is replaced by the following:

**(1)** The first Named Insured shown in the Declarations may cancel this Policy by mailing to us advance written notice of cancellation.

**(2)** We may cancel this Policy by mailing to you written notice stating the reason for cancellation at your last mailing address known to us. Proof of mailing will be sufficient proof of notice.

**(3)** If we cancel for:

**(a)** Nonpayment of premium, we will mail the notice at least 10 days prior to the effective date of cancellation.

**(b)** A reason other than nonpayment of premium, we will mail the notice at least:

**(i)** 30 days prior to the effective date of cancellation if the Policy has been in effect for 60 days or less.

**(ii)** 60 days prior to the effective date of cancellation if the Policy has been in effect for more than 60 days.

**(4)** If this Policy has been in effect for more than 60 days, we may cancel only for one or more of the following reasons:

**(a)** Nonpayment of premium;

**(b)** The Policy was obtained through a material misrepresentation;

**(c)** Any Insured has violated any of the terms and conditions of the Policy;

**(d)** The risk originally accepted has measurably increased;

**(e)** Certification to the Director of Insurance of the loss of reinsurance by the insurer that provided coverage to us for all or a substantial part of the underlying risk insured; or

**(f)** A determination by the Director of Insurance that the continuation of the Policy could place us in violation of the insurance laws of this State.

**(5)** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**(6)** If this Policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund will be less than pro rata. The cancellation will be effective even if we have not offered a refund.

**(7)** Notification of cancellation will also be sent to your broker, if known, or agent of record, if known.

© Insurance Services Office, Inc., 2017

**B.** The following is added and supersedes any other provision to the contrary:

**Nonrenewal**

If we decide not to renew or continue this Policy, we will mail you written notice, stating the reason for nonrenewal, at least 60 days before the end of the policy period. Proof of mailing will be sufficient proof of notice. Notification of nonrenewal will also be sent to your broker, if known, or agent of record, if known. If we offer to renew or continue and you do not accept, this Policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

If we fail to mail proper written notice of nonrenewal and you obtain other insurance, this Policy will end on the effective date of that insurance.

**C.** Under the Commercial Crime Coverage Form, Commercial Crime Policy, Government Crime Coverage Form, Government Crime Policy, Employee Theft And Forgery Policy and Government Employee Theft And Forgery Policy, the **Legal Action Against Us** Condition is replaced by the following:

**Legal Action Against Us**

You may not bring any legal action against us involving loss:

**1.** Unless you have complied with all the terms of this insurance;

**2.** Until 90 days after you have filed proof of loss with us; and

**3.** Unless brought within two years from the date you "discover" the loss. But we will extend this two-year period by the number of days between the date proof of loss is filed and the date the claim is denied in whole or in part.

**D.** Under the Kidnap/Ransom And Extortion Coverage Form and Kidnap/Ransom And Extortion Policy, the **Legal Action Against Us** Condition is replaced by the following:

**Legal Action Against Us**

You may not bring any legal action against us involving loss:

**1.** Unless you have complied with all the terms of this insurance;

**2.** Until 90 days after you have filed proof of loss with us; and

**3.** Unless brought within two years from the date you reported the loss to us. But we will extend this two-year period by the number of days between the date proof of loss is filed and the date the claim is denied in whole or in part.

 © Insurance Services Office, Inc., 2017

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME POLICY
GOVERNMENT EMPLOYEE THEFT AND FORGERY POLICY

**A.** The following definition is added and applies under this endorsement wherever the term terrorism is enclosed in quotation marks.

"Terrorism" means activities against persons, organizations or property of any nature:

1. That involve the following or preparation for the following:

   **a.** Use or threat of force or violence; or

   **b.** Commission or threat of a dangerous act; or

   **c.** Commission or threat of an act that interferes with or disrupts an electronic, communication, information or mechanical system; and

2. When one or both of the following apply:

   **a.** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

   **b.** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**B.** The following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for loss or damage caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

© Insurance Services Office, Inc., 2009

5. The total of insured damage to all types of property in the United States, its territories and possessions, Puerto Rico and Canada exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions. Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the threshold is exceeded.

With respect to this Item **B.5.**, the immediately preceding paragraph describes the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism", there is no coverage under this Policy.

## C. Application Of Other Exclusions

1. When the Exclusion Of Terrorism applies in accordance with the terms of Paragraph **B.1.** or **B.2.**, such exclusion applies without regard to the Nuclear Hazard Exclusion in this Policy.

2. The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss or damage which would otherwise be excluded under this Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

© Insurance Services Office, Inc., 2009

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NONBINDING ARBITRATION

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY
GOVERNMENT EMPLOYEE THEFT AND FORGERY POLICY
KIDNAP/RANSOM AND EXTORTION COVERAGE FORM
KIDNAP/RANSOM AND EXTORTION POLICY

If you and we disagree on the amount of loss, then either party may make a written demand for arbitration.

When this demand is made, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either party may request that selection be made by a judge of a court having jurisdiction. Each party will:

1. Pay the expenses it incurs; and

2. Bear the expenses of the third arbitrator equally.

Unless both parties agree otherwise, arbitration will take place in the county or parish in which the address shown in the Declarations is located. Local rules of law as to procedure and evidence will apply. Any decision agreed to by the arbitrators may be appealed to a court of competent jurisdiction.

© Insurance Services Office, Inc., 2009

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CHANGE IN CONTROL OF THE INSURED – NOTICE TO THE COMPANY

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY

**1.** The following Condition is added to Section **E. Conditions:**

**CHANGE IN CONTROL – NOTICE TO US**

**a.** When you learn of a change in control, you shall give us written notice as soon as possible, but not to exceed 60 days from the date of such change in control.

**b.** As used in this Condition, control means the power to determine the management or policy of the Insured or of a controlling holding company by virtue of voting stock ownership. A change in ownership of voting stock which results in direct or indirect ownership by a stockholder or an affiliated group of stockholders of more than 10% of such stock shall be presumed to result in a change of control for the purpose of the required notice.

**c.** Failure to give the required notice shall result in cancellation of coverage for any loss involving a transferee, to be effective upon the date of the stock transfer.

**d.** A change in ownership which results in direct or indirect ownership by a stockholder or an affiliated group of stockholders of more than 50% of the voting stock of the first Named Insured shall cause this coverage form/policy to be cancelled as set forth in Paragraphs **2** and **3**.

**2.** Under the **Commercial Crime Policy** and the **Employee Theft And Forgery Policy**, the following is added to Paragraph **(2)** of the Cancellation Of Policy Condition **E.1.b.:**

This policy is cancelled immediately upon the effective date of the first Named Insured being acquired by another entity. Acquired means a change in control where the power to determine the management or policy of the first Named Insured has changed by virtue of a change of ownership which results in direct or indirect ownership by a stockholder or an affiliated group of stockholders of more than 50% of its voting stock, regardless as to the changes to the core functions of the acquired entity.

**3.** Under the **Commercial Crime Coverage Form**, the following Condition is added to Section **E. Conditions:**

**CANCELLATION OF COVERAGE**

This coverage form is cancelled immediately upon the effective date of the first Named Insured being acquired by another entity. Acquired means a change in control where the power to determine the management or policy of the first Named Insured has changed by virtue of a change of ownership which results in direct or indirect ownership by a stockholder or an affiliated group of stockholders of more than 50% of its voting stock, regardless as to the changes to the core functions of the acquired entity.

**4.** Paragraph **(1)** of the **Joint Insured** Condition is replaced by the following:

**(1)** If more than one Insured is named in the Declarations, the first Named Insured will act for itself and for every other Insured for all purposes of this coverage form/policy.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# U.S. DEPARTMENT OF LABOR –
# ERISA PLAN COVERAGE AMENDMENTS

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY

With regard to coverage provided for "employee benefit plans", the provisions of the Coverage Form or Policy to which this endorsement is attached apply, unless modified by this endorsement.

A. Under Section **D. Exclusions:**

1. In Section **D.1.:**

   a. The **Acts Committed By You, Your Partners Or Your Members** Exclusion is replaced by the following:

      **Acts Committed By You, Your Partners Or Your Members**

      Loss resulting from "theft" or any other dishonest or fraudulent act committed by:

      **(1)** You; or

      **(2)** Any of your partners or "members";

      whether acting alone or in collusion with other persons, except while handling "money", "securities" or "other property" of an "employee benefit plan".

   b. The **Confidential Or Personal Information** Exclusion is replaced by the following:

      **Confidential Or Personal Information**

      Loss resulting from:

      **(1)** The disclosure or use of another person's or organization's confidential or personal information, except as provided in Paragraph **(2)**.

      **(2)** The disclosure of your or an "employee benefit plan" participant's confidential or personal information. However, this Paragraph **(2)** does not apply to loss otherwise covered under Insuring Agreement **A.1.** that results from the use of your or an "employee benefit plan" participant's confidential or personal information.

   For the purposes of this exclusion, confidential or personal information includes, but is not limited to, patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information, retirement or health savings account information or any other type of nonpublic information.

2. In Section **D.2.:**

   a. The **Trading** Exclusion is deleted.

   b. The **Warehouse Receipts** Exclusion is deleted.

B. Paragraph **(2)** of the **Employee Benefit Plans** Condition is replaced by the following:

   **(2)** With respect to loss sustained or "discovered" by any such Plan, Insuring Agreement **A.1.** is replaced by the following:

      We will pay for loss of or damage to "money", "securities" and "other property" resulting directly from fraudulent or dishonest acts committed by an "employee" whether identified or not, sole proprietor, partner or "member" acting alone or in collusion with other persons while such "employee", sole proprietor, partner or "member" is handling "money", "securities" or "other property" of an "employee benefit plan".

C. Paragraph **a.** of the definition of "occurrence" is replaced by the following:

   a. Under Insuring Agreement **A.1.:**

      **(1)** An individual act;

      **(2)** The combined total of all separate acts whether or not related; or

      **(3)** A series of acts whether or not related;

© Insurance Services Office, Inc., 2017

committed by an "employee", sole proprietor, partner or "member" acting alone or in collusion with other persons, during the Policy Period shown in the Declarations, before such Policy Period or both.

© Insurance Services Office, Inc., 2017


# COMMERCIAL GENERAL LIABILITY DECLARATIONS

| | |
|---|---|
| **Policy Number:** 5000045035 | New Business |
| **Named Insured and Mailing Address:**<br>AFM Mattress Company LLC<br>1300 PRATT BLVD<br>ELK GROVE VILLAGE, IL 60007-5711 | **Producer Name and Address:**<br>Assurance Agency Ltd<br>1750 E Golf Rd<br>Schaumburg, IL 60173-5835<br><br>Telephone: (847) 797-5700 |

| Policy Period | |
|---|---|
| **From:** 07/01/2019 | |
| **To:** 07/01/2020 | 12:01 AM at your mailing address shown above. |

In return for the payment of the premium, and subject to all the terms and conditions of this Policy, we agree with you to provide the insurance as stated in this Policy.

| Limits of Insurance | | |
|---|---|---|
| Each Occurrence Limit | $ 1,000,000 | |
|     Damage To Premises | | |
|     Rented To You Limit | $ 300,000 | Any one premises |
|     Medical Expense Limit | $ 10,000 | Any one person |
| Personal & Advertising Injury Limit | $ 1,000,000 | Any one person or organization |
| General Aggregate Limit | | $ 2,000,000 |
| Products/Completed Operations Aggregate Limit | | $ 2,000,000 |

| Description of Business |
|---|
| Form of Business: INDIVIDUAL |
| Business Description: Retail mattress store |

| All Premises You Own, Rent Or Occupy |
|---|
| See Schedule of Premises |

CG CW DS0005 0417      Includes copyrighted material of Insurance Services Office, Inc with its permission.      Page 1 of 2
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.



**Motorists Insurance**

Member of Motorists Insurance Group

| Loc. No. | Classification | Code No. | Premium Base | Rate | | Advance Premium* | |
|---|---|---|---|---|---|---|---|
| | | | | **Prem/ Ops** | **Prod/Comp Ops** | **Prem/ Ops** | **Prod/Comp Ops** |
| 8 | Stores - no food or drink - Other than Not-For-Profit | 18437 | 8,000,000 Gross Sales | | | | |
| 52 | Stores - no food or drink - Other than Not-For-Profit | 18437 | 20,000,000 Gross Sales | | | | |

<div align="center">Classification And Premium</div>

| | |
|---|---|
| Total Coverage Part Premium (Subject to Audit) | $ _____ |
| State Tax Or Other (if applicable) | $ _____ |
| Total Premium (Subject to Audit) | $ _____ |

*Does not include endorsement premium and other adjustments

**Endorsements Attached to this Policy:**

See Schedule of Forms and Endorsements

**THESE DECLARATIONS, TOGETHER WITH THE COMMON POLICY CONDITIONS AND COVERAGE FORM(S) AND ANY ENDORSEMENT(S), COMPLETE THE ABOVE NUMBERED POLICY.**

**<div align="center">Countersignature Of Authorized Representative</div>**

**Name:**

**Title:**

**Signature:**

**Date:**

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

**CG CW DS0005 0417**

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERAGES

## COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY

### 1. Insuring Agreement

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

   (1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

   (2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

b. This insurance applies to "bodily injury" and "property damage" only if:

   (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

   (2) The "bodily injury" or "property damage" occurs during the policy period; and

   (3) Prior to the policy period, no insured listed under Paragraph 1. of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

   (1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

   (2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

   (3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

## 2. Exclusions

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

(a) The supervision, hiring, employment, training or monitoring of others by that insured; or

(b) Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

   (a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

      (i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

      (ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

      (iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

   (b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

   (c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

      (i) Any insured; or

      (ii) Any person or organization for whom you may be legally responsible; or

   (d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

      (i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

      (ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

      (iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

   (e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

    **(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

    **(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

    **(a)** Less than 26 feet long; and

    **(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

    **(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

    **(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** – Limits Of Insurance.

## COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

© Insurance Services Office, Inc., 2012

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

(1) Advertising, broadcasting, publishing or telecasting;

(2) Designing or determining content of web sites for others; or

(3) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-related**

Any loss, cost or expense arising out of any:

(1) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(3) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

## COVERAGE C – MEDICAL PAYMENTS

### 1. Insuring Agreement

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

### 2. Exclusions

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A.**

## SUPPLEMENTARY PAYMENTS – COVERAGES A AND B

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

© Insurance Services Office, Inc., 2012

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section I – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II – WHO IS AN INSURED

1. If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2. Each of the following is also an insured:

    a. Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

        (1) "Bodily injury" or "personal and advertising injury":

            (a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

            (b) To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph (1)(a) above;

            (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph (1)(a) or (b) above; or

            (d) Arising out of his or her providing or failing to provide professional health care services.

        (2) "Property damage" to property:

            (a) Owned, occupied or used by;

            (b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

            you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

    b. Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

    c. Any person or organization having proper temporary custody of your property if you die, but only:

        (1) With respect to liability arising out of the maintenance or use of that property; and

        (2) Until your legal representative has been appointed.

    d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

    a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

    b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

    c. Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

    a. Insureds;

    b. Claims made or "suits" brought; or

    c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

    a. Medical expenses under Coverage C;

    b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

    c. Damages under Coverage B.

© Insurance Services Office, Inc., 2012

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   **a.** Damages under Coverage **A**; and

   **b.** Medical expenses under Coverage **C**

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   **a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

   **(1)** How, when and where the "occurrence" or offense took place;

   **(2)** The names and addresses of any injured persons and witnesses; and

   **(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

   **b.** If a claim is made or "suit" is brought against any insured, you must:

   **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

   **(2)** Notify us as soon as practicable.

   You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   **c.** You and any other involved insured must:

   **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

   **(2)** Authorize us to obtain records and other information;

   **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

   **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

   **d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us**

   No person or organization has a right under this Coverage Part:

   **a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

   **b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

   A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

(1) This insurance is excess over:

(a) Any of the other insurance, whether primary, excess, contingent or on any other basis:

(i) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

(ii) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

(iii) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

(iv) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability.

(b) Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

(2) When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

(3) When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(a) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(b) The total of all deductible and self-insured amounts under all that other insurance.

(4) We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION V – DEFINITIONS

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraph f. does not include that part of any contract or agreement:

   (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

   (2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

      (a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

      (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

   (3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

    a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

    b. While it is in or on an aircraft, watercraft or "auto"; or

    c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

    but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

    a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

    b. Vehicles maintained for use solely on or next to premises you own or rent;

    c. Vehicles that travel on crawler treads;

    d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

       (1) Power cranes, shovels, loaders, diggers or drills; or

       (2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

    e. Vehicles not described in Paragraph a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

       (1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

       (2) Cherry pickers and similar devices used to raise or lower workers;

    f. Vehicles not described in Paragraph a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

© Insurance Services Office, Inc., 2012

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

(1) Equipment designed primarily for:

(a) Snow removal;

(b) Road maintenance, but not construction or resurfacing; or

(c) Street cleaning;

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

a. False arrest, detention or imprisonment;

b. Malicious prosecution;

c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

e. Oral or written publication, in any manner, of material that violates a person's right of privacy;

f. The use of another's advertising idea in your "advertisement"; or

g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1) Products that are still in your physical possession; or

(2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

(a) When all of the work called for in your contract has been completed.

(b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

(c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

b. Does not include "bodily injury" or "property damage" arising out of:

(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

(2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

(3) Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

17. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

"Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**(2)** The providing of or failure to provide warnings or instructions.

 © Insurance Services Office, Inc., 2012

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ILLINOIS CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART

**A. Cancellation** (Common Policy Conditions) is replaced by the following:

**Cancellation**

1. The first Named Insured shown in the Declarations may cancel this Policy by mailing to us advance written notice of cancellation.

2. We may cancel this Policy by mailing to you, at your last mailing address known to us, written notice stating the reason for cancellation. Proof of mailing will be sufficient proof of notice. If we cancel:

   **a.** For nonpayment of premium, we will mail the notice at least 10 days prior to the effective date of cancellation.

   **b.** For a reason other than nonpayment of premium, we will mail the notice at least:

      **(1)** 30 days prior to the effective date of cancellation if the Policy has been in effect for 60 days or less.

      **(2)** 60 days prior to the effective date of cancellation if the Policy has been in effect for more than 60 days.

3. If this Policy has been in effect for more than 60 days, we may cancel only for one or more of the following reasons:

   **a.** Nonpayment of premium;

   **b.** The Policy was obtained through a material misrepresentation;

   **c.** Any insured has violated any of the terms and conditions of the Policy;

   **d.** The risk originally accepted has measurably increased;

   **e.** Certification to the Director of Insurance of the loss of reinsurance by the insurer that provided coverage to us for all or a substantial part of the underlying risk insured; or

   **f.** A determination by the Director of Insurance that the continuation of the Policy could place us in violation of the insurance laws of this State.

4. Notification of cancellation will also be sent to your broker, if known, or agent of record, if known.

5. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

6. If this Policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund will be less than pro rata. The cancellation will be effective even if we have not offered a refund.

© Insurance Services Office, Inc., 2017

**B.** The following is added and supersedes any provision to the contrary:

**Nonrenewal**

If we decide not to renew or continue this Policy, we will mail you written notice, stating the reason for nonrenewal, at least 60 days before the end of the policy period. Proof of mailing will be sufficient proof of notice. Notification of nonrenewal will also be sent to your broker, if known, or agent of record, if known. If we offer to renew or continue and you do not accept, this Policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

If we fail to mail proper written notice of nonrenewal and you obtain other insurance, this Policy will end on the effective date of that insurance.

© Insurance Services Office, Inc., 2017

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYEE BENEFITS LIABILITY COVERAGE

**THIS ENDORSEMENT PROVIDES CLAIMS-MADE COVERAGE.**
**PLEASE READ THE ENTIRE ENDORSEMENT CAREFULLY.**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Coverage | Limit Of Insurance | | Each Employee Deductible | Premium |
|---|---|---|---|---|
| **Employee Benefits Programs** | $ 1,000,000 | **each employee** | $1,000 | $Included |
| | $ 3,000,000 | **aggregate** | | |
| **Retroactive Date:** | 07/01/2019 | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | |

**A.** The following is added to **Section I – Coverages:**

**COVERAGE – EMPLOYEE BENEFITS LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of any act, error or omission, of the insured, or of any other person for whose acts the insured is legally liable, to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages to which this insurance does not apply. We may, at our discretion, investigate any report of an act, error or omission and settle any "claim" or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Paragraph **D.** (Section III – Limits Of Insurance); and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

**b.** This insurance applies to damages only if:

**(1)** The act, error or omission, is negligently committed in the "administration" of your "employee benefit program";

**(2)** The act, error or omission, did not take place before the Retroactive Date, if any, shown in the Schedule nor after the end of the policy period; and

**(3)** A "claim" for damages, because of an act, error or omission, is first made against any insured, in accordance with Paragraph **c.** below, during the policy period or an Extended Reporting Period we provide under Paragraph **F.** of this endorsement.

**c.** A "claim" seeking damages will be deemed to have been made at the earlier of the following times:

**(1)** When notice of such "claim" is received and recorded by any insured or by us, whichever comes first; or

**(2)** When we make settlement in accordance with Paragraph **a.** above.

A "claim" received and recorded by the insured within 60 days after the end of the policy period will be considered to have been received within the policy period, if no subsequent policy is available to cover the claim.

**d.** All "claims" for damages made by an "employee" because of any act, error or omission, or a series of related acts, errors or omissions, including damages claimed by such "employee's" dependents and beneficiaries, will be deemed to have been made at the time the first of those "claims" is made against any insured.

**2. Exclusions**

This insurance does not apply to:

**a. Dishonest, Fraudulent, Criminal Or Malicious Act**

Damages arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error or omission, committed by any insured, including the willful or reckless violation of any statute.

**b. Bodily Injury, Property Damage, Or Personal And Advertising Injury**

"Bodily injury", "property damage" or "personal and advertising injury".

**c. Failure To Perform A Contract**

Damages arising out of failure of performance of contract by any insurer.

**d. Insufficiency Of Funds**

Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program".

**e. Inadequacy Of Performance Of Investment/Advice Given With Respect To Participation**

Any "claim" based upon:

**(1)** Failure of any investment to perform;

**(2)** Errors in providing information on past performance of investment vehicles; or

**(3)** Advice given to any person with respect to that person's decision to participate or not to participate in any plan included in the "employee benefit program".

**f. Workers' Compensation And Similar Laws**

Any "claim" arising out of your failure to comply with the mandatory provisions of any workers' compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

**g. ERISA**

Damages for which any insured is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as now or hereafter amended, or by any similar federal, state or local laws.

**h. Available Benefits**

Any "claim" for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the insured, from the applicable funds accrued or other collectible insurance.

**i. Taxes, Fines Or Penalties**

Taxes, fines or penalties, including those imposed under the Internal Revenue Code or any similar state or local law.

**j. Employment-Related Practices**

Damages arising out of wrongful termination of employment, discrimination, or other employment-related practices.

**B.** For the purposes of the coverage provided by this endorsement:

**1.** All references to Supplementary Payments – Coverages **A** and **B** are replaced by Supplementary Payments – Coverages **A, B** and **Employee Benefits Liability.**

**2.** Paragraphs **1.b.** and **2.** of the Supplementary Payments provision do not apply.

**C.** For the purposes of the coverage provided by this endorsement, Paragraphs **2.** and **3.** of **Section II – Who Is An Insured** are replaced by the following:

**2.** Each of the following is also an insured:

**a.** Each of your "employees" who is or was authorized to administer your "employee benefit program".

**b.** Any persons, organizations or "employees" having proper temporary authorization to administer your "employee benefit program" if you die, but only until your legal representative is appointed.

© ISO Properties, Inc., 2006

**c.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Endorsement.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if no other similar insurance applies to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier.

**b.** Coverage under this provision does not apply to any act, error or omission that was committed before you acquired or formed the organization.

**D.** For the purposes of the coverage provided by this endorsement, **Section III – Limits Of Insurance** is replaced by the following:

**1. Limits Of Insurance**

**a.** The Limits of Insurance shown in the Schedule and the rules below fix the most we will pay regardless of the number of:

**(1)** Insureds;

**(2)** "Claims" made or "suits" brought;

**(3)** Persons or organizations making "claims" or bringing "suits";

**(4)** Acts, errors or omissions; or

**(5)** Benefits included in your "employee benefit program".

**b.** The Aggregate Limit is the most we will pay for all damages because of acts, errors or omissions negligently committed in the "administration" of your "employee benefit program".

**c.** Subject to the Aggregate Limit, the Each Employee Limit is the most we will pay for all damages sustained by any one "employee", including damages sustained by such "employee's" dependents and beneficiaries, as a result of:

**(1)** An act, error or omission; or

**(2)** A series of related acts, errors or omissions

negligently committed in the "administration" of your "employee benefit program".

However, the amount paid under this endorsement shall not exceed, and will be subject to, the limits and restrictions that apply to the payment of benefits in any plan included in the "employee benefit program".

The Limits of Insurance of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations of the policy to which this endorsement is attached, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits Of Insurance.

**2. Deductible**

**a.** Our obligation to pay damages on behalf of the insured applies only to the amount of damages in excess of the deductible amount stated in the Schedule as applicable to Each Employee. The limits of insurance shall not be reduced by the amount of this deductible.

**b.** The deductible amount stated in the Schedule applies to all damages sustained by any one "employee", including such "employee's" dependents and beneficiaries, because of all acts, errors or omissions to which this insurance applies.

**c.** The terms of this insurance, including those with respect to:

**(1)** Our right and duty to defend any "suits" seeking those damages; and

**(2)** Your duties, and the duties of any other involved insured, in the event of an act, error or omission, or "claim"

apply irrespective of the application of the deductible amount.

**d.** We may pay any part or all of the deductible amount to effect settlement of any "claim" or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as we have paid.

**E.** For the purposes of the coverage provided by this endorsement, Conditions **2.** and **4.** of **Section IV – Commercial General Liability Conditions** are replaced by the following:

**2. Duties In The Event Of An Act, Error Or Omission, Or "Claim" Or "Suit"**

**a.** You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a "claim". To the extent possible, notice should include:

**(1)** What the act, error or omission was and when it occurred; and

**(2)** The names and addresses of anyone who may suffer damages as a result of the act, error or omission.

**b.** If a "claim" is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the "claim" or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the "claim" or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the "claim" or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of an act, error or omission to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under this endorsement, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis that is effective prior to the beginning of the policy period shown in the Schedule of this insurance and that applies to an act, error or omission on other than a claims-made basis, if:

**(a)** No Retroactive Date is shown in the Schedule of this insurance; or

**(b)** The other insurance has a policy period which continues after the Retroactive Date shown in the Schedule of this insurance.

**(2)** When this insurance is excess, we will have no duty to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of the total amount that all such other insurance would pay for the loss in absence of this insurance; and the total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Schedule of this endorsement.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limits of insurance to the total applicable limits of insurance of all insurers.

© ISO Properties, Inc., 2006

**F.** For the purposes of the coverage provided by this endorsement, the following Extended Reporting Period provisions are added, or, if this endorsement is attached to a claims-made Coverage Part, replaces any similar Section in that Coverage Part:

**EXTENDED REPORTING PERIOD**

1. You will have the right to purchase an Extended Reporting Period, as described below, if:

   **a.** This endorsement is canceled or not renewed; or

   **b.** We renew or replace this endorsement with insurance that:

      **(1)** Has a Retroactive Date later than the date shown in the Schedule of this endorsement; or

      **(2)** Does not apply to an act, error or omission on a claims-made basis.

2. The Extended Reporting Period does not extend the policy period or change the scope of coverage provided. It applies only to "claims" for acts, errors or omissions that were first committed before the end of the policy period but not before the Retroactive Date, if any, shown in the Schedule. Once in effect, the Extended Reporting Period may not be canceled.

3. An Extended Reporting Period of five years is available, but only by an endorsement and for an extra charge.

   You must give us a written request for the endorsement within 60 days after the end of the policy period. The Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

   We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

   **a.** The "employee benefit programs" insured;

   **b.** Previous types and amounts of insurance;

   **c.** Limits of insurance available under this endorsement for future payment of damages; and

   **d.** Other related factors.

   The additional premium will not exceed 100% of the annual premium for this endorsement.

The Extended Reporting Period endorsement applicable to this coverage shall set forth the terms, not inconsistent with this Section, applicable to the Extended Reporting Period, including a provision to the effect that the insurance afforded for "claims" first received during such period is excess over any other valid and collectible insurance available under policies in force after the Extended Reporting Period starts.

4. If the Extended Reporting Period is in effect, we will provide an extended reporting period aggregate limit of insurance described below, but only for claims first received and recorded during the Extended Reporting Period.

   The extended reporting period aggregate limit of insurance will be equal to the dollar amount shown in the Schedule of this endorsement under Limits of Insurance.

   Paragraph **D.1.b.** of this endorsement will be amended accordingly. The Each Employee Limit shown in the Schedule will then continue to apply as set forth in Paragraph **D.1.c.**

**G.** For the purposes of the coverage provided by this endorsement, the following definitions are added to the **Definitions** Section:

1. "Administration" means:

   **a.** Providing information to "employees", including their dependents and beneficiaries, with respect to eligibility for or scope of "employee benefit programs";

   **b.** Handling records in connection with the "employee benefit program"; or

   **c.** Effecting, continuing or terminating any "employee's" participation in any benefit included in the "employee benefit program".

   However, "administration" does not include handling payroll deductions.

2. "Cafeteria plans" means plans authorized by applicable law to allow employees to elect to pay for certain benefits with pre-tax dollars.

3. "Claim" means any demand, or "suit", made by an "employee" or an "employee's" dependents and beneficiaries, for damages as the result of an act, error or omission.

4. "Employee benefit program" means a program providing some or all of the following benefits to "employees", whether provided through a "cafeteria plan" or otherwise:

a. Group life insurance, group accident or health insurance, dental, vision and hearing plans, and flexible spending accounts, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to those "employees" who satisfy the plan's eligibility requirements;

b. Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to all "employees" who are eligible under the plan for such benefits;

c. Unemployment insurance, social security benefits, workers' compensation and disability benefits;

d. Vacation plans, including buy and sell programs; leave of absence programs, including military, maternity, family, and civil leave; tuition assistance plans; transportation and health club subsidies; and

e. Any other similar benefits designated in the Schedule or added thereto by endorsement.

H. For the purposes of the coverage provided by this endorsement, Definitions 5. and 18. in the **Definitions** Section are replaced by the following:

5. "Employee" means a person actively employed, formerly employed, on leave of absence or disabled, or retired. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

18. "Suit" means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

© ISO Properties, Inc., 2006

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PRIMARY AND NONCONTRIBUTORY – OTHER INSURANCE CONDITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The following is added to the **Other Insurance** Condition and supersedes any provision to the contrary:

### Primary And Noncontributory Insurance

This insurance is primary to and will not seek contribution from any other insurance available to an additional insured under your policy provided that:

**(1)** The additional insured is a Named Insured under such other insurance; and

**(2)** You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to the additional insured.

© Insurance Services Office, Inc., 2012

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s): |
| --- |
| TBD |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

1. In the performance of your ongoing operations; or

2. In connection with your premises owned by or rented to you.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY – WITH LIMITED BODILY INJURY EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.p.** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

 © Insurance Services Office, Inc., 2013

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – UNMANNED AIRCRAFT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.g. Aircraft, Auto Or Watercraft** under **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**g. Aircraft, Auto Or Watercraft**

**(1) Unmanned Aircraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

This Paragraph **g.(1)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

**(2) Aircraft (Other Than Unmanned Aircraft), Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This Paragraph **g.(2)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This Paragraph **g.(2)** does not apply to:

**(a)** A watercraft while ashore on premises you own or rent;

**(b)** A watercraft you do not own that is:

**(i)** Less than 26 feet long; and

**(ii)** Not being used to carry persons or property for a charge;

**(c)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(d)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

© Insurance Services Office, Inc., 2014

(e) "Bodily injury" or "property damage" arising out of:

    (i) The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

    (ii) The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Coverage B – Personal And Advertising Injury Liability:**

  **2. Exclusions**

    This insurance does not apply to:

    **Unmanned Aircraft**

    "Personal and advertising injury" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the offense which caused the "personal and advertising injury" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

This exclusion does not apply to:

  **a.** The use of another's advertising idea in your "advertisement"; or

  **b.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**C.** The following definition is added to the **Definitions** section:

"Unmanned aircraft" means an aircraft that is not:

  **1.** Designed;

  **2.** Manufactured; or

  **3.** Modified after manufacture;

to be controlled directly by a person from within or on the aircraft.

© Insurance Services Office, Inc., 2014

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – INTERCOMPANY PRODUCTS SUITS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

This insurance does not apply to any claim for damages by any Named Insured against another Named Insured because of "bodily injury" or "property damage" arising out of "your products" and included within the "products-completed operations hazard."

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TOTAL POLLUTION EXCLUSION
# WITH A HOSTILE FIRE EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **f.** under Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**f. Pollution**

**(1)** "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

This exclusion does not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire" unless that "hostile fire" occurred or originated:

**(a)** At any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste; or

**(b)** At any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

© ISO Properties, Inc., 2003

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF PUNITIVE DAMAGES RELATED TO A CERTIFIED ACT OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM PUNITIVE DAMAGES**

Damages arising, directly or indirectly, out of a "certified act of terrorism" that are awarded as punitive damages.

**B.** The following definition is added:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

 © Insurance Services Office, Inc., 2015

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED NUCLEAR, BIOLOGICAL, CHEMICAL OR RADIOLOGICAL ACTS OF TERRORISM; CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of a "certified act of terrorism". However, this exclusion applies only when one or more of the following are attributed to such act:

1. The terrorism involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

2. The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

3. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials.

**B.** The following definitions are added:

1. For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part.

2. "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

   **a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

   **b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

 © Insurance Services Office, Inc., 2015

**D.** If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

© Insurance Services Office, Inc., 2015

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – EXTERIOR INSULATION AND FINISH SYSTEMS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of, caused by, or attributable to, whether in whole or in part, the following:

1. The design, manufacture, construction, fabrication, preparation, distribution and sale, installation, application, maintenance or repair, including remodeling, service, correction or replacement, of any "exterior insulation and finish system" or any part thereof, or any substantially similar system or any part thereof, including the application or use of conditioners, primers, accessories, flashings, coatings, caulking or sealants in connection with such a system; or

2. "Your product" or "your work" with respect to any exterior component, fixture or feature of any structure if an "exterior insulation and finish system", or any substantially similar system, is used on the part of that structure containing that component, fixture or feature.

**B.** The following definition is added to the **Definitions** Section:

"Exterior insulation and finish system" means a non-load bearing exterior cladding or finish system, and all component parts therein, used on any part of any structure, and consisting of:

1. A rigid or semi-rigid insulation board made of expanded polystyrene and other materials;

2. The adhesive and/or mechanical fasteners used to attach the insulation board to the substrate;

3. A reinforced or unreinforced base coat;

4. A finish coat providing surface texture to which color may be added; and

5. Any flashing, caulking or sealant used with the system for any purpose.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SILICA OR SILICA-RELATED DUST EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

**b.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**c.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**C.** The following definitions are added to the **Definitions** Section:

**1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

© ISO Properties, Inc., 2004

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# DESIGNATED CONSTRUCTION PROJECT(S) GENERAL AGGREGATE LIMIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Designated Construction Project(s): |
| --- |
| TBD |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under Section I – Coverage **A**, and for all medical expenses caused by accidents under Section I – Coverage **C**, which can be attributed only to ongoing operations at a single designated construction project shown in the Schedule above:

1. A separate Designated Construction Project General Aggregate Limit applies to each designated construction project, and that limit is equal to the amount of the General Aggregate Limit shown in the Declarations.

2. The Designated Construction Project General Aggregate Limit is the most we will pay for the sum of all damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard", and for medical expenses under Coverage **C** regardless of the number of:

   **a.** Insureds;

   **b.** Claims made or "suits" brought; or

   **c.** Persons or organizations making claims or bringing "suits".

3. Any payments made under Coverage **A** for damages or under Coverage **C** for medical expenses shall reduce the Designated Construction Project General Aggregate Limit for that designated construction project. Such payments shall not reduce the General Aggregate Limit shown in the Declarations nor shall they reduce any other Designated Construction Project General Aggregate Limit for any other designated construction project shown in the Schedule above.

4. The limits shown in the Declarations for Each Occurrence, Damage To Premises Rented To You and Medical Expense continue to apply. However, instead of being subject to the General Aggregate Limit shown in the Declarations, such limits will be subject to the applicable Designated Construction Project General Aggregate Limit.

**B.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under Section I – Coverage **A**, and for all medical expenses caused by accidents under Section I – Coverage **C**, which cannot be attributed only to ongoing operations at a single designated construction project shown in the Schedule above:

1. Any payments made under Coverage **A** for damages or under Coverage **C** for medical expenses shall reduce the amount available under the General Aggregate Limit or the Products-completed Operations Aggregate Limit, whichever is applicable; and

**2.** Such payments shall not reduce any Designated Construction Project General Aggregate Limit.

**C.** When coverage for liability arising out of the "products-completed operations hazard" is provided, any payments for damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard" will reduce the Products-completed Operations Aggregate Limit, and not reduce the General Aggregate Limit nor the Designated Construction Project General Aggregate Limit.

**D.** If the applicable designated construction project has been abandoned, delayed, or abandoned and then restarted, or if the authorized contracting parties deviate from plans, blueprints, designs, specifications or timetables, the project will still be deemed to be the same construction project.

**E.** The provisions of Section III – Limits Of Insurance not otherwise modified by this endorsement shall continue to apply as stipulated.

 © Insurance Services Office, Inc., 2008

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# DESIGNATED LOCATION(S)
# GENERAL AGGREGATE LIMIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

| Designated Location(s): |
| --- |
| 8: 134 US HIGHWAY 41, SCHERERVILLE, IN |
| 52: 1300 PRATT BLVD, ELK GROVE VILLAGE, IL |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under Section I – Coverage **A**, and for all medical expenses caused by accidents under Section I – Coverage **C**, which can be attributed only to operations at a single designated "location" shown in the Schedule above:

1. A separate Designated Location General Aggregate Limit applies to each designated "location", and that limit is equal to the amount of the General Aggregate Limit shown in the Declarations.

2. The Designated Location General Aggregate Limit is the most we will pay for the sum of all damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard", and for medical expenses under Coverage **C** regardless of the number of:

   **a.** Insureds;

   **b.** Claims made or "suits" brought; or

   **c.** Persons or organizations making claims or bringing "suits".

3. Any payments made under Coverage **A** for damages or under Coverage **C** for medical expenses shall reduce the Designated Location General Aggregate Limit for that designated "location". Such payments shall not reduce the General Aggregate Limit shown in the Declarations nor shall they reduce any other Designated Location General Aggregate Limit for any other designated "location" shown in the Schedule above.

4. The limits shown in the Declarations for Each Occurrence, Damage To Premises Rented To You and Medical Expense continue to apply. However, instead of being subject to the General Aggregate Limit shown in the Declarations, such limits will be subject to the applicable Designated Location General Aggregate Limit.

**B.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under Section I – Coverage **A**, and for all medical expenses caused by accidents under Section I – Coverage **C,** which cannot be attributed only to operations at a single designated "location" shown in the Schedule above:

1. Any payments made under Coverage **A** for damages or under Coverage **C** for medical expenses shall reduce the amount available under the General Aggregate Limit or the Products-completed Operations Aggregate Limit, whichever is applicable; and

2. Such payments shall not reduce any Designated Location General Aggregate Limit.

**C.** When coverage for liability arising out of the "products-completed operations hazard" is provided, any payments for damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard" will reduce the Products-completed Operations Aggregate Limit, and not reduce the General Aggregate Limit nor the Designated Location General Aggregate Limit.

© Insurance Services Office, Inc., 2008

**D.** For the purposes of this endorsement, the **Definitions** Section is amended by the addition of the following definition:

"Location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

**E.** The provisions of Section **III** – Limits Of Insurance not otherwise modified by this endorsement shall continue to apply as stipulated.

© Insurance Services Office, Inc., 2008

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The deductible shown on the Declarations Page applies unless otherwise shown in this endorsement.

| Coverage Summary – Please refer to the applicable Coverage Section for Full Terms and Conditions |
|---|
| Non-Owned Watercraft |
| Fire, Lightning, Explosion, Smoke, Sprinkler Leakage Damage To Premises Rented To You |
| Amendment – Aggregate Limits Of Insurance – Per Location |
| Incidental Medical Malpractice |
| Supplementary Payments |
| Fellow Employee Coverage |
| Newly Acquired Or Formed Organizations |
| Additional Insured – Building Owner |
| Additional Insured – Lessor Of Leased Equipment - Automatic Status by Contract Or Agreement |
| Additional Insured – Managers Or Lessors Of Premises |
| Mobile Equipment Redefined |
| Liberalization |

A. **Non-Owned Watercraft**

For the purposes of this endorsement, **SECTION I – COVERAGES, COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions, g. Aircraft, Auto Or Watercraft (2)(a)** is deleted and replaced by the following:

**g. Aircraft, Auto, Or Watercraft**

This exclusion does not apply to:

**(a)** Less than 51 feet long; and

B. **Fire, Lightning, Explosion, Smoke, Sprinkler Leakage Damage To Premises Rented To You**

1. For the purposes of this endorsement, **SECTION I – COVERAGES, COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**, the last paragraph of **2. Exclusions** is deleted and replaced by the following:

Exclusions **c.** through **n.** do not apply to damage by fire, lightning, explosion, smoke or sprinkler leakage from an automatic fire protection system to premises while rented to you or temporarily occupied by you with permission of the owner. A separate Limit Of Insurance applies to this coverage as described in **SECTION III – LIMITS OF INSURANCE**.

**2.** For the purposes of this endorsement, **SECTION III – LIMITS OF INSURANCE**, paragraph **6.** is deleted and replaced by the following:

    **6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under **Coverage A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, lightning, explosion, smoke or sprinkler leakage from an automatic fire protection system, while rented to you or temporarily occupied by you with permission of the owner.

**3.** For the purposes of this endorsement, **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS, 4. Other Insurance,** paragraph **b. Excess Insurance (1)(a)(ii)** is deleted and replaced by the following:

    (1) This insurance is in excess over:

        (a) Any of the other insurance, whether primary, excess, contingent or on any other basis:

            **(ii)** That is fire, lightning, explosion, sprinkler leakage from an automatic fire protection system insurance for premises rented to you or temporarily occupied by you with permission of the owner.

**4.** For the purposes of this endorsement, **SECTION V – DEFINITIONS**, paragraph **9.a.** is deleted and replaced by the following:

    **9.** "Insured contract" means:

        **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire, lightning, explosion, smoke or sprinkler leakage from an automatic fire protection system to premises while rented to you or temporarily occupied by you with the permission of the owner is not an "insured contract";

## C. Amendment – Aggregate Limits Of Insurance Per Location

For all sums which the insured becomes legally obligated to pay as damages caused by "occurrence" under **SECTION I – COVERAGES, COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY,** and for all medical expenses caused by accidents under **SECTION I – COVERAGES, COVERAGE C – MEDICAL PAYMENTS:**

**1.** The General Aggregate Limit under **SECTION III – LIMITS OF INSURANCE** applies separately to each of your "locations" owned by or rented to you.

**2.** The Per Location General Aggregate Limit is the most we will pay for the sum of all damages under **SECTION I – COVERAGES, COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard", and for medical expenses under **SECTION I – COVERAGES, COVERAGE C – MEDICAL PAYMENTS** regardless of the number of:

    **a.** Insureds;

    **b.** "Claims" made or "suits" brought; or

    **c.** Persons or organizations making "claims" or bringing "suits".

**3.** Any payments made under **SECTION I – COVERAGES, COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY** for damages or under **SECTION I – COVERAGES, COVERAGE C – MEDICAL PAYMENTS** for medical expenses shall reduce the Per Location General Aggregate Limit for that location. Such payments shall not reduce the General Aggregate Limit shown in the Declarations nor shall they reduce any other Per Location General Aggregate Limit for any other location.

The limits shown in the Declarations for Each Occurrence, Damage To Premises Rented To You and Medical Expense continue to apply. However, instead of being subject to the General Aggregate Limit shown in the Declarations, such limits will be subject to the Per Location General Aggregate Limit.

## D. Incidental Medical Malpractice Liability Coverage

For the purposes of this endorsement, the following is added to **SECTION I – COVERAGES, COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions:**

CG CW MG0008 0417     Includes copyrighted material of Insurance Services Office, Inc with its permission

This insurance does not apply to any "insured":

1. Providing or failing to provide any medical or related professional health care services;

2. Furnishing food or drink connected with any medical or other professional health care services;

3. Furnishing or dispensing drugs or medical, dental or surgical supplies or appliances.

However, this exclusion only applies if the "insured" is in the business or occupation of providing these services.

### E. Supplementary Payments

For the purposes of this endorsement, **SECTION 1 – COVERAGES, SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**, paragraph **1.b.** is deleted and replaced by the following:

We will pay with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

b. Up to $1,000 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

### F. Fellow Employee Coverage

For the purposes of this endorsement, **SECTION II – WHO IS AN INSURED**, subparagraph **2.a.(1)** does not apply to "bodily injury" or "personal injury" to a co-employee while in the course of his or her employment.

### G. Newly Acquired Or Formed Organizations

For the purposes of this endorsement, **SECTION II – WHO IS AN INSURED**, paragraph **3.a.** is deleted and replaced by the following:

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier.

### H. Additional Insured – Building Owner

1. For the purposes of this endorsement, **SECTION II – WHO IS AN INSURED** is amended to include as an additional insured the owner of any building leased, rented or loaned to you that is a shareholder in your corporation or a partner in your partnership insured under this policy but only with respects to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf, in connection with your ownership, maintenance or use of that part of the premises leased to you.

2. With respect to the insurance afforded to these additional insureds, this insurance does not apply to

a. Any "occurrence" or offense that takes place after you cease to be a tenant in the premises; or

b. Structural alterations, new construction or demolition operations performed by or on behalf of the building owner.

### I. Additional Insured – Lessor Of Leased Equipment – Automatic Status When Required In Lease Agreement With You

1. For the purposes of this endorsement, **SECTION II – WHO IS AN INSURED** is amended to include as an additional insured any person(s) or organization(s) from whom you lease equipment when you and such person(s) or organization(s) have agreed in writing in a contract or agreement that such person(s) or organization(s) be added as an additional insured on your policy. Such person(s) or organization(s) is an insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your maintenance, operation or use of equipment leased to you by such person(s) or organization(s).

However, the insurance afforded to such additional insured:

**a.** Only applies to the extent permitted by law; and

**b.** Will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

A person's or organization's status as an additional insured under this endorsement ends when their contract or agreement with you for such leased equipment ends.

**2.** With respect to the insurance afforded to these additional insureds, this insurance does not apply to any "occurrence" which takes place after the equipment lease expires.

**3.** With respect to the insurance afforded to these additional insureds, the following is added to **SECTION III – LIMITS OF INSURANCE:**

The most we will pay on behalf of the additional insured is the amount of insurance:

**a.** Required by the contract or agreement you have entered into with the additional insured; or

**b.** Available under the applicable Limits Of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits Of Insurance shown in the Declarations.

**J. Additional Insured – Managers Or Lessors Of Premises**

**1.** For the purposes of this endorsement, **SECTION II – WHO IS AN INSURED** is amended to include as an additional insured the person(s) or organization(s) when you and such person(s) or organization(s) have agreed in writing in a contract or agreement, but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you.

**2.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to:

**a.** Any "occurrence" which takes place after you cease to be a tenant in that premises.

**b.** Structural alterations, new construction or demolition operations performed by or on behalf of the person(s) or organization(s).

However:

**a.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**b.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required to provide for such additional insured.

**3.** With respect to the insurance afforded to these additional insureds, the following is added to **SECTION III – LIMITS OF INSURANCE:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**a.** Required by the contract or agreement; or

**b.** Available under the applicable Limits Of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits Of Insurance shown in the Declarations.

**CG CW MG0008 0417**     Includes copyrighted material of Insurance Services Office, Inc with its permission

### K. Mobile Equipment Redefined

**SECTION V – DEFINITIONS** is amended as follows:

Paragraphs **12.f.(1)(a)**, **(b)** and **(c)** do not apply to self-propelled vehicles of less than 1,000 pounds gross vehicle weight.

### L. Liberalization

If we adopt a change in our forms or rules that would broaden the coverage of this policy without extra charge, the broader coverage will apply to this policy. It will apply when the change becomes effective in your state.

All other terms and conditions remain unchanged.

**CG CW MG0008 0417**       Includes copyrighted material of Insurance Services Office, Inc
with its permission

# WAIVER OF TRANSFER OF RIGHTS
# OF RECOVERY AGAINST OTHERS TO US

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**Waiver Of Transfer Of Rights Of Recovery Against Others To Us**

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us:**

We waive any right of recovery we may have against a person or organization because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a written contract or agreement with that person or organization requiring such waiver and included in the "products-completed operations hazard".

Our rights may only be waived prior to a loss. The insured must do nothing after a loss to impair our rights of recovery against others.

All other terms and conditions remain unchanged.

# ADDITIONAL INSURED AUTOMATIC STATUS BY CONTRACT OR AGREEMENT – COMPLETED OPERATIONS

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

1. For the purposes of this endorsement, **SECTION II – WHO IS AN INSURED** is amended to include as an additional insured the person(s) or organization(s) when you and such person(s) or organization(s) have agreed in a written contract or agreement, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" performed for that additional insured and included in the "products-completed operations hazard".

   However:

   **a.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

   **b.** If coverage provided to the additional insured is required by contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

2. With respect to the insurance afforded to these additional insureds, the following is added to **SECTION III – LIMITS OF INSURANCE:**

   If coverage provided to the additional insured is required by contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

   **a.** Required by the contract or agreement; or

   **b.** Available under the applicable Limits Of Insurance shown in the Declarations;

   whichever is less.

This endorsement shall not increase the applicable Limits Of Insurance shown in the Declarations.

All other terms and conditions remain unchanged.


# BUSINESS AUTO DECLARATIONS

**ITEM ONE**

| Policy Number: 5000045035 | New Business |
|---|---|
| **Named Insured and Mailing Address:**<br><br>AFM Mattress Company LLC<br>1300 PRATT BLVD<br>ELK GROVE VILLAGE, IL 60007-5711 | **Producer Name and Address:**<br><br>Assurance Agency Ltd<br>1750 E Golf Rd<br>Schaumburg, IL 60173-5835<br><br>Telephone: (847) 797-5700 |

| Policy Period | |
|---|---|
| **From:** 07/01/2019 | |
| **To:** 07/01/2020 | At 12:01 AM Standard Time at your mailing address shown above |

| Description Of Business |
|---|
| **Form Of Business:** INDIVIDUAL |
| **Business Description:** Retail mattress store |

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

| Endorsements Attached To This Policy |
|---|
| Refer to Schedule of Forms and Endorsements |

| Accounting Information | |
|---|---|
| Total Commercial Auto Premium | |

<div align="center">

**NOTICE TO PENNSYLVANIA POLICYHOLDERS**
**THIS POLICY COVERS COLLISION DAMAGE TO VEHICLES**
**THAT YOU RENT FROM OTHER PERSONS OR ORGANIZATIONS**

</div>

CA CW DS0006 0417     Includes copyrighted material of Insurance Services Office. Inc with its permission.     Page 1 of 23
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.



Member of Motorists Insurance Group

| Countersignature Of Authorized Representative |
|---|
| **Name:** |
| **Title:** |
| **Signature:** |
| **Date:** |

**Note**
Officers' facsimile signatures may be inserted here, on the policy cover or elsewhere at the company's option.

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.
CA CW DS0006 0417



**ITEM TWO**

**Schedule Of Coverages And Covered Autos**

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". **"Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the Covered Autos section of the Business Auto Coverage Form next to the name of the coverage.**

| Coverages | Covered Autos | Limit | Premium |
|---|---|---|---|
| **Covered Autos Liability** | 1 | $ 1,000,000 | Included |
| **Personal Injury Protection (Or Equivalent No-fault Coverage)** | | **Separately Stated In Each Personal Injury Protection Endorsement Minus** | |
| **Added Personal Injury Protection (Or Equivalent Added No-fault Coverage)** | | **Separately Stated In Each Added Personal Injury Protection Endorsement** | |
| **Property Protection Insurance (Michigan Only)** | | **Separately Stated In The Property Protection Insurance Endorsement Minus**          **Deductible For Each Accident** | |
| **Auto Medical Payments** | | **Each Insured** | |
| **Medical Expense And Income Loss Benefits (Virginia Only)** | | **Separately Stated In The Medical Expense And Income Loss Benefits Endorsement** | |
| **Uninsured Motorists** | 6 | IN: $ 1,000,000<br>IL: $ 1,000,000 | Included |
| **Underinsured Motorists (When Not Included In Uninsured Motorists Coverage)** | 6 | IN: $ 1,000,000<br>IL: $ 1,000,000 | Included |

CA CW DS0006 0417     Includes copyrighted material of Insurance Services Office, Inc with its permission.     Page 3 of 23
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.



Member of Motorists Insurance Group

**ITEM TWO**

**Schedule Of Coverages And Covered Autos (Cont'd)**

| Coverages | Covered Autos | Limit | Premium |
|---|---|---|---|
| **Physical Damage Comprehensive Coverage** | 7, 8 | **Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus** (See Item Three) **Deductible** **For Each Covered Auto, But No Deductible Applies To Loss Caused By Fire Or Lightning** See Item Four for Hired or Borrowed Autos. | Included |
| **Physical Damage Specified Causes Of Loss Coverage** | | **Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus** (See Item Three) **Deductible** **For Each Covered Auto For Loss Caused By Mischief Or Vandalism** See Item Four for Hired or Borrowed Autos. | |
| **Physical Damage Collision Coverage** | 7, 8 | **Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus** (See Item Three) **Deductible** **For Each Covered Auto** See Item Four for Hired or Borrowed Autos. | Included |
| **Physical Damage Towing And Labor** | | (See Item Three) **For Each Disablement Of A Private Passenger Auto** | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

CA CW DS0006 0417



**Member of Motorists Insurance Group**

**ITEM THREE**
**Schedule Of Covered Autos You Own**

| Covered Auto Number: 1 | |
|---|---|
| **Town And State Where The Covered Auto Will Be Principally Garaged:** | COUNTRYSIDE, IL |

| **Covered Auto Description** | | | |
|---|---|---|---|
| **Year:** 2008 | **Model:** NPR | | **Make:** ISUZU |
| **Vehicle Identification Number (VIN) / Serial Number:** | | JALB4W16987400580 | |
| **Original Cost New:** 40923 | | **Classification Code:** 23499 | |
| **Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss:** | | | |

| **Coverages – Premiums, Limits And Deductibles** (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding Item Two column applies instead.) | | |
|---|---|---|
| **Coverages** | **Limit** | **Premium** |
| Covered Autos Liability | $ 1,000,000 | Included |
| Personal Injury Protection | | |
| Added Personal Injury Protection | Stated In Each Added Personal Injury Protection Endorsement | Included |
| Property Protection Insurance (Michigan Only) | Stated In The Property Protection Insurance Endorsement Minus<br>No Coverage                          **Deductible** | |
| Auto Medical Payments | **Each Insured** | |
| Medical Expense And Income Loss Benefits (Virginia Only) | Stated In The Medical Expense And Income Loss Benefits Endorsement For Each Person | Included |
| Comprehensive | Stated In Item Two Minus<br>1,000                                **Deductible** | Included |
| Specified Causes Of Loss | Stated In Item Two Minus<br>No Coverage                          **Deductible** | |
| Collision | Stated In Item Two Minus<br>1,000                                **Deductible** | Included |
| Towing And Labor | See CA CW MG0010 | Included |
| | **Vehicle Total** | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.



| Covered Auto Number: | 2 |
|---|---|
| Town And State Where The Covered Auto Will Be Principally Garaged: | COUNTRYSIDE, IL |

| Covered Auto Description |||
|---|---|---|
| Year: 2008 | Model: NPR | Make: ISUZU |
| Vehicle Identification Number (VIN) / Serial Number: | JALB4W16787400450 ||
| Original Cost New: 40385 | Classification Code: 23499 ||
| Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss: |||

| Coverages – Premiums, Limits And Deductibles<br>(Absence of a deductible or limit entry in any column below means that the limit or deductible entry<br>in the corresponding Item Two column applies instead.) |||
|---|---|---|
| **Coverages** | **Limit** | **Premium** |
| Covered Autos Liability | $ 1,000,000 | Included |
| Personal Injury Protection | | |
| Added Personal Injury Protection | Stated In Each Added Personal Injury Protection Endorsement | Included |
| Property Protection Insurance (Michigan Only) | Stated In The Property Protection Insurance Endorsement Minus<br>No Coverage                    **Deductible** | |
| Auto Medical Payments | **Each Insured** | |
| Medical Expense And Income Loss Benefits (Virginia Only) | Stated In The Medical Expense And Income Loss Benefits Endorsement For Each Person | Included |
| Comprehensive | Stated In Item Two Minus<br>1,000                    **Deductible** | Included |
| Specified Causes Of Loss | Stated In Item Two Minus<br>No Coverage                    **Deductible** | |
| Collision | Stated In Item Two Minus<br>1,000                    **Deductible** | Included |
| Towing And Labor | See CA CW MG0010 | Included |
| | **Vehicle Total** | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

CA CW DS0006 0417


**Motorists Insurance**
Member of Motorists Insurance Group

| Covered Auto Number: | 3 | |
|---|---|---|
| **Town And State Where The Covered Auto Will Be Principally Garaged:** | | COUNTRYSIDE, IL |

| Covered Auto Description | | |
|---|---|---|
| **Year:** 2011 | **Model:** NPR | **Make:** ISUZU |
| **Vehicle Identification Number (VIN) / Serial Number:** | | JALC4W162B7005166 |
| **Original Cost New:** 46770 | | **Classification Code:** 33499 |

**Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss:**

### Coverages – Premiums, Limits And Deductibles
(Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding Item Two column applies instead.)

| Coverages | Limit | Premium |
|---|---|---|
| **Covered Autos Liability** | $ 1,000,000 | Included |
| **Personal Injury Protection** | | |
| **Added Personal Injury Protection** | Stated In Each Added Personal Injury Protection Endorsement | Included |
| **Property Protection Insurance (Michigan Only)** | Stated In The Property Protection Insurance Endorsement Minus<br>No Coverage **Deductible** | |
| **Auto Medical Payments** | **Each Insured** | |
| **Medical Expense And Income Loss Benefits (Virginia Only)** | Stated In The Medical Expense And Income Loss Benefits Endorsement For Each Person | Included |
| **Comprehensive** | **Stated In Item Two Minus**<br>1,000 **Deductible** | Included |
| **Specified Causes Of Loss** | **Stated In Item Two Minus**<br>No Coverage **Deductible** | |
| **Collision** | **Stated In Item Two Minus**<br>1,000 **Deductible** | Included |
| **Towing And Labor** | See CA CW MG0010 | Included |
| | **Vehicle Total** | |

CA CW DS0006 0417     Includes copyrighted material of Insurance Services Office, Inc with its permission.    Page 7 of 23
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.



| Covered Auto Number: | 4 | |
|---|---|---|
| Town And State Where The Covered Auto Will Be Principally Garaged: | | COUNTRYSIDE, IL |

| Covered Auto Description | | |
|---|---|---|
| Year: 2011 | Model: NPR | Make: ISUZU |
| Vehicle Identification Number (VIN) / Serial Number: | | JALC4W167B7001176 |
| Original Cost New: 46770 | | Classification Code: 33499 |
| Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss: | | |

| Coverages – Premiums, Limits And Deductibles | | |
|---|---|---|
| (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding Item Two column applies instead.) | | |
| **Coverages** | **Limit** | **Premium** |
| Covered Autos Liability | $ 1,000,000 | Included |
| Personal Injury Protection | | |
| Added Personal Injury Protection | Stated In Each Added Personal Injury Protection Endorsement | Included |
| Property Protection Insurance (Michigan Only) | Stated In The Property Protection Insurance Endorsement Minus<br>No Coverage        Deductible | |
| Auto Medical Payments | Each Insured | |
| Medical Expense And Income Loss Benefits (Virginia Only) | Stated In The Medical Expense And Income Loss Benefits Endorsement For Each Person | Included |
| Comprehensive | Stated In Item Two Minus<br>1,000        Deductible | Included |
| Specified Causes Of Loss | Stated In Item Two Minus<br>No Coverage        Deductible | |
| Collision | Stated In Item Two Minus<br>1,000        Deductible | Included |
| Towing And Labor | See CA CW MG0010 | Included |
| | Vehicle Total | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

CA CW DS0006 0417



**Motorists Insurance**

Member of Motorists Insurance Group

| Covered Auto Number: | 5 |
|---|---|

| Town And State Where The Covered Auto Will Be Principally Garaged: | COUNTRYSIDE, IL |
|---|---|

**Covered Auto Description**

| Year: 2011 | Model: NPR | Make: ISUZU |
|---|---|---|

| Vehicle Identification Number (VIN) / Serial Number: | JALC4W162B7005247 |
|---|---|

| Original Cost New: 46770 | Classification Code: 33499 |
|---|---|

Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss:

**Coverages – Premiums, Limits And Deductibles**
(Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding Item Two column applies instead.)

| Coverages | Limit | Premium |
|---|---|---|
| Covered Autos Liability | $ 1,000,000 | Included |
| Personal Injury Protection | | |
| Added Personal Injury Protection | Stated In Each Added Personal Injury Protection Endorsement | Included |
| Property Protection Insurance (Michigan Only) | Stated In The Property Protection Insurance Endorsement Minus<br>No Coverage          Deductible | |
| Auto Medical Payments | Each Insured | |
| Medical Expense And Income Loss Benefits (Virginia Only) | Stated In The Medical Expense And Income Loss Benefits Endorsement For Each Person | Included |
| Comprehensive | Stated In Item Two Minus<br>1,000          Deductible | Included |
| Specified Causes Of Loss | Stated In Item Two Minus<br>No Coverage          Deductible | |
| Collision | Stated In Item Two Minus<br>1,000          Deductible | Included |
| Towing And Labor | See CA CW MG0010 | Included |
| | Vehicle Total | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.



**Motorists Insurance**
Member of Motorists Insurance Group

| Covered Auto Number: | 6 |
|---|---|

| Town And State Where The Covered Auto Will Be Principally Garaged: PLAINFIELD, IN |
|---|

| Covered Auto Description |
|---|

| Year: 2011 | Model: NPR | Make: ISUZU |
|---|---|---|

| Vehicle Identification Number (VIN) / Serial Number: JALC4W162B7005152 |
|---|

| Original Cost New: 46770 | Classification Code: 33499 |
|---|---|

**Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss:**

| Coverages – Premiums, Limits And Deductibles |||
|---|---|---|
| (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding Item Two column applies instead.) |||
| **Coverages** | **Limit** | **Premium** |
| Covered Autos Liability | $ 1,000,000 | Included |
| Personal Injury Protection | | |
| Added Personal Injury Protection | Stated In Each Added Personal Injury Protection Endorsement | Included |
| Property Protection Insurance (Michigan Only) | Stated In The Property Protection Insurance Endorsement Minus <br> No Coverage **Deductible** | |
| Auto Medical Payments | **Each Insured** | |
| Medical Expense And Income Loss Benefits (Virginia Only) | Stated In The Medical Expense And Income Loss Benefits Endorsement For Each Person | Included |
| Comprehensive | Stated In Item Two Minus <br> 1,000 **Deductible** | Included |
| Specified Causes Of Loss | Stated In Item Two Minus <br> No Coverage **Deductible** | |
| Collision | Stated In Item Two Minus <br> 1,000 **Deductible** | Included |
| Towing And Labor | See CA CW MG0010 | Included |
| | **Vehicle Total** | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

CA CW DS0006 0417


**Motorists Insurance**
Member of Motorists Insurance Group

| | |
|---|---|
| **Covered Auto Number:** 7 | |
| **Town And State Where The Covered Auto Will Be Principally Garaged:** PLAINFIELD, IN | |

| Covered Auto Description | | |
|---|---|---|
| **Year:** 2013 | **Model:** NPR HD | **Make:** ISUZU |
| **Vehicle Identification Number (VIN) / Serial Number:** JALC4W163D7000674 | | |
| **Original Cost New:** 47492 | **Classification Code:** 33499 | |

**Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss:**

| Coverages – Premiums, Limits And Deductibles | | |
|---|---|---|
| (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding Item Two column applies instead.) | | |
| **Coverages** | **Limit** | **Premium** |
| Covered Autos Liability | $ 1,000,000 | Included |
| Personal Injury Protection | | |
| Added Personal Injury Protection | Stated In Each Added Personal Injury Protection Endorsement | Included |
| Property Protection Insurance (Michigan Only) | Stated In The Property Protection Insurance Endorsement Minus<br>No Coverage      **Deductible** | |
| Auto Medical Payments | **Each Insured** | |
| Medical Expense And Income Loss Benefits (Virginia Only) | Stated In The Medical Expense And Income Loss Benefits Endorsement For Each Person | Included |
| Comprehensive | Stated In Item Two Minus<br>1,000      **Deductible** | Included |
| Specified Causes Of Loss | Stated In Item Two Minus<br>No Coverage      **Deductible** | |
| Collision | Stated In Item Two Minus<br>1,000      **Deductible** | Included |
| Towing And Labor | See CA CW MG0010 | Included |
| | **Vehicle Total** | |

CA CW DS0006 0417     Includes copyrighted material of Insurance Services Office, Inc with its permission.     Page 11 of 23
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.



**Motorists Insurance**
Member of Motorists Insurance Group

| Covered Auto Number: | 8 |
|---|---|

| Town And State Where The Covered Auto Will Be Principally Garaged: | PLAINFIELD, IN |
|---|---|

| Covered Auto Description |||
|---|---|---|
| Year: 2013 | Model: NPR HD | Make: ISUZU |
| Vehicle Identification Number (VIN) / Serial Number: | JALC4W166D7000622 ||
| Original Cost New: 47492 | Classification Code: 33499 ||

**Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss:**

| Coverages – Premiums, Limits And Deductibles |||
|---|---|---|
| (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding Item Two column applies instead.) |||
| **Coverages** | **Limit** | **Premium** |
| Covered Autos Liability | $ 1,000,000 | Included |
| Personal Injury Protection | | |
| Added Personal Injury Protection | Stated In Each Added Personal Injury Protection Endorsement | Included |
| Property Protection Insurance (Michigan Only) | Stated In The Property Protection Insurance Endorsement Minus <br> No Coverage      Deductible | |
| Auto Medical Payments | Each Insured | |
| Medical Expense And Income Loss Benefits (Virginia Only) | Stated In The Medical Expense And Income Loss Benefits Endorsement For Each Person | Included |
| Comprehensive | Stated In Item Two Minus <br> 1,000      Deductible | Included |
| Specified Causes Of Loss | Stated In Item Two Minus <br> No Coverage      Deductible | |
| Collision | Stated In Item Two Minus <br> 1,000      Deductible | Included |
| Towing And Labor | See CA CW MG0010 | Included |
| | **Vehicle Total** | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

CA CW DS0006 0417


**Motorists Insurance**
Member of Motorists Insurance Group

| Covered Auto Number: | 9 | |
|---|---|---|
| Town And State Where The Covered Auto Will Be Principally Garaged: | | COUNTRYSIDE, IL |

**Covered Auto Description**

| Year: 2013 | Model: NPR HD | Make: ISUZU |
|---|---|---|

| Vehicle Identification Number (VIN) / Serial Number: | JALC4W166D7000586 |
|---|---|

| Original Cost New: 47492 | Classification Code: 33499 |
|---|---|

**Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss:**

---

**Coverages – Premiums, Limits And Deductibles**
(Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding Item Two column applies instead.)

| Coverages | Limit | Premium |
|---|---|---|
| Covered Autos Liability | $ 1,000,000 | Included |
| Personal Injury Protection | | |
| Added Personal Injury Protection | Stated In Each Added Personal Injury Protection Endorsement | Included |
| Property Protection Insurance (Michigan Only) | Stated In The Property Protection Insurance Endorsement Minus   No Coverage   Deductible | |
| Auto Medical Payments | Each Insured | |
| Medical Expense And Income Loss Benefits (Virginia Only) | Stated In The Medical Expense And Income Loss Benefits Endorsement For Each Person | Included |
| Comprehensive | Stated In Item Two Minus   1,000   Deductible | Included |
| Specified Causes Of Loss | Stated In Item Two Minus   No Coverage   Deductible | |
| Collision | Stated In Item Two Minus   1,000   Deductible | Included |
| Towing And Labor | See CA CW MG0010 | Included |
| | Vehicle Total | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.



**Motorists Insurance**
Member of Motorists Insurance Group

| | |
|---|---|
| **Covered Auto Number:** 10 | |
| **Town And State Where The Covered Auto Will Be Principally Garaged:** ELK GROVE VILLAGE, IL | |

| Covered Auto Description | | |
|---|---|---|
| **Year:** 2006 | **Model:** W3500 | **Make:** GMC |
| **Vehicle Identification Number (VIN) / Serial Number:** J8DB4B16267025444 | | |
| **Original Cost New:** 32250 | **Classification Code:** 23499 | |
| **Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss:** | | |

**Coverages – Premiums, Limits And Deductibles**
(Absence of a deductible or limit entry in any column below means that the limit or deductible entry
in the corresponding Item Two column applies instead.)

| Coverages | Limit | Premium |
|---|---|---|
| **Covered Autos Liability** | $ 1,000,000 | Included |
| **Personal Injury Protection** | | |
| **Added Personal Injury Protection** | Stated In Each Added Personal Injury Protection Endorsement | Included |
| **Property Protection Insurance (Michigan Only)** | Stated In The Property Protection Insurance Endorsement Minus<br>No Coverage        **Deductible** | |
| **Auto Medical Payments** | **Each Insured** | |
| **Medical Expense And Income Loss Benefits (Virginia Only)** | Stated In The Medical Expense And Income Loss Benefits Endorsement For Each Person | Included |
| **Comprehensive** | Stated In Item Two Minus<br>1,000        **Deductible** | Included |
| **Specified Causes Of Loss** | Stated In Item Two Minus<br>No Coverage        **Deductible** | |
| **Collision** | Stated In Item Two Minus<br>1,000        **Deductible** | Included |
| **Towing And Labor** | See CA CW MG0010 | Included |
| | **Vehicle Total** | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

CA CW DS0006 0417



**Motorists Insurance**
Member of Motorists Insurance Group

| Covered Auto Number: | 11 | |
|---|---|---|
| **Town And State Where The Covered Auto Will Be Principally Garaged:** | | ELK GROVE VILLAGE, IL |

| Covered Auto Description | | |
|---|---|---|

| **Year:** 2002 | **Model:** NPR | **Make:** ISUZU |
|---|---|---|

| **Vehicle Identification Number (VIN) / Serial Number:** | JALC4B14027005044 |
|---|---|

| **Original Cost New:** 30000 | **Classification Code:** 23499 |
|---|---|

**Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss:**

| Coverages – Premiums, Limits And Deductibles | | |
|---|---|---|
| (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding Item Two column applies instead.) | | |
| **Coverages** | **Limit** | **Premium** |
| **Covered Autos Liability** | $ 1,000,000 | Included |
| **Personal Injury Protection** | | |
| **Added Personal Injury Protection** | Stated In Each Added Personal Injury Protection Endorsement | Included |
| **Property Protection Insurance (Michigan Only)** | Stated In The Property Protection Insurance Endorsement Minus<br>No Coverage       **Deductible** | |
| **Auto Medical Payments** | **Each Insured** | |
| **Medical Expense And Income Loss Benefits (Virginia Only)** | Stated In The Medical Expense And Income Loss Benefits Endorsement For Each Person | Included |
| **Comprehensive** | Stated In Item Two Minus<br>$       **Deductible** | |
| **Specified Causes Of Loss** | Stated In Item Two Minus<br>$       **Deductible** | |
| **Collision** | Stated In Item Two Minus<br>$       **Deductible** | |
| **Towing And Labor** | $       **Per Disablement** | |
| | **Vehicle Total** | |

CA CW DS0006 0417       Includes copyrighted material of Insurance Services Office, Inc with its permission.       Page 15 of 23
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.



**Motorists Insurance**
Member of Motorists Insurance Group

| Covered Auto Number: | 12 | |
|---|---|---|
| **Town And State Where The Covered Auto Will Be Principally Garaged:** | | ELK GROVE VILLAGE, IL |
| **Covered Auto Description** | | |

| | | |
|---|---|---|
| Year: 2004 | Model: NPR | Make: ISUZU |
| Vehicle Identification Number (VIN) / Serial Number: | JALC4B14847001777 | |
| Original Cost New: 31592 | Classification Code: 33499 | |
| **Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss:** | | |

| Coverages – Premiums, Limits And Deductibles | | |
|---|---|---|
| (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding Item Two column applies instead.) | | |
| **Coverages** | **Limit** | **Premium** |
| Covered Autos Liability | $ 1,000,000 | Included |
| Personal Injury Protection | | |
| Added Personal Injury Protection | Stated In Each Added Personal Injury Protection Endorsement | Included |
| Property Protection Insurance (Michigan Only) | Stated In The Property Protection Insurance Endorsement Minus   No Coverage      Deductible | |
| Auto Medical Payments | Each Insured | |
| Medical Expense And Income Loss Benefits (Virginia Only) | Stated In The Medical Expense And Income Loss Benefits Endorsement For Each Person | Included |
| Comprehensive | Stated In Item Two Minus   1,000      Deductible | Included |
| Specified Causes Of Loss | Stated In Item Two Minus   No Coverage      Deductible | |
| Collision | Stated In Item Two Minus   1,000      Deductible | Included |
| Towing And Labor | See CA CW MG0010 | Included |
| | Vehicle Total | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

CA CW DS0006 0417


| Covered Auto Number: | 13 |
|---|---|

| Town And State Where The Covered Auto Will Be Principally Garaged: | ELK GROVE VILLAGE, IL |
|---|---|

| Covered Auto Description | | |
|---|---|---|
| Year: 2004 | Model: NPR | Make: ISUZU |

| Vehicle Identification Number (VIN) / Serial Number: | JALC4B14X47012585 |
|---|---|

| Original Cost New: 31592 | Classification Code: 33499 |
|---|---|

**Except For Towing, All Physical Damage Loss Is Payable To You And The Loss Payee Named Below According To Their Interests In The Auto At The Time Of The Loss:**

| Coverages – Premiums, Limits And Deductibles | | |
|---|---|---|
| (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding Item Two column applies instead.) | | |
| **Coverages** | **Limit** | **Premium** |
| Covered Autos Liability | $ 1,000,000 | Included |
| Personal Injury Protection | | |
| Added Personal Injury Protection | Stated In Each Added Personal Injury Protection Endorsement | Included |
| Property Protection Insurance (Michigan Only) | Stated In The Property Protection Insurance Endorsement Minus<br>No Coverage          Deductible | |
| Auto Medical Payments | Each Insured | |
| Medical Expense And Income Loss Benefits (Virginia Only) | Stated In The Medical Expense And Income Loss Benefits Endorsement For Each Person | Included |
| Comprehensive | Stated In Item Two Minus<br>1,000          Deductible | Included |
| Specified Causes Of Loss | Stated In Item Two Minus<br>No Coverage          Deductible | |
| Collision | Stated In Item Two Minus<br>1,000          Deductible | Included |
| Towing And Labor | See CA CW MG0010 | Included |
| | **Vehicle Total** | |

CA CW DS0006 0417

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

Page 17 of 23



Member of Motorists Insurance Group

ITEM FOUR

**Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums**

| Covered Autos Liability Coverage – Cost Of Hire Rating Basis For Autos Used In Your Motor Carrier Operations (Other Than Mobile Or Farm Equipment) | | |
|---|---|---|
| **Covered Autos Liability Coverage** | **Estimated Annual Cost Of Hire For All States** | **Premium** |
| **Primary Coverage** | | |
| **Excess Coverage** | | |

For "autos" used in your motor carrier operations, cost of hire means:

1. The total dollar amount of costs you incurred for the hire of automobiles (includes "trailers" and semitrailers) and, if not included therein,

2. The total remunerations of all operators and drivers' helpers, of hired automobiles, whether hired with a driver by lessor or an "employee" of the lessee, or any other third party, and

3. The total dollar amount of any other costs (e.g., repair, maintenance, fuel, etc.) directly associated with operating the hired automobiles, whether such costs are absorbed by the "insured", paid to the lessor or owner, or paid to others.

| Covered Autos Liability Coverage – Cost Of Hire Rating Basis For Autos NOT Used In Your Motor Carrier Operations (Other Than Mobile Or Farm Equipment) | | | |
|---|---|---|---|
| **Covered Autos Liability Coverage** | **State** | **Estimated Annual Cost Of Hire For Each State** | **Premium** |
| **Primary Coverage** | IL | $ 1000 | Included |
| **Excess Coverage** | | | |

For "autos" **NOT** used in your motor carrier operations, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

| **Total Hired Auto Liability Coverage Premium** | |
|---|---|

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

CA CW DS0006 0417



**ITEM FOUR**
**Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums (Cont'd)**

| Physical Damage Coverages – Cost Of Hire Rating Basis For All Autos (Other Than Mobile Or Farm Equipment) | | | |
|---|---|---|---|
| Coverage | Limit Of Insurance | Estimated Annual Cost Of Hire For All States (Excluding Autos Hired With A Driver) | Premium |
| Comprehensive | Actual Cash Value Or Cost Of Repair Or , Whichever Is Less, Minus Deductible For Each Covered Auto, But No Deductible Applies To Loss Caused By Fire Or Lightning | | |
| Specified Causes Of Loss | Actual Cash Value Or Cost Of Repair Or , Whichever Is Less, Minus Deductible For Each Covered Auto For Loss Caused By Mischief Or Vandalism | | |
| Collision | Actual Cash Value Or Cost Of Repair Or , Whichever Is Less, Minus Deductible For Each Covered Auto | | |
| For Physical Damage Coverages, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for any "auto" that is leased, hired, rented or borrowed with a driver. | | | |

CA CW DS0006 0417    Includes copyrighted material of Insurance Services Office, Inc with its permission.    Page 19 of 23
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.



Member of Motorists Insurance Group

**ITEM FOUR**

Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums (Cont'd)

| Cost Of Hire Rating Basis For Mobile Or Farm Equipment – Other Than Physical Damage Coverages | | | | | |
|---|---|---|---|---|---|
| | | Estimated Annual Cost Of Hire For Each State | | Premium | |
| Coverage | State | Mobile Equipment | Farm Equipment | Mobile Equipment | Farm Equipment |
| Covered Autos Liability – Primary Coverage | | | | | |
| Covered Autos Liability – Excess Coverage | | | | | |
| Personal Injury Protection | | | | | |
| Medical Expense Benefits (Virginia Only) | VA | | | | |
| Income Loss Benefits (Virginia Only) | VA | | | | |
| Auto Medical Payments | | | | | |

Cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

CA CW DS0006 0417



Member of Motorists Insurance Group

ITEM FOUR

Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums (Cont'd)

| Cost Of Hire Rating Basis For Mobile Or Farm Equipment – Physical Damage Coverages | | | | | | |
|---|---|---|---|---|---|---|
| | | | Estimated Annual Cost Of Hire For Each State (Excluding Autos Hired With A Driver) | | Premium | |
| Coverage | State | Limit Of Insurance | Mobile Equipment | Farm Equipment | Mobile Equipment | Farm Equipment |
| Com-pre-hen-sive | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus $ (See Item Three) Ded. For Each Covered Auto, But No Deductible Applies To Loss Caused By Fire Or Lightning | | | | |
| Specified Causes Of Loss | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus $ (See Item Three) Ded. For Each Covered Auto For Loss Caused By Mischief Or Vandalism | | | | |
| Collision | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus $ (See Item Three) Ded. For Each Covered Auto | | | | |

For Physical Damage Coverages, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for any auto that is leased, hired, rented or borrowed with a driver.

CA CW DS0006 0417      Includes copyrighted material of Insurance Services Office, Inc with its permission.      Page 21 of 23
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.



**ITEM FOUR**

**Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums (Cont'd)**

| Rental Period Rating Basis For Mobile Or Farm Equipment | | | | | |
|---|---|---|---|---|---|
| Coverage | Garaging State | Estimated Total Number Of Days Equipment Will Be Rented | | Premium | |
| | | Mobile Equipment | Farm Equipment | Mobile Equipment | Farm Equipment |
| Covered Autos Liability – Primary Coverage | | | | | |
| Personal Injury Protection | | | | | |
| Medical Expense Benefits (Virginia Only) | | | | | |
| Income Loss Benefits (Virginia Only) | | | | | |
| Auto Medical Payments | | | | | |

Includes copyrighted material of Insurance Services Office, Inc with its permission.
This Policy is issued by Motorists Commercial Mutual Insurance Company.
The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

CA CW DS0006 0417



Member of Motorists Insurance Group

**ITEM FIVE**

Schedule For Non-ownership Covered Autos Liability

| Named Insured's Business | Rating Basis | Number | Premium |
|---|---|---|---|
| Other Than Garage Service Operations And Other Than Social Service Agencies | Number Of Employees | | |
| | Number Of Partners (Active And Inactive) | | |
| Garage Service Operations | Number Of Employees Whose Principal Duty Involves The Operation Of Autos | | |
| | Number Of Partners (Active And Inactive) | | |
| Social Service Agencies | Number Of Employees | | |
| | Number Of Volunteers Who Regularly Use Autos To Transport Clients | | |
| Total Non-ownership Covered Autos Liability Premium | | | |

**ITEM SIX**

**Schedule For Gross Receipts Or Mileage Basis**

**ITEM SIX**

**Schedule For Gross Receipts Or Mileage Basis (Cont'd)**

When used as a premium basis:

**FOR PUBLIC AUTOS**

Gross receipts means the total amount earned by the named insured for transporting passengers, mail and merchandise.

Gross receipts does not include:

1. Amounts paid to air, sea or land carriers operating under their own permits.
2. Advertising revenue.
3. Taxes collected as a separate item and paid directly to the government.
4. C.O.D. collections for cost of mail or merchandise including collection fees.

Mileage means the total live and dead mileage of all revenue producing "autos" during the policy period.

**FOR RENTAL OR LEASING CONCERNS**

Gross receipts means the total amount earned by the named insured for the leasing or renting of "autos" to others without drivers.

Mileage means the total live and dead mileage of all "autos" you leased or rented to others without drivers.

CA CW DS0006 0417

Includes copyrighted material of Insurance Services Office, Inc with its permission.

This Policy is issued by Motorists Commercial Mutual Insurance Company.

The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.

Page 23 of 23

# BUSINESS AUTO COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

## SECTION I – COVERED AUTOS

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

**A. Description Of Covered Auto Designation Symbols**

| Symbol | Description Of Covered Auto Designation Symbols | |
|---|---|---|
| 1 | Any "Auto" | |
| 2 | Owned "Autos" Only | Only those "autos" you own (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| 3 | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| 4 | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| 5 | Owned "Autos" Subject To No-fault | Only those "autos" you own that are required to have no-fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have no-fault benefits in the state where they are licensed or principally garaged. |
| 6 | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| 7 | Specifically Described "Autos" | Only those "autos" described in Item Three of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to any power unit described in Item Three). |
| 8 | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| 9 | Non-owned "Autos" Only | Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households but only while used in your business or your personal affairs. |

 © Insurance Services Office, Inc., 2011

| 19 | Mobile Equipment Subject To Compulsory Or Financial Responsibility Or Other Motor Vehicle Insurance Law Only | Only those "autos" that are land vehicles and that would qualify under the definition of "mobile equipment" under this policy if they were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where they are licensed or principally garaged. |
|---|---|---|

**B. Owned Autos You Acquire After The Policy Begins**

1. If Symbols **1**, **2**, **3**, **4**, **5**, **6** or **19** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

2. But, if Symbol **7** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   a. We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   b. You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

**C. Certain Trailers, Mobile Equipment And Temporary Substitute Autos**

If Covered Autos Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Covered Autos Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. "Mobile equipment" while being carried or towed by a covered "auto".

3. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   a. Breakdown;

   b. Repair;

   c. Servicing;

   d. "Loss"; or

   e. Destruction.

**SECTION II – COVERED AUTOS LIABILITY COVERAGE**

**A. Coverage**

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto".

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Covered Autos Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

1. **Who Is An Insured**

   The following are "insureds":

   a. You for any covered "auto".

   b. Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

      (1) The owner or anyone else from whom you hire or borrow a covered "auto".

      This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

© Insurance Services Office, Inc., 2011

CA 00 01 10 13

**(2)** Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

**(3)** Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

**(4)** Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company) or a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".

**(5)** A partner (if you are a partnership) or a member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.

**c.** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**2. Coverage Extensions**

**a. Supplementary Payments**

We will pay for the "insured":

**(1)** All expenses we incur.

**(2)** Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

**(3)** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**(5)** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**b. Out-of-state Coverage Extensions**

While a covered "auto" is away from the state where it is licensed, we will:

**(1)** Increase the Limit of Insurance for Covered Autos Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

**(2)** Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

**B. Exclusions**

This insurance does not apply to any of the following:

**1. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

**2. Contractual**

Liability assumed under any contract or agreement.

But this exclusion does not apply to liability for damages:

**a.** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**b.** That the "insured" would have in the absence of the contract or agreement.

**3. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

© Insurance Services Office, Inc., 2011

**4. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

**a.** An "employee" of the "insured" arising out of and in the course of:

    **(1)** Employment by the "insured"; or

    **(2)** Performing the duties related to the conduct of the "insured's" business; or

**b.** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **a.** above.

This exclusion applies:

    **(1)** Whether the "insured" may be liable as an employer or in any other capacity; and

    **(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of the Coverage Form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

**5. Fellow Employee**

"Bodily injury" to:

**a.** Any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business; or

**b.** The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **a.** above.

**6. Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving property owned or transported by the "insured" or in the "insured's" care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

**7. Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

**a.** Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

**b.** After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

**8. Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

**9. Operations**

"Bodily injury" or "property damage" arising out of the operation of:

**a.** Any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment"; or

**b.** Machinery or equipment that is on, attached to or part of a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

**10. Completed Operations**

"Bodily injury" or "property damage" arising out of your work after that work has been completed or abandoned.

In this exclusion, your work means:

**a.** Work or operations performed by you or on your behalf; and

**b.** Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in Paragraph **a.** or **b.** above.

Your work will be deemed completed at the earliest of the following times:

    **(1)** When all of the work called for in your contract has been completed;

    **(2)** When all of the work to be done at the site has been completed if your contract calls for work at more than one site; or

    **(3)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

© Insurance Services Office, Inc., 2011

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**11. Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts if:

**(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**12. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**13. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**C. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined resulting from any one "accident" is the Limit Of Insurance for Covered Autos Liability Coverage shown in the Declarations.

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

## SECTION III – PHYSICAL DAMAGE COVERAGE

### A. Coverage

1. We will pay for "loss" to a covered "auto" or its equipment under:

   **a. Comprehensive Coverage**

   From any cause except:

   (1) The covered "auto's" collision with another object; or

   (2) The covered "auto's" overturn.

   **b. Specified Causes Of Loss Coverage**

   Caused by:

   (1) Fire, lightning or explosion;

   (2) Theft;

   (3) Windstorm, hail or earthquake;

   (4) Flood;

   (5) Mischief or vandalism; or

   (6) The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

   **c. Collision Coverage**

   Caused by:

   (1) The covered "auto's" collision with another object; or

   (2) The covered "auto's" overturn.

2. **Towing**

   We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" of the private passenger type is disabled. However, the labor must be performed at the place of disablement.

3. **Glass Breakage – Hitting A Bird Or Animal – Falling Objects Or Missiles**

   If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

   **a.** Glass breakage;

   **b.** "Loss" caused by hitting a bird or animal; and

   **c.** "Loss" caused by falling objects or missiles.

   However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

4. **Coverage Extensions**

   **a. Transportation Expenses**

   We will pay up to $20 per day, to a maximum of $600, for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes Of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

   **b. Loss Of Use Expenses**

   For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

   (1) Other than collision only if the Declarations indicates that Comprehensive Coverage is provided for any covered "auto";

   (2) Specified Causes Of Loss only if the Declarations indicates that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

© Insurance Services Office, Inc., 2011

**(3)** Collision only if the Declarations indicates that Collision Coverage is provided for any covered "auto".

However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

## B. Exclusions

1. We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

   **a. Nuclear Hazard**

   **(1)** The explosion of any weapon employing atomic fission or fusion; or

   **(2)** Nuclear reaction or radiation, or radioactive contamination, however caused.

   **b. War Or Military Action**

   **(1)** War, including undeclared or civil war;

   **(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   **(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2. We will not pay for "loss" to any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such a contest or activity.

3. We will not pay for "loss" due and confined to:

   **a.** Wear and tear, freezing, mechanical or electrical breakdown.

   **b.** Blowouts, punctures or other road damage to tires.

   This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

4. We will not pay for "loss" to any of the following:

   **a.** Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

   **b.** Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

   **c.** Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

   **d.** Any accessories used with the electronic equipment described in Paragraph **c.** above.

5. Exclusions **4.c.** and **4.d.** do not apply to equipment designed to be operated solely by use of the power from the "auto's" electrical system that, at the time of "loss", is:

   **a.** Permanently installed in or upon the covered "auto";

   **b.** Removable from a housing unit which is permanently installed in or upon the covered "auto";

   **c.** An integral part of the same unit housing any electronic equipment described in Paragraphs **a.** and **b.** above; or

   **d.** Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system.

6. We will not pay for "loss" to a covered "auto" due to "diminution in value".

## C. Limits Of Insurance

1. The most we will pay for:

   **a.** "Loss" to any one covered "auto" is the lesser of:

   **(1)** The actual cash value of the damaged or stolen property as of the time of the "loss"; or

   **(2)** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

   **b.** All electronic equipment that reproduces, receives or transmits audio, visual or data signals in any one "loss" is $1,000, if, at the time of "loss", such electronic equipment is:

   **(1)** Permanently installed in or upon the covered "auto" in a housing, opening or other location that is not normally used by the "auto" manufacturer for the installation of such equipment;

(2) Removable from a permanently installed housing unit as described in Paragraph **b.(1)** above; or

(3) An integral part of such equipment as described in Paragraphs **b.(1)** and **b.(2)** above.

**2.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

**3.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**D. Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

## SECTION IV – BUSINESS AUTO CONDITIONS

The following conditions apply in addition to the Common Policy Conditions:

**A. Loss Conditions**

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

**a.** In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident" or "loss". Include:

(1) How, when and where the "accident" or "loss" occurred;

(2) The "insured's" name and address; and

(3) To the extent possible, the names and addresses of any injured persons and witnesses.

**b.** Additionally, you and any other involved "insured" must:

(1) Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

(2) Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

(3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

(4) Authorize us to obtain medical records or other pertinent information.

(5) Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

**c.** If there is "loss" to a covered "auto" or its equipment, you must also do the following:

(1) Promptly notify the police if the covered "auto" or any of its equipment is stolen.

(2) Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

(3) Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

(4) Agree to examinations under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

**a.** There has been full compliance with all the terms of this Coverage Form; and

**b.** Under Covered Autos Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

4. **Loss Payment – Physical Damage Coverages**

   At our option, we may:

   a. Pay for, repair or replace damaged or stolen property;

   b. Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

   c. Take all or any part of the damaged or stolen property at an agreed or appraised value.

   If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

5. **Transfer Of Rights Of Recovery Against Others To Us**

   If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

B. **General Conditions**

1. **Bankruptcy**

   Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

2. **Concealment, Misrepresentation Or Fraud**

   This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

   a. This Coverage Form;

   b. The covered "auto";

   c. Your interest in the covered "auto"; or

   d. A claim under this Coverage Form.

3. **Liberalization**

   If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

4. **No Benefit To Bailee – Physical Damage Coverages**

   We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

5. **Other Insurance**

   a. For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Covered Autos Liability Coverage this Coverage Form provides for the "trailer" is:

      (1) Excess while it is connected to a motor vehicle you do not own; or

      (2) Primary while it is connected to a covered "auto" you own.

   b. For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

   c. Regardless of the provisions of Paragraph a. above, this Coverage Form's Covered Autos Liability Coverage is primary for any liability assumed under an "insured contract".

   d. When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

6. **Premium Audit**

   a. The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

   b. If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

### 7. Policy Period, Coverage Territory

Under this Coverage Form, we cover "accidents" and "losses" occurring:

**a.** During the policy period shown in the Declarations; and

**b.** Within the coverage territory.

The coverage territory is:

**(1)** The United States of America;

**(2)** The territories and possessions of the United States of America;

**(3)** Puerto Rico;

**(4)** Canada; and

**(5)** Anywhere in the world if a covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less,

provided that the "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada, or in a settlement we agree to.

We also cover "loss" to, or "accidents" involving, a covered "auto" while being transported between any of these places.

### 8. Two Or More Coverage Forms Or Policies Issued By Us

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us applies to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

## SECTION V – DEFINITIONS

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Auto" means:

**1.** A land motor vehicle, "trailer" or semitrailer designed for travel on public roads; or

**2.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these.

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

 © Insurance Services Office, Inc., 2011

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

   **(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

   **(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraph **6.b.** or **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

   **(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

   **(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**E.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**F.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**G.** "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**H.** "Insured contract" means:

   **1.** A lease of premises;

   **2.** A sidetrack agreement;

   **3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   **4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   **5.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement; or

   **6.** That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

   **a.** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

   **b.** That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

   **c.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

**I.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**J.** "Loss" means direct and accidental loss or damage.

**K.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

   **1.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

   **2.** Vehicles maintained for use solely on or next to premises you own or rent;

   **3.** Vehicles that travel on crawler treads;

**4.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

    **a.** Power cranes, shovels, loaders, diggers or drills; or

    **b.** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**5.** Vehicles not described in Paragraph **1., 2., 3.** or **4.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

    **a.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well-servicing equipment; or

    **b.** Cherry pickers and similar devices used to raise or lower workers; or

**6.** Vehicles not described in Paragraph **1., 2., 3.** or **4.** above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

    **a.** Equipment designed primarily for:

        **(1)** Snow removal;

        **(2)** Road maintenance, but not construction or resurfacing; or

        **(3)** Street cleaning;

    **b.** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

    **c.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well-servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**L.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**M.** "Property damage" means damage to or loss of use of tangible property.

**N.** "Suit" means a civil proceeding in which:

    **1.** Damages because of "bodily injury" or "property damage"; or

    **2.** A "covered pollution cost or expense";

to which this insurance applies, are alleged.

"Suit" includes:

    **a.** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

    **b.** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the insured submits with our consent.

**O.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**P.** "Trailer" includes semitrailer.

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# INDIANA CHANGES

For a covered "auto" licensed in, or "auto dealer operations" conducted in, Indiana, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement or to any amendment to or replacement thereof, the provisions of the Coverage Form apply unless modified by the endorsement.

## Changes In Conditions

**A.** Except as provided in Paragraph **B.** of this endorsement, **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are changed by adding the following and supersedes any provision to the contrary:

If there is other applicable insurance available under one or more policies or provisions of coverage, any insurance we provide for any covered "auto" owned by an "insured" is primary and shall first be exhausted.

**B.** **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are changed by adding the following:

**1.** When two Coverage Forms providing liability coverage apply to an "auto" and:

**a.** One provides coverage to a named insured engaged in the business of selling, repairing, servicing, delivering, testing, road testing, parking or storing "autos"; and

**b.** The other provides coverage to a person not engaged in that business; and

**c.** At the time of an "accident" a person described in **1.b.** is operating an "auto" owned by the business described in **1.a.**, then that person's liability coverage is primary and the Coverage Form issued to a business described in **1.a.** is excess over any coverage available to that person.

**2.** When two Coverage Forms providing liability coverage apply to an "auto" and:

**a.** One provides coverage to a named insured engaged in the business of repairing, servicing, parking or storing "autos"; and

**b.** The other provides coverage to a person not engaged in that business; and

**c.** At the time of an "accident" an "insured" under the Coverage Form described in **2.a.** is operating an "auto" owned by a person described in **2.b.**, then the liability Coverage Form issued to the business described in **2.a.** is primary and the Coverage Form issued to a person described in **2.b.** is excess over any coverage available to the business.

 © Insurance Services Office, Inc., 2012

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES

For a covered "auto" licensed or principally garaged in Illinois, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Covered Autos Liability Coverage**

1. Paragraph **1.b.(3)** of the **Who Is An Insured** provision does not apply.

2. The **Limit Of Insurance** provision applies except that we will apply the Covered Autos Liability Coverage limit shown in the Declarations to first provide the separate limits required by the Illinois Safety Responsibility Law as follows:

   a. $25,000 for "bodily injury" to any one person caused by any one "accident";

   b. $50,000 for "bodily injury" to two or more persons caused by any one "accident"; and

   c. $20,000 for "property damage" caused by any one "accident".

   This provision will not change our total Limit of Insurance for Covered Autos Liability Coverage.

**B. Changes In Physical Damage Coverage**

Paragraph **3.** of the **Limits Of Insurance** provision is replaced by the following:

3. We may deduct for betterment if:

   a. The deductions reflect a measurable decrease in market value attributable to the poorer condition of, or prior damage to, the vehicle.

   b. The deductions are for prior wear and tear, missing parts and rust damage that are reflective of the general overall condition of the vehicle considering its age. In this event, deductions may not exceed $500.

**C. Changes In Conditions**

The **Other Insurance** Condition in the Business Auto Coverage Form and the **Other Insurance – Primary And Excess Insurance Provisions** Condition in the Motor Carrier Coverage Form are changed by the addition of the following:

Covered Autos Liability Coverage provided by this Coverage Form for any "auto" you do not own is primary if:

1. The "auto" is owned or held for sale or lease by a new or used vehicle dealership;

2. The "auto" is operated by an "insured" with the permission of the dealership described in Paragraph 1. while your "auto" is being repaired or evaluated; and

3. The Limit of Insurance for Covered Autos Liability Coverage under this Policy is at least:

   a. $100,000 for "bodily injury" to any one person caused by any one "accident";

   b. $300,000 for "bodily injury" to two or more persons caused by any one "accident"; and

   c. $50,000 for "property damage" caused by any one "accident".

© Insurance Services Office, Inc., 2014

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES –
# CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The **Cancellation** Common Policy Condition is replaced by the following:

**Cancellation**

1. The first Named Insured shown in the Declarations may cancel this Policy by mailing us advance written notice of cancellation.

2. When this Policy is in effect 61 days or more or is a renewal or continuation policy, we may cancel only for one or more of the following reasons by mailing you written notice of cancellation, stating the reasons for cancellation.

   **a.** Nonpayment of premium.

   **b.** The Policy was obtained through a material misrepresentation.

   **c.** Any "insured" has violated any of the terms and conditions of the Policy.

   **d.** The risk originally accepted has measurably increased.

   **e.** Certification to the Director of Insurance of the loss of reinsurance by the insurer which provided coverage to us for all or a substantial part of the underlying risk insured.

   **f.** A determination by the Director of Insurance that the continuation of the Policy could place us in violation of the Illinois insurance laws.

3. If we cancel for nonpayment of premium, we will mail you at least 10 days' written notice.

4. If this Policy is cancelled for other than nonpayment of premium and the Policy is in effect:

   **a.** 60 days or less, we will mail you at least 30 days' written notice.

   **b.** 61 days or more, we will mail you at least 60 days' written notice.

5. If this Policy is cancelled, we will send you any premium refund due. If we cancel, the refund will be pro rata. If you cancel, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. The effective date of cancellation stated in the notice shall become the end of the policy period.

7. Our notice of cancellation will state the reason for cancellation.

8. We will mail our cancellation notice to you at your last address known to us. Proof of mailing will be sufficient proof of notice.

9. Notification of cancellation will also be sent to your broker, if known, or agent of record, if known, and to the loss payee listed on the Policy.

**B.** The following is added and supersedes any provision to the contrary:

**Nonrenewal**

If we decide not to renew or continue this Policy, we will mail you written notice, stating the reason for nonrenewal, at least 60 days before the end of the policy period. Proof of mailing will be sufficient proof of notice. Notification will also be sent to your broker, if known, or agent of record, if known, and to the loss payee listed on the Policy. If we offer to renew or continue and you do not accept, this Policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

If we fail to mail proper written notice of nonrenewal and you obtain other insurance, this Policy will end on the effective date of that insurance.

© Insurance Services Office, Inc., 2017

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DEDUCTIBLE LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** AFM Mattress Company LLC |
| **Endorsement Effective Date:** 07/01/2019 |

## SCHEDULE

Covered Autos Liability Coverage and Paragraph **A.** Bodily Injury And Property Damage Liability of Section **II** – General Liability Coverages in the Auto Dealers Coverage Form are subject to one of the following two deductibles shown below:

| | | |
|---|---|---|
| **Liability Deductible:** | $ No Deductible | Per "Accident" |
| | **OR** | |
| **"Property Damage" Only Liability Deductible:** | $ | Per "Accident" |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**A. Liability Deductible**

If a Liability Deductible, and not a "Property Damage" Only Liability Deductible, is shown in the Schedule, the damages resulting from any one "accident" that are otherwise payable will be reduced by the Liability Deductible shown in the Schedule prior to the application of the Limit of Insurance provision.

**B. Property Damage Only Liability Deductible**

If a "Property Damage" Only Liability Deductible, and not a Liability Deductible, is shown in the Schedule, the damages resulting from any one "accident" that are otherwise payable for "property damage" will be reduced by the "Property Damage" Only Liability Deductible shown in the Schedule prior to the application of the Limit of Insurance provision.

**C. Our Right To Reimbursement**

To settle any claim or "suit", we will pay all or any part of any deductible shown in the Schedule. You must reimburse us for the deductible or the part of the deductible we paid.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# INDIANA CHANGES – POLLUTION EXCLUSION

For a covered "auto" licensed in, or "garage operations" conducted in, Indiana, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement or to any amendment to or replacement thereof, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Covered Autos Liability Coverage**

The following is added to the **Pollution** Exclusion:

This Pollution Exclusion applies whether or not such irritant or contaminant has any function in your business, operations, premises, site or location.

**B. Changes In General Liability Coverages**

With respect to the Auto Dealers Coverage Form:

1. The following is added to Exclusion **2.f. Pollution** of Paragraph **A. Bodily Injury And Property Damage Liability:**

   This Pollution Exclusion applies whether or not such irritant or contaminant has any function in your business, operations, premises, site or location.

2. The following is added to Exclusion **2.l. Pollution** of Paragraph **B. Personal And Advertising Injury Liability:**

   This Pollution Exclusion applies whether or not such irritant or contaminant has any function in your business, operations, premises, site or location.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PRIMARY AND NONCONTRIBUTORY – OTHER INSURANCE CONDITION

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following is added to the **Other Insurance** Condition in the Business Auto Coverage Form and the **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form and supersedes any provision to the contrary:

This Coverage Form's Covered Autos Liability Coverage is primary to and will not seek contribution from any other insurance available to an "insured" under your policy provided that:

1. Such "insured" is a Named Insured under such other insurance; and

2. You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to such "insured".

**B.** The following is added to the **Other Insurance** Condition in the Auto Dealers Coverage Form and supersedes any provision to the contrary:

This Coverage Form's Covered Autos Liability Coverage and General Liability Coverages are primary to and will not seek contribution from any other insurance available to an "insured" under your policy provided that:

1. Such "insured" is a Named Insured under such other insurance; and

2. You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to such "insured".

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS UNINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Illinois, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** AFM Mattress Company LLC |
| **Endorsement Effective Date:** 07/01/2019 |

## SCHEDULE

| | |
|---|---|
| **Limit Of Insurance:** $ 1,000,000 | Each "Accident" |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

2. Any judgment for damages arising out of a "suit" brought without our written consent is not binding on us.

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   a. The Named Insured and any "family members".

b. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

c. Anyone else "occupying" an "auto" you do not own who is an "insured" for Covered Autos Liability under the Coverage Form, but only at times when that person is an "insured" for Covered Autos Liability under the Coverage Form.

d. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

   a. Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

© Insurance Services Office, Inc., 2012

**b.** Anyone else "occupying" an "auto" you do not own who is an "insured" for Covered Autos Liability under the Coverage Form, but only at times when that person is an "insured" for Covered Autos Liability under the Coverage Form.

**c.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

## C. Exclusions

This insurance does not apply to any of the following:

**1.** Any claim settled without our consent.

**2.** The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

**3.** "Bodily injury" sustained by:

**a.** An individual Named Insured while "occupying" or when struck by any vehicle owned by that Named Insured that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form;

**b.** Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form; or

**c.** Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Uninsured Motorists Coverage on a primary basis under any other Coverage Form or policy.

**4.** Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**5.** Punitive or exemplary damages.

**6.** "Bodily injury" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## D. Limit Of Insurance

**1.** Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the Limit Of Insurance for Uninsured Motorists Insurance shown in the Schedule or Declarations.

We will apply the limit shown in the Declarations to first provide the separate limits required by the Illinois Safety Responsibility Law as follows:

**a.** $20,000 for "bodily injury" to any one person caused by any one "accident"; and

**b.** $40,000 for "bodily injury" to two or more persons caused by any one "accident".

This provision will not change our total limit of liability.

**2.** No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Liability Coverage form, Medical Payments Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

We will not pay for any element of "loss" if a person is entitled to receive payment for the same element of "loss" under any workers' compensation, disability benefits or similar law.

## E. Changes In Conditions

The Conditions are changed for Uninsured Motorists Insurance Coverage as follows:

**1.** **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are replaced by the following:

If there is other applicable insurance available under one or more policies or provisions of coverage:

**a.** The maximum recovery under all Coverage Forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any Coverage Form or policy providing coverage on either a primary or excess basis.

© Insurance Services Office, Inc., 2012

b. Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis.

c. If the coverage under this Coverage Form is provided:

(1) On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

(2) On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

2. **Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are changed by adding the following:

a. Promptly notify the police if a hit-and-run driver is involved; and

b. Promptly send us copies of the legal papers if a "suit" is brought.

3. **Legal Action Against Us** is replaced by the following:

**Legal Action Against Us**

a. No one may bring a legal action against us under this Coverage Form until there has been full compliance with all the terms of this Coverage Form.

b. Any legal action against us must be brought within two years after the date of the "accident". However, this Paragraph **3.b.** does not apply to an "insured" if, within two years after the date of the "accident", arbitration proceedings have commenced in accordance with the provisions of this Coverage Form.

4. **Transfer Of Rights Of Recovery Against Others To Us** does not apply.

5. The following conditions are added:

**Reimbursement And Trust**

If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

**Arbitration**

a. If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "uninsured motor vehicle" or do not agree as to the amount of damages, then the disagreement will be arbitrated. If the "insured" requests, we and the "insured" will each select an arbitrator. The two arbitrators will select a third. If the arbitrators are not selected within 45 days of the "insured's" request, either party may request that arbitration be submitted to the American Arbitration Association. We will bear all the expenses of the arbitration except when the "insured's" recovery exceeds the minimum limit specified in the Illinois Safety Responsibility Law.

If this occurs, the "insured" will be responsible for payment of his or her expenses and an equal share of the expenses of the third arbitrator up to the amount by which the "insured's" recovery exceeds the statutory minimum.

b. Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives.

c. If arbitration is submitted to the American Arbitration Association, then the American Arbitration Association rules shall apply to all matters except medical opinions. As to medical opinions, if the amount of damages being sought:

(1) Is equal to or less than the minimum limit for bodily injury liability specified by the Illinois Safety Responsibility Law, then the American Arbitration Association rules shall apply.

(2) Exceeds the minimum limit for bodily injury liability specified by the Illinois Safety Responsibility Law, then rules of evidence that apply in the circuit court for placing medical opinions into evidence shall apply.

In all other arbitration proceedings, local rules of law as to arbitration procedure and evidence will apply.

© Insurance Services Office, Inc., 2012

**d.** If the arbitration involves three arbitrators, a decision agreed to by two of the arbitrators will be binding for the amount of damages not exceeding the lesser of either:

**(1)** $50,000 for "bodily injury" to any one person/$100,000 for "bodily injury" to two or more persons caused by any one "accident"; or

**(2)** The Limit Of Uninsured Motorists Insurance shown in the Schedule or Declarations.

## F. Additional Definitions

As used in this endorsement:

**1.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption, who is a resident of such Named Insured's household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

**3.** "Uninsured motor vehicle" means a land motor vehicle or "trailer":

**a.** For which no liability bond or policy at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged;

**b.** For which an insuring or bonding company denies coverage or is or becomes insolvent; or

**c.** That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must hit, or cause an object to hit, an "insured", a covered "auto" or a vehicle an "insured" is "occupying". If there is no physical contact with the hit-and-run vehicle, the facts of the "accident" must be proved.

However, "uninsured motor vehicle" does not include any vehicle:

**a.** Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;

**b.** Owned by a governmental unit or agency; or

**c.** Designed for use mainly off public roads while not on public roads.

© Insurance Services Office, Inc., 2012

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS UNDERINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Illinois, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** AFM Mattress Company LLC |
| **Endorsement Effective Date:** 07/01/2019 |

**SCHEDULE**

| | |
|---|---|
| **Limit Of Insurance:** $ 1,000,000 | Each "Accident" |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

## A. Coverage

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "underinsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "underinsured motor vehicle".

2. We will pay only after all liability bonds or policies have been exhausted by payment of judgments or settlements, unless:

   a. We have been given prompt written notice of a "tentative settlement" and decide to advance payment to the "insured" in an amount equal to that "tentative settlement" within 30 days after receipt of notification; or

   b. We and an "insured" have reached a "settlement agreement".

3. Any judgment for damages arising out of a "suit" brought without written notice to us is not binding on us.

## B. Who Is An Insured

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   a. The Named Insured and any "family members".

   b. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

c. Anyone else "occupying" an "auto" you do not own who is an "insured" for Covered Autos Liability Coverage under the Coverage Form, but only at times when that person is an "insured" for Covered Autos Liability Coverage under the Coverage Form.

d. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

a. Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

b. Anyone else "occupying" an "auto" you do not own who is an "insured" for Covered Autos Liability Coverage under the Coverage Form, but only at times when that person is an "insured" for Covered Autos Liability Coverage under the Coverage Form.

c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

## C. Exclusions

This insurance does not apply to any of the following:

1. The direct or indirect benefit of any insurer under any workers' compensation, disability benefits or similar law.

2. "Bodily injury" sustained by:

a. An individual Named Insured while "occupying" or when struck by any auto owned by that Named Insured that is not a covered "auto" for Underinsured Motorists Coverage under this Coverage Form;

b. Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Underinsured Motorists Coverage under this Coverage Form; or

c. Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Underinsured Motorists Coverage on a primary basis under any other Coverage Form or policy.

3. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

4. Punitive or exemplary damages.

5. "Bodily injury" arising directly or indirectly out of:

a. War, including undeclared or civil war;

b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## D. Limit Of Insurance

1. Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the Limit Of Insurance for Underinsured Motorists Coverage shown in this endorsement.

2. Except in the event of a "settlement agreement", the Limit of Insurance for this coverage shall be reduced by all sums paid or payable:

a. By or for anyone who is legally responsible, including all sums paid under this Coverage Form's Covered Autos Liability Coverage.

b. Under any workers' compensation, disability benefits or similar law. However, the Limit of Insurance for this coverage shall not be reduced by any sums paid or payable under Social Security disability benefits.

c. Under any automobile medical payments coverage.

3. In the event of a "settlement agreement", the maximum Limit of Insurance for this coverage shall be the amount by which the Limit of Insurance for this coverage exceeds the limits of bodily injury liability bonds or policies applicable to the owner or operator of the "underinsured motor vehicle".

4. No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Liability Coverage form.

## E. Changes In Conditions

The Conditions are changed for Underinsured Motorists Coverage as follows:

1. **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are replaced by the following:

   If there is other applicable insurance available under one or more policies or provisions of coverage:

   a. The maximum recovery under all coverage forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any Coverage Form or policy providing coverage on either a primary or excess basis.

   b. Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any other collectible underinsured motorists insurance providing coverage on a primary basis.

   c. If the coverage under this Coverage Form is provided:

      (1) On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

      (2) On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

2. **Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are changed by adding the following:

   a. Give us written notice of a "tentative settlement" and allow us to advance payment in an amount equal to that settlement within 30 days after receipt of notification to preserve our rights against the owner or operator of the "underinsured motor vehicle".

   b. File "suit" against the owner or operator of the "underinsured motor vehicle" prior to the conclusion of a "settlement agreement". Such "suit" cannot be abandoned or settled without giving us written notice of a "tentative settlement" and allowing us 30 days to advance payment in an amount equal to that settlement to preserve our rights against the owner or operator of the "underinsured motor vehicle".

   c. Promptly send us copies of the legal papers if a "suit" is brought.

3. **Legal Action Against Us** is replaced by the following:

   **Legal Action Against Us**

   a. No one may bring a legal action against us under this Coverage Form until there has been full compliance with all the terms of this Coverage Form.

   b. Any legal action against us under this Coverage Form must be brought within two years after the date of the "accident". However, this Paragraph **3.b.** does not apply if, within two years after the date of the "accident":

      (1) Arbitration proceedings have commenced in accordance with the provisions of this Coverage Form; or

      (2) The "insured" has filed an action for "bodily injury" against the owner or operator of an "underinsured motor vehicle", and such action is:

         (a) Filed in a court of competent jurisdiction; and

         (b) Not barred by the applicable state statute of limitations.

   In the event that the two-year time limitation identified in this condition does not apply, the applicable state statute of limitations will govern legal action against us under this Coverage Form.

4. The following is added to **Transfer Of Rights Of Recovery Against Others To Us**:

   Transfer Of Rights Of Recovery Against Others To Us does not apply to damages caused by an "accident" with an "underinsured motor vehicle" if we:

   a. Have been given written notice of a "tentative settlement" between an "insured" and the insurer of an "underinsured motor vehicle"; and

**b.** Fail to advance payment to the "insured" in an amount equal to the "tentative settlement" within 30 days after receipt of the notice.

If we advance payment to the "insured" in an amount equal to the "tentative settlement" within 30 days after receipt of notice:

**a.** That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Underinsured Motorists Coverage; and

**b.** We will also have a right to recover the advanced payment.

However, in the event of a "settlement agreement", we shall be entitled to recover only for amounts which exceed the limit of bodily injury liability bonds or policies applicable to the owner or operator of the "underinsured motor vehicle".

**5.** The following conditions are added:

**Reimbursement And Trust**

If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

However, in the event of a "settlement agreement", we shall be entitled to recover only for amounts which exceed the limit of bodily injury liability bonds or policies applicable to the owner or operator of the "underinsured motor vehicle".

**Arbitration**

**a.** If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "underinsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Either party may make a written demand for arbitration. In this event, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

**b.** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption, who is a resident of such Named Insured's household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

**3.** "Settlement agreement" means we and an "insured" agree that the "insured" is legally entitled to recover, from the owner or operator of the "underinsured motor vehicle", damages for "bodily injury" and, without arbitration, agree also as to the amount of damages. Such agreement is final and binding regardless of any subsequent judgment or settlement reached by the "insured" with the owner or operator of the "underinsured motor vehicle".

**4.** "Tentative settlement" means an offer from the owner or operator of the "underinsured motor vehicle" to compensate an "insured" for damages incurred because of "bodily injury" sustained in an accident involving an "underinsured motor vehicle".

**5.** "Underinsured motor vehicle" means a land motor vehicle or "trailer" for which the sum of all liability bonds or policies at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged, but that sum is either less than the Limit of Insurance of this coverage or reduced by payments to other persons resulting from the same "accident" to an amount less than the Limit of Insurance of this coverage. However, "underinsured motor vehicle" does not include any vehicle:

**a.** Owned or operated by any self-insurer under any applicable motor vehicle law.

**b.** Owned by a governmental unit or agency.

**c.** Designed for use mainly off public roads while not on public roads.

**d.** Which is an "uninsured motor vehicle".

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# INDIANA UNINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Indiana, this endorsement modifies insurance provided under the following:

    AUTO DEALERS COVERAGE FORM
    BUSINESS AUTO COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the Policy effective on the inception date of the Policy unless another date is indicated below.

| | |
|---|---|
| **Named Insured:** AFM Mattress Company LLC | |
| **Endorsement Effective Date:** 07/01/2019 | |

### SCHEDULE

| | | |
|---|---|---|
| **"Bodily Injury":** | $ 0 | **Each "Accident"** |
| **"Bodily Injury" And "Property Damage":** | $ 1,000,000 | **Each "Accident"** |

**Section C – Exclusions** applies in its entirety unless an "X" is entered below:

| X | If an "X" is entered in this box, Exclusion **8.** does not apply. |
|---|---|

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

## A. Coverage

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damage must result from:

   a. "Bodily injury" sustained by the "insured" and caused by an "accident" with an "uninsured motor vehicle"; or

   b. "Property damage" caused by an "accident" with an "uninsured motor vehicle" if the Schedule or Declarations indicates that both "bodily injury" and "property damage" Uninsured Motorists Insurance apply.

   The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

## B. Who Is An Insured

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   a. The Named Insured and any "family members".

   b. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

   a. Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   b. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

   c. The Named Insured for "property damage" only.

## C. Exclusions

This insurance does not apply to:

1. Any claim settled without our consent.

2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

3. The direct or indirect benefit of any insurer of property.

4. "Bodily injury" if sustained by:

   a. An individual Named Insured while "occupying" or when struck by any vehicle owned by that Named Insured that is not a covered "auto" under this Coverage Form; or

   b. Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured on a primary basis under any other Coverage Form or policy.

5. "Property damage" to an "auto" or to property contained in an "auto" owned by the Named Insured which is not a covered "auto".

6. Any "insured" using a vehicle without a reasonable belief that the "insured" is entitled to do so.

7. "Property damage" for which the "insured" has been or is entitled to be compensated by other property or physical damage insurance.

8. The first $300 of the amount of "property damage" to the property of each "insured" as the result of any one "accident". This exclusion does not apply if the Named Insured's covered "auto" is legally parked and unoccupied when involved in an "accident" with an "uninsured motor vehicle".

9. "Property damage" caused by a hit-and-run vehicle.

10. Punitive or exemplary damages.

11. "Bodily injury" or "property damage" arising directly or indirectly out of:

    a. War, including undeclared or civil war;

    b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

    c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

12. "Noneconomic loss" sustained by any "insured" if such "insured" is an uninsured motorist with a previous violation as defined in Indiana Code Section 27-7-5.1.

    However, Exclusion C.12. does not apply to an "insured" under 18 years of age.

## D. Limit Of Insurance

1. Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the limit shown in this endorsement.

2. The Limit of Insurance under this coverage shall be reduced by all sums paid or payable by or for anyone who is legally responsible, including all sums paid under this Coverage Form's Covered Autos Liability Coverage.

3. No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Liability Coverage form or Medical Payments Coverage endorsement attached to this Coverage Part.

   We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

   We will not pay for any element of "loss" if a person is entitled to receive payment for the same element of "loss" under any workers' compensation, disability benefits or similar law.

4. We will not pay for a loss which is paid or payable under Physical Damage Coverage.

 © Insurance Services Office, Inc., 2015 CA 21 44 12 15

5. No "insured" shall recover duplicate payments for the same elements of loss or payments in excess of damages sustained.

**E. Changes In Conditions**

The **Conditions** are changed for Uninsured Motorists Coverage as follows:

1. **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are replaced by the following:

   If there is other applicable insurance available under one or more policies or provisions of coverage, the following priorities of coverage apply:

   | First Priority | The Uninsured Motorists Coverage applicable to the vehicle the "insured" was "occupying" at the time of the "accident". |
   |---|---|
   | Second Priority | Any other Coverage Form or policy affording Uninsured Motorists Coverage to the "insured". |

   a. The Limit of Insurance under the vehicle the "insured" was "occupying" under the Coverage Form or policy in the first priority shall first be exhausted.

   b. The maximum recovery for damages under all Coverage Forms or policies may equal but shall not exceed the highest applicable limit of any one vehicle under any insurance providing coverage on either a first or second priority basis.

   c. We will pay only our share of the "loss". Our share is the proportion that our limit of liability bears to the total of all limits applicable to the same level of priority.

2. The **Legal Action Against Us** provision is replaced by the following:

   **Legal Action Against Us**

   a. No one may bring a legal action against us under this Coverage Form until there has been full compliance with all the terms of this Coverage Form.

   b. Any legal action against us under this Coverage Form must be brought within two years after the date of the "accident". However, this Paragraph **2.b.** does not apply to an "insured" if, within two years after the date of the "accident", we and the "insured" agree to arbitration in accordance with this endorsement.

3. **Transfer Of Rights Of Recovery Against Others To Us** is changed by adding the following:

   a. If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

   b. If we make a payment because the insurer of the "uninsured motor vehicle" is or becomes insolvent, the **Transfer Of Rights Of Recovery Against Others To Us** Condition does not apply to any rights of recovery against:

      **(1)** The Indiana Guaranty Fund; or

      **(2)** The "insured" of the insolvent insurer, except in amounts that exceed the limit of liability of the Coverage Form or policy that was issued by that insolvent insurer.

4. The following condition is added:

   **Arbitration**

   a. If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "uninsured motor vehicle" or do not agree as to the amount of damages that is recoverable by that "insured", then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

   b. Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding as to:

      **(1)** Whether the "insured" is legally entitled to recover damages; and

(2) The amount of damages. This applies only if the amount does not exceed the minimum limit for liability specified by the financial responsibility law of Indiana. If the amount exceeds that limit, either party may demand the right to a trial. This demand must be made within 60 days of the arbitrators' decision. If this demand is not made, the amount of damages agreed to by the arbitrators will be binding.

## F. Additional Definitions

As used in this endorsement:

1. "Family member" means a person related to an individual Named Insured by blood, marriage or adoption, who is a resident of such Named Insured's household, including a ward or foster child.

2. "Noneconomic loss" means costs for physical and emotional pain and suffering, physical impairment, emotional distress, mental anguish, loss of enjoyment, loss of companionship, services and consortium, and any other noneconomic damages.

3. "Occupying" means in, upon, getting in, on, out or off.

4. "Property damage" means damage to a covered "auto" or to property owned by the Named Insured or, if the Named Insured is an individual, a "family member" while contained in a covered "auto". However, "property damage" does not include loss of use of damaged or destroyed property. This definition replaces the definition in the Policy.

5. "Uninsured motor vehicle" means a land motor vehicle or "trailer":

   a. For which no liability bond or policy at the time of an "accident" provides at least the amounts required by the financial responsibility law of Indiana; or

   b. For which an insuring or bonding company denies coverage or is or becomes insolvent; or

   c. Which is a hit-and-run vehicle and neither the driver nor owner can be identified. A hit-and-run vehicle is one that causes "bodily injury" to an "insured" by hitting the "insured", a covered "auto" or a vehicle an "insured" is "occupying".

However, "uninsured motor vehicle" does not include any vehicle:

   a. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;

   b. Owned by a governmental unit or agency; or

   c. Designed for use mainly off public roads while not on public roads.

© Insurance Services Office, Inc., 2015

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXPLOSIVES

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**Covered Autos Liability Coverage** is changed by adding the following exclusion:

This insurance does not apply to:

"Bodily injury" or "property damage" caused by the explosion of explosives you make, sell or transport.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ROLLING STORES

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**Covered Autos Liability Coverage** for a covered "auto" that is a rolling store is changed by adding the following exclusion:

This insurance does not apply to:

"Bodily injury" or "property damage" resulting from the handling, use or condition of any item the "insured" makes, sells or distributes if the injury or damage occurs after the "insured" has given up possession of the item.

© Insurance Services Office, Inc., 2011

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF TERRORISM

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
SINGLE INTEREST AUTOMOBILE PHYSICAL DAMAGE INSURANCE POLICY

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury, damage, loss or expense, is enclosed in quotation marks:

1. "Terrorism" means activities against persons, organizations or property of any nature:

   **a.** That involve the following or preparation for the following:

      **(1)** Use or threat of force or violence; or

      **(2)** Commission or threat of a dangerous act; or

      **(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information or mechanical system; and

   **b.** When one or both of the following apply:

      **(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

      **(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

2. "Any injury, damage, loss or expense" means any injury, damage, loss or expense covered under any Coverage Form or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "loss", loss of use, rental reimbursement after "loss" or "covered pollution cost or expense", as may be defined under this Coverage Form, Policy or any applicable endorsement.

**B.** Except with respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage, Garagekeepers Coverage – Customers' Sound Receiving Equipment or the Single Interest Automobile Physical Damage Insurance Policy, the following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for "any injury, damage, loss or expense" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury, damage, loss or expense" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury, damage, loss or expense. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

5. The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

6. Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

   a. Physical injury that involves a substantial risk of death; or

   b. Protracted and obvious physical disfigurement; or

   c. Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraphs **B.5.** and **B.6.** are exceeded.

With respect to this exclusion, Paragraphs **B.5.** and **B.6.** describe the thresholds used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this exclusion will apply to that incident. When the exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form, Policy or any applicable endorsement.

C. With respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage, Garagekeepers Coverage – Customers' Sound Receiving Equipment or the Single Interest Automobile Physical Damage Insurance Policy, the following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for any "loss", loss of use or rental reimbursement after "loss" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

5. The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the threshold in Paragraph **C.5.** is exceeded.

 © Insurance Services Office, Inc., 2013

With respect to this exclusion, Paragraph **C.5.** describes the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this exclusion will apply to that incident. When the exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form, Policy or any applicable endorsement.

**D.** In the event of any incident of "terrorism" that is not subject to the exclusion in Paragraph **B.** or **C.**, coverage does not apply to "any injury, damage, loss or expense" that is otherwise excluded under this Coverage Form, Policy or any applicable endorsement.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SILICA OR SILICA-RELATED DUST EXCLUSION FOR COVERED AUTOS EXPOSURE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following exclusion is added to **Covered Autos Liability Coverage:**

**Silica Or Silica-related Dust Exclusion For Covered Autos Exposure**

This insurance does not apply to:

1. "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

2. "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

3. Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any "insured" or by any other person or entity.

**B. Additional Definitions**

As used in this endorsement:

1. "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

2. "Silica-related dust" means a mixture or combination of silica and other dust or particles.

 © Insurance Services Office, Inc., 2011

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMPHIBIOUS VEHICLES

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** This insurance does not apply to:

  **1.** Any type of amphibious vehicle (whether or not self-propelled);

  **2.** The ownership, maintenance or use of an amphibious vehicle; or

  **3.** Any property or equipment contained in or used with any such vehicle.

**B.** Paragraph **A.** applies only while the amphibious vehicle is being launched into, used in or beached from the water.

 © Insurance Services Office, Inc., 2011

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS EXTENDED REPORTING PERIOD ENDORSEMENT FOR EMPLOYEE BENEFITS LIABILITY COVERAGE WITH NO COVERAGE FOR NEWLY ACQUIRED OR FORMED AUTO DEALERSHIP

This endorsement modifies insurance provided under the following:

ILLINOIS EMPLOYEE BENEFITS LIABILITY COVERAGE WITH NO COVERAGE FOR NEWLY ACQUIRED OR FORMED AUTO DEALERSHIP

## SCHEDULE

| Premium: $ Included |
|---|

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** An Extended Reporting Period Endorsement is provided, as described in Paragraph **G.** of the Illinois Employee Benefits Liability Coverage With No Coverage For Newly Acquired Or Formed Auto Dealership endorsement.

**B.** An Employee Benefits Extended Reporting Period Aggregate Limit applies, as set forth below in Paragraph **C.** of this endorsement, to "claims" first received and recorded during the Extended Reporting Period. This limit is equal to the Employee Benefits Aggregate Limit, if any, entered in the Schedule of **CA 25 86** in effect at the end of the policy period.

**C.** Paragraph **D.2.** of the Illinois Employee Benefits Liability Coverage With No Coverage For Newly Acquired Or Formed Auto Dealership endorsement is replaced by the following:

**2.** The Employee Benefits Aggregate Limit is the most we will pay for all damages because of acts, errors or omissions negligently committed in the "administration" of your "employee benefit program".

However, the Employee Benefits Aggregate Limit does not apply to "claims" first received and recorded during the extended reporting period.

The Employee Benefits Extended Reporting Period Aggregate Limit is the most we will pay for damages because of acts, errors or omissions negligently committed in the "administration" of your "employee benefit program" for "claims" first received and recorded during the Extended Reporting Period.

**D.** The following is added to Subparagraph **2.b.(1)** of the **Other Insurance** Condition of Paragraph **F.** of the Illinois Employee Benefits Liability Coverage With No Coverage For Newly Acquired Or Formed Auto Dealership endorsement:

This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis; whose policy period begins or continues after the Illinois Extended Reporting Period endorsement takes effect.

**E.** This endorsement will not take effect unless the additional premium for it, as set forth in Paragraph **G.** of the Illinois Employee Benefits Liability Coverage With No Coverage For Newly Acquired Or Formed Auto Dealership endorsement, is paid when due. If that premium is paid when due, this endorsement may not be cancelled.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# INDIANA UNDERINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Indiana, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the Policy effective on the inception date of the Policy unless another date is indicated below.

---

**Named Insured:** AFM Mattress Company LLC

**Endorsement Effective Date:** 07/01/2019

---

## SCHEDULE

---

| | |
|---|---|
| **Limit Of Insurance:** $1,000,000.00 | Each "Accident" |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

---

### A. Coverage

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "underinsured motor vehicle". The damage must result from "bodily injury" sustained by the "insured" and caused by an "accident" with an "underinsured motor vehicle".

   The owner's or driver's liability for this damage must result from the ownership, maintenance or use of the "underinsured motor vehicle".

2. We will pay under this coverage only if Paragraph **a.** or **b.** below applies:

   **a.** The limits of any applicable liability bonds or policies have been exhausted by payment of judgments or settlements; or

   **b.** A tentative settlement has been made between an "insured" and the insurer of an "underinsured motor vehicle" which would exhaust the limits of liability under any applicable bond or policy, and we:

   **(1)** Have been given prompt written notice of such tentative settlement; and

   **(2)** Advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after the receipt of notification.

---

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   a. The Named Insured and any "family members".

   b. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

   a. Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   b. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**C. Exclusions**

This insurance does not apply to:

1. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

2. The direct or indirect benefit of any insurer of property.

3. "Bodily injury" if sustained by:

   a. An individual Named Insured while "occupying" or when struck by any vehicle owned by that Named Insured that is not a covered "auto" under this Coverage Form; or

   b. Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured on a primary basis under any other Coverage Form or policy.

4. Any "insured" using a vehicle without a reasonable belief that the "insured" is entitled to do so.

5. Punitive or exemplary damages.

6. "Bodily injury" arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

7. "Noneconomic loss" sustained by any "insured" if such "insured" is an uninsured motorist with a previous violation as defined in Indiana Code Section 27-7-5.1.

   However, Exclusion **C.7.** does not apply to an "insured" under 18 years of age.

**D. Limit Of Insurance**

1. Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the limit shown in this endorsement.

2. The Limit of Insurance under this coverage shall be reduced by all sums paid or payable by or for anyone who is legally responsible, including all sums paid under this Coverage Form's Covered Autos Liability Coverage.

3. No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Liability Coverage form or Medical Payments Coverage endorsement attached to this Coverage Part.

   We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

   We will not pay for any element of "loss" if a person is entitled to receive payment for the same element of "loss" under any workers' compensation, disability benefits or similar law.

4. No "insured" shall recover duplicate payments for the same elements of "loss" or payments in excess of damages sustained.

© Insurance Services Office, Inc., 2015

**E. Changes In Conditions**

The **Conditions** are changed for **Underinsured Motorists Coverage** as follows:

1. **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are replaced by the following:

    If there is other applicable insurance available under one or more policies or provisions of coverage, the following priorities of coverage apply:

| First Priority | The Underinsured Motorists Coverage applicable to the vehicle the "insured" was "occupying" at the time of the "accident". |
|---|---|
| Second Priority | Any other Coverage Form or policy affording Underinsured Motorists Coverage to the "insured". |

    **a.** The Limit of Insurance under the vehicle the "insured" was "occupying" under the Coverage Form or policy in the first priority shall first be exhausted.

    **b.** The maximum recovery for damages under all Coverage Forms or policies may equal but shall not exceed the highest applicable limit of any one vehicle under any insurance providing coverage on either a first or second priority basis.

    **c.** We will pay only our share of the "loss". Our share is the proportion that our limit of liability bears to the total of all limits applicable to the same level of priority.

2. The **Legal Action Against Us** provision is replaced by the following:

    **Legal Action Against Us**

    **a.** No one may bring a legal action against us under this Coverage Form until there has been full compliance with all the terms of this Coverage Form.

    **b.** Any legal action against us under this Coverage Form must be brought within two years after the date of the "accident". However, this Paragraph **2.b.** does not apply if, within two years after the date of the "accident":

    **(1)** We and the "insured" agree to arbitration in accordance with this endorsement; or

    **(2)** The "insured" has filed an action for "bodily injury" against the owner or operator of the "underinsured motor vehicle", and such action is:

    **(a)** Filed in a court of competent jurisdiction; and

    **(b)** Not barred by the applicable state statute of limitations.

    In the event that the two-year time limitation identified in this condition does not apply, the applicable state statute of limitations will govern legal action against us under this Coverage Form.

3. **Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are changed by adding the following:

    **a.** Promptly send us copies of the legal papers if a "suit" is brought.

    **b.** A person seeking Underinsured Motorists Coverage must also promptly notify us in writing of a tentative settlement between the "insured" and the insurer of the "underinsured motor vehicle" and allow us 30 days to advance payment to that "insured" in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such "underinsured motor vehicle".

4. **Transfer Of Rights Of Recovery Against Others To Us** is changed by adding the following:

    **a.** If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

    **b.** Our rights do not apply under this provision if we:

    **(1)** Have been given prompt written notice of a tentative settlement between an "insured" and the insurer of the "underinsured motor vehicle"; and

    **(2)** Fail to advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of such notification.

If we advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after notification:

    (a) That payment will be separate from any amount the "insured" is entitled to recover under the provisions of this coverage; and

    (b) We also have the right to recover the advanced payment from the insurer or the owner or operator of the "underinsured motor vehicle".

  c. If we make a payment because the insurer of the "underinsured motor vehicle" is or becomes insolvent, the **Transfer Of Rights Of Recovery Against Others To Us** Condition does not apply to any rights of recovery against:

    (1) The Indiana Guaranty Fund; or

    (2) The "insured" of the insolvent insurer, except in amounts that exceed the limit of liability of the Coverage Form or policy that was issued by that insolvent insurer.

5. The following condition is added:

**Arbitration**

  a. If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "underinsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

  b. Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding as to:

    (1) Whether the "insured" is legally entitled to recover damages; and

    (2) The amount of damages. This applies only if the amount does not exceed the minimum limit for liability specified by the financial responsibility law of Indiana. If the amount exceeds that limit, either party may demand the right to a trial. This demand must be made within 60 days of the arbitrators' decision. If this demand is not made, the amount of damages agreed to by the arbitrators will be binding.

F. **Additional Definitions**

As used in this endorsement:

1. "Family member" means a person related to an individual Named Insured by blood, marriage or adoption, who is a resident of such Named Insured's household, including a ward or foster child.

2. "Noneconomic loss" means costs for physical and emotional pain and suffering, physical impairment, emotional distress, mental anguish, loss of enjoyment, loss of companionship, services and consortium, and any other noneconomic damages.

3. "Occupying" means in, upon, getting in, on, out or off.

4. "Underinsured motor vehicle" means a land motor vehicle or "trailer" for which the sum of all liability bonds or policies at the time of an "accident" provides at least the amounts required by the financial responsibility law of Indiana but their limits are either:

  a. Less than the limit of liability for this coverage; or

  b. Reduced by payments to others injured in the "accident" to an amount which is less than the limit of liability for this coverage.

However, "underinsured motor vehicle" does not include any vehicle:

  a. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law.

  b. Owned by a governmental unit or agency.

  c. Designed for use mainly off public roads while not on public roads.

© Insurance Services Office, Inc., 2015

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# INDIVIDUAL NAMED INSURED

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

If you are an individual, the policy is changed as follows:

**A. Changes In Covered Autos Liability Coverage**

1. The Fellow Employee Exclusion does not apply to "bodily injury" to your or any "family member's" fellow "employees".

2. **Personal Auto Coverage**

   If any "auto" you own of the "private passenger type" is a covered "auto" under **Covered Autos Liability Coverage:**

   **a.** The following is added to the **Who Is An Insured** provision:

   "Family members" are "insureds" for any covered "auto" you own of the "private passenger type" and any other "auto" described in Paragraph **2.b.** of this endorsement.

   **b.** Any "auto" you don't own is a covered "auto" while being used by you or by any "family member" except:

   **(1)** Any "auto" owned by any "family members".

   **(2)** Any "auto" furnished or available for your or any "family member's" regular use.

   **(3)** Any "auto" used by you or by any of your "family members" while working in a business of selling, servicing, repairing or parking "autos".

   **(4)** Any "auto", other than an "auto" of the "private passenger type", used by you or any of your "family members" while working in any other business or occupation.

   **c.** The Pollution Exclusion and, if forming a part of the policy, the Nuclear Energy Liability Exclusion (Broad Form), do not apply to any covered "auto" of the "private passenger type".

   **d.** The following exclusion is added and applies only to "private passenger type" covered "autos":

   This insurance does not apply to:

   "Bodily injury" or "property damage" for which an "insured" under the policy is also an "insured" under a nuclear energy liability policy or would be an "insured" but for its termination upon its exhaustion of its limit of liability. A nuclear energy liability policy is a policy issued by the Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or any of their successors. This exclusion does not apply to "autos" registered or principally garaged in New York.

**B. Changes In Physical Damage Coverage**

   **Personal Auto Coverage**

   If any "auto" you own of the "private passenger type" is a covered "auto" under Physical Damage Coverage, a "non-owned auto" will also be considered a covered "auto". However, the most we will pay for "loss" to a "non-owned auto" which is a "trailer" is $500.

**C. Additional Definitions**

   As used in this endorsement:

   1. "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household, including a ward or foster child.

 © Insurance Services Office, Inc., 2011

2. The words "you" and "your" include your spouse if a resident of the same household except for notice of cancellation.

3. When the phrase "private passenger type" appears in quotation marks it includes any covered "auto" you own of the pickup or van type not used for business purposes, other than farming or ranching.

4. "Non-owned auto" means any "private passenger type" "auto", pickup, van or "trailer" not owned by or furnished or available for the regular use of you or any "family member", while it is in the custody of or being operated by you or any "family member".

 © Insurance Services Office, Inc., 2011

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# RENTAL REIMBURSEMENT COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

**Named Insured:** AFM Mattress Company LLC

**Endorsement Effective Date:** 07/01/2019

## SCHEDULE

| Coverage | Designation Or Description Of Covered "Autos" To Which This Insurance Applies | Maximum Payment Each Covered "Auto" | | | Premium |
|---|---|---|---|---|---|
| | | Any One Day | No. Of Days | Any One Period | |
| Comprehensive | 2008, ISUZU, NPR, JALB4W16787400450 | $ 75 | 45 | $ 3,375 | Included |
| Comprehensive | 2004, ISUZU, NPR, JALC4B14847001777 | $ 75 | 45 | $ 3,375 | Included |
| Comprehensive | 2011, ISUZU, NPR, JALC4W162B7005166 | $ 75 | 45 | $ 3,375 | Included |
| Comprehensive | 2004, ISUZU, NPR, JALC4B14X47012585 | $ 75 | 45 | $ 3,375 | Included |
| Comprehensive | 2008, ISUZU, NPR, JALB4W16987400580 | $ 75 | 45 | $ 3,375 | Included |
| Comprehensive | 2013, ISUZU, NPR HD, JALC4W166D7000586 | $ 75 | 45 | $ 3,375 | Included |
| Comprehensive | 2013, ISUZU, NPR HD, JALC4W166D7000622 | $ 75 | 45 | $ 3,375 | Included |
| Comprehensive | 2011, ISUZU, NPR, JALC4W162B7005247 | $ 75 | 45 | $ 3,375 | Included |
| Comprehensive | 2011, ISUZU, NPR, JALC4W162B7005152 | $ 75 | 45 | $ 3,375 | Included |
| Comprehensive | 2013, ISUZU, NPR HD, JALC4W163D7000674 | $ 75 | 45 | $ 3,375 | Included |

© Insurance Services Office, Inc., 2011

| Coverage | Designation Or Description Of Covered "Autos" To Which This Insurance Applies | Maximum Payment Each Covered "Auto" | | | Premium |
|---|---|---|---|---|---|
| | | Any One Day | No. Of Days | Any One Period | |
| Comprehensive | 2006, GMC, W3500, J8DB4B16267025444 | $ 75 | 45 | $ 3,375 | Included |
| Comprehensive | 2011, ISUZU, NPR, JALC4W167B7001176 | $ 75 | 45 | $ 3,375 | Included |
| Collision | 2008, ISUZU, NPR, JALB4W16787400450 | $ 75 | 45 | $ 3,375 | Included |
| Collision | 2004, ISUZU, NPR, JALC4B14847001777 | $ 75 | 45 | $ 3,375 | Included |
| Collision | 2011, ISUZU, NPR, JALC4W162B7005166 | $ 75 | 45 | $ 3,375 | Included |
| Collision | 2004, ISUZU, NPR, JALC4B14X47012585 | $ 75 | 45 | $ 3,375 | Included |
| Collision | 2008, ISUZU, NPR, JALB4W16987400580 | $ 75 | 45 | $ 3,375 | Included |
| Collision | 2013, ISUZU, NPR HD, JALC4W166D7000586 | $ 75 | 45 | $ 3,375 | Included |
| Collision | 2013, ISUZU, NPR HD, JALC4W166D7000622 | $ 75 | 45 | $ 3,375 | Included |
| Collision | 2011, ISUZU, NPR, JALC4W162B7005247 | $ 75 | 45 | $ 3,375 | Included |
| Collision | 2011, ISUZU, NPR, JALC4W162B7005152 | $ 75 | 45 | $ 3,375 | Included |
| Collision | 2013, ISUZU, NPR HD, JALC4W163D7000674 | $ 75 | 45 | $ 3,375 | Included |
| Collision | 2006, GMC, W3500, J8DB4B16267025444 | $ 75 | 45 | $ 3,375 | Included |
| Collision | 2011, ISUZU, NPR, JALC4W167B7001176 | $ 75 | 45 | $ 3,375 | Included |
| Specified Causes Of Loss | | | | | |
| | | | | Total Premium | Included |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | | |

**A.** This endorsement provides only those coverages where a premium is shown in the Schedule. It applies only to a covered "auto" described or designated in the Schedule.

**B.** We will pay for rental reimbursement expenses incurred by you for the rental of an "auto" because of "loss" to a covered "auto". Payment applies in addition to the otherwise applicable amount of each coverage you have on a covered "auto". No deductibles apply to this coverage.

**C.** We will pay only for those expenses incurred during the policy period beginning 24 hours after the "loss" and ending, regardless of the policy's expiration, with the lesser of the following number of days:

**1.** The number of days reasonably required to repair or replace the covered "auto". If "loss" is caused by theft, this number of days is added to the number of days it takes to locate the covered "auto" and return it to you.

**2.** The number of days shown in the Schedule.

**D.** Our payment is limited to the lesser of the following amounts:

    **1.** Necessary and actual expenses incurred.

    **2.** The maximum payment stated in the Schedule applicable to "any one day" or "any one period".

**E.** This coverage does not apply while there are spare or reserve "autos" available to you for your operations.

**F.** If "loss" results from the total theft of a covered "auto" of the private passenger type, we will pay under this coverage only that amount of your rental reimbursement expenses which is not already provided for under the Physical Damage Coverage Extension.

# TOWING AND LABOR AND TRANSPORTATION EXPENSES - OTHER THAN PRIVATE PASSENGER AUTOS

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

| Coverage | Limits Of Insurance | |
|---|---|---|
| Towing And Labor Costs | $ 200 | Per Disablement |
| Transportation Expenses | $ No Coverage | Per Day |
| | $ No Coverage | Maximum |

The **BUSINESS AUTO COVERAGE FORM** is amended as follows:

For the purposes of this endorsement, the following is added to **SECTION III – PHYSICAL DAMAGE COVERAGE, A. Coverage, 2. Towing**:

We will also pay towing and labor costs incurred each time a covered "auto" that is not of the private passenger type is disabled. However, the labor must be performed at the place of disablement. Our payment will be limited to the Per Disablement Limit Of Insurance for Towing And Labor Costs shown in the above Schedule.

For the purposes of this endorsement, the following is added to **SECTION III – PHYSICAL DAMAGE COVERAGE, A. Coverage, 4. Coverage Extensions, a. Transportation Expenses**:

We will also pay for temporary transportation expense incurred by you because of the total theft of a covered "auto" other than the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes Of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss". Our payment will be limited to the Per Day and Maximum Limits Of Insurance for Transportation Expenses shown in the above Schedule.

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

   BUSINESS AUTO COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the **BUSINESS AUTO COVERAGE FORM** apply unless modified by the endorsement.

### A. NEWLY ACQUIRED OR FORMED ORGANIZATIONS

The following is added to **SECTION II – COVERED AUTOS LIABILITY COVERAGE, A. Coverage, 1. Who Is An Insured:**

Any organization you newly acquire or form (other than a partnership, joint venture or limited liability company) over which you maintain ownership or majority interest, if there is no other similar insurance available to that organization, is an "insured".

However:

**(a)** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**(b)** Coverage under this provision does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization.

### B. SUPPLEMENTARY PAYMENTS

**SECTION II – COVERED AUTOS LIABILITY COVERAGE, 2. Coverage Extensions, a. Supplementary Payments** is modified as follows:

Paragraph **(2)** is deleted and replaced with the following:

**(2)** Up to $5,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

Paragraph **(4)** is deleted and replaced by the following:

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $500 a day because of time off from work.

### C. TRANSPORTATION EXPENSES

**SECTION III - PHYSICAL DAMAGE COVERAGE, A. Coverage, 4. Coverage Extensions, a. Transportation Expenses** is deleted and replaced by the following:

#### a. Transportation Expenses

We will pay, without application of a deductible, up to $50 per day to a maximum of $1,500 for temporary transportation expenses incurred by you because of "loss" to a covered "auto" of the private passenger type. We will pay for such expenses if the loss is caused by:

**(1)** Comprehensive or Specified Causes of Loss Coverage only if the Declarations indicate that Comprehensive or Specified Causes of Loss Coverage is provided for that covered "auto."

**(2)** Collision Coverage only if the Declarations indicate that Collision Coverage is provided for that covered "auto." We will pay only for those expenses beginning when the covered "auto" is withdrawn from use more than 24 hours. Our payment will be limited to that period of time reasonably required to repair or replace the covered "auto."

## D. LOSS OF USE EXPENSES

**SECTION III - PHYSICAL DAMAGE COVERAGE, A. Coverage, 4. Coverage Extensions, b. Loss Of Use Expenses** is deleted and replaced by the following:

### b. Loss of Use Expenses

For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver, under a written rental contract or agreement. We will pay for loss of use expenses if caused by Other than Collision only if the Declarations indicate that Comprehensive Coverage is provided for any covered "auto";

**(1)** Specified Causes of Loss only if the Declarations indicate that Specified Causes of Loss Coverage is provided for any covered "auto"; or

**(2)** Collision only if the Declarations indicate that Collision Coverage is provided for any covered "auto." However, the most we will pay for any expenses for loss of use is $50 per day, to a maximum of $1,500.

## E. PERSONAL EFFECTS

The following paragraph is added to **SECTION III - PHYSICAL DAMAGE COVERAGE, A. Coverage, 4. Coverage Extensions:**

### Personal Effects

We will pay up to $1,000 for the "loss" of your personal effects that are contained in a covered "auto" due to the total theft of the covered "auto." We will pay only for those personal effects that are contained in covered "autos" for which you carry either Comprehensive or Specified Causes of Loss Coverage.

Our payment for loss of or damage to personal effects will apply only on an excess basis over other collectible insurance.

## F. FIRE DEPARTMENT SERVICE CHARGE

The following paragraph is added to **SECTION III - PHYSICAL DAMAGE COVERAGE, A. Coverage, 4 Coverage Extensions:**

### Fire Department Service Charge

When a fire department is called to save or protect a covered "auto," its equipment, its contents or occupants from a covered cause of loss, we will pay up to $1,000 for your liability for fire department service charges that are:

**a.** Assumed by contract or agreement prior to loss; or

**b.** Required by local ordinance.

No deductible applies to this additional coverage.

## G. TOWING AND LABOR

**SECTION III - PHYSICAL DAMAGE COVERAGE, A. Coverage, 2. Towing** is deleted and replaced by the following:

### Towing

We will pay up to $50 for towing and labor costs incurred each time a covered "auto:"

**a.** Of the private passenger type; or

**b.** That is a light truck;

is disabled. However, the labor must be performed at the place of disablement. A light truck is a truck that has a gross vehicle weight of 10,000 pounds or less.

## H. HIRED AUTO PHYSICAL DAMAGE

The following paragraph is added to **SECTION III – PHYSICAL DAMAGE COVERAGE, A. Coverage**:

**Hired Auto Physical Damage**

If Comprehensive, Specified Causes of Loss or Collision coverages are provided under this policy, then we will provide the same coverage(s) for those "autos" that you hire from others. The most we will pay for any one "accident" or "loss" is $100,000 or the actual cash value or cost of repair, whichever is less, minus a deductible for each covered "auto" that is equal to the largest deductible applicable to any owned "auto" for that coverage. No deductible applies to "loss" caused by fire or lightning.

## I. CELLULAR TELEPHONES

The following paragraph is added to **SECTION III - PHYSICAL DAMAGE COVERAGE, B. Exclusions,** exclusion **4.**:

This exclusion does not apply to cellular telephones and accessories used with such equipment, provided such equipment is permanently installed in the covered "auto" at the time of "loss" or such equipment is removable from a housing unit which is permanently installed in the covered "auto" at the time of the "loss," and such equipment is designed to be solely operated by use of the power from the "auto's" electrical system, in or upon the covered "auto."

## J. EQUITY LOAN/LEASE PROTECTION

This coverage applies only to the original loan or lease written on a covered "auto" not previously titled. This coverage is subject to the provisions and exclusions that apply to **SECTION III - PHYSICAL DAMAGE COVERAGE**, except as provided below:

**A.** In the event of a total loss to a covered "auto" of the private passenger type or a covered "auto" that is a light truck with a "gross vehicle weight" (GVW) of 10,000 pounds or less that is secured by an original finance agreement, **SECTION III - PHYSICAL DAMAGE COVERAGE, C. Limits Of Insurance,** paragraph **1.a.** is deleted and replaced by the following:

Our limit of insurance for "loss" will be the greater of the:

**1.** Unpaid principal, less the amount of finance charges and overdue principal, outstanding under a finance agreement used solely to purchase the covered "auto" and its equipment; or

**2.** Actual cash value of the damaged or stolen property as of the time of the "loss."

Our payment for "loss" will be reduced by any applicable deductible shown in the SCHEDULE OF COVERED AUTOS AND COVERAGES.

An adjustment for depreciation and physical condition will be made in determining actual cash value at the time of "loss."

**B.** In the event of a total loss to a covered "auto" of the private passenger type or a covered "auto" that is a light truck that has a "gross vehicle weight" (GVW) of 10,000 pounds or less, secured by an original lease agreement, **SECTION III – PHYSICAL DAMAGE COVERAGE, C. Limits Of Insurance,** paragraph **1.a.** is deleted and replaced by the following:

Our limit of insurance for "loss" will be the greater of the:

**1.** Amount due under the terms of the lease to which the covered "auto" is subject, but does not include:

    **a.** Overdue lease payments;

    **b.** Financial penalties imposed because of excessive mileage, use or wear and tear;

    **c.** Security deposits not refunded by the lessor; or

**2.** Actual cash value of the damaged or stolen property as of the time of the "loss."

Our payment for "loss" will be reduced by any applicable deductible shown in the SCHEDULE OF COVERED AUTOS AND COVERAGES.

An adjustment for depreciation and physical condition will be made in determining actual cash value at the time of "loss."

C. The following is added to **SECTION V - DEFINITIONS**:

"Gross vehicle weight" (GVW) means the maximum loaded weight for which a single auto is designed, as specified by the manufacturer.

## K. DRIVE OTHER CAR COVERAGE- BROADENED COVERAGE FOR EXECUTIVE OFFICERS

For the purpose of this coverage, the **BUSINESS AUTO COVERAGE FORM**, the AUTO MEDICAL PAYMENTS COVERAGE endorsement, and any applicable UNINSURED and UNDERINSURED MOTORISTS COVERAGE endorsements are changed as follows:

**1.** Changes in Liability Coverage

   **a.** Any "auto" you hire, borrow or don't own is a covered "auto" for Liability Coverage while being used by any of your "executive officers" or by his or her spouse while a resident of the same household except:

   (1) Any "auto" owned by that individual or by any member of his or her household.

   (2) Any "auto" used by that individual or his or her spouse while working in a business of selling, servicing, repairing or parking "autos."

   **b.** The following is added to **Who Is An Insured**:

   Any of your "executive officers" and his or her spouse, while a resident of the same household, are "insureds" while using any covered "auto" described in Paragraph **1.a.** of this endorsement.

**2.** Changes in Auto Medical Payments And Uninsured and Underinsured Motorists Coverages

   The following is added to **Who Is An Insured**:

   Any of your "executive officers" and his or her "family members" are "insured" while "occupying" or while a pedestrian when being struck by any "auto" you don't own except:

   Any "auto" owned by that individual or by any "family member."

**3.** Changes in Physical Damage Coverage

   Any private passenger type "auto" you hire, borrow or don't own is a covered "auto" while in the care, custody or control of any of your "executive officers" or his or her spouse while a resident of the same household except:

   a. Any "auto" owned by that individual or by any member of his or her household.

   b. Any "auto" used by that individual or his or her spouse while working in a business of selling, servicing, repairing or parking "autos."

**4.** Additional Definitions

   As used in this provision:

   "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

   "Family member" means a person related to the "executive officer" covered by this provision by blood, marriage or adoption who is a resident of the "executive officer's" household, including a ward or foster child.

## L. EMPLOYERS NON-OWNED AUTO COVERAGE

Changes in Liability Coverage

Non-owned "autos" are covered autos for Liability Coverage. Non-owned "autos" means only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees," partners (if you are a partnership), members (if you are a limited liability company) or members of their households but only while used in your business or your personal affairs.

All other terms and conditions remain unchanged.

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US (WAIVER OF SUBROGATION) NON-SCHEDULED

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

AUTO DEALERS COVERAGE FORM

The **AUTO DEALERS COVERAGE FORM** is amended as follows:

The **Transfer Of Rights Of Recovery Against Others To Us** Condition under **SECTION IV – LOSS CONDITIONS, A. Loss Conditions** does not apply if subrogation is waived prior to the "accident" or "loss" under a written contract with that person or organization.

The **BUSINESS AUTO COVERAGE FORM** is modified as follows:

The **Transfer Of Rights Of Recovery Against Others To Us** Condition under **SECTION IV – BUSINESS AUTO CONDITIONS** does not apply if subrogation is waived prior to the "accident" or "loss" under a written contract with that person or organization.

All other terms and conditions remain unchanged.

# ADDITIONAL INSURED – AUTOMATIC STATUS WHEN REQUIRED IN WRITTEN CONTRACT – PRIMARY LIABILITY

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

> BUSINESS AUTO COVERAGE FORM
>
> AUTO DEALERS COVERAGE FORM

**A. Who Is An Insured** under **SECTION II – COVERED AUTOS LIABILITY COVERAGE** of the **BUSINESS AUTO COVERAGE FORM** and **SECTION I – COVERED AUTOS COVERAGE, D. Covered Autos Liability Coverage** of the **AUTO DEALERS COVERAGE FORM** is amended to include any person or organization you are required to add as an additional insured on this policy under a written contract or agreement currently in effect or becoming effective during the term of this policy, provided that a certificate of insurance showing that person or organization as an additional insured has been issued.

**B.** The insurance provided by this endorsement applies only with respect to liability arising out of operations performed for the additional insured by you.

However, the insurance afforded to such additional insured:

**1.** Only applies to the extent permitted by law; and

**2.** Will not be broader than that which is required by a contract or agreement you have entered into with the additional insured.

**C.** The coverage provided by this endorsement will be primary and noncontributory with respect to any other primary coverage available to the additional insured provided that:

**1.** The additional insured is a Named Insured under such other insurance; and

**2.** You have agreed in writing in a contract or agreement that this insurance would be primary and would not see contribution from any other primary insurance available to the additional insured.

**D.** The Limits Of Insurance applicable to the additional insured are those specified in the written contract or agreement or in the Declarations of this coverage form, whichever is less. These Limits Of Insurance are inclusive and not in addition to the Limits Of Insurance shown in the Declarations

All other terms and conditions remain unchanged.

**ILLINOIS INSURANCE
IDENTIFICATION CARD**



| | | |
|---|---|---|
| **POLICY** | 5000045035 | MOTORISTS INSURANCE℠ |
| **EFFECTIVE DATE** | 07/01/2019 | NAIC NO: 0291-13331 |
| **EXPIRATION DATE** | 07/01/2020 | |
| **NAMED INSURED** | AFM MATTRESS COMPANY LLC | **AGENT** |
| **ADDRESS** | 1300 PRATT BLVD ELK GROVE VILLAGE, IL 60007-5711 | ASSURANCE AGENCY LTD (847) 797-5700 |

**VEHICLE IDENTIFICATION**

| YEAR | MAKE | MODEL | VIN |
|---|---|---|---|
| 2008 | ISUZU | NPR | JALB4W16987400580 |

Examine policy exclusions carefully. This form does not constitute any part of your insurance policy.

### IN THE EVENT OF AN ACCIDENT

1. Notify police immediately.
2. Do not admit liability.
3. Do not show your policy or reveal its limits except when requested to do so by police or state authority.

Notify your agent as soon as you can. If you need service immediately, and cannot reach your agent, use the number below.
Toll free at 1-866-637-8686
You can also file a claim at www.motoristsinsurance.com



*The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.*

**ILLINOIS INSURANCE
IDENTIFICATION CARD**

| | | |
|---|---|---|
| **POLICY** | 5000045035 | MOTORISTS INSURANCE |
| **EFFECTIVE DATE** | 07/01/2019 | NAIC NO: 0291-13331 |
| **EXPIRATION DATE** | 07/01/2020 | |
| **NAMED INSURED** | AFM MATTRESS COMPANY LLC | **AGENT** |
| **ADDRESS** | 1300 PRATT BLVD ELK GROVE VILLAGE, IL 60007-5711 | ASSURANCE AGENCY LTD (847) 797-5700 |

**VEHICLE IDENTIFICATION**

| YEAR | MAKE | MODEL | VIN |
|---|---|---|---|
| 2008 | ISUZU | NPR | JALB4W16987400580 |

Examine policy exclusions carefully. This form does not constitute any part of your insurance policy.

### IN THE EVENT OF AN ACCIDENT

1. Notify police immediately.
2. Do not admit liability.
3. Do not show your policy or reveal its limits except when requested to do so by police or state authority.

Notify your agent as soon as you can. If you need service immediately, and cannot reach your agent, use the number below.
Toll free at 1-866-637-8686
You can also file a claim at www.motoristsinsurance.com



*The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.*

**ILLINOIS INSURANCE
IDENTIFICATION CARD**

**M | Motorists Insurance**
Member of Motorists Insurance Group

| | | |
|---|---|---|
| **POLICY** | 5000045035 | MOTORISTS INSURANCE℠ |
| **EFFECTIVE DATE** | 07/01/2019 | NAIC NO: 0291-13331 |
| **EXPIRATION DATE** | 07/01/2020 | |
| **NAMED INSURED** | AFM MATTRESS COMPANY LLC | **AGENT** |
| **ADDRESS** | 1300 PRATT BLVD ELK GROVE VILLAGE, IL 60007-5711 | ASSURANCE AGENCY LTD (847) 797-5700 |

**VEHICLE IDENTIFICATION**

| YEAR | MAKE | MODEL | VIN |
|---|---|---|---|
| 2008 | ISUZU | NPR | JALB4W16787400450 |

Examine policy exclusions carefully. This form does not constitute any part of your insurance policy.

### IN THE EVENT OF AN ACCIDENT

1. Notify police immediately.
2. Do not admit liability.
3. Do not show your policy or reveal its limits except when requested to do so by police or state authority.

> Notify your agent as soon as you can. If you need service immediately, and cannot reach your agent, use the number below.
> Toll free at 1-866-637-8686
> You can also file a claim at www.motoristsinsurance.com

**M | Motorists Insurance**
Member of Motorists Insurance Group

*The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.*

**ILLINOIS INSURANCE
IDENTIFICATION CARD**

**M | Motorists Insurance**
Member of Motorists Insurance Group

| | | |
|---|---|---|
| **POLICY** | 5000045035 | MOTORISTS INSURANCE |
| **EFFECTIVE DATE** | 07/01/2019 | NAIC NO: 0291-13331 |
| **EXPIRATION DATE** | 07/01/2020 | |
| **NAMED INSURED** | AFM MATTRESS COMPANY LLC | **AGENT** |
| **ADDRESS** | 1300 PRATT BLVD ELK GROVE VILLAGE, IL 60007-5711 | ASSURANCE AGENCY LTD (847) 797-5700 |

**VEHICLE IDENTIFICATION**

| YEAR | MAKE | MODEL | VIN |
|---|---|---|---|
| 2008 | ISUZU | NPR | JALB4W16787400450 |

Examine policy exclusions carefully. This form does not constitute any part of your insurance policy.

### IN THE EVENT OF AN ACCIDENT

1. Notify police immediately.
2. Do not admit liability.
3. Do not show your policy or reveal its limits except when requested to do so by police or state authority.

> Notify your agent as soon as you can. If you need service immediately, and cannot reach your agent, use the number below.
> Toll free at 1-866-637-8686
> You can also file a claim at www.motoristsinsurance.com



**M | Motorists Insurance**
Member of Motorists Insurance Group

*The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.*

**ILLINOIS INSURANCE
IDENTIFICATION CARD**



| | | |
|---|---|---|
| **POLICY** | 5000045035 | MOTORISTS INSURANCE℠ |
| **EFFECTIVE DATE** | 07/01/2019 | NAIC NO: 0291-13331 |
| **EXPIRATION DATE** | 07/01/2020 | |
| **NAMED INSURED** | AFM MATTRESS COMPANY LLC | **AGENT** |
| **ADDRESS** | 1300 PRATT BLVD ELK GROVE VILLAGE, IL 60007-5711 | ASSURANCE AGENCY LTD (847) 797-5700 |

**VEHICLE IDENTIFICATION**

| YEAR | MAKE | MODEL | VIN |
|---|---|---|---|
| 2011 | ISUZU | NPR | JALC4W162B7005166 |

Examine policy exclusions carefully. This form does not constitute any part of your insurance policy.

### IN THE EVENT OF AN ACCIDENT

1. Notify police immediately.
2. Do not admit liability.
3. Do not show your policy or reveal its limits except when requested to do so by police or state authority.

> Notify your agent as soon as you can. If you need service immediately, and cannot reach your agent, use the number below.
> Toll free at 1-866-637-8686
> You can also file a claim at www.motoristsinsurance.com



*The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.*

**ILLINOIS INSURANCE
IDENTIFICATION CARD**

| | | |
|---|---|---|
| **POLICY** | 5000045035 | MOTORISTS INSURANCE |
| **EFFECTIVE DATE** | 07/01/2019 | NAIC NO: 0291-13331 |
| **EXPIRATION DATE** | 07/01/2020 | |
| **NAMED INSURED** | AFM MATTRESS COMPANY LLC | **AGENT** |
| **ADDRESS** | 1300 PRATT BLVD ELK GROVE VILLAGE, IL 60007-5711 | ASSURANCE AGENCY LTD (847) 797-5700 |

**VEHICLE IDENTIFICATION**

| YEAR | MAKE | MODEL | VIN |
|---|---|---|---|
| 2011 | ISUZU | NPR | JALC4W162B7005166 |

Examine policy exclusions carefully. This form does not constitute any part of your insurance policy.

### IN THE EVENT OF AN ACCIDENT

1. Notify police immediately.
2. Do not admit liability.
3. Do not show your policy or reveal its limits except when requested to do so by police or state authority.

> Notify your agent as soon as you can. If you need service immediately, and cannot reach your agent, use the number below.
> Toll free at 1-866-637-8686
> You can also file a claim at www.motoristsinsurance.com



*The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.*

**ILLINOIS INSURANCE
IDENTIFICATION CARD**

**Motorists Insurance**
Member of Motorists Insurance Group

| | | | |
|---|---|---|---|
| **POLICY** | 5000045035 | | MOTORISTS INSURANCE℠ |
| **EFFECTIVE DATE** | 07/01/2019 | | NAIC NO: 0291-13331 |
| **EXPIRATION DATE** | 07/01/2020 | | |
| **NAMED INSURED** | AFM MATTRESS | | **AGENT** |
| | COMPANY LLC | | |
| **ADDRESS** | 1300 PRATT BLVD | | ASSURANCE AGENCY LTD |
| | ELK GROVE VILLAGE, | | (847) 797-5700 |
| | IL 60007-5711 | | |

**VEHICLE IDENTIFICATION**

| YEAR | MAKE | MODEL | VIN |
|---|---|---|---|
| 2011 | ISUZU | NPR | JALC4W167B7001176 |

Examine policy exclusions carefully. This form does not constitute any part of your insurance policy.

### IN THE EVENT OF AN ACCIDENT

1. Notify police immediately.
2. Do not admit liability.
3. Do not show your policy or reveal its limits except when requested to do so by police or state authority.

> Notify your agent as soon as you can. If you need service immediately, and cannot reach your agent, use the number below.
> Toll free at 1-866-637-8686
> You can also file a claim at www.motoristsinsurance.com



*The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.*

**ILLINOIS INSURANCE
IDENTIFICATION CARD**

**Motorists Insurance**
Member of Motorists Insurance Group

| | | | |
|---|---|---|---|
| **POLICY** | 5000045035 | | MOTORISTS INSURANCE |
| **EFFECTIVE DATE** | 07/01/2019 | | NAIC NO: 0291-13331 |
| **EXPIRATION DATE** | 07/01/2020 | | |
| **NAMED INSURED** | AFM MATTRESS | | **AGENT** |
| | COMPANY LLC | | |
| **ADDRESS** | 1300 PRATT BLVD | | ASSURANCE AGENCY LTD |
| | ELK GROVE VILLAGE, | | (847) 797-5700 |
| | IL 60007-5711 | | |

**VEHICLE IDENTIFICATION**

| YEAR | MAKE | MODEL | VIN |
|---|---|---|---|
| 2011 | ISUZU | NPR | JALC4W167B7001176 |

Examine policy exclusions carefully. This form does not constitute any part of your insurance policy.

### IN THE EVENT OF AN ACCIDENT

1. Notify police immediately.
2. Do not admit liability.
3. Do not show your policy or reveal its limits except when requested to do so by police or state authority.

> Notify your agent as soon as you can. If you need service immediately, and cannot reach your agent, use the number below.
> Toll free at 1-866-637-8686
> You can also file a claim at www.motoristsinsurance.com



*The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.*

## ILLINOIS INSURANCE
## IDENTIFICATION CARD



| | | |
|---|---|---|
| **POLICY** | 5000045035 | MOTORISTS INSURANCE℠ |
| **EFFECTIVE DATE** | 07/01/2019 | NAIC NO: 0291-13331 |
| **EXPIRATION DATE** | 07/01/2020 | |
| **NAMED INSURED** | AFM MATTRESS COMPANY LLC | **AGENT** |
| **ADDRESS** | 1300 PRATT BLVD ELK GROVE VILLAGE, IL 60007-5711 | ASSURANCE AGENCY LTD (847) 797-5700 |

### VEHICLE IDENTIFICATION

| YEAR | MAKE | MODEL | VIN |
|---|---|---|---|
| 2011 | ISUZU | NPR | JALC4W162B7005247 |

Examine policy exclusions carefully. This form does not constitute any part of your insurance policy.

### IN THE EVENT OF AN ACCIDENT

1. Notify police immediately.
2. Do not admit liability.
3. Do not show your policy or reveal its limits except when requested to do so by police or state authority.

> Notify your agent as soon as you can. If you need service immediately, and cannot reach your agent, use the number below.
> Toll free at 1-866-637-8686
> You can also file a claim at www.motoristsinsurance.com



*The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.*

## ILLINOIS INSURANCE
## IDENTIFICATION CARD



| | | |
|---|---|---|
| **POLICY** | 5000045035 | MOTORISTS INSURANCE |
| **EFFECTIVE DATE** | 07/01/2019 | NAIC NO: 0291-13331 |
| **EXPIRATION DATE** | 07/01/2020 | |
| **NAMED INSURED** | AFM MATTRESS COMPANY LLC | **AGENT** |
| **ADDRESS** | 1300 PRATT BLVD ELK GROVE VILLAGE, IL 60007-5711 | ASSURANCE AGENCY LT (847) 797-5700 |

### VEHICLE IDENTIFICATION

| YEAR | MAKE | MODEL | VIN |
|---|---|---|---|
| 2011 | ISUZU | NPR | JALC4W162B7005247 |

Examine policy exclusions carefully. This form does not constitute any part of your insurance policy.

### IN THE EVENT OF AN ACCIDENT

1. Notify police immediately.
2. Do not admit liability.
3. Do not show your policy or reveal its limits except when requested to do so by police or state authority.

> Notify your agent as soon as you can. If you need service immediately, and cannot reach your agent, use the number below.
> Toll free at 1-866-637-8686
> You can also file a claim at www.motoristsinsurance.com



*The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.*

**INDIANA INSURANCE
IDENTIFICATION CARD**

**M Motorists Insurance**

| | |
|---|---|
| **POLICY** | 5000045035 |
| **EFFECTIVE DATE** | 07/01/2019 |
| **EXPIRATION DATE** | 07/01/2020 |
| **NAMED INSURED** | AFM MATTRESS COMPANY LLC |
| **ADDRESS** | 1300 PRATT BLVD ELK GROVE VILLAGE, IL 60007-5711 |

MOTORISTS INSURANCE™
NAIC NO: 0291-13331

**AGENT**

ASSURANCE AGENCY LTD
(847) 797-5700

**VEHICLE IDENTIFICATION**

| YEAR | MAKE | MODEL | VIN |
|---|---|---|---|
| 2011 | ISUZU | NPR | JALC4W162B7005152 |

IN THE EVENT OF AN ACCIDENT

1. Notify police immediately.
2. Do not admit liability.
3. Do not show your policy or reveal its limits except when requested to do so by police or state authority.

Notify your agent as soon as you can. If you need service immediately, and cannot reach your agent, use the number below.
Toll free at 1-866-637-8686
You can also file a claim at www.motoristsinsurance.com



*The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.*

---

**INDIANA INSURANCE
IDENTIFICATION CARD**

**M Motorists Insurance**

| | |
|---|---|
| **POLICY** | 5000045035 |
| **EFFECTIVE DATE** | 07/01/2019 |
| **EXPIRATION DATE** | 07/01/2020 |
| **NAMED INSURED** | AFM MATTRESS COMPANY LLC |
| **ADDRESS** | 1300 PRATT BLVD ELK GROVE VILLAGE, IL 60007-5711 |

MOTORISTS INSURANCE
NAIC NO: 0291-13331

**AGENT**

ASSURANCE AGENCY LTD
(847) 797-5700

**VEHICLE IDENTIFICATION**

| YEAR | MAKE | MODEL | VIN |
|---|---|---|---|
| 2011 | ISUZU | NPR | JALC4W162B7005152 |

IN THE EVENT OF AN ACCIDENT

1. Notify police immediately.
2. Do not admit liability.
3. Do not show your policy or reveal its limits except when requested to do so by police or state authority.

Notify your agent as soon as you can. If you need service immediately, and cannot reach your agent, use the number below.
Toll free at 1-866-637-8686
You can also file a claim at www.motoristsinsurance.com



*The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.*

**INDIANA INSURANCE
IDENTIFICATION CARD**



| POLICY | 5000045035 |
| --- | --- |
| EFFECTIVE DATE | 07/01/2019 |
| EXPIRATION DATE | 07/01/2020 |
| NAMED INSURED | AFM MATTRESS COMPANY LLC |
| ADDRESS | 1300 PRATT BLVD ELK GROVE VILLAGE, IL 60007-5711 |

MOTORISTS INSURANCE℠
NAIC NO: 0291-13331

**AGENT**

ASSURANCE AGENCY LTD
(847) 797-5700

**VEHICLE IDENTIFICATION**

| YEAR | MAKE | MODEL | VIN |
| --- | --- | --- | --- |
| 2013 | ISUZU | NPR HD | JALC4W163D7000674 |

### IN THE EVENT OF AN ACCIDENT

1. Notify police immediately.
2. Do not admit liability.
3. Do not show your policy or reveal its limits except when requested to do so by police or state authority.

> Notify your agent as soon as you can. If you need service immediately, and cannot reach your agent, use the number below.
> Toll free at 1-866-637-8686
> You can also file a claim at www.motoristsinsurance.com

*The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.*

---

**INDIANA INSURANCE
IDENTIFICATION CARD**



| POLICY | 5000045035 |
| --- | --- |
| EFFECTIVE DATE | 07/01/2019 |
| EXPIRATION DATE | 07/01/2020 |
| NAMED INSURED | AFM MATTRESS COMPANY LLC |
| ADDRESS | 1300 PRATT BLVD ELK GROVE VILLAGE, IL 60007-5711 |

MOTORISTS INSURANCE
NAIC NO: 0291-13331

**AGENT**

ASSURANCE AGENCY LT
(847) 797-5700

**VEHICLE IDENTIFICATION**

| YEAR | MAKE | MODEL | VIN |
| --- | --- | --- | --- |
| 2013 | ISUZU | NPR HD | JALC4W163D7000674 |

### IN THE EVENT OF AN ACCIDENT

1. Notify police immediately.
2. Do not admit liability.
3. Do not show your policy or reveal its limits except when requested to do so by police or state authority.

> Notify your agent as soon as you can. If you need service immediately, and cannot reach your agent, use the number below.
> Toll free at 1-866-637-8686
> You can also file a claim at www.motoristsinsurance.com

*The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.*

**INDIANA INSURANCE
IDENTIFICATION CARD**

Motorists Insurance
Member of Motorists Insurance Group

| | |
|---|---|
| **POLICY** | 5000045035 |
| **EFFECTIVE DATE** | 07/01/2019 |
| **EXPIRATION DATE** | 07/01/2020 |
| **NAMED INSURED** | AFM MATTRESS COMPANY LLC |
| **ADDRESS** | 1300 PRATT BLVD ELK GROVE VILLAGE, IL 60007-5711 |

MOTORISTS INSURANCE™
NAIC NO: 0291-13331

**AGENT**

ASSURANCE AGENCY LTD
(847) 797-5700

**VEHICLE IDENTIFICATION**

| YEAR | MAKE | MODEL | VIN |
|---|---|---|---|
| 2013 | ISUZU | NPR HD | JALC4W166D7000622 |

IN THE EVENT OF AN ACCIDENT

1. Notify police immediately.
2. Do not admit liability.
3. Do not show your policy or reveal its limits except when requested to do so by police or state authority.

> Notify your agent as soon as you can. If you need service immediately, and cannot reach your agent, use the number below.
> Toll free at 1-866-637-8686
> You can also file a claim at www.motoristsinsurance.com



Motorists Insurance
Member of Motorists Insurance Group

*The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.*

**INDIANA INSURANCE
IDENTIFICATION CARD**

Motorists Insurance
Member of Motorists Insurance Group

| | |
|---|---|
| **POLICY** | 5000045035 |
| **EFFECTIVE DATE** | 07/01/2019 |
| **EXPIRATION DATE** | 07/01/2020 |
| **NAMED INSURED** | AFM MATTRESS COMPANY LLC |
| **ADDRESS** | 1300 PRATT BLVD ELK GROVE VILLAGE, IL 60007-5711 |

MOTORISTS INSURANCE
NAIC NO: 0291-13331

**AGENT**

ASSURANCE AGENCY LT
(847) 797-5700

**VEHICLE IDENTIFICATION**

| YEAR | MAKE | MODEL | VIN |
|---|---|---|---|
| 2013 | ISUZU | NPR HD | JALC4W166D7000622 |

IN THE EVENT OF AN ACCIDENT

1. Notify police immediately.
2. Do not admit liability.
3. Do not show your policy or reveal its limits except when requested to do so by police or state authority.

> Notify your agent as soon as you can. If you need service immediately, and cannot reach your agent, use the number below.
> Toll free at 1-866-637-8686
> You can also file a claim at www.motoristsinsurance.com



Motorists Insurance
Member of Motorists Insurance Group

*The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.*

**ILLINOIS INSURANCE
IDENTIFICATION CARD**

**M** Motorists
Insurance
Member of Motorists Insurance Group

| | | |
|---|---|---|
| **POLICY** | 5000045035 | |
| **EFFECTIVE DATE** | 07/01/2019 | MOTORISTS INSURANCE℠ |
| **EXPIRATION DATE** | 07/01/2020 | NAIC NO: 0291-13331 |
| **NAMED INSURED** | AFM MATTRESS COMPANY LLC | **AGENT** |
| **ADDRESS** | 1300 PRATT BLVD | ASSURANCE AGENCY LTD |
| | ELK GROVE VILLAGE, IL 60007-5711 | (847) 797-5700 |

**VEHICLE IDENTIFICATION**

| YEAR | MAKE | MODEL | VIN |
|---|---|---|---|
| 2013 | ISUZU | NPR HD | JALC4W166D7000586 |

Examine policy exclusions carefully. This form does not constitute any part of your insurance policy.

IN THE EVENT OF AN ACCIDENT

1. Notify police immediately.
2. Do not admit liability.
3. Do not show your policy or reveal its limits except when requested to do so by police or state authority.

Notify your agent as soon as you can. If you need service immediately, and cannot reach your agent, use the number below.
Toll free at 1-866-637-8686
You can also file a claim at www.motoristsinsurance.com



*The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.*

---

**ILLINOIS INSURANCE
IDENTIFICATION CARD**

**M** Motorists
Insurance

| | | |
|---|---|---|
| **POLICY** | 5000045035 | |
| **EFFECTIVE DATE** | 07/01/2019 | MOTORISTS INSURANCE |
| **EXPIRATION DATE** | 07/01/2020 | NAIC NO: 0291-13331 |
| **NAMED INSURED** | AFM MATTRESS COMPANY LLC | **AGENT** |
| **ADDRESS** | 1300 PRATT BLVD | ASSURANCE AGENCY LT |
| | ELK GROVE VILLAGE, IL 60007-5711 | (847) 797-5700 |

**VEHICLE IDENTIFICATION**

| YEAR | MAKE | MODEL | VIN |
|---|---|---|---|
| 2013 | ISUZU | NPR HD | JALC4W166D7000586 |

Examine policy exclusions carefully. This form does not constitute any part o your insurance policy.

IN THE EVENT OF AN ACCIDENT

1. Notify police immediately.
2. Do not admit liability.
3. Do not show your policy or reveal its limits except when requested to do so by police or state authority.

Notify your agent as soon as you can. If you need service immediately, and cannot reach your agent, use the number below.
Toll free at 1-866-637-8686
You can also file a claim at www.motoristsinsurance.com



*The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.*

**ILLINOIS INSURANCE**
**IDENTIFICATION CARD**

Motorists Insurance
*Member of Motorists Insurance Group*

| | | |
|---|---|---|
| **POLICY** | 5000045035 | MOTORISTS INSURANCE℠ |
| **EFFECTIVE DATE** | 07/01/2019 | NAIC NO: 0291-13331 |
| **EXPIRATION DATE** | 07/01/2020 | |
| **NAMED INSURED** | AFM MATTRESS COMPANY LLC | **AGENT** |
| **ADDRESS** | 1300 PRATT BLVD ELK GROVE VILLAGE, IL 60007-5711 | ASSURANCE AGENCY LTD (847) 797-5700 |

**VEHICLE IDENTIFICATION**

| YEAR | MAKE | MODEL | VIN |
|---|---|---|---|
| 2006 | GMC | W3500 | J8DB4B16267025444 |

Examine policy exclusions carefully. This form does not constitute any part of your insurance policy.

IN THE EVENT OF AN ACCIDENT

1. Notify police immediately.
2. Do not admit liability.
3. Do not show your policy or reveal its limits except when requested to do so by police or state authority.

> Notify your agent as soon as you can. If you need service immediately, and cannot reach your agent, use the number below.
> Toll free at 1-866-637-8686
> You can also file a claim at www.motoristsinsurance.com



Motorists Insurance
*Member of Motorists Insurance Group*

*The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.*

**ILLINOIS INSURANCE**
**IDENTIFICATION CARD**

Motorists Insurance
*Member of Motorists Insurance Group*

| | | |
|---|---|---|
| **POLICY** | 5000045035 | MOTORISTS INSURANCE |
| **EFFECTIVE DATE** | 07/01/2019 | NAIC NO: 0291-13331 |
| **EXPIRATION DATE** | 07/01/2020 | |
| **NAMED INSURED** | AFM MATTRESS COMPANY LLC | **AGENT** |
| **ADDRESS** | 1300 PRATT BLVD ELK GROVE VILLAGE, IL 60007-5711 | ASSURANCE AGENCY LT (847) 797-5700 |

**VEHICLE IDENTIFICATION**

| YEAR | MAKE | MODEL | VIN |
|---|---|---|---|
| 2006 | GMC | W3500 | J8DB4B16267025444 |

Examine policy exclusions carefully. This form does not constitute any part of your insurance policy.

IN THE EVENT OF AN ACCIDENT

1. Notify police immediately.
2. Do not admit liability.
3. Do not show your policy or reveal its limits except when requested to do so by police or state authority.

> Notify your agent as soon as you can. If you need service immediately, and cannot reach your agent, use the number below.
> Toll free at 1-866-637-8686
> You can also file a claim at www.motoristsinsurance.com



Motorists Insurance
*Member of Motorists Insurance Group*

*The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.*

**ILLINOIS INSURANCE
IDENTIFICATION CARD**



**POLICY** 5000045035
**EFFECTIVE DATE** 07/01/2019
**EXPIRATION DATE** 07/01/2020
**NAMED INSURED** AFM MATTRESS
COMPANY LLC
**ADDRESS** 1300 PRATT BLVD
ELK GROVE VILLAGE,
IL 60007-5711

MOTORISTS INSURANCE℠

NAIC NO: 0291-13331

**AGENT**

ASSURANCE AGENCY LTD
(847) 797-5700

**VEHICLE IDENTIFICATION**

| YEAR | MAKE | MODEL | VIN |
|------|------|-------|-----|
| 2002 | ISUZU | NPR | JALC4B14027005044 |

Examine policy exclusions carefully. This form does not constitute any part of your insurance policy.

IN THE EVENT OF AN ACCIDENT

1. Notify police immediately.
2. Do not admit liability.
3. Do not show your policy or reveal its limits except when requested to do so by police or state authority.

Notify your agent as soon as you can. If you need service immediately, and cannot reach your agent, use the number below.
Toll free at 1-866-637-8686
You can also file a claim at www.motoristsinsurance.com



*The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.*

**ILLINOIS INSURANCE
IDENTIFICATION CARD**

**POLICY** 5000045035
**EFFECTIVE DATE** 07/01/2019
**EXPIRATION DATE** 07/01/2020
**NAMED INSURED** AFM MATTRESS
COMPANY LLC
**ADDRESS** 1300 PRATT BLVD
ELK GROVE VILLAGE,
IL 60007-5711

MOTORISTS INSURANCE

NAIC NO: 0291-13331

**AGENT**

ASSURANCE AGENCY LTD
(847) 797-5700

**VEHICLE IDENTIFICATION**

| YEAR | MAKE | MODEL | VIN |
|------|------|-------|-----|
| 2002 | ISUZU | NPR | JALC4B14027005044 |

Examine policy exclusions carefully. This form does not constitute any part of your insurance policy.

IN THE EVENT OF AN ACCIDENT

1. Notify police immediately.
2. Do not admit liability.
3. Do not show your policy or reveal its limits except when requested to do so by police or state authority.

Notify your agent as soon as you can. If you need service immediately, and cannot reach your agent, use the number below.
Toll free at 1-866-637-8686
You can also file a claim at www.motoristsinsurance.com

*The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.*

**ILLINOIS INSURANCE
IDENTIFICATION CARD**

**M Motorists Insurance**

| | |
|---|---|
| **POLICY** | 5000045035 |
| **EFFECTIVE DATE** | 07/01/2019 |
| **EXPIRATION DATE** | 07/01/2020 |
| **NAMED INSURED** | AFM MATTRESS COMPANY LLC |
| **ADDRESS** | 1300 PRATT BLVD ELK GROVE VILLAGE, IL 60007-5711 |

MOTORISTS INSURANCE℠
NAIC NO: 0291-13331

**AGENT**

ASSURANCE AGENCY LTD
(847) 797-5700

**VEHICLE IDENTIFICATION**

| YEAR | MAKE | MODEL | VIN |
|------|------|-------|-----|
| 2004 | ISUZU | NPR | JALC4B14847001777 |

Examine policy exclusions carefully. This form does not constitute any part of your insurance policy.

### IN THE EVENT OF AN ACCIDENT

1. Notify police immediately.
2. Do not admit liability.
3. Do not show your policy or reveal its limits except when requested to do so by police or state authority.

Notify your agent as soon as you can. If you need service immediately, and cannot reach your agent, use the number below.
Toll free at 1-866-637-8686
You can also file a claim at www.motoristsinsurance.com



*The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.*

**ILLINOIS INSURANCE
IDENTIFICATION CARD**

**M Motorists Insurance**

| | |
|---|---|
| **POLICY** | 5000045035 |
| **EFFECTIVE DATE** | 07/01/2019 |
| **EXPIRATION DATE** | 07/01/2020 |
| **NAMED INSURED** | AFM MATTRESS COMPANY LLC |
| **ADDRESS** | 1300 PRATT BLVD ELK GROVE VILLAGE, IL 60007-5711 |

MOTORISTS INSURANCE
NAIC NO: 0291-13331

**AGENT**

ASSURANCE AGENCY LT
(847) 797-5700

**VEHICLE IDENTIFICATION**

| YEAR | MAKE | MODEL | VIN |
|------|------|-------|-----|
| 2004 | ISUZU | NPR | JALC4B14847001777 |

Examine policy exclusions carefully. This form does not constitute any part of your insurance policy.

### IN THE EVENT OF AN ACCIDENT

1. Notify police immediately.
2. Do not admit liability.
3. Do not show your policy or reveal its limits except when requested to do so by police or state authority.

Notify your agent as soon as you can. If you need service immediately, and cannot reach your agent, use the number below.
Toll free at 1-866-637-8686
You can also file a claim at www.motoristsinsurance.com



*The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.*

**ILLINOIS INSURANCE**
**IDENTIFICATION CARD**



| | | |
|---|---|---|
| **POLICY** | 5000045035 | MOTORISTS INSURANCE™ |
| **EFFECTIVE DATE** | 07/01/2019 | NAIC NO: 0291-13331 |
| **EXPIRATION DATE** | 07/01/2020 | |
| **NAMED INSURED** | AFM MATTRESS | **AGENT** |
| | COMPANY LLC | |
| **ADDRESS** | 1300 PRATT BLVD | ASSURANCE AGENCY LTD |
| | ELK GROVE VILLAGE, | (847) 797-5700 |
| | IL 60007-5711 | |

**VEHICLE IDENTIFICATION**

| YEAR | MAKE | MODEL | VIN |
|---|---|---|---|
| 2004 | ISUZU | NPR | JALC4B14X47012585 |

Examine policy exclusions carefully. This form does not constitute any part of your insurance policy.

IN THE EVENT OF AN ACCIDENT

1. Notify police immediately.
2. Do not admit liability.
3. Do not show your policy or reveal its limits except when requested to do so by police or state authority.

Notify your agent as soon as you can. If you need service immediately, and cannot reach your agent, use the number below.
Toll free at 1-866-637-8686
You can also file a claim at www.motoristsinsurance.com



*The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.*

**ILLINOIS INSURANCE**
**IDENTIFICATION CARD**

| | | |
|---|---|---|
| **POLICY** | 5000045035 | MOTORISTS INSURANCE |
| **EFFECTIVE DATE** | 07/01/2019 | NAIC NO: 0291-13331 |
| **EXPIRATION DATE** | 07/01/2020 | |
| **NAMED INSURED** | AFM MATTRESS | **AGENT** |
| | COMPANY LLC | |
| **ADDRESS** | 1300 PRATT BLVD | ASSURANCE AGENCY LT |
| | ELK GROVE VILLAGE, | (847) 797-5700 |
| | IL 60007-5711 | |

**VEHICLE IDENTIFICATION**

| YEAR | MAKE | MODEL | VIN |
|---|---|---|---|
| 2004 | ISUZU | NPR | JALC4B14X47012585 |

Examine policy exclusions carefully. This form does not constitute any part o your insurance policy.

IN THE EVENT OF AN ACCIDENT

1. Notify police immediately.
2. Do not admit liability.
3. Do not show your policy or reveal its limits except when requested to do so by police or state authority.

Notify your agent as soon as you can. If you need service immediately, and cannot reach your agent, use the number below.
Toll free at 1-866-637-8686
You can also file a claim at www.motoristsinsurance.com

*The Motorists Insurance name and logo are the registered marks of Motorists Commercial Mutual Insurance Company.*

# INSTRUCTIONS FOR REPORTING A CLAIM

Thank you for being a Motorists Insurance policyholder. To report a claim, please call our Claims Center at:

# 866-637-8686

Calling our claims center is the easiest and most efficient way to report a claim. You can also contact us via the following methods:

**Fax: 866-907-6670**
**E-mail: claims@motoristsinsurance.com**
**Web: www.motoristsinsurancegroup.com**

**Motorists Insurance Claims**
**P.O. Box 182028**
**Columbus, OH 43218-2028**

# TO OUR ILLINOIS INSUREDS
# FOR CUSTOMER SERVICE

This insurance policy is issued by Motorists Commercial Mutual Insurance Company DBA Motorists Insurance, Columbus, Ohio through a Motorists Insurance agent.

If you have any questions or need any information concerning coverage, additional lines of insurance, policy revision, or anything else relating to your insurance policy, we suggest that you first contact your Motorists Insurance agent.

If the information requested cannot be supplied by your agent, we suggest you then contact our Company directly at:

Motorists Commercial Mutual Insurance Company
DBA Motorists Insurance
471 E. Broad Street
Columbus, OH 43215

Phone: (866) 839-1372
Email: customerservice@motoristsinsurance.com

If, after following the above procedure, you are still, for any reason, dissatisfied, you may contact the Illinois Department of Insurance for advice and assistance at:

Department of Insurance
State of Illinois Public Service Division
320 West Washington Street
Springfield, Illinois 62767